**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5418

———————————————————————

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————————————

**DISTRICT OF COLUMBIA,** *Plaintiff-Appellee,*

v.

**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,** *Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

**CONSENT MOTION FOR LEAVE TO FILE BRIEF FOR *AMICUS CURIAE* AMERICA FIRST LEGAL FOUNDATION IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL**

———————————————————————

| | |
|---|---|
| GENE HAMILTON<br>AMERICA FIRST LEGAL FOUNDATION<br>611 Pennsylvania Ave. SE #231<br>Washington, DC 20003 | R. TRENT MCCOTTER<br>  *Counsel of Record*<br>BOYDEN GRAY PLLC<br>800 Connecticut Ave. NW<br>Suite 900<br>Washington, DC 20006<br>(202) 706-5488<br>tmccotter@boydengray.com<br>*Counsel for Amicus Curiae* |

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

America First Legal Foundation respectfully requests that the Court grant leave to file an *amicus curiae* brief in support of Defendants-Appellants' motion for an emergency stay. Plaintiff and Defendant-Appellants consent to this relief.

*Amicus* is a non-profit headquartered in the District of Columbia. *Amicus* provides a useful and unique perspective on the preliminary injunction prongs focusing on the public interest and balance of harms. For example, Plaintiff's lawyers claimed below that Defendants-Appellants' actions "pose[] a high risk of undermining the District's own law enforcement work." ECF No. 3-1 at 51.[1] But as shown by the statistics in the attached brief, crime has dropped dramatically during the National Guard deployment, compared both to the prior period and to the same time last year and in prior years.

Plaintiff's lawyers also claimed that the challenged actions "have given District residents a 'palpable sense of fear' and rendered them 'afraid to go grocery shopping, show up to work and go about their daily lives.'" *Id.* Again, this does not match reality. Anyone who lives or works

---

[1] Page cites are to the Court ECF stamped numbers.

1

in the District of Columbia knows there are places you would never go at certain times, and we have all at some point been fearful of walking alone or waiting in a car at night in the District of Columbia. It doesn't have to be this way. And for the last few months, the sense of safety in the City has improved dramatically.

As the attached brief explains, even the Mayor agrees that the City is safer now than it was a year ago, *because of* Defendants-Appellants' actions. She also reportedly opposed the City Attorney General's insistence on filing this suit, raising questions about whether the City Attorney General represents the best interests of the City and those who live and work here.

America First Legal Foundation accordingly requests leave to file an *amicus* brief in support of Defendants-Appellants' motion for an emergency stay of the decision below. The proposed brief is attached.

All parties consent to this relief.

## CONCLUSION

The Court should grant leave to file the attached *amicus curiae* brief.

November 30, 2025	Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Amicus Curiae*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 386 words, excluding the exempted portions. This motion complies with the typeface and type style requirements of Federal Rules Appellate Procedure 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

*/s/ R. Trent McCotter*
R. Trent McCotter

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

*/s/ R. Trent McCotter*
R. Trent McCotter