# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** District of Columbia

v.

Donald Trump

**Case No:** 25-5418

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

America First Legal Foundation

### Counsel Information

**Lead Counsel:** R. Trent McCotter

**Direct Phone:** (202) 7065488   **Fax:** (___) _____   **Email:** tmccotter@boydengray.com

**2nd Counsel:**

**Direct Phone:** (___) _____   **Fax:** (___) _____   **Email:**

**3rd Counsel:**

**Direct Phone:** (___) _____   **Fax:** (___) _____   **Email:**

**Firm Name:** Boyden Gray PLLC

**Firm Address:** 800 Connecticut Ave. NW, Suite 900, Washington DC 20006

**Firm Phone:** (___) _____   **Fax:** (___) _____   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)