No. 25-5418

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

DISTRICT OF COLUMBIA,
*Plaintiff-Appellee*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,
*Defendants-Appellants.*

**On Appeal from the United States District Court
for the District of Columbia**
No. 1:25-cv-03005
The Honorable Jia M. Cobb

_____

**CONSENT MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF
FORMER SERVICE SECRETARIES, RETIRED SENIOR MILITARY
OFFICERS, AND VET VOICE FOUNDATION IN SUPPORT OF NEITHER
PARTY AND OPPOSING STAY**

_____

Beau C. Tremitiere
PROTECT DEMOCRACY PROJECT
300 Center Ave, Suite G-251
Superior, CO 80027
(202) 579-4582
beau.tremitiere@protectdemocracy.org

Jane Bentrott
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, #163
Washington, DC 20006
*Attorney for* Amici Curiae *Former
Service Secretaries and Retired Senior
Military Officers*

J. Andrew Boyle
    *Counsel of Record*
Maithreyi Ratakonda
Christine P. Sun
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
(202) 999-9305
andrew@statesunited.org

*Attorneys for* Amici Curiae *Vet
Voice Foundation and Retired
Senior Military Officers*

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Former Service Secretaries, Retired Senior Military Officers, and Vet Voice Foundation ("VVF") respectfully move this Court for leave to appear as *amici curiae* and to file the proposed brief, attached hereto. All parties have consented to the filing of this brief.

*Amici* have a strong interest in the matters addressed in this case and believe their views— describing harms to the military and its community occasioned by the deployment of the National Guard—could assist the Court. The views and information provided by *amici* are not otherwise addressed in detail in any party's brief.

 *Amici* former Service Secretaries have previously served as Secretaries of the Army and Navy. *Amici* retired Senior Military Officers have served in leadership positions of the U.S. Navy, U.S. Coast Guard, U.S. Army, and U.S. Air Force. Additional background about each signatory is provided in the proposed brief *amicus curiae*.

*Amicus* VVF is a veteran-led, non-profit, non-partisan organization representing almost two million veterans, military family members, and their supporters. VVF represents veterans and military families across the political spectrum and across the country.

*Amici* have important and directly relevant perspectives on the issues in this

case. They have a demonstrated commitment to the strength of the U.S. military, and hard-earned understanding of the factors that contribute to—or detract from—that strength. *Amici* are able to draw on their extensive experience with the U.S. military to highlight harms to the military from improper use of the National Guard. Their views are valuable to understanding the full context and full range of effects of the deployment that is at issue in this case.

All the requirements for an *amicus* brief before this Court are satisfied. The proposed brief is timely given that it is filed within the time limits set by this Court's November 27, 2025 Order. No counsel for either party authored the proposed brief in whole or part. No person other than the *amici* or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E). And all Parties have consented to the filing of this *amicus* brief.

For the foregoing reasons, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the accompanying proposed *amicus curiae* brief filed.

Dated: December 1, 2025                              Respectfully submitted,

2

Beau C. Tremitiere
PROTECT DEMOCRACY PROJECT
300 Center Ave, Suite G-251
Superior, CO 80027
beau.tremitiere@protectdemocrac
y.org

Jane Bentrott
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, #163
Washington, DC 20006
jane.bentrott@protectdemocracy.org

*Attorneys for* Amici Curiae
*Former Service Secretaries and
Retired Senior Military Officers*

*/s/ J. Andrew Boyle*
J. Andrew Boyle
  *Counsel of Record*
Maithreyi Ratakonda
Christine P. Sun
States United Democracy Center
45 Main Street, Suite 320
Brooklyn, NY 11201
Tel.: (202) 999-9305
andrew@statesunited.org
mai@statesunited.org
christine@statesunited.org

*Attorneys for* Amici Curiae *Vet
Voice Foundation and Retired
Senior Military Officers*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this motion was prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word. *See* Fed. R. App. P. 27(d)(1)(E), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 378 words.

Dated: December 1, 2025

*/s/ J. Andrew Boyle*
J. Andrew Boyle

*Counsel of Record*

## CERTIFICATE OF SERVICE

I, J. Andrew Boyle, hereby certify that on December 1, 2025, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. A true and correct copy of this Motion has been served via the Court's CM/ECF system on all counsel of record.

Dated: December 1, 2025                    */s/ J. Andrew Boyle*
                                           J. Andrew Boyle

                                           *Counsel of Record*