## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA,
*Plaintiff-Appellee*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,
*Defendants-Appellants.*

**On Appeal from the United States District Court
for the District of Columbia**
No. 1:25-cv-03005
The Honorable Jia M. Cobb

**BRIEF OF *AMICI CURIAE* FORMER SERVICE SECRETARIES, RETIRED SENIOR MILITARY OFFICERS, AND VET VOICE FOUNDATION IN SUPPORT OF NEITHER PARTY AND OPPOSING STAY**

Beau C. Tremitiere
PROTECT DEMOCRACY PROJECT
300 Center Ave, Suite G-251
Superior, CO 80027
(202) 579-4582
beau.tremitiere@protectdemocracy.org

Jane Bentrott
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, #163
Washington, DC 20006
*Attorneys for* Amici Curiae *Former Service Secretaries and Retired Senior Military Officers*

J. Andrew Boyle
  *Counsel of Record*
Maithreyi Ratakonda
Christine P. Sun
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
(202) 999-9305
andrew@statesunited.org

*Attorneys for* Amici Curiae *Vet Voice Foundation and Retired Senior Military Officers*

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Except for the additional *amici* represented in this brief, all parties, intervenors, and *amici* appearing before the district court and in this court are listed in the Emergency Motion for Administrative Stay and for Stay Pending Appeal filed by Defendant-Appellants.

The ruling under review is an order and memorandum opinion granting a preliminary injunction and Section 705 stay. References to the ruling at issue appear in the Motion filed by Defendants-Appellants.

Undersigned counsel is unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

*/s/ J. Andrew Boyle*
J. Andrew Boyle
*Counsel of Record*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule Fed. R. App. P. 26.1, *amicus curiae* Vet Voice Foundation is a nonprofit corporation. It has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. The *amici* Former Service Secretaries and Retired Senior Military Officers are individuals.

*/s/ J. Andrew Boyle*
J. Andrew Boyle
*Counsel of Record*

# CERTIFICATE OF SEPARATE BRIEF

Pursuant to D.C. Circuit Rule 29(d), Counsel states the following as to why a separate *amicus* brief for *amici* Former Service Secretaries, Retired Senior Military Officers, and Vet Voice Foundation is necessary. *Amici* file this brief in support of neither party, and are not aware of other *amici* filing under this status. Thus, to amici's knowledge there are not other amici "on the same side" as those filing this brief within the meaning of D.C. Circuit Rule 29(d).

Moreover, *amici* Former Service Secretaries, Retired Senior Military Officers, and Vet Voice Foundation offer a unique, coherent perspective on issues in this case drawn from their experience working in or with the U.S. military. Those views, and the weight they should be afforded given their source, do not overlap with legal perspectives that might be offered by other *amici* in this case, nor do they overlap with the views of persons or organizations that do not have similar deep military experience. A separate *amicus* brief allows *amici* to present their views in as clear and concise a fashion as possible. As a result, *amici* believe that a separate brief is justified, and also serves the Court.

*/s/ J. Andrew Boyle*
J. Andrew Boyle
*Counsel of Record*

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................. v

IDENTITY AND INTEREST OF AMICI CURIAE ................................ 1

SUMMARY OF ARGUMENT ........................................................... 5

ARGUMENT ................................................................................ 5

    A.    The Politicized Nature of the Deployment Harms the Military ........... 6

        *i. The Armed Forces Must Remain Nonpartisan* ........................... 6

        *ii. The National Guard is Being Deployed Here in a Deeply Political Context* ...................................................................... 8

    B.    The National Guard is Not Trained for Law Enforcement ................. 9

    C.    This Deployment Harms the Guard's Readiness ............................. 11

    D.    This Deployment Harms the Military's Reputation and Morale ........ 12

CONCLUSION ............................................................................. 14

# TABLE OF AUTHORITIES

**Cases**

*Bissonette v. Haig*, 776 F.2d 1384 (8th Cir. 1985)....................................................8

*Greer v. Spock*, 424 U.S. 828 (1976) ........................................................5

*Laird v. Tatum*, 408 U.S. 1 (1972) ...........................................................3

*United States v. Casper*, 541 F.2d 1275 (8th Cir. 1976) ...........................................8

*United States v. McArthur*, 419 F. Supp. 186 (D.N.D. 1975) ...................................8

**Other Authorities**

Alex Horton, *National Guard documents show public 'fear,' veterans' 'shame' over D.C. presence*, Washington Post (Sept. 10, 2025)................................11

Greg Jaffe, *Hegseth Authorizes Troops in D.C. to Carry Weapons*, N.Y. Times (Aug. 22, 2025) ...............................................9

Jeremy S. Weber*, Political Speech, the Military, and the Age of Viral Communication*, 69 A.F.L. Rev. 91, 102 (2013) ...........................................5

Kathleen J. McInnis, Cong. Rsch. Serv., IF 11566, *Congress, Civilian Control of the Military, and Nonpartisanship* (June 10, 2020) ......................................4

Mosheh Gains & Daniel Arkin, *Hegseth Authorizes National Guard Troops in D.C. to Carry Weapons*, NBC News (Aug. 22, 2025)....................................9

Ret. Army Gen. Joseph Votel, *An Apolitical Military is Essential to Maintaining Balance Among American Institutions*, Army Times (June 8, 2020) .............6

Shawn Hubler, *Trump's National Guard Troops Are Questioning Their Mission in L.A.*, N.Y. Times (Jul. 16, 2025)................................11

*Texas Guardsmen Rescue Over 520 Flood Victims*, Nat'l Guard Assoc. of the U.S. (Jul. 8, 2025) ................................................10

U.S. Dep't of Air Force, Instr. 51-902, Political Activities By Members of the U.S. Air Force (27 Aug. 2014)................................................5

U.S. Dep't of Army, *The Army: A Primer to Our Profession of Arms* (May 1, 2025), ................................................5

U.S. Dep't of Def., Dir. 1344.10, Political Activities by Members of the Armed Forces (19 Feb. 2008) ................................................5

U.S. Dep't of Navy, Instr. 5720.44C, Department of the Navy Public Affairs
Policy and Navy Regulations (21 Feb. 2012) .................................................5

## GLOSSARY

| | |
|---|---|
| **Ret.** | Retired |
| **M.D.** | Doctor of Medicine |
| **F.A.C.S.** | Fellow of the American College of Surgeons |
| **VVF** | Vet Voice Foundation |

# IDENTITY AND INTEREST OF AMICI CURIAE[1]

Individual *amici curiae* are:

- Former Secretary of the Army Louis E. Caldera

- Former Secretary of the Navy Sean C. O'Keefe

- Admiral C. Steve Abbot, U.S. Navy (Ret.)

- Admiral Thad W. Allen, U.S. Coast Guard (Ret.)

- General Michael V. Hayden, U.S. Air Force (Ret.)

- Admiral Samuel Jones Locklear, III, U.S. Navy (Ret.)

- Admiral William A. Owens, U.S. Navy (Ret.)

- Vice Admiral Donald C. Arthur, U.S. Navy (Ret.)

- Lieutenant General Charles P. Ostott, U.S. Army (Ret.)

- Rear Admiral (Upper Half) William D. Baumgartner, U.S. Coast Guard (Ret.)

- Major General Richard T. Devereaux, U.S. Air Force (Ret.)

- Major General Paul D. Eaton, U.S. Army (Ret.)

- Rear Admiral (Upper Half) Donald J. Guter, U.S. Navy (Ret.)

---

[1] All parties have consented to the filing of this brief. *See* Fed. R. App. P. 29(a)(2). As required by Federal Rule of Appellate Procedure 29(a)(4)(E), *amici* provide this statement: no counsel for a party authored this brief in whole or in part. No person other than *amici* or their counsel made a monetary contribution to this brief's preparation or submission.

- Major General Richard S. Haddad, U.S. Air Force (Ret.)

- Major General Irving L. Halter, Jr., U.S. Air Force (Ret.)

- Rear Admiral (Upper Half) John D. Hutson, U.S. Navy (Ret.)

- Major General Steven J. Lepper, U.S. Air Force (Ret.)

- Major General Randy E. Manner, U.S. Army (Ret.)

- Major General Gale S. Pollock, U.S. Army (Ret.)

- Major General Patricia S. Rose, U.S. Air Force (Ret.)

- Major General Tammy S. Smith, U.S. Army (Ret.)

- Major General Antonio M. Taguba, U.S. Army (Ret.)

- Major General F. Andrew Turley, U.S. Air Force (Ret.)

- Rear Admiral (Lower Half) Sandra E. Adams, U.S. Navy (Ret.)

- Brigadier General Steven M. Anderson, U.S. Army (Ret.)

- Rear Admiral (Lower Half) Michael S. Baker, M.D., F.A.C.S., U.S. Navy (Ret.)

- Rear Admiral (Lower Half) James A. Barnett, Jr., U.S. Navy (Ret.)

- Brigadier General Stephen A. Cheney, U.S. Marine Corps (Ret.)

- Rear Admiral (Lower Half) Jay A. DeLoach, U.S. Navy (Ret.)

- Brigadier General Robert J. Felderman, U.S. Army (Ret.)

- Brigadier General David R. Irvine, U.S. Army (Ret.)

- Brigadier General Joseph V. Medina, U.S. Marine Corps (Ret.)

- Brigadier General Paul G. Smith, U.S. Army (Ret.)

- Brigadier General Robin B. Umberg, U.S. Army (Ret.).

Brief biographies are in the Appendix.

*Amicus curiae*, Vet Voice Foundation ("VVF"), is a veteran-led, non-partisan non-profit representing almost two million veterans, military family members, and their supporters. VVF represents veterans and military families across the political spectrum and across the country. It strives to support them and their interests, including by championing policies and actions that protect our freedoms and advance our national security.

*Amici* have a strong interest in this case because the deployment of the National Guard under presidential control to aid civilian law enforcement carries considerable short- and long-term risk to the military if not done in a constrained manner and only when strictly necessary. This risk is heightened when the National Guard is deployed against the will of local authorities and when the deployment is highly politicized, as done here. *Amici* submit this brief to ensure that the perspective of former high-ranking civilian and military leaders, veterans, and military families—based on their knowledge of and service in the military and their strong interest in its integrity and reputation—is represented before this Court.

## SUMMARY OF ARGUMENT

The deployment of the Washington, D.C. National Guard under presidential control to ostensibly combat crime in the nation's capital in the absence of demonstrated need should give any supporter of the military and service members pause. So should the deployment, at the President's request, of National Guard forces from outside of D.C. over the objection of the highest locally elected official. These recent events confirm the wisdom of our nation's longstanding restrictions on the use of military personnel in civilian affairs—and in law enforcement, in particular.

This deployment threatens to undermine the apolitical reputation of the military as an institution, places service members in situations for which they are not specifically trained, and pulls the Guard away from its critical missions—thereby undermining morale, harming effectiveness, and compromising public safety and national security.

## ARGUMENT

As the Supreme Court has correctly recognized, "a traditional and strong resistance of Americans to any military intrusion into civilian affairs . . . has deep roots in our history." *Laird v. Tatum*, 408 U.S. 1, 15 (1972). The laws restricting use of the military in response to domestic civilian disturbances and the infrequent use of the narrow exceptions in our history make clear that troops should only be

deployed in situations where there is a clear and urgent need that cannot be satisfied by law enforcement. This is for good reason, as deployment of the military on U.S. soil, especially in highly politicized contexts, is not only contrary to core American values, but can also be harmful to the reputation, integrity, and morale of the military.

## A.    The Politicized Nature of the Deployment Harms the Military

### i. The Armed Forces Must Remain Nonpartisan

A foundational precept of the U.S. military is that it is apolitical. Indeed, "the widely held view is that a military that is nonpartisan is able to serve the sovereign American people regardless of party and to defend all Americans regardless of their affiliation. This, in turn, protects and enables the process of American democracy to occur without fear of military intervention to shape or mandate a particular political outcome."[2] The U.S. Supreme Court has observed that the

> military as such is insulated from both the reality and appearance of acting as a handmaiden for partisan political causes or candidates. Such a policy is wholly consistent with the American constitutional tradition of a politically neutral military establishment under civilian control. It is a policy that has been reflected in numerous laws and military regulations throughout our history.

---

[2] Kathleen J. McInnis, Cong. Rsch. Serv., IF 11566, *Congress, Civilian Control of the Military, and Nonpartisanship* (June 10, 2020), https://www.congress.gov/crs_external_products/IF/PDF/IF11566/IF11566.1.pdf.

*Greer v. Spock*, 424 U.S. 828, 839 (1976).

Military institutions and experts have repeatedly emphasized that the military must stand as a nonpartisan institution within American society. Each service branch has policies and directives explaining the importance of political nonpartisanship. For example, an Army primer states: "Nonpartisanship assures the public that our Army will always serve the Constitution and our people loyally and responsively."[3] These prohibitions apply to the National Guard as well.[4]

Respected and high-ranking military leaders agree on the imperative that the military not be politicized. In 2008, the Chairman of the Joint Chiefs of Staff wrote a letter to all service members stating: "A professional armed force that stays out of the politics that drive the policies it is sworn to enforce is vital to the preservation of the union and to our way of life."[5] Moreover, military leaders have recognized that an apolitical military is especially important when it comes to

---

[3] U.S. Dep't of Army, *The Army: A Primer to Our Profession of Arms* at 12 (May 1, 2025), https://apply.westpoint.edu/www/documents/FM%201%20The%20Army.pdf; *see also* U.S. Dep't of Air Force, Instr. 51-902, Political Activities By Members of the U.S. Air Force sec. 1 (27 Aug. 2014); U.S. Dep't of Navy, Instr. 5720.44C, Department of the Navy Public Affairs Policy and Navy Regulations § 0103(1) (21 Feb. 2012).

[4] U.S. Dep't of Def., Dir. 1344.10, Political Activities by Members of the Armed Forces (19 Feb. 2008), https://www.esd.whs.mil/Portals/54/Documents/DD/issuances/dodd/134410p.pdf.

[5] Jeremy S. Weber*, Political Speech, the Military, and the Age of Viral Communication*, 69 A.F.L. Rev. 91, 102 (2013).

domestic deployments such as this one: "[The] employment of military personnel in support of civilian law enforcement is an extremely delicate matter and one fraught with tremendous peril. When not done thoughtfully, it endangers the apolitical reputation of the military."[6]

> ## ii. The National Guard is Being Deployed Here in a Deeply Political Context

Unfortunately, the current deployment arises in a highly politicized context, placing the National Guard in an untenable position. Senior members of the administration have repeatedly charged the situation with political invective through social media posts, speeches, and press releases levying partisan attacks against D.C.'s mayor, Muriel Bowser, a Democrat who opposes the deployment.[7] More broadly, administration officials have castigated Democratic officials across

---

[6] Ret. Army Gen. Joseph Votel, *An Apolitical Military is Essential to Maintaining Balance Among American Institutions*, Army Times (June 8, 2020), https://www.armytimes.com/opinion/commentary/2020/06/08/an-apolitical-military-is-essential-to-maintaining-balance-among-american-institutions/.

[7] *See, e.g.*, Donald Trump (@realDonaldTrump), Truth Social (Aug. 22, 2025, at 1:57 ET), https://truthsocial.com/@realDonaldTrump/posts/115070876988527695 ("Mayor Muriel Bowser must immediately stop giving false and highly inaccurate crime figures, or bad things will happen, including a complete and total Federal takeover of the City! Washington D.C. will soon be great again!!!").

the country,[8] blaming them for unsafe cities that must be "straighten[ed] [] out" through deployment of the military.[9]

In one recent example, on September 30, the President and Secretary of Defense Pete Hegseth gave highly partisan speeches in front of high-ranking U.S. military officials flown in from around the world in Quantico, Virginia that included remarks regarding domestic deployments. The President described cities with leadership of the opposing political party as "very unsafe" and he suggested that Secretary Hegseth "should use some of these dangerous cities as training grounds for our military."[10] While presidential disagreement with and criticism of his political opponents is unexceptional, linking such comments to the actual and threatened deployment of the U.S. military is highly unusual—and profoundly concerning.

## B.    The National Guard is Not Trained for Law Enforcement

Most National Guard have only limited law enforcement training, which hinders their ability to carry out their mission and carries significant downside

---

[8] *See*, *e.g.,* Donald Trump (@realDonaldTrump), Truth Social (June 15, 2025, at 8:43 ET), https://truthsocial.com/@realDonaldTrump/posts/114690267066155731 ("Every day, the Brave Men and Women of ICE are subjected to violence, harassment, and even threats from Radical Democrat Politicians.").

[9] *See* The White House, *President Trump Delivers Remarks to the Department of War*, at 45:30 (YouTube, Sept. 30, 2025) (hereinafter Quantico Speech), https://www.youtube.com/watch?v=gKxWz8dyKfU.

[10] Quantico Speech, *supra* note 9, at 43:11, 44:30.

risks. The minimal training Guard members receive for this type of deployment pales in comparison to the in-depth and ongoing education provided to civilian law enforcement officers. Deploying Guardsmen into fraught law enforcement contexts with insufficient training puts troops, law enforcement officers, and civilians in unnecessary risk of physical harm, and strains civil-military relations.

Domestic law enforcement—particularly in emotionally charged situations and instances of civil unrest—requires a specific skill set for which law enforcement officers train extensively and continually, including training in de-escalation and in respecting civilians' constitutional rights on U.S. soil. Military personnel do not receive that specific training. *See Bissonette v. Haig*, 776 F.2d 1384, 1387 (8th Cir. 1985) ("[M]ilitary enforcement of the civil law leaves the protection of vital Fourth and Fifth Amendment rights in the hands of persons who are not trained to uphold these rights."), *aff'd on reh'g en banc*, 800 F.2d 812 (8th Cir. 1986), *aff'd*, 485 U.S. 264 (1988); *United States v. McArthur*, 419 F. Supp. 186, 193–94 (D.N.D. 1975) ("It is the nature of their primary mission that military personnel must be trained to operate under circumstances where the protection of constitutional freedoms cannot receive the consideration needed in order to assure their preservation. The posse comitatus statute is intended to meet that danger."), *aff'd sub nom. United States v. Casper*, 541 F.2d 1275 (8th Cir. 1976).

Indeed, most of the Guard members deployed to D.C. reportedly lack law enforcement training,[11] inviting confusion and disagreement over what constitutes appropriate conduct in contentious civilian situations and risking miscalculations in the heat of the moment. Nonetheless, Secretary Hegseth signed an order authorizing the Guard members deployed to Washington, D.C. to carry weapons of war as part of their mission,[12] putting both the troops and the public they are sworn to protect at risk. The weapons training received by the Guard is not applicable to patrolling American streets in peacetime.

### C.     This Deployment Harms the Guard's Readiness

This deployment diverts the National Guard from their primary missions and harms their readiness in the event of actual need at home or abroad. Within the United States, the Guard primarily provides domestic civil support, natural disaster relief, border security, and other support as requested by governors and/or the President. According to the National Guard Association of the United States, "[t]he National Guard are a critical component of disaster response across the nation, with members trained to use military expertise and equipment [to] provide fast and

---

[11] Greg Jaffe, *Hegseth Authorizes Troops in D.C. to Carry Weapons*, N.Y. Times (Aug. 22, 2025), https://www.nytimes.com/2025/08/22/us/politics/national-guard-weapons.html.

[12] Mosheh Gains & Daniel Arkin, *Hegseth Authorizes National Guard Troops in D.C. to Carry Weapons*, NBC News (Aug. 22, 2025), https://www.nbcnews.com/news/usnews/hegseth-authorizes-national-guard-troops-dc-carry-weapons-rcna226536.

effective emergency support in severe weather events such as hurricanes and wildfires, and to conduct search and rescue operations."[13] The D.C. National Guard, along with the National Guards of the states of Ohio, South Carolina, West Virginia, Mississippi, Tennessee, Louisiana, South Dakota, and Georgia—the eight states that have sent over 1,000 additional Guard troops to the capital—are vital to local disaster preparedness and emergency response needs, and their absence risks degrading those states' emergency preparedness.

The proliferation of domestic deployments of the National Guard for missions outside their core duties also threatens long-term military readiness. The National Guard is the primary combat reserve of the U.S. Army and Air Force. Non-emergency deployments—especially lengthy or back-to-back deployments—reduce combat preparedness by cutting into training time and contributing to fatigue and burnout. Most Guard members have families and civilian lives that they put on hold when deployed, as well as employers who may grow frustrated by frequent, months-long absences on politically controversial missions.

### D. This Deployment Harms the Military's Reputation and Morale

The overtly political context of the current deployment, the misalignment between the Guard's mission and these orders, and the strain on overall readiness

---

[13] *See, e.g.*, *Texas Guardsmen Rescue Over 520 Flood Victims*, Nat'l Guard Assoc. of the U.S. (Jul. 8, 2025), https://www.ngaus.org/newsroom/texas-guardsmen-rescue-over-520-flood-victims.

can cause significant harm to the military's cohesiveness and reputation, as well as to the morale of the soldiers being deployed. A military that is thrust into adversarial interactions with civilians in a politicized context will, over time, inevitably lose the respect and trust that it has rightly earned.

Unsurprisingly, troops recently deployed to D.C. and other cities have expressed confusion and low morale over their assignments.[14] Internal documents show veterans and active duty troops view the domestic deployments "with shame and alarm."[15] The administration has characterized recent domestic deployments as confronting an "enemy from within,"[16] situating the Guard's mission *against* the American people. Yet, our brave men and women in uniform have chosen this path to serve and protect their fellow citizens, not to be turned against them. This fundamental tension could undermine the effectiveness of any military, even one as professional as the U.S. armed forces.

A politicized military will also struggle to recruit and retain the best talent, regardless of political views. Patriotic individuals eager to serve their country may

---

[14] *See, e.g.*, Shawn Hubler, *Trump's National Guard Troops Are Questioning Their Mission in L.A.*, N.Y. Times (Jul. 16, 2025), https://www.nytimes.com/2025/07/16/us/trump-national-guard-california.html.

[15] Alex Horton, *National Guard documents show public 'fear,' veterans' 'shame' over D.C. presence*, Washington Post (Sept. 10, 2025), https://www.washingtonpost.com/national-security/2025/09/10/national-guard-trump-dc/.

[16] Quantico Speech, *supra* note 9, at 43:25, 50:08.

hesitate to swear an oath that compels them to follow orders driven by political motivations. Others will no doubt worry that their own political views could be a hindrance to their professional success in the military. These challenges could be crippling for our all-volunteer force.

## CONCLUSION

Throughout our nation's history, domestic deployment of the military has been a last resort. The strict limitations on the use of troops on U.S. soil remain as important today as when they were enacted into law. *Amici* respectfully request that the Court deny the stay.

Dated: December 1, 2025

Respectfully submitted,

Beau C. Tremitiere
PROTECT DEMOCRACY PROJECT
300 Center Ave, Suite G-251
Superior, CO 80027
beau.tremitiere@protectdemocracy.org

Jane Bentrott
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, #163
Washington, DC 20006
jane.bentrott@protectdemocracy.org

*Attorneys for* Amici Curiae
*Former Service Secretaries and*
*Retired Senior Military Officers*

*/s/ J. Andrew Boyle*
J. Andrew Boyle
   *Counsel of Record*
Maithreyi Ratakonda
Christine P. Sun
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
Tel.: (202) 999-9305
andrew@statesunited.org
mai@statesunited.org
christine@statesunited.org

*Attorneys for* Amici Curiae *Vet Voice*
*Foundation and Retired Senior*
*Military Officers*

**CERTIFICATE OF COMPLIANCE**

This amicus curiae brief complies with the word limit of Fed. R. App. P. 29(a)(5) because it contains 2600 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1). This filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared using Microsoft Office Word in Times New Roman 14-point font.

Dated: December 1, 2025

*/s/ J. Andrew Boyle*
J. Andrew Boyle
*Attorney for Amici Curiae Vet Voice Foundation and Retired Senior Military Officers*

**CERTIFICATE OF SERVICE**

I, J. Andrew Boyle, hereby certify that on December 1, 2025, I electronically filed the foregoing Brief of *Amici Curiae* Former Service Secretaries, Retired Senior Military Officers, and VVF with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

Dated: December 1, 2025

*/s/ J. Andrew Boyle*
J. Andrew Boyle
*Attorney for Amici Curiae Vet Voice Foundation and Retired Senior Military Officers*

# Appendix: List of *Amici*

**Former Secretary of the Army Louis E. Caldera** graduated from the U.S. Military Academy at West Point in 1978 and served in the Army on active duty from 1978 to 1983. He served in two Senate-confirmed positions in the Clinton Administration, including Secretary of the Army, and as an Assistant to the President and Director of the White House Military Office in the Obama Administration.

**Former Secretary of the Navy Sean C. O'Keefe** began his public service career in 1978 at the Department of Defense and as U.S. Senate staff until his appointment as the Department of Defense Comptroller and Chief Finance Officer in 1989. President George H.W. Bush later named him the 69th Secretary of the Navy. Secretary O'Keefe also served in President George W. Bush's Administration as Deputy Director of the Office of Management and Budget and the 10th Administrator of NASA.

**Admiral C. Steve Abbot, U.S. Navy (Ret.)**, graduated from the U.S. Naval Academy in 1966, after which he was deployed to Vietnam and began a 34-year career with the U.S. Navy. His final active-duty tour was as Deputy Commander-in-Chief, U.S. European Command from 1998 to 2000. Following his retirement, Admiral Abbot served as Deputy Homeland Security Advisor to President George W. Bush from 2001 to 2003.

**Admiral Thad W. Allen, U.S. Coast Guard (Ret.)**, retired in 2010 as the 23rd Commandant of the U.S. Coast Guard. Admiral Allen led the federal responses to Hurricanes Katrina and Rita and the Deepwater Horizon oil spill. He led Atlantic Coast Guard forces in response to the 9/11 attacks and coordinated the Coast Guard response to the Haitian earthquake of 2010.

**General Michael V. Hayden, U.S. Air Force (Ret.)**, entered active military service in 1969. During his career, he rose to the rank of four-star general and served as Director of the Central Intelligence Agency and the National Security Agency. General Hayden also served as Commander of the Air Intelligence Agency and held senior staff positions at the Pentagon, Headquarters U.S. European Command, and the National Security Council.

**Admiral Samuel Jones Locklear, III, U.S. Navy (Ret.)**, graduated from the U.S. Naval Academy in 1977. He served for 39 years and retired as commander of U.S.

Pacific Command. His prior commands include Commander, U.S. Naval Forces Europe, U.S. Naval Forces Africa, and Allied Joint Force Command Naples; Commander, U.S. 3rd Fleet; and Commander, Nimitz Strike Group.

**Admiral William A. Owens, U.S. Navy (Ret.)**, retired in 1996 as the Vice Chairman of the Joint Chiefs of Staff. He began his career as a nuclear submariner, spending a total of 4,000 days aboard submarines, including duty in Vietnam. Admiral Owens was a senior military assistant to two Secretaries of Defense and served as commander of the U.S. 6th Fleet during Operation Desert Storm.

**Vice Admiral Donald C. Arthur, U.S. Navy (Ret.)**, served as 35th Surgeon General of the Navy. He was Commander of the National Naval Medical Center in Bethesda, Maryland, and the Naval Hospital in Camp Lejeune, North Carolina. He deployed and served with the hospital ship USNS Mercy.

**Lieutenant General Charles P. Ostott, U.S. Army (Ret.)**, is a graduate of West Point and the National War College. He is a former Deputy Chairman of the NATO Military Committee. He commanded the 25th Infantry Division and was awarded the Silver Star for service in Vietnam.

**Rear Admiral (Upper Half) William D. Baumgartner**, U.S. Coast Guard (Ret.), had a variety of operational and legal assignments during his 33 year career. As a flag officer, he served as the Judge Advocate General (TJAG)/Chief Counsel of the Coast Guard and then as the Commander of the Seventh (Southeast) Coast Guard District. He is a graduate of the U.S. Coast Guard Academy and Harvard Law School.

**Major General Richard T. Devereaux, U.S. Air Force (Ret.)**, graduated from the U.S. Air Force Academy in 1978 and went on to serve 34 years in the Air Force.  During his career he logged more than 3,500 hours piloting the C-5 Galaxy, KC-135 Stratotanker, and several other aircraft, and commanded five organizations from the squadron level to the USAF Expeditionary Center.  After retiring from the Air Force in 2012, General Devereaux worked as a defense industry consultant and served on several non-profit boards including Chairman of the National D-Day Memorial, Chairman of the Salvation Army of Asheville, President of the Rotary Club of Asheville, and Chairman of Blue Ridge Public Radio.

**Major General Paul D. Eaton, U.S. Army (Ret.)**, served over thirty years as an Infantry officer, including combat and post combat tours in Somalia, Bosnia and Iraq.  He commanded the force to recreate the Iraqi Armed Forces after the fall of

Saddam, served as Chief of Infantry for the American Army and helped create the Stryker based Infantry divisions.

**Rear Admiral (Upper Half) Donald J. Guter, U.S. Navy (Ret.)**, served on active duty in the Navy for 29 years, first as a surface warfare officer and then in the Judge Advocate General Corps, ultimately serving as the Judge Advocate General of the Navy from 2000-2002. After retiring from active duty, he served as Dean of Duquesne Law School and subsequently Dean of South Texas College of Law Houston.

**Major General Richard S. Haddad, U.S. Air Force (Ret.)**, was the Vice Commander of the Air Force Reserve Command, responsible for the daily operations of approximately 70,000 citizen Airmen and 300 aircraft among 3 numbered air forces, 33 flying wings, 10 flying groups and one space wing.

**Major General Irving L. Halter, Jr., U.S. Air Force (Ret.),** is an Air Force Academy graduate and former fighter pilot, serving in Iraq, Afghanistan, in the Pentagon with the Joint Chiefs of Staff, and as Vice Superintendent of the Air Force Academy. He is the recipient of two Bronze Stars.

**Rear Admiral (Upper Half) John D. Hutson, U.S. Navy (Ret.)**, served in the U.S. Navy for thirty years, including time as the Judge Advocate General of the Navy. He was awarded the Distinguished Service Medal, the Legion of Merit (with three gold stars), Meritorious Service Medal (with two gold stars), Navy Commendation Medal, and Navy Achievement Medal.

**Major General Steven J. Lepper, U.S. Air Force (Ret.)**, served for 35 years in the United States Air Force as a judge advocate in a variety of roles including Deputy Legal Counsel to the Chairman of the Joint Chiefs of Staff, commander, and military judge.  He culminated his service as Deputy Judge Advocate General of the Air Force.

**Major General Randy E. Manner, U.S. Army (Ret.)**, served over 36 years in the U.S. Army in positions such as the Acting Vice Chief of the National Guard Bureau overseeing the readiness and deployment of over 450,000 Guardsmen, the Deputy Commanding General of the U.S. Third Army, responsible for all Army forces in combat in the Middle East, and as the Acting and Deputy Director of the Defense Threat Reduction Agency, responsible for overseeing the safety of all U.S. nuclear and chemical weapons and developing DoD procedures to respond to pandemics.

**Major General Gale S. Pollock, U.S. Army (Ret.)**, served as the Commander of the U.S. Army Medical Command and the Acting Surgeon General of the Army (the first woman, non-physician to have this role in any of the military services). General Pollock was the 22nd Chief of the Army Nurse Corps.

**Major General Patricia S. Rose, U.S. Air Force (Ret.)**, served more than three decades in the U.S. Air Force, where she held key leadership roles in logistics, engineering, and security across the Air Force and joint commands. Commissioned in 1984, she began her career as an aircraft maintenance officer and went on to command the 36th Aerial Port Squadron at McChord Air Force Base. She later directed joint logistics in Southwest Asia in support of Operations Iraqi Freedom and Enduring Freedom and served as a senior logistics leader for U.S. Pacific Command and Air Force Materiel Command. Rising to the rank of Major General in 2013, her career was marked by extensive operational experience, global deployments, and contributions to sustainment, readiness, and force protection. She is the recipient of numerous awards, including the Defense Superior Service Medal and the Legion of Merit.

**Major General Tammy S. Smith, U.S. Army (Ret.)**, served 35 years in the United States Army, culminating her career at the Pentagon as Military Advisor to the Assistant Secretary of the Army (Manpower and Reserve Affairs), where she oversaw quality-of-life programs for more than one million soldiers and families across the Active, Guard, and Reserve force. A logistics officer by training, she held command and staff positions worldwide, including deployments in Panama, Costa Rica, Afghanistan, and South Korea, and served as Deputy Commanding General of the Eighth Army. In 2012 she became the military's first openly LGBT general officer, using her platform to advance inclusion and diversity across the force, earning the Secretary of the Army Diversity in Leadership Award. A decorated combat veteran, her honors include the Distinguished Service Medal, Bronze Star Medal, Legion of Merit, and Combat Action Badge, and she was inducted into the Army ROTC Hall of Fame in 2016.

**Major General Antonio M. Taguba, U.S. Army (Ret.)**, served in the U.S. Army for more than 34 years, including time as Deputy Assistant Secretary of Defense for readiness, training and mobilization in the Office of the Assistant Secretary of Defense for Reserve Affairs and as acting director of the Army Staff, Headquarters, Department of the Army.

**Major General F. Andrew Turley, U.S. Air Force (Ret.)**, served in the U.S. Air Force for more than 27 years, in a wide variety of active duty, Air Force Reserve and Air National Guard judge advocate positions at the wing, major command and Air Staff levels, culminating in his appointment as the Ninth Air National Guard Assistant to The Judge Advocate General. As a federal civilian lawyer, he held senior level legal positions with several federal agencies, including the Department of Justice, the White House, and Department of the Air Force, and served as the general counsel of a small DoD agency. He is a retired member of the Senior Executive Service.

**Rear Admiral (Lower Half) Sandra E. Adams, U.S. Navy (Ret.)**, served for 34 years on active and reserve duty as a Surface Warfare Officer, retiring in 2015. Adams held command at several levels, served in multiple theaters, and supported three 4-star level commands. She has a Masters Degree from the Naval War College.

**Brigadier General Steven M. Anderson, U.S. Army (Ret.)**, served a 31-year career in the U.S. Army, specializing in logistics across key command and staff assignments in Korea, Iraq, Kuwait, Afghanistan, Germany, Hawaii, and the Pentagon. His most significant role was as Deputy Chief of Staff for Logistics to General David H. Petraeus during the Multi-National Force in Iraq from 2006 to 2007, where he oversaw critical sustainment operations during the height of the conflict. A 1978 graduate of West Point with a master's degree from the Naval Postgraduate School, Anderson retired in 2010 and was recognized with numerous awards, including the Distinguished Service Medal with Oak Leaf Cluster and the Bronze Star.

**Rear Admiral (Lower Half) Michael S. Baker, M.D., F.A.C.S., U.S. Navy (Ret.)**, is a retired general and trauma surgeon with a distinguished dual career in medicine and military service. Board certified in General Surgery with fellowship training in cardiovascular surgery, he served as a surgery department chair for more than 20 years and was on the clinical faculty at two medical schools. He has published over 100 peer-reviewed articles, lectured widely at national and international conferences, and taught at U.S. military bases around the world. Dr. Baker has completed 5 tours in Ukraine during the current war to teach Advanced Trauma Life Support to doctors and nurses with the International Medical Corps. In the Navy, he specialized in combat casualty care, triage, trauma, operational medicine, and disaster response, retiring after 30 years with three Legions of Merit, the Marine Corps Combat Action Ribbon, and the Combat Craft River Warfare pin.

**Rear Admiral (Lower Half) James A. Barnett, Jr., U.S. Navy (Ret.)**, was a Surface Warfare Officer and attorney. He served as Deputy Commander of the Naval Expeditionary Warfare Command during the height of the wars in Iraq and Afghanistan. He later served as Chief of the Public Safety and Homeland Security Bureau of the Federal Communications Commission.

**Brigadier General Stephen A. Cheney, U.S. Marine Corps (Ret.)**, was the Inspector General of the Marine Corps ('97-'99), and then became the Commanding General of recruiting and recruit training for the Marines at their Recruit Depot at Parris Island, SC ('99-'01). He later was President of the Marine Military Academy in Texas, and Chief Executive Officer of the American Security Project (a non-profit DC think tank).

**Rear Admiral (Lower Half) Jay A. DeLoach, U.S. Navy (Ret.)**, graduated from the U.S. Naval Academy in 1978, served on submarines, and retired as a rear admiral. He earned three masters degrees (Management; Nuclear Engineering; and National Security & Strategic Studies) and was an adjunct professor for the Naval War College. As a member of the Senior Executive Service, he served as the 12th Director of the Naval History & Heritage Command.

**Brigadier General Robert J. Felderman, U.S. Army (Ret.)**, served as the United States Deputy Director and Principal Advisor to the North American Aerospace Defense Command (NORAD) and as the Deputy Director of Plans, Policy, and Strategy Directorate (DJ5) at the U.S. Northern Command (USNORTHCOM).

**Brigadier General David R. Irvine, U.S. Army (Ret.)**, is an attorney in private practice. He previously served four terms as a Republican member of the Utah House of Representatives. He enlisted as a private in the 96th Infantry Division in 1962. He received a direct commission as a strategic intelligence officer in 1967. He retired in 2002 as a BG, and his last assignment was Deputy Commander of the 96th Regional Support Command, U.S. Army Reserve.

**Brigadier General Joseph V. Medina, U.S. Marine Corps (Ret.)**, graduated from the U.S. Naval Academy in 1976 and served for three decades. His command assignments included Commander of Expeditionary Strike Group THREE, Commander of the Marine Corps' installations in Asia, and Commanding General of 3rd Marine Expeditionary Brigade (MEB)/Deputy Commanding General III Marine Expeditionary Force (MEF) in Okinawa, Japan.

**Brigadier General Paul G. Smith, U.S. Army (Ret.),** is a retired Massachusetts National Guard officer whose more than three-decade career included command at the company, battalion, and brigade levels, culminating as Assistant Adjutant General – Army. He also served as Commander of the Land Component Command and as a Dual-Status Commander, where he led Army force development initiatives in suicide prevention, drug abuse reduction, sexual assault prevention, resiliency, and diversity. General Smith directed the State Partnership Program with the Republic of Paraguay, supporting the development of United Nations peacekeeping forces, and represented Massachusetts on the Military Interstate Children's Compact Commission as well as the National Guard Bureau Joint Diversity Executive Council. As Commander of Joint Task Force – Massachusetts, he oversaw emergency responses to the Western Massachusetts tornado, Hurricanes Irene and Sandy, severe winter storms, and the Boston Marathon Bombings. A graduate of Fitchburg State College, Anna Maria College, and the U.S. Army War College, his service is recognized with numerous awards, including the Meritorious Service Medal with four oak leaf clusters and the Army Commendation Medal with four oak leaf clusters.

**Brigadier General Robin B. Umberg, U.S. Army (Ret.),** began her Army career at 18 and was commissioned in 1977 after earning a nursing scholarship at Walter Reed. Over 36 years of active and reserve service, she held command and staff roles across the U.S. and overseas, including deployments during Operations Desert Shield and Desert Storm, and earned high honors such as the Legion of Merit and the Civilian Humanitarian Service Medal. As Chief of Professional Services for the 3rd Medical Command, she advised on readiness and career management for more than 27,000 medical personnel, and in 2006 was inducted into the Military Order of Medical Merit. Following her military retirement in 2010, she continued serving veterans as Undersecretary of California Department of Veteran Affairs, where she modernized long-term care for aging, disabled, and homeless veterans. Appointed to the board of visitors at West Point, Umberg has dedicated her career to service, leadership, and advocacy for veterans. She earned the Lifetime Achievement Award for her service to veterans.