[NOT YET SCHEDULED FOR ORAL ARGUMENT]

No. 25-5418

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA,

*Plaintiff-Appellee*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:25-cv-3005, Hon. Jia M. Cobb

**Notice of Intent of Democracy Forward Foundation to File Brief as *Amicus Curiae* Supporting Appellee in Opposition to Emergency Motion for Stay Pending Appeal**

Brian D. Netter
Bradley Girard
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for* Amicus Curiae

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

A. **Parties and *Amici*.** All parties, intervenors, and amici appearing before the district court and in this court are listed in Defendants-Appellants' Emergency Motion.

B. **Rulings Under Review.** References to the rulings at issue appear in Defendants-Appellants' Emergency Motion.

C. **Related Cases**. This case has not previously been before this Court or any court other than the district court. Undersigned counsel is unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

/s/ *Brian D. Netter*
Brian D. Netter

## CORPORATE DISCLOSURE STATEMENT

*Amicus curiae* Democracy Forward Foundation is a nonprofit corporation organized under the laws of the District of Columbia. It has no parent corporation, and no publicly held corporation owns any portion of it.

## NOTICE OF INTENT TO FILE BRIEF AS *AMICUS CURIAE*

Pursuant to Circuit Rule 29, Democracy Forward Foundation hereby gives notice that it intends to file a brief as *amicus curiae* in support of plaintiff-appellant and in opposition to defendants-appellees' emergency motion for stay pending appeal. All parties have consented to this filing.

    Respectfully submitted,

    /s/ *Brian D. Netter*

Brian D. Netter
Bradley Girard
Democracy Forward Foundation
P.O. Box 34556
Washington, D.C. 20043
(202) 448-9090

*Counsel for* Amicus Curiae

December 2, 2025

## CERTIFICATE OF SERVICE

I certify that on December 2, 2025, this brief was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

 /s/ *Brian D. Netter*
Brian D. Netter
