[ORAL ARGUMENT NOT YET SCHEDULED]

No. 25-5418

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA,

*Plaintiff-Appellee*,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

*Defendants-Appellants*.

*On Appeal from the United States
District Court for the District of Columbia*

**MOTION OF CONSTITUTIONAL ACCOUNTABILITY CENTER FOR LEAVE TO FILE AS *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF-APPELLEE AND IN OPPOSITION TO MOTION FOR ADMINISTRATIVE STAY AND FOR STAY PENDING APPEAL**

Elizabeth B. Wydra
Brianne J. Gorod
Brian R. Frazelle
CONSTITUTIONAL
   ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW
Suite 1200
Washington, D.C. 20036
(202) 296-6889
brian@theusconstitution.org

*Counsel for Amicus Curiae*

*Amicus curiae* Constitutional Accountability Center (CAC) respectfully moves for leave to file the attached brief in support of Plaintiff-Appellee's opposition to Defendants-Appellants' motion for a stay in the above-captioned case.  Counsel for all parties have consented to the filing of this brief.  In support of this motion, *amicus* states:

1.  Constitutional Accountability Center is a think tank and public interest law firm dedicated to fulfilling the progressive promise of the Constitution's text and history.  CAC works in our courts, through our government, and with legal scholars to improve understanding of the Constitution and to protect the rights, freedoms, and structural safeguards that our nation's charter guarantees.  Accordingly, CAC has an interest in this case.

2.  CAC routinely files *amicus* briefs in the federal courts discussing questions of constitutional and statutory interpretation, and these briefs have been cited and relied upon by the Supreme Court, courts of appeals, and district courts.  Recently, CAC filed *amicus* briefs concerning National Guard deployments in *Illinois v. Trump*, No. 25-2798 (7th Cir. 2025), and *Newsom v. Trump*, No. 25-3727 (9th Cir. 2025).  Thus, CAC has developed expertise in addressing the kinds of interpretive questions at issue here, and its brief provides more detail on certain questions than the parties can provide.

1

3. The proposed, attached *amicus* brief will aid the Court in resolving the pending motion for a stay by addressing Defendants-Appellants' likelihood of success on the merits. The brief discusses the two questions that are central to the District Court's preliminary injunction order: (1) whether any legal authority permits Defendants to impose a crime-reduction mission on the D.C. Guard, and (2) whether any legal authority permits Defendants to bring out-of-state National Guard units into the District of Columbia to participate in that mission. The *amicus* brief explains why the answer to both questions is no. First, by examining text, context, canons of statutory interpretation, and opinions from the Justice Department's Office of Legal Counsel, the brief shows that no statute authorizes Defendants to transform the D.C. Guard into an auxiliary police force. Second, the brief shows that Defendants also lack authority to use out-of-state National Guard troops to promote crime reduction, demonstrating why the term "operations or missions" in 32 U.S.C. § 502(f)(2) does not empower presidents to use a willing state's troops for any activity the President might devise.

4. All parties have consented to the filing of this brief.

## CONCLUSION

For the foregoing reasons, movants respectfully request leave to file the attached *amicus curiae* brief.

Respectfully submitted,

*/s/ Brian R. Frazelle*
Elizabeth B. Wydra
Brianne J. Gorod
Brian R. Frazelle
CONSTITUTIONAL
  ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW, Suite 1200
Washington, D.C. 20036
(202) 296-6889
brian@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: December 2, 2025

3

# CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 415 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Times New Roman font.

Executed this 2nd day of December, 2025.

*/s/ Brian R. Frazelle*
Brian R. Frazelle

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: December 2, 2025

*/s/ Brian R. Frazelle*
Brian R. Frazelle