NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-5418

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

DISTRICT OF COLUMBIA,
*Plaintiff-Appellee,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et. al.*,
*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the District of Columbia, Case No. 1:25-cv-3005
Honorable Jia M. Cobb, U.S. District Judge

---

**CONSENT MOTION OF NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC. FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF-APPELLEE AND OPPOSING STAY**

---

Jin Hee Lee, DC Bar No. 1740850
    *Counsel of Record*
Puneet Cheema, DC Bar No. 1655497
Alyssa Gordon
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
jlee@naacpldf.org
pcheema@naacpldf.org
agordon@naacpldf.org

Alaizah Koorji
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
akoorji@naacpldf.org

*Counsel for Amicus Curiae*

## CONSENT MOTION OF LEGAL DEFENSE FUND FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF-APPELLEE

1. Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, the NAACP Legal Defense and Educational Fund, Inc. ("LDF") respectfully moves for leave to file the attached brief, as *amicus curiae*, in support of Plaintiff-Appellee's Opposition to Defendants-Appellees' Motion for a Stay. ECF No. 2148224. The proposed brief is attached.

2. Counsel for Plaintiff-Appellee and Defendants-Appellees have advised undersigned counsel that they consent to the filing of this brief.

3. *Amicus curiae* LDF is the nation's first and foremost civil rights legal organization. Through litigation, advocacy, public education, and outreach, LDF strives to secure equal justice under the law for all Americans, and to break down the barriers that prevent Black people in the United States from realizing their basic civil and human rights.

4. LDF has significant interest in the issues involved in this matter. LDF is deeply concerned with policing policies and practices that target and disproportionately harm communities of color, especially Black people. Since 2015, LDF's Justice in Public Safety Project specifically has worked to address issues of unconstitutional police practices, to end police violence against people of color, and to eliminate racial bias and profiling by police in order to foster confidence and trust in our public institutions.

5. LDF has served as counsel or amicus curiae in multiple cases addressing such issues. *See, e.g.*, *Tennessee v. Garner*, 471 U.S. 1 (1985); *Davis v. City of New York*, No. 1:10-cv-00699 (S.D.N.Y. filed Jan. 28, 2010); *Md. Dep't of State Police v. Md. State Conf. of NAACP Branches*, 59 A.3d 1037 (Md. 2013); *Tolan v. Cotton*, 572 U.S. 650 (2014); *People v. Hill*, 125 N.E.3d 803 (N.Y. 2019); *Commonwealth v. Evelyn*, 152 N.E.3d 108 (Mass. 2020); *Smith v. City of Philadelphia*, No. 2:20-cv-03431 (E.D. Pa. filed July 14, 2020); *Scott v. Louisville/Jefferson Cnty. Metro Gov't*, No. 3:20-cv-00535 (W.D. Ky. filed July 30, 2020); *United States v. Weaver*, 9 F.4th 129 (2d Cir. 2021); *Uniformed Fire Officers Ass'n v. de Blasio*, 846 F. App'x 25 (2d Cir. 2021); *Leaders of a Beautiful Struggle v. Balt. Police Dep't*, 2 F.4th 330 (4th Cir. 2021); *Torres v. Madrid*, 592 U.S. 306 (2021); *Plaintiffs 1-3 v. City of New York*, No. 1:25-cv-02397 (E.D.N.Y. filed April 30, 2025); *Andre v. Clayton Cnty.*, 148 F.4th 1282 (11th Cir. 2025); *People v. Armstrong*, No. 165233, 2025 WL 994370 (Mich. June 3, 2025); *Union v. City of Rochester*, 264 N.E.3d 1260 (N.Y. 2025); *Barnes v. Felix*, 605 U.S. 73 (2025).

6. LDF's brief will assist the Court in determining whether to grant Defendants-Appellants' Motion For a Stay. Specifically, the brief offers supplemental authority and argument concerning the substantial injury the National Guard deployment is causing to D.C. residents, and especially Black D.C. residents.

7. The attached brief has been timely filed under the Federal Rules of Appellate Procedure and the Rules of this Court.

8. For the foregoing reasons, LDF requests that the Court grant leave to file the attached *amicus* brief.

Date December 2, 2025

Alaizah Koorji
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
akoorji@naacpldf.org

Respectfully submitted,

*/s/ Jin Hee Lee*
Jin Hee Lee, DC Bar No. 1740850
Puneet Cheema, DC Bar No. 1655497
Alyssa Gordon
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
jlee@naacpldf.org
pcheema@naacpldf.org
agordon@naacpldf.org

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced 14-point Times New Roman typeface, using Microsoft Word. The motion complies with the type-volume limitations of Rule 27(d)(2)(A) because it contains 506 words.

Dated: December 2, 2025

*/s/ Jin Hee Lee*
Jin Hee Lee, DC Bar No. 1740850
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 2, 2025, the foregoing motion and attachments were filed electronically and will be sent electronically to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                             */s/ Jin Hee Lee*
Jin Hee Lee, DC Bar No. 1740850
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.

*Counsel for Amicus Curiae*