ORAL ARGUMENT NOT YET SCHEDULED

No. 25-5418

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**DISTRICT OF COLUMBIA,** *Plaintiff-Appellee,*

v.

**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,** *Defendant-Appellants*

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-03005
The Honorable Jia M. Cobb

---------------------------------------------------------------------

**CONSENT MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE* RELIGIOUS LEADERS AND HOWARD UNIVERSITY SCHOOL OF LAW IN SUPPORT OF PLAINTIFF**

KRISTEN CLARKE
*Counsel of Record*
DARIELY RODRIGUEZ
JOHN M. POWERS
HOWARD UNIVERSITY SCHOOL OF LAW
CIVIL RIGHTS CLINIC
2900 Van Ness Street NW
Washington, DC
Kristen.Clarke@howard.edu
Dari.Rodriguez@howard.edu
jpowers@advancementproject.org
(202) 806 – 8082

Counsel for *Amici Curiae*

## CONSENT MOTION OF RELIGIOUS LEADERS AND THE CIVIL RIGHTS CLINIC AT HOWARD UNIVERSITY SCHOOL OF LAW FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

The Civil Rights Clinic at Howard University School of Law respectfully moves, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 29 of the Federal Rules of Appellate Procedure, for leave to file a brief as *amici curiae*, in support of Plaintiff. The proposed brief accompanies this motion.

*Amici* move for leave to file its brief separately from the plaintiff because it provides an important and unique view of the harm the National Guard's deployment has had on the faith community of the District. The views and information in the attached brief are useful to the Court in evaluating the prongs of the preliminary injunction analysis and are not addressed in detail in any party's brief.

*Amici Curiae* are local religious leaders and institutions in Washington, D.C. ("D.C.") and the Civil Rights Clinic at Howard University School of Law. *Amici* speak on behalf of religious congregations across the district who have an interest in protecting places of worship and their members. As one of the oldest Historically Black Colleges and Universities, Howard University School of Law has long prioritized defending human rights, equality, and dignity in its educational approach.

*Amici* serve the unique role of addressing the irreparable harm that the

deployment of the National Guard has caused and continues to cause residents seeking to practice their religion freely and peacefully. Specifically, the National Guard's deployment in D.C. is causing harm to local religious institutions and impairing their ability to provide open and sacred spaces for people to worship and form spiritual connections.

The proposed amicus brief offers three arguments in support of the Plaintiff's position that the National Guard's deployment is causing irreparable harm. First, Courts have long recognized the importance of an individual's freedom to exercise their religion under the First Amendment. Second, the National Guard's deployment is having a chilling effect on D.C. residents, particularly people of faith, and is restricting their ability to practice their religion. Finally, the National Guard's deployment is forcing religious leaders to divert their limited resources to address its effects on their congregations. Accordingly, we urge the Court to consider the significant impact and burdens imposed on religious leaders, religious institutions, and the faith community generally as part of the Plaintiff's request for a preliminary injunction.

All the requirements for an amicus brief before this Court are satisfied. The proposed brief is timely. No counsel for either party authored the proposed brief in whole or in part. No person contributed money intended to fund the preparation or

submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E). And all Parties have consented to the filing of this amicus brief.

For the foregoing reasons, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the accompanying proposed *amicus curiae* brief filed.

Dated: December 2, 2025                     Respectfully submitted,


                                          */s/     Kristen Clarke*
                                          KRISTEN CLARKE
                                          *Counsel of Record*
                                          DARIELY RODRIGUEZ
                                          JOHN M. POWERS
                                          HOWARD UNIVERSITY SCHOOL OF LAW
                                          CIVIL RIGHTS CLINIC
                                          2900 Van Ness Street NW
                                          Washington, DC
                                          Kristen.Clarke@howard.edu
                                          Dari.Rodriguez@howard.edu
                                          John.Powers@howard.edu
                                          (202) 806 – 8082

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this motion is written in 14-point Times New Roman font, a proportionally spaced typeface, using Microsoft Word. Fed. R. App. P. 37(d)(1)(E). This motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 496 words.

Dated: December 2, 2025                    */s/ Kristen Clarke*
                                                            Kristen Clarke

                                                            *Counsel of Record*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2025, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. A true and correct copy of this Motion has been served via the Court's EM/ECF system on all counsel of record.

Dated: December 2, 2025                      */s/ Kristen Clarke*
                                                              Kristen Clarke
                                                              *Counsel of Record*