No. 25-5418

In the United States Court of Appeals for the District of Columbia Circuit

―――――――――

DISTRICT OF COLUMBIA,
        *Plaintiff- Appellee,*
*v.*
DONALD J. TRUMP, ET AL.
        *Defendants-Appellants.*

―――――――――

On Appeal from the United States District
Court for the District of Columbia

―――――――――

**OVERSIGHT PROJECT'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIE**

―――――――――

SAMUEL EVERET DEWEY
Chambers of
Samuel Everet Dewey LLC
2200 12th Court North
Apt. 609
Arlington VA  22201
(703) 261-4194

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

The Oversight Project respectfully requests that the Court grant leave to file an amicus curiae brief in support of Defendant-Appellants' motion for an emergency stay. Plaintiff and Defendant-Appellants consent to the filing of this amicus brief. The Oversight Project participated as amicus below and presents important submissions on standing that are not fully addressed by either party. The Oversight Project accordingly requests leave to file an amicus brief in support of Defendant-Appellants' motion for an emergency stay of the decision below. The proposed brief is attached.

Dated: December 3, 2025

Respectfully submitted,

  /s/ Samuel Everett Dewey

SAMUEL EVERET DEWEY
Chambers of Samuel Everet Dewey LLC
2200 12th Court North Apt. 609
Arlington VA  22201
(703) 261-4194

# CERTIFICATE OF COMPLIANCE

.   This document complies with the word limit of Fed. R. App. P. 32(a)(7) because, excluding the portions of the brief exempted by Fed. R. App. P. 32(f), this document contains 96 words.

.   This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook typeface.

<em>/s/ Samuel Everett Dewey</em>

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 3d day of December 2025 I filed the foregoing motion using this Court's Appellate CM/ECF system, which effected service on all parties.

<u>*/s/ Samuel Everett Dewey*</u>