# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** District of Columbia

v.

Donald J. Trump, et al.

**Case No:** 25-5418

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Democracy Forward Foundation

### Counsel Information

**Lead Counsel:** Brian D. Netter
**Direct Phone:** (202) 448-9090  **Fax:** (202) 796-4426  **Email:** bnetter@democracyforward.org

**2nd Counsel:** Bradley Girard
**Direct Phone:** (202) 448-9090  **Fax:** (202) 796-4426  **Email:** bgirard@democracyforward.org

**3rd Counsel:**
**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Democracy Forward Foundation
**Firm Address:** P.O. Box 34553, Washington, DC 20043
**Firm Phone:** (202) 448-9090  **Fax:** (202) 796-4426  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)