[NOT SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>        *Plaintiff-Appellee*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>        *Defendants-Appellants*. | No. 25-5418 |

## APPELLANTS' STATEMENT OF ISSUES TO BE RAISED

1. Whether the district court correctly held that Plaintiff is likely to succeed in its challenge to the deployment of the District of Columbia National Guard and Guard members from certain States to the District of Columbia.

2. Whether Plaintiff met the remaining equitable requirements for injunctive relief.

Respectfully submitted,

BRETT A. SHUMATE
   *Assistant Attorney General*

ERIC D. MCARTHUR
   *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
J. KAIN DAY

/s/ Andrew M. Bernie

ANDREW M. BERNIE
*Attorneys, Appellate Staff*
*Civil Division, Room 7264*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, D.C. 20530*
*(202) 514-3511*
*andrew.bernie@usdoj.gov*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 26, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                              */s/Andrew M. Bernie*
                                              ANDREW M. BERNIE