# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5418
2. DATE DOCKETED: 11-25-2025
3. CASE NAME (lead parties only) District of Columbia v. Trump
4. TYPE OF CASE: ☐ District Ct - ☒ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action 25-cv-3005-JMC   Bankruptcy                      Tax
      Criminal                      Adversary
      Miscellaneous                 Ancillary
   b. Review is sought of:
      ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Jia M. Cobb                                        Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 11-20-2025   e. Date notice of appeal filed: 11-25-2025
   f. Has any other notice of appeal been filed in this case? ☐ Yes ☒ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☒ Yes ☐ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal #   ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☒ No   If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute? ☒ Yes ☐ No
      If YES, give popular name and citation of statute D.C. Code 49-101 et seq.; 32 U.S.C. 502(f)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No   If so, provide program name and participation dates

Signature /s/ Andrew M. Bernie                          Date 12-26-2025
Name of Party Donald J. Trump, in his official capacity as President, et al.
Name of Counsel for Appellant/Petitioner Andrew M. Bernie
Address 950 Pennsylvania Avenue NW, Washington, DC 20530
Phone ( 202 ) 514-3511   Fax (   ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)