# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA,
                    *Plaintiff-Appellee*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,
                    *Defendants-Appellants*.

No. 25-5418

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A.      Parties and Amici

Plaintiff-appellee is the District of Columbia. Defendants-appellants are

Donald J. Trump, in his official capacity as President of the United States; the United

States Department of Defense; Peter B. Hegseth, in his official capacity as Secretary

of Defense; the United States Army; Daniel P. Driscoll, in his official capacity as

Secretary of the Army; the United States Department of Justice; Pamela J. Bondi, in

her official capacity as United States Attorney General; the United States Marshals

Service; and Gadyaces S. Seralta, in his official capacity as Director of the United

States Marshals Service. The following individuals or entities also noticed

appearances and/or filed amicus briefs in the district court: Martin Ackerman,

Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and

Generals, Law Enforcement Action Partnership, Center for Policing Equity, National Police Accountability Project, Policing Project at New York University School of Law, Washington Lawyers' Committee for Civil Rights and Urban Affairs, NAACP Legal Defense and Educational Fund, Inc., Democracy Forward Foundation, Mia McClain, Allen Chapel AME Church, National African-American Clergy Network, Metropolitan African Methodist Episcopal Church, Christopher Zacharias, Aaron Alexander, Center for Racial Equity and Justice, New Bethel Baptist Church, Barbara Williams-Skinner, Clergy Network, Peace Baptist Church, Emory United Methodist Church, Religious Nationalism Project, Howard University School of Law Civil Rights Clinic, Shiloh Baptist Church of Washington, D.C., All Souls Church Unitarian, Interfaith Alliance, Sojourners/Sojo Action, Terrance McKinley, America First Legal Foundation, Mike Howell, Constitutional Accountability Center, Steady State, State of Maryland, State of South Carolina, State of West Virginia, State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Dakota, State of Tennessee, State of Texas, Commonwealth of Virginia, and Oversight Project.

**B.     Rulings Under Review**

The ruling under review (issued by Judge Jia M. Cobb) is an order (and memorandum opinion) granting a preliminary injunction and a section 705 stay.

**C. Related Cases**

This case has not previously been before this Court or any court other than the district court. Undersigned counsel is unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
J. KAIN DAY

 */s/ Andrew M. Bernie*
ANDREW M. BERNIE
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7264*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, D.C. 20530*
  *(202) 514-3511*
  *andrew.bernie@usdoj.gov*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew M. Bernie*
ANDREW M. BERNIE