NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-5418

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA,
APPELLEE,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEE THE DISTRICT OF COLUMBIA'S CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES**

Appellee the District of Columbia furnishes the following information about this case pursuant to D.C. Cir. R. 28(a)(1):

A. *Parties and amici.*—Plaintiff-appellee is the District of Columbia. Defendant-appellants are Donald J. Trump, in his official capacity as President of the United States; the United States Department of Defense; Peter B. Hegseth, in his official capacity as Secretary of Defense; the United States Army; Daniel Patrick Driscoll, in his official capacity as Secretary of the Army; the United States Department of Justice; Pamela J. Bondi, in her official capacity as United States

Attorney General; the United States Marshals Service; and Gadyaces S. Seralta, in his official capacity as Director of the United States Marshals Service.

The following persons or entities noted their appearance and/or filed amicus briefs in the district court or in this Court: Martin Ackerman; Aaron Alexander; All Souls Church Unitarian; Allen Chapel AME Church; America First Legal Foundation; Michael C. Bell; Center for Policing Equity; Center for Racial Equity and Justice; Clergy Network; Constitutional Accountability Center; Democracy Forward Foundation; Emory United Methodist Church; Former Service Secretaries; Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals; the Governor of Kansas; the Governor of Kentucky; the Governor of Pennsylvania; Howard University School of Law Civil Rights Clinic; Mike Howell; Interfaith Alliance; Law Enforcement Action Partnership; Mia M. McClain; Terrance McKinley; Metropolitan African Methodist Episcopal Church; NAACP Legal Defense and Educational Fund, Inc.; National African American Clergy Network; National Police Accountability Project; New Bethel Baptist Church; the Oversight Project; Peace Baptist Church; Policing Project at New York University School of Law; the Religious Nationalisms Project; Retired Senior Military Officers; Shiloh Baptist Church of Washington, D.C.; Steady State; Sojourners/Sojo Action; Vet Voice Foundation; Washington Lawyers' Committee for Civil Rights and Urban Affairs; Barbara Williams-Skinner; Christopher Zacharias; and the States of

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, and Wisconsin.

B. *Ruling under review.*—The district court ruling under review is the November 20, 2025 Memorandum Opinion (ECF No. 88) and Order (ECF No. 89) entered by U.S. District Court Judge Jia M. Cobb granting appellee's motion for a preliminary injunction and a section 705 stay, which is available at *District of Columbia v. Trump*, No. 25-CV-3005 (JMC), 2025 WL 3240331 (D.D.C. Nov. 20, 2025).

C. *Related cases.*—This case has not been before this Court previously, and undersigned counsel is unaware of any related case within the meaning of Circuit Rule 28(a)(1)(C).

Respectfully submitted,

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

STACY L. ANDERSON
Senior Assistant Attorney General

SARAH CARROLL
Assistant Attorney General
Office of the Solicitor General

ALICIA M. LENDON
Chief, Civil Rights and Elder
Justice Section

PAMELA DISNEY
ANDREW MENDRALA
CHARLES SINKS
HANNAH COLE-CHU
Assistant Attorneys General
Public Advocacy Division

December 2025

BRIAN L. SCHWALB
Attorney General for the
District of Columbia

EMMA SIMSON
ELIZA H. SIMON
Senior Counsels to the Attorney General

/s/ Mitchell P. Reich
MITCHELL P. REICH
Senior Counsel to the Attorney General
Bar Number 1044671

BENJAMIN MOSKOWITZ
Assistant Deputy Attorney General
Legal Counsel Division

Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov