NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-5418

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA
APPELLEE,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JOINT MOTION FOR AN EXTENSION
OF THE BRIEFING SCHEDULE**

The opening brief of appellants is currently due on March 16, 2026, and the brief of appellee the District of Columbia is currently due on April 15, 2026. Appellee requests a 16-day extension of time within which to file its brief. Appellants consent to this relief and request a corresponding 16-day extension of the deadline to file their opening brief, which would reset the briefing schedule as follows.

| | |
|---|---|
| Appellants' Brief | April 1, 2026 |
| Appendix | April 1, 2026 |

      Appellee's Brief                May 18, 2026

      Appellant's Reply Brief        June 8, 2026

There is good cause for the requested extension. Undersigned counsel for appellee has scheduled travel from March 23 to April 7. In addition, undersigned counsel is currently engaged in the press of other matters, including several internal matters and upcoming briefing deadlines in *New York et al. v. U.S. Department of Justice*, No. 1:25-cv-345 (D.R.I.) (reply brief in support of summary judgment due April 3), and *New York et al. v. Rollins*, No. 6:25-cv-02186 (D. Or.) (motion for summary judgment due March 30 and opposition to cross-motion and reply in support of summary judgment due May 1). Counsel for appellants is also currently engaged in the press of other matters, including an answering brief due in *SGCI Holdings III LLC et al. v. FCC et al.*, No. 25-5339 (D.C. Cir.), currently due March 13; and an opening brief in *United States v. California et al.*, No. 26-926 (9th Cir.), currently due March 17. Undersigned counsel also has scheduled travel from March 22 to March 27. Additional time is therefore necessary for the completion of the brief.

Accordingly, this Court should extend the briefing schedule as described above.

Respectfully submitted,

| | |
|---|---|
| CAROLINE S. VAN ZILE<br>Solicitor General<br><br>ASHWIN P. PHATAK<br>Principal Deputy Solicitor General<br><br>STACY L. ANDERSON<br>Senior Assistant Attorney General<br><br>SARAH CARROLL<br>Assistant Attorney General<br>Office of the Solicitor General | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>EMMA SIMSON<br>ELIZA H. SIMON<br>Senior Counsels to the Attorney General<br><br>/s/ Mitchell P. Reich<br>MITCHELL P. REICH<br>Senior Counsel to the Attorney General<br>Office of the Attorney General<br>400 6th Street, NW<br>Washington, D.C. 20001<br>(202) 279-1261<br>mitchell.reich@dc.gov<br><br>*Counsel for Appellee*<br><br> /s/ Andrew M. Bernie<br>ANDREW M. BERNIE<br>   Appellate Staff<br>   Civil Division, Room 7539<br>   U.S. Department of Justice<br>   950 Pennsylvania Avenue NW<br>   Washington, D.C. 20530<br>   (202) 514-3511<br>   andrew.bernie@usdoj.gov |
| March 2026 | *Counsel for Appellants* |

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 275 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Mitchell P. Reich
MITCHELL P. REICH