# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5418**

**September Term, 2025**

**1:25-cv-03005-JMC**

**Filed On: March 5, 2026** [2162410]

District of Columbia,

      Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## O R D E R

Upon consideration of the joint motion for extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | April 1, 2026 |
| Appendix | April 1, 2026 |
| Appellee's Brief | May 18, 2026 |
| Appellants' Reply Brief | June 8, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk