**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 25-5418**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**DISTRICT OF COLUMBIA,** *Plaintiff-Appellee,*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the
United States, et al.,** *Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

**NOTICE OF SUBSTITUTION OF COUNSEL**

GENE HAMILTON
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003

JENNIFER K. HARDY
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
  Suite 900
Washington, DC 20006
(202) 955-0620
jhardy@boydengray.com

*Counsel for Amicus Curiae
America First Legal Foundation*

**NOTICE OF SUBSTITUTION OF COUNSEL**

*Amicus Curiae* America First Legal Foundation ("AFL") hereby substitutes Jennifer K. Hardy in place of R. Trent McCotter as counsel of record in the above-captioned case. R. Trent McCotter is no longer at Boyden Gray PLLC and consequently should be withdrawn as counsel for *Amicus Curiae* AFL.

Jennifer K. Hardy's Entry of Appearance is attached to this Notice.

March 26, 2026

Respectfully submitted,

*/s/ Jennifer K. Hardy*
JENNIFER K. HARDY
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
  Suite 900
Washington, DC 20006
(202) 955-0620
jhardy@boydengray.com

*Counsel for Amicus Curiae*
*America First Legal Foundation*

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

/s/ Jennifer K. Hardy
Jennifer K. Hardy