# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** District of Columbia

**v.**
Donald Trump, et al.

**Case No:** 25-5418

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

America First Legal Foundation

### Counsel Information

Lead Counsel: Jennifer K. Hardy

Direct Phone: ( 202 ) 955-0620 Fax: (____) _____-_____ Email: jhardy@boydengray.com

2nd Counsel:

Direct Phone: (____) _____-_____ Fax: (____) _____-_____ Email:

3rd Counsel:

Direct Phone: (____) _____-_____ Fax: (____) _____-_____ Email:

Firm Name: Boyden Gray PLLC

Firm Address: 800 Connecticut Ave. NW, Suite 900, Washington, DC 20006

Firm Phone: ( 202 ) 955-0620 Fax: ( 202 ) 955-0621 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)