**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 25-5418**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**DISTRICT OF COLUMBIA,** *Plaintiff-Appellee,*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,** *Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

**NOTICE OF REPRESENTANTION OF CONSENT TO PARTICIPATE AS *AMICUS CURIAE* AND RULE 26.1 DISCLOSURE STATEMENT**

GENE HAMILTON
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003

JENNIFER K. HARDY
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
  Suite 900
Washington, DC 20006
(202) 955-0620
jhardy@boydengray.com

*Counsel for Amicus Curiae*
*America First Legal Foundation*

Under Circuit Rule 29(d), which "encourages … non-governmental entities to file a written representation of consent … to participate" as *amicus curiae* "as promptly as practicable," counsel for America First Legal Foundation ("AFL") advises the Court of its intent to file an *amicus* brief in this case in support of Defendants-Appellants. AFL also represents that it has received consent from all parties to participate as *Amicus Curiae*.

Under Federal Rules of Appellate Procedure 26.1 and 29(a), and Circuit Rules 26.1, and 29(b), AFL states that it has no parent company, issues no stock, and no publicly held company owns a 10 percent or greater interest in it. AFL is a 501(c)(3) non-profit organization headquartered in the District of Columbia. AFL is dedicated to promoting the rule of law in the United States and defending individual rights guaranteed under the Constitution and federal statutes.

March 26, 2026

Respectfully submitted,

/s/ *Jennifer K. Hardy*
JENNIFER K. HARDY
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
  Suite 900
Washington, DC 20006
(202) 955-0620
jhardy@boydengray.com

*Counsel for Amicus Curiae*
*America First Legal Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

*/s/ Jennifer K. Hardy*
Jennifer K. Hardy