# EXHIBIT D

JA511

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA, *et al.*,

   *Plaintiffs,*

 v.

DONALD J. TRUMP, *et al.*,

   *Defendants.*

## DECLARATION OF PAUL SCHWALB

I, Paul Schwalb, declare under penalty of perjury that the following statements are true and correct:

1. My name is Paul Schwalb. I am over the age of 18 and able to provide true and accurate testimony under oath.

2. I give this declaration based upon my personal knowledge of the facts recited.

3. I am the Executive Secretary-Treasurer for UNITE HERE Local 25. UNITE HERE is a labor union that represents hotel, restaurant, and casino workers in the Washington, D.C. metro region. Our union represents over 7,500 non-managerial employees working in all hotel and casino departments, including: housekeeping, public space, dining room, banquet, room service, kitchen, stewarding, bar, mini-bar, front desk, PBX, bell and door services, concierge, night auditing, laundry, valet, maintenance, night cleaning, purchasing and receiving, and storeroom. More than 40 hotels and other related businesses employ our members and are under contract to our union. This accounts for many of the major properties in the hotel industry within Washington, D.C. and its suburbs.

4. Following the President's announcement on August 11, 2025 that he would be deploying federal law enforcement agencies and the National Guard in the District of Columbia, the hotel

**JA512**

and restaurant industry in Washington, D.C. has suffered profound economic effects. Since that announcement, hotels and restaurants in the District have reported declines in business.

5. While the law enforcement surge has surely had an impact on local businesses, the effects specifically attributable to the National Guard deployments in the District are particularly profound. Our members have reported that the unfamiliar presence of armed military patrols has frightened away customers and led to a significant reduction in tourism, foot traffic, and associated revenue at restaurants and hotels throughout the District.

6. In addition, we have heard from African American members and staff that to see armed National Guard patrols in the District has been deeply disturbing to them and has caused them to feel unsafe. For example, one staff member stated that she tells her Black teenage son to go straight home after school and minimize time outside for fear of possible harassment or other negative interactions.

7. Moreover, hotels have seen reduced occupancy rates, and hotels have cut the number of employees on a given shift or reduced employees' overall scheduled hours. Comparing housekeeping room attendant scheduled hours during the workweek ending August 29, 2025 to the corresponding week in 2024, we observe a 3.9% reduction in workers' scheduled hours this year as compared to the corresponding period in 2024. Similarly, workers have reported reduced hours at District restaurants because of reduced customer traffic. While 2025 daily hotel occupancy year over year has been 1.9% lower compared to 2024, according to CoStar data, daily occupancy has been 3.9% lower year over year from August 11, 2025 to August 30, 2025, the most recent date available.

8. Employee wages are subject to District income tax withholding, and reductions in hotel and restaurant workers' hours and corresponding reductions in employees' wages have therefore directly resulted in proportional reductions to the amount of income tax that District hotels have

2

JA514

paid to the District government.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 4, 2025 in Washington, D.C..

Paul Schwalb

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-03005-JMC |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

## DECLARATION OF COLONEL LAWRENCE M. DOANE

I, Colonel Lawrence M. Doane, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a member of the District of Columbia Army National Guard (DCARNG).

2.    I submit this declaration in support of Defendants' opposition to Plaintiff's motion for a preliminary injunction. I base this declaration upon my personal knowledge, as well as knowledge made available to me in the course of my official duties.

**The Current Task Force District of Columbia Mission**

3.    On August 11, 2025, by order of Brigadier General Leland Blanchard, II, Commanding General, DCNG, I was assigned as Commander, Joint Task Force District of Columbia (JTF-DC), as part of Operation "Make DC Safe and Beautiful." All individuals working under JTF-DC are members of the DCNG (either Air and Army) or a State National Guard. During the first few days of command my immediate commander was Brigadier General Craig Maceri, DCNG Land Component Commander, with Brigadier General Blanchard in overall command of the operation. Currently, I report directly to Brigadier General Blanchard who remains in overall command of the operation.

**JA515**

4.      The JTF-DC mission is to provide support to law enforcement agencies including but not limited to the United States Marshals Service (USMS), the United States Park Police (Park Police), and the District of Columbia Metropolitan Police Department (DC-MPD) as part of Operation "Make DC Safe and Beautiful." JTF-DC conducts operations in accordance with employment guidance issued in the August 20, 2025 Secretary of Defense Memorandum. *See* Attachment 1. This guidance states that National Guard Service Members who are participating in this mission are not authorized:

- To effect arrests or engage in other similar direct law enforcement activity.

- To share equipment with law enforcement agencies.

- To use intelligence, surveillance, and reconnaissance (ISR) assets or to conduct ISR or incident, awareness, and assessment activities.

- To employ helicopters or any other air assets.

5.      The employment guidance also provides that DCNG personnel and out-of-district forces supporting law enforcement agencies will be armed with their service-issued weapon(s).

6.      National Guard forces supporting law enforcement within the District of Columbia as part of Operation Make DC Safe and Beautiful act as a presence to deter crime, report any crime they witness to law enforcement, and assist law enforcement in other support missions when requested. JTF-DC personnel acting as a presence free up law enforcement officers who would normally be used to ensure a presence in these areas to do other missions. For example, JTF-DC forces provide a presence to observe and report events on the National Mall which allows the National Park Police to send officers to patrol other locations. DCNG personnel also provide a presence in and around Metro stations freeing Metro Transit Police to patrol other areas and do other duties.

7.      All members of JTF-DC are sworn in as Special Deputies by USMS before participating in any operation. The USMS special deputation appointment authorizes service members to carry their service-issued weapon, and states that service members are not authorized to conduct searches, seizures, arrests, or other similar functions. JTF-DC personnel, if they witness a crime, may temporarily detain an individual until law enforcement arrives. The decision of whether to arrest an individual, and any investigation of the underlying incident, are solely the responsibility of the supported law enforcement agency.

8.      JTF-DC initially was composed of DCNG service members only. On 16 August 2025, out-of-district forces began to be assigned to JTF-DC. Currently, JTF-DC consists of personnel from the DCNG and the following states in the following numbers: South Carolina – 256, West Virginia - 339, Mississippi – 178, Louisiana – 139, Tennessee – 173, Ohio – 150.

9.      As JTF-DC Commander, I have direct command and control over DCNG personnel. I exercise coordinating and tasking authority over the out of district forces participating in this mission. All out-of-district forces are participating in this mission with the consent of their state Governors and remain under the administrative command and control of their sending state Adjutants General and ultimately their State Governors. All tasks assigned to out-of-district forces are within parameters set by their State Governors. For example, I cannot assign Ohio National Guard Forces crowd control tasks, and no out of district forces can be assigned beautification missions. All out of district forces are assigned tasks by JTF-DC and only participate in law enforcement support tasks. Out of district forces may be withdrawn, or their operations further limited by their State Governors at any time. DCNG has no disciplinary or administrative authority over these forces. Any out of state force can refuse any task assigned to them should their Governor or Adjutant General object to the assignment.

10.     JTF-DC began operations on August 11, 2025. Initially JTF-DC's operations were conducted in support of the Park Police and USMS. Operations were conducted unarmed and were in and around National Park Service controlled property, specifically the National Mall and Washington, D.C. Union Station. On 24 August 2025, JTF-DC's operations became armed and were expanded to include providing a presence at large public gatherings, specific sporting events, and in high foot traffic and retail areas around and near the National Mall, Union Station, and downtown Washington, DC.

**Task Force District of Columbia's Integration with the District**

11.     On 25 August 2025, I started attending a daily multiagency coordination meeting with the USMS, Park Police, DC-MPD, and the Washington Metro Transit Police Department. As result of these meetings, I have been in daily contact with Commander Jason Bagshaw, of DC-MPD's Special Operations Division to coordinate JTF-DC operations in support of DC-MPD. These meetings are held daily at the United States Park Police Headquarters located at 1901 Anacostia Drive, Washington DC.  In addition, two DC-MPD liaisons are assigned to the JTF-DC Operations Center located at the DCNG Armory to ensure coordination and cooperation between the DC-MPD and JTF-DC.

12.     In furtherance of JTF-DC's cooperation with DC-MPD, DC-MPD provides JTF-DC an Officer Awareness Packet each day. These packets include "Be on the Look Out" notices for suspects as well as any planned DC-MPD operations that may affect JTF-DC. In addition, DC-MPD provides daily updates on the location and frequency of reported crime within the District of Columbia. DC-MPD also provides a police escort to JTF-DC forces when they are transported from their staging area to their operating area.

13.     JTF-DC conducts operations such as area security in direct support of the USMS and Park Police. Outside of these preplanned operations, JTF-DC has maintained an enduring partnership with DC-MPD for many years. This enduring partnership enhances interoperability for National Special Security Events and other civil support missions the DCNG conducts at the request of DC-MPD.  These operations have included support to the District for the annual 4th of July celebrations, Presidential Inaugurations, and the civil disturbances in the summer of 2020, among others.

14.     For the ongoing mission and from a tactical standpoint, JTF-DC personnel are instructed to call 9-1-1 whenever they witness a crime, a person in distress, or other emergency that requires a police response. The 9-1-1 operator then dispatches DC-MPD officers to the scene. DC-MPD then contacts the JTF-DC Operations Center to coordinate their response and to connect the responding DC-MPD officers with the JTF-DC personnel on site. At all times, JTF-DC works in coordination with and with the full support of DC-MPD. All JTF-DC operations are vetted and approved by supported law enforcement partners.

### Joint Publication 3-28

15.     Attached as Attachment 2 is Joint Publication 3-28, Defense Support to Civil Authorities, dated 31 July, 2013. This document outlines the principles and doctrine that DOD forces follow when conducting defense support to civil authorities within the United States.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of September 2025.

Digitally signed by
DOANE.LAWRENCE.MICHAEL.12
37174387
Date: 2025.09.16 19:11:41 -04'00'

LAWRENCE M. DOANE, Colonel, DCARNG
Commander

- 5 -

**JA519**

Attachments:

1. SECDEF Employment Guidance Memorandum, dated 20 August 2025

2. Joint Publication 3-28, Defense Support to Civil Authorities, dated 31 July 2013

# ATTACHMENT 1



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

AUG 2 0 2025

MEMORANDUM FOR SECRETARY OF THE ARMY
              UNDER SECRETARY OF DEFENSE (COMPTROLLER)
              CHIEF NATIONAL GUARD BUREAU


SUBJECT:  Employment Guidance for the District of Columbia National Guard and Out-of-District National Guard Service Members

I authorized D.C. National Guard (DCNG) Service members (SMs) to support the D.C. Metropolitan Police Department (MPD) as it coordinates with law enforcement agencies (LEAs) to help lower the crime rate in Washington, D.C.  DCNG SMs will conduct this mission in a duty status pursuant to 32 U.S.C. § 502(f) and subject to the conditions in this memorandum.  I also authorized the activation of up to 1,400 National Guard SMs from Louisiana, Mississippi, Ohio, South Carolina, Tennessee, and West Virginia to provide support to the Department of Justice (DOJ).

In addition to DCNG support of MPD, the Secretary of the Army may approve the use of DCNG SMs to support Federal law enforcement agencies within the District of Columbia upon the written request of the Federal law enforcement agency.  The Secretary of the Army also may waive the requirement for reimbursement under 10 U.S.C. § 277(b) if he determines the standard in 10 U.S.C. § 277(c) for such a waiver is met.  The Secretary of the Army will provide the Under Secretary of Defense for Policy with copies of such requests and approvals.  If the Secretary of the Army approves support to the Department of Homeland Security (DHS) or a DHS component, he will ensure that he complies with section 1707 of the National Defense Authorization Act for Fiscal Year 2020.

The Under Secretary of Defense (Comptroller) will facilitate and prioritize funding through existing procedures, including a reprogramming action to cover the costs of deployment, to include lodging, per diem, pay, and allowances, for the activation of United States Army personnel assigned to the DCNG in support of MPD and, if the Secretary of the Army waives the requirement for reimbursement in accordance with 10 U.S.C. § 277(c), in support of Federal law enforcement agencies.

Given that the President has exercised his power under section 740(a) of the D.C. Home Rule Act (section 1-207.40 of the D.C. Code) and the MPD is now in support of the Attorney General of the United States, the Secretary of the Army will determine DCNG missions in support of MPD based on information from the Attorney General of the United States.

I direct and authorize the Chief of the National Guard Bureau (CNGB) to work with appropriate officials from the States and territories to identify NG units to provide such support. To the maximum extent possible, supporting States and territories should identify coherent units

**JA522**

with a sufficient number of commissioned and noncommissioned officers to coordinate support activities. Upon appropriate authorization for support to Federal law enforcement agencies in D.C., the CNGB will convey my request to appropriate Governors, through their respective Adjutants General that they order their respective NG service members to duty under 32 U.S.C. § 502(f) to assist the Department of Defense in providing support requested by a Federal law enforcement agency.

At all times, any supporting out-of-district NG personnel will remain under the administrative command and control of their State Governor. The Secretary of the Army, through the Interim Commanding General of the DCNG, will coordinate the employment of DCNG and any other NG forces employed in the District of Columbia in a duty status pursuant to 32 U.S.C. § 502(f) by assigning tasks for supporting NG service members, consistent with the guidance of the supported law enforcement agency.

Unless provided written authorization from the Secretary of Defense, NG service members activated under 32 U.S.C. § 502(f) are not authorized to:

- To effect arrests or engage in other similar direct law enforcement activity. This restriction does not preclude the Secretary of the Army from authorizing the use of NG personnel to conduct the full range of civil disturbance operations, short of arrest.

- To share equipment with law enforcement agencies.

- To use intelligence, surveillance, and reconnaissance (ISR) assets or to conduct ISR or incident, awareness, and assessment activities.

- To employ helicopters or any other air assets.

DCNG personnel and out-of-district SMs supporting LEAs will be armed with their service-issued weapon(s).

Supporting Governors or other appropriate officials directing supporting NG SMs will adhere to the DCNG Rules for the Use of Force (RUF) subject to my authorization of out-of-district NG SMs to conduct this mission in a 32 U.S.C. § 502(f) duty status.

When employed, NG SMs will be in their military uniforms and clearly marked and/or distinguished from civilian law enforcement personnel.

At all times, DCNG SMs will remain under the operational and administrative command and control of the Interim Commanding General of the DCNG, who reports to the Secretary of Defense through the Secretary of the Army and will adhere to DCNG RUF.

If the CNGB believes support under this activation will, now or in the future, adversely affect military preparedness of the United States, the CNGB is directed to notify the Chairman of the Joint Chiefs of Staff (CJCS), who will make an appropriate assessment consistent with 10 U.S.C. § 153. This is an ongoing notification requirement for the duration of the mission.

Upon completion of this mission, please work with the Interim Commanding General, DCNG, to prepare and submit an after-action report to the Under Secretary of Defense for Policy.

cc:
United States Attorney General
Secretary of the Air Force
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness
General Counsel of the Department of Defense
Assistant Secretary of Defense for Homeland Defense and Hemispheric Affairs
Interim Commanding General, DCNG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

Plaintiff,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Civil Action No. 1:25-cv-03005-JMC

## DECLARATION OF CHRISTOPHER YORK

I, Colonel Christopher York, do hereby state and declare as follows:

1.     I currently serve as the Commander of Task Force Beautification, the beautification element of Operation Make D.C. Safe and Beautiful.  I am a Colonel in the District of Columbia Army National Guard (DCARNG).  Over the course of my career, I have served as a platoon leader where I deployed to Iraq in support of Operation Iraqi Freedom, commander of Joint Force Headquarters, DCARNG, deputy commander 74th Troop Command, DCARNG and am currently the commander of the Multi-Agency Augmentation Command (MAC), DCARNG.

2.     I submit this declaration in support of Defendants' opposition to Plaintiff's motion for a preliminary injunction.  I base this declaration upon my personal knowledge, as well as knowledge made available to me in the course of my official duties.

### The Current Task Force Beautification Mission

3.     The overall civil support mission currently being performed by the District of Columbia National Guard (DCNG) within the District of Columbia (the District) was directed by the Secretary of Defense by verbal order on or about 8 August 2025 and later in writing by memorandum dated 20 August 2025.  Specific tasks in furtherance of the mission were approved by the Secretary of the Army by memorandum dated 11 August 2025, with a mission end-date of 25 September 2025, and extended through 30 November 2025, by memorandum dated 3 September 2025.  The underlying directives of Task Force Beautification's mission are further derived in part from Presidential Executive Order, dated 28 March 2025, entitled "Making The District of Columbia Safe and Beautiful."

**JA525**

4.      On or about 20 August 2025, I was verbally designated the Commander of Task Force Beautification.  In this role, I report directly to the Task Force Support Commander, Brigadier General Craig M. Maceri, who in turn reports to the Commander of the DCNG, Brigadier General Leland D. Blanchard II.  My responsibilities include coordinating with federal and local partners, to include the National Park Service (NPS), the D.C. Office of Community Relations, the D.C. Homeland Security Emergency Management Agency (HSEMA), and the D.C. Department of Public Works (DPW).  Task Force Beautification servicemembers include approximately 63 members from both the Air and Army components of the DCNG.  Out of District (OOD) servicemembers do not currently support and have never supported Task Force Beautification; all servicemembers supporting Task Force Beautification, under my command, are DCNG members on Title 32 orders.

5.      As further discussed below, Task Force Beautification has from its inception coordinated closely with City officials from HSEMA and DPW to accomplish beautification efforts within the District, many of which were proposed by the District itself.  Throughout the course of its ongoing mission, the DCNG has, through its liaison officers with the District, collaborated on various beautification tasks on Federal and District land.

### Task Force Beautification's Integration with the District

6.      On or about 22 August 2025, shortly after taking command, my task force engaged in communications with a D.C. City representative for the District, which resulted in a list of locations to begin beautification efforts.  See Attachment 1.  This coordination was followed by a meeting with a representative from the D.C. Office of Community Relations and Services to further discuss beautification efforts.

7.      On or about 25 August 2025, my task force engaged in a telephone call with a representative from HSEMA to initiate our collaboration on the beautification mission.  During the week of 25 August 2025, my staff attended multiple joint meetings with representatives from NPS, HSEMA, and DPW to discuss the beautification mission.  During one of those meetings, HSEMA provided an updated list of proposed beautification projects for the DCNG to perform.  See Attachment 2.  The list was drafted as a memorandum which HSEMA had provided to the U.S. Martial Service on or about 20 August 2025 entitled "DC Guard Federal Surge Tasking," which stated that the District had "identified initial locations and tasks for beautification missions in the District of Columbia."  See Attachment 2.  The memorandum further stated that support from the DCNG "could significantly accelerate [the District's] existing beautification plans and ensure timely progress."  See Attachment 2.  The memorandum identified dozens of potential projects on "both local and Federal land" within the District.  See Attachment 2.  Task

**JA526**

Force Beautification proceeded to support these District-requested projects, in addition to other projects requested by NPS (see Attachment 3) or independently identified by the DCNG.

8.      HSEMA representatives further coordinated with Task Force Beautification members to create a personnel roster for enhanced communication.  See Attachment 4.

9.      Additionally, DPW coordinates daily with Task Force Beautification for bulk pickup of trash collected at various beautification project locations.  Upon completing a trash collection project, Task Force Beautification members provide location details directly to DPW, which dispatches a collection vehicle to the site.  This coordination has been occurring for weeks and remains in effect as of the date of this memorandum.

10.     Since the start of this mission, I am unaware of any representative from the District objecting to any actions proposed or performed by Task Force Beautification members.  My command has, however, rejected several beautification projects proposed by the District due to safety concerns (such as cleanup along busy highways where sufficient traffic controls would not be present).

**Current Assessment of Task Force Beautification Mission Impact**

11.     Since the onset of Task Force Beautification's mission, DCNG servicemembers have completed 58 beautification projects, of which 40 were directly requested by the District.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this _13_th day of September 2025.

YORK.CHRISTO
PHER.1240030
221

Digitally signed by
YORK.CHRISTOPHER.1240
030221
Date: 2025.09.16 17:42:17
-04'00'

CHRISTOPHER YORK, Colonel, DCARNG
Commander

Attachments:
1.      District of Columbia List of Proposed Beautification Projects
2.      HSEMA Memorandum to U.S. Martial Service, dated 20 August 2025
3.      NPS Proposed Projects for DCNG
4.      Task Force Beautification/HSEMA Personnel Roster

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | |
| v. | Civil Action No.:  1:25-CV-03005 (JMC) |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

## DECLARATION OF DONALD SNIDER

I, Donald F. Snider Jr., under the penalty of perjury, declare as follows:

1.  My name is Donald F. Snider Jr., and I am currently employed as a Chief Inspector with the United States Marshals Service (USMS).  I have served with USMS since January 2008 and was previously employed by U.S Immigration and Customs Enforcement (ICE) from 2006 until 2008.  Since February of 2020, I have served as the Commander of the Capital Area Regional Fugitive Task Force (CARFTF).  As the Commander of CARFTF, I am responsible for leading a multi-agency fugitive task force that consists of over 300 investigators from over 100 partner agencies across Maryland, Virginia, and Washington D.C.

2.  The USMS is a bureau within the Department of Justice and serves under the direction and authority of the Attorney General. 28 U.S.C. § 561(a).  The USMS mission includes executing and enforcing all orders of the federal courts, as well as all lawful writs, process, and orders issued under the authority of the United States.  28 U.S.C. § 566(a) and (c).  "The mission of the U.S. Marshals is to enforce federal laws and provide support to virtually all elements of the federal justice system..."  See https://www.usmarshals.gov/who-we-are.  The USMS, "as a bureau within the Department of Justice[,] receives direction from the Attorney General."  *Id.* USMS leads 56 local fugitive task forces and eight regional fugitive task forces, consisting of federal, state, and local officers, across the nation.  34 U.S.C. 41503; *See* https://usmarshals.gov/what-we-do/fugitive-investigations.

3.  Since August 11, 2025, I have served as the tactical commander, under the leadership of the Federal Surge Commander, Director Gadyaces Serralta, for the federal law enforcement surge[1] associated with the Crime Emergency in the District of Columbia Executive Order issued by President Donald J. Trump.  *See* E.O. 14333.

---

[1] On August 7, 2025, the D.C. Safe and Beautiful Task Force was ordered to surge federal agency resources into the district.  Executive Order 14333 was a follow-on order to this initial surge with additional direction and coordination with District agencies.

**JA528**

4. My role as the tactical commander is to coordinate interagency law enforcement resources, to include USMS, the United States Park Police (USPP), the Metropolitan Police Department (MPD), ICE, the Bureau of Alcohol Tobacco and Firearms (ATF), the Federal Bureau of Investigation (FBI), the as well as other agencies, in order to eliminate crime in Washington DC.

5. An additional primary role as tactical commander is to coordinate resources to address other aspects of the recently issued executive orders, such as the homelessness crisis impacting Washington D.C.[2] and the cleanliness and beautification of the District's streets, parks and monuments.[3]

6. These efforts involve regular collaboration with the District of Columbia Executive Office of the Mayor (EOM), specifically Wayne Turnage,[4] as well as the U.S. Health and Human Services and the United States Public Health Service, to deploy additional providers to augment city resources to address the needs of homeless individuals. Coordination to address the cleanliness and beautification of the District's streets, parks and monuments is done primarily with EOM, the National Park Service, the National Park Service Police, MPD, and the National Guard.

7. The federal surge command post operates out of Metropolitan Police Department's Headquarters, Joint Operations Command Center (JOCC), where over 20 agencies and National Guard personnel liaise 24 hours a day, seven days a week, including members of the MPD and EOM staff. The JOCC is regularly activated for special security events that affect the District, which is a regular occurrence. Likewise, there is regular coordination across multiple executive agencies with MPD, the Mayor's office and other Federal District agencies as various situations and events occur within the District.

8. The Mayor's office provides support to law enforcement and other District efforts related to the federal surge by keeping and publishing a daily federal crime surge data report.[5] The purpose of this report is to detail the results of the efforts of the surge and measure its effectiveness to better coordinate further efforts.[6]

9. One line of effort is the D.C. National Guard, augmented by National Guard units from various states, serving as a high visibility deterrence force across Washington D.C. They primarily deploy to parks, monuments, the National Mall, metro stations, and Union Station. Their role is strictly to be visible and act as a deterrence. If any member of the National Guard witnesses a crime, they are under orders issued by their leadership to call 911. The National Guard is armed strictly for personal protection and preservation of life.

---

[2] *See* Executive Order 14321, Ending Crime and Disorder on America's Streets, dated July 24, 2025.
[3] *See* Executive Order 14252, Making the District of Columbia Safe and Beautiful, dated March 28, 2025.
[4] Wayne Turnage is the Deputy Mayor for the District of Columbia Health and Human Services (DMHHS). Coordination is done either directly with Deputy Mayor Turnage or a member of his staff.
[5] *See* link to Federal Surge Data Reports: https://mpdc.dc.gov/publication/federal-surge-data-reports.
[6] Coordination is done with Deputy Mayor Lindsey Appiah who is the Deputy Mayor for Public Safety and Justice in the District of Columbia.

**JA529**

10. National Guard personnel have augmented, and continue to augment, United States Park Police as a presence at various parks and monuments to free-up and surge more law enforcement personnel into the city streets to conduct law enforcement actions.  USPP officers have the same arrest authority as MPD officers. Having National Guard personnel augment the USPP allows for a larger police presence in the communities most in need.  The additional police presence in the community has contributed to the overall drop in violent crime across the city. The National Guard provides daily situational awareness briefings to law enforcement leadership to coordinate surge efforts.

11. National Guard personnel have also served, and continue to serve, as a presence and deterrence by conducting high visibility operations at metro stations, Union Station, the National Mall, and across the city, but they do not conduct direct law enforcement actions.[7]  On at least two occasions  warrant teams were surrounded and reportedly threatened by disruptive crowds. National Guard personnel later provided crowd and traffic control at intersections near addresses that were subject to investigation. National Guard personnel did not conduct direct law enforcement action but provided outer cordon support.

12. The D.C. National Guard is the lead National Guard unit that is augmented by National Guard units from several states.  To the best of my knowledge, National Guard units conduct high visibility operations, carry out beautification efforts, and serve as a quick response force.  I do not direct National Guard units in performing these mission sets nor am I aware of which National Guard units are assigned to perform which mission set.

13. The National Guard's presence in parks and at monuments and other District landmarks and sites has allowed for a substantial surge of additional law enforcement personnel on the streets, which has resulted in a reduction in crime as reported in the Mayor's federal crime surge data report.[8]

14. To the best of my knowledge and belief, as the tactical commander for the federal surge, I have not directed nor coordinated any National Guard personnel to conduct any direct law enforcement actions in support of the federal surge of personnel into the district as ordered in Executive Order 14333 and subsequent orders from the President of the United States.

15. To the best of my knowledge and belief, I have not witnessed, nor do I have any knowledge of Director Serralta, or any other law enforcement personnel, directing or coordinating any National Guard personnel to conduct any direct law enforcement actions in support of the federal surge of personnel into the district as ordered in Executive Order 14333 and subsequent orders from the President of the United States.

16. To the best of my knowledge and belief, I have not witnessed, nor do I have any knowledge of National Guard personnel conducting any direct law enforcement actions in support of the federal surge of personnel into the District as ordered in Executive Order 14333 and subsequent orders from the President of the United States.  Brigadier General Leland

---

[7] The Special Deputation Appointment for National Guard members specifically does not authorize them to conduct searches, seizures, arrests, or other similar functions.
[8] *See* https://mpdc.dc.gov/publication/federal-surge-data-reports.

- 3 -

**JA530**

Blanchard is the commanding General of the D.C. National Guard, and I do not have direct involvement in the decision-making process or command structure of the D.C. National Guard.

17. To the best of my knowledge and belief, National Guard personnel conduct area beautification across the district, and as I previously stated, provide a deterrent presence.

I declare under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this 16th day of September 2025.

_____
Donald F. Snider Jr.,
Chief Inspector
United States Marshals Service
Commander, Capital Area Regional Fugitive Task Force

**JA531**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                       Plaintiff,<br><br>      v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                Defendants. | Case No. 25-cv-3005 (JMC) |

**ORDER**

Plaintiff District of Columbia challenges the deployment of over 2,300 National Guard troops in the District. It brought this suit against President Donald J. Trump; against the Department of Defense, Secretary of Defense Peter B. Hegseth, the U.S. Army, and Secretary of the Army Daniel P. Driscoll (collectively, "DOD Defendants"); and against the Department of Justice, Attorney General Pamela J. Bondi, the U.S. Marshals Service, and its Director Gadyaces S. Serralta (collectively, "DOJ Defendants").[1] On September 9, 2025, Plaintiff filed a motion for a preliminary injunction, seeking, among other relief, to enjoin Defendants from "deploying National Guard troops to conduct law enforcement in the District of Columbia" and from "exercising command and control of out-of-state National Guard troops." ECF 3-6 at 1.[2] On the same day, Plaintiff also filed a motion for expedited discovery in support of its motion for a preliminary injunction. ECF 4.

On September 18, 2025, the Court held a hearing on Plaintiff's expedited discovery motion.

---

[1] The individual Defendants are sued in their official capacities.

[2] All pincites to documents filed on the docket in this case are to the automatically generated ECF Page ID number that appears at the top of each page.

1

**JA532**

Sept. 18, 2025 Min. Entry. The Court found that Plaintiff's initial discovery requests, ECF 4-1, were overly broad and burdensome on Defendants. After the hearing, Plaintiff filed a notice of revised discovery requests. ECF 43.

Based on the record before it and the issues raised at the hearing, the Court finds that limited expedited discovery is appropriate in this case. *See* Fed. R. Civ. P. 26(d) (Advisory Committee's note to 1993 amendment) (Discovery can be expedited in cases as appropriate, including "those involving requests for a preliminary injunction."). As the Parties discussed at the hearing, there are significant factual disputes relevant to deciding Plaintiff's preliminary injunction motion, including the extent of Defendants' command and control over out-of-state National Guard units and the instructions and training that National Guard units have been given. As a result, the Court will order DOD and DOJ Defendants to respond to Plaintiff's narrowed Requests for Production of documents. ECF 43 at 9–10 (listing Requests for Production No. 1–6). DOD and DOJ Defendants are also required to respond to Plaintiff's Interrogatory No. 1. *Id*. at 18.

The Court finds that this limited expedited discovery is reasonable and proportional in light of the circumstances of this case, particularly in aiding the Court's efficient resolution of Plaintiff's preliminary injunction motion. *See Guttenberg v. Emery*, 26 F. Supp. 3d 88, 98 (D.D.C. 2014). While normally the Court would not order discovery while a motion to dismiss is pending, given the expedited timeline and overlap of issues, the Court plans to resolve the motion to dismiss and preliminary injunction motion simultaneously. ECF 3, 35. As discussed above, limited discovery on key factual issues will aid the Court in doing so. Additionally, the Court has narrowed the scope of discovery to minimize the burden on Defendants. *See Guttenberg*, 26 F. Supp. 3d at 98. First, at the hearing, Plaintiff voluntarily withdrew its request to seek any discovery from the President or the White House. Second, the Court ruled that no depositions would be permitted at this time.

2

**JA533**

Finally, the Court has cabined the discovery primarily to the production of documents. Even for the one interrogatory that Defendants are ordered to respond to, Defendants are free to answer by specifying the responsive records. *See* Fed. R. Civ. P. 33(d). The Court finds that limiting discovery to document production is appropriate because Plaintiff has not shown that any of the orders or instructions it seeks have failed to be memorialized in writing. If Plaintiff reviews Defendants' document production and finds there to be significant gaps or holes in the record, the Court will consider further discovery requests at that time.

For the reasons stated, it is hereby **ORDERED** that Plaintiff's Motion for Expedited Discovery, ECF 4, is **GRANTED** in part and **DENIED** in part.

DOD and DOJ Defendants are **ORDERED** to respond to Requests for Production No. 1, 2, 3, 4, 5, and 6 and Interrogatory No. 1 in Plaintiff's Notice of Revised Discovery Requests, ECF 43. DOD and DOJ Defendants may answer the Interrogatory by "specifying the records that must be reviewed, in sufficient detail to enable the interrogating party to locate and identify them as readily as the responding party could." Fed. R. Civ. P. 33(d). DOD and DOJ Defendants' responses are due by **October 10, 2025**.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: September 19, 2025

3

**JA534**

# Exhibit 1

JA535



**U.S. Department of Justice**

United States Marshals Service

*Operations Support Division*

*Washington, DC  20530-0001*

August 21, 2025

MEMORANDUM FOR THE DEPUTY ATTORNEY GENERAL

FROM:          FLORIANO WHITWELL          FLORIANO    Digitally signed by
                    ACTING ASSISTANT DIRECTOR     WHITWELL    FLORIANO WHITWELL
                                                                              Date: 2025.08.21
                                                                              14:47:40 -04'00'

SUBJECT:       Special Deputation Request

PURPOSE:       To obtain the Deputy Attorney General's approval or disapproval for
                    the Special Deputation of National Guard Service Members.

**DAG DECISION REQUESTED BY:** August 21, 2025; Date requested to ensure adequate
time for recipients to be deputized and execute required duties.

**REQUIRED DUE DATE:** August 21, 2025.

**EXECUTIVE SUMMARY:** A decision regarding Special Deputation is requested by the
United States Marshals Service (USMS) to grant federal law enforcement authority to United
States National Guard (USNG) Service Members (SM) who have been mobilized by the U.S.
Secretary of Defense to support the Metropolitan Police Department (MPD) and other Federal
law enforcement agencies to help lower the crime rate in Washington, DC.

This is a Category 7 request for Special Deputation.

**DISCUSSION:** A Special Deputation request has been submitted for the USNG to assist MPD
and other Federal law enforcement agencies in the Make D.C. Safe and Beautiful Again Surge
Operation.

The duties the National Guard (NG) SMs are expected to perform require law enforcement
authority which they currently lack. Special Deputation would confer the law enforcement
authority needed to perform those duties.

Given that the President has exercised his power under section 740(a) of the D.C. Home Rule
Act (Section 1-207.40 of the D.C. Code), and MPD is now in support of the Attorney General of
the United States, the Secretary of the Army will determine DCNG missions in support of MPD
based on information from the Attorney General of the United States.

DCNG personnel and out-of-district SMs supporting Federal law enforcement agencies in
Washington, DC, will be armed with their service issued weapons while on duty as directed in
the accompanying memorandum issued by the Secretary of Defense. NG SMs are not authorized

JA536

to effect arrests or engage in other similar direct law enforcement activity. This restriction does not preclude the Secretary of the Army from authorizing the use of NG personnel to conduct the full range of civil disturbance operations, short of arrest. All NG SMs are required to adhere to the DCNG Rules for the Use of Force (RUF).

Due to the exigency of the NG's mobilization in support of this operation, the USMS cannot provide a roster of NG SMs applicants seeking Special Deputation. The USMS will rely on certification from the NG that all personnel who have and will receive a special deputation through the USMS are in good standing with the USNG and are not currently the subject of a misconduct investigation.

The deputations will be active from August 21, 2025, through September 25, 2025.

Pursuant to the Deputy Attorney General's (DAG) memorandum dated December 9, 1999, the DAG retains authority in seven categories of Special Deputations. This request falls within Category 7, where the deputation sought is sufficiently controversial or subject to sufficient policy concerns that it should be reviewed by a higher authority.

**CONSULTATION:** None.

**OTHER STAKEHOLDERS:** None.

**RECOMMENDATION:** The USMS recommends that the DAG approve this request for Special Deputation of NG SMs to authorize them to assist MPD and the other Federal law enforcement agencies in support of the Make D.C. Safe and Beautiful Again Surge Operation. Any approved deputation shall limit the authority as follows: To protect federal property and functions in the District of Columbia and to support other Federal law enforcement agencies; Not authorized to searches, seizures, arrests, or other similar functions; Not valid off duty.

JA537

Memorandum for the Deputy Attorney General                                      Page 3
Subject:  Special Deputation Request

APPROVE: _____ Joel Bunde  8/22/25

Concurring Component(s):
None

DISAPPROVE: _____

Non-concurring Component:
None

OTHER: _____

Attachments
- Employment Guidance for the DCNG and Out-of-District NG SMs
- DCNG Mobilization Order

Confidential — Subject to Protective Order    DCNG_DEF_00003339

JA538

# Exhibit 2

JA539

 Outlook

**Fwd: DCNG TF Update (30 AUG 25)**

**From** Seward, James D BG USARMY NG WVARNG (USA) ████████████████

**Date** Sun 8/31/2025 10:58 AM

**To** Kincaid, Robert J Jr COL USARMY NG WVARNG (USA) ████████████████ Reese, James D COL USARMY NG WVARNG (USA) ████████████ ; Justice, Anthony T COL USARMY NG WVARNG (USA) ████████

**Cc** Chard, Patrick D Brig Gen USAF NG WVANG (USA) ████████████ Sloan, Robert A (Hooch) II Col USAF 130 AW (USA) ████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ████████████ Holt, Murray E II BG USARMY NG WVARNG (USA) ████████ Cleek, Siobhan O'Flaherty CW4 USARMY NG WVARNG (USA) ████████████

Update re incident in DC

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ████████████
**Date:** Saturday, August 30, 2025 at 12:09:55 PM
**To:** "Woodruff, Matthew S BG USARMY NG OHARNG (USA)" ████████████ "Friloux, Thomas C MG USARMY NG LAARNG (USA)" ████████████ "Seward, James D BG USARMY NG WVARNG (USA)" ████████████ "Ross, Warner A II MG USARMY NG TNARNG (USA)" ████████████ "Stilwell, Robin B MG USARMY NG SCARNG (USA)" ████████ "Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)" ████████████

**Cc:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████████ "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ████████████ "Pirak, Duke A Maj Gen USAF NGB CF (USA)" ████████ "Smith, Ronald L Jr CSM USARMY NG DCARNG (USA)" ████████ "Raines, John T III SEA USARMY NG OCNGB (USA)" ████████████

**Subject:** DCNG TF Update (30 AUG 25)

Team,

A quick update on the outstanding work the Soldiers and Airmen are doing as part of the DC Safe and Beautiful Task Force.

The team continues to do some amazing things. They are representing your organizations with great pride and contributing to some amazing results across the District. They are enabling law enforcement (LE) to step up in ways that have not been seen in a long time.

As of very early this morning, more than 150 firearms have been seized and over 1,400 arrests made across the district by LE. The Safe & Beautiful TF is doing some incredible work and making great strides in the city.

**JA540**

Confidential - Subject to Protective Order

Yesterday we had an incident where Soldiers were breaking up a fight in the Metro Station (on a stopped train) and when escorting them off the train one Soldier was struck in the face and another bad actor attempted to seize the weapon of a Soldier. Long story short- our guys did everything right. They secured the assailants and police support was immediately on-site. The assailants are facing federal charges (reminder, our Soldiers are Deputized Federal Law Enforcement) and potentially minimum sentencing of 20 years based on the initial charges.

Today we are supporting an operation in which we will conduct post-incident support by establishing a cordon and security while the USMS serves high risk warrants on some bad characters known for gun violence and resisting arrest.

The point is that they are making a difference and, in every circumstance, they have excelled. But, as we saw yesterday in the Metro, we must remain diligent.

As we move into an extended operational period, we are doing a few things here. First, we are working with the team to look at ways to get the team out and experience some of the things they are protecting. We are also looking at moving hotel locations over the next week or so to reduce the commute and shorten the shifts a bit. That will be a deliberate decision that I approve based on security, unity of command, and again, the conditions we will ask them to stay in. If we cannot meet the standard of "would you feel comfortable with your spouse and kids staying there", we will not move to different locations.

While it causes some turbulence with schedules, we will continue to rotate forces to varying mission locations. Nobody will stay in the same sector or assignment for the duration. Each location has different challenges and opportunities. We are deliberate in the missioning but keeping them fresh is important to us.

As we approach 30 days, I know there may be some of you with changing conditions as well. I am tracking at least one state that will have to look at a relief in place or transition. I ask that we stay ahead of this and please let me know so we can ensure that there is no gap for your inbound or outbound Soldiers. We will support a PDSS, ADVON, etc so that your Soldiers are well taken care of and understand the OE.

As always, I am here as needed. Appreciate the amazing work the team is doing.

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

District of Columbia National Guard
2001 East Capitol St SE
Washington, DC 2003-1719

**JA541**

Confidential - Subject to Protective Order                    DCNG_DEF_00000011

# Exhibit 3

# *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 4

JA543

# Task Organization



Case 1:25-cv-03005-JMC   Document 70-1   Filed 10/17/25   Page 10 of 159

**CUI**

**29-Sep-25**

**JA544**

Confidential - Subject to Protective Order

DCNG_DEF_00000143

# Exhibit 5

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 6

**MEMORANDUM OF UNDERSTANDING**
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1.  The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.  The Commanding General of the District of Columbia National Guard will

1

**JA547**

Confidential - Subject to Protective Order    DCNG_DEF_00000614

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.   The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.   Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.   All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.   All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.   Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources.  No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

2

**JA548**

Confidential - Subject to Protective Order    DCNG_DEF_00000615

4.3. DISPUTES.  Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING.  This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE.  This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE.  This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES.  Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO  for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO  for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

**JA549**

Confidential - Subject to Protective Order    DCNG_DEF_00000616

JA550

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for  OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

**JA550**

Confidential - Subject to Protective Order        DCNG_DEF_00000617

## MEMORANDUM OF UNDERSTANDING
### BETWEEN
### THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
### AND
### THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION MAKE D.C. SAFE AND BEAUTIFUL
### MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1. The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2. 32 U.S.C. § 502(f).

    1.3. DC Code § 5-129.03.

    1.4. DC Code § 5-205.

    1.5. HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1. The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2. The Commanding General of the District of Columbia National Guard will

1

## JA551

Confidential - Subject to Protective Order                                    DCNG_DEF_00000618

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.    The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.    Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.    All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.    All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.    Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources.  No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

2

**JA552**

Confidential - Subject to Protective Order                        DCNG_DEF_00000619

4.3. DISPUTES.  Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING.  This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE.  This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE.  This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES.  Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO  for DC


JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO  for WV


ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

**JA553**

Confidential - Subject to Protective Order                          DCNG_DEF_00000620



BOBBY M. GINN JR
Major General, USA
Adjutant General



MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for  OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

**JA554**

Confidential - Subject to Protective Order     DCNG_DEF_00000621

**MEMORANDUM OF UNDERSTANDING**
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make D.C. Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshal Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

3.1. The Parties agree to accept forces from other jurisdictions to perform duties in support of Operation Make D.C. Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2. The Commanding General of the DCNG will

1

**JA555**

Confidential - Subject to Protective Order        DCNG_DEF_00000622

assume the lead role in coordinating the Joint Reception Staging Onward Movement and Integration and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutant General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.    The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should one be issued.

3.4.    Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.    All National Guard forces participating in activities supporting Operation Make D.C. Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.    All National Guard members participating in Operation Make D.C. Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.    Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU. This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives. This MOU will be reviewed as needed based on the duration of operations.

**JA556**

Confidential - Subject to Protective Order    DCNG_DEF_00000623

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:

LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

**JA557**

Confidential - Subject to Protective Order

DCNG_DEF_00000624

JA558

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATTHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

**JA558**

Confidential - Subject to Protective Order

DCNG_DEF_00000625

**MEMORANDUM OF UNDERSTANDING**
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement.  This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols.  No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1.  The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.  The Commanding General of the District of Columbia National Guard will

1

**JA559**

Confidential - Subject to Protective Order      DCNG_DEF_00000626

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.   The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.   Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.   All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.   All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.   Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

2

**JA560**

Confidential - Subject to Protective Order    DCNG_DEF_00000627

4.3. DISPUTES.  Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING.  This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE.  This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE.  This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES.  Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.


APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO  for DC


JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO  for WV


ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3


**JA561**

Confidential - Subject to Protective Order                    DCNG_DEF_00000628

JA562

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for  OH





WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

**JA562**

Confidential - Subject to Protective Order    DCNG_DEF_00000629

# MEMORANDUM OF UNDERSTANDING
## BETWEEN
## THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
## AND
## THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION MAKE D.C. SAFE AND BEAUTIFUL
## MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1.  AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2.  PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement.  This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols.  No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3.  UNDERSTANDINGS OF THE PARTIES:

    3.1.  The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.  The Commanding General of the District of Columbia National Guard will

1

## JA563

Confidential - Subject to Protective Order      DCNG_DEF_00000630

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.  The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.  Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.  All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.  All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.  Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources.  No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

JA564

Confidential - Subject to Protective Order            DCNG_DEF_00000631

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

**JA565**

Confidential - Subject to Protective Order

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for  OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

4

**JA566**

Confidential - Subject to Protective Order                                                          DCNG_DEF_00000633

# MEMORANDUM OF UNDERSTANDING
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1.  AUTHORITIES:

   1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

   1.2.    32 U.S.C. § 502(f).

   1.3.    DC Code § 5-129.03.

   1.4.    DC Code § 5-205.

   1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2.  PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement.  This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols.  No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3.  UNDERSTANDINGS OF THE PARTIES:

   3.1.  The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

   3.2.  The Commanding General of the District of Columbia National Guard will

1

**JA567**

Confidential - Subject to Protective Order     DCNG_DEF_00000634

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.  The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.  Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.  All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.  All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.  Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU. This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives. This MOU will be reviewed as needed based on the duration of operations.

**JA568**

Confidential - Subject to Protective Order                                                          DCNG_DEF_00000635

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.


APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC


JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV


ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3


**JA569**

Confidential - Subject to Protective Order

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS


THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA


MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH


WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN



RICHARD D. WILSON
Major General, USA
Adjutant General

ALEXANDER V. McLEMORE
Colonel, USA
USPFO for GA


MARK R. MORRELL
Major General, USAF
Adjutant General

JOSEPH V. JACOBSON
Colonel, USA
USPFO for SD

4

**JA570**

Confidential - Subject to Protective Order

## MEMORANDUM OF UNDERSTANDING
BETWEEN
THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
AND
THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION
MAKE D.C. SAFE AND BEAUTIFUL
MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1.  AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2.  PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3.  UNDERSTANDINGS OF THE PARTIES:

    3.1.  The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2.  The Commanding General of the District of Columbia National Guard will

1

## JA571

Confidential - Subject to Protective Order

DCNG_DEF_00003691

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.  The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.  Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.  All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.  All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.  Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources.  No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU.  This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives.  This MOU will be reviewed as needed based on the duration of operations.

2

**JA572**

Confidential - Subject to Protective Order

4.3. DISPUTES.  Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING.  This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING.  It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE.  This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE.  This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES.  Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.

APPROVED:



LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)

JAMES O. ROBINSON
Colonel, USA
USPFO for DC

JAMES SEWARD
Major General, USA
Adjutant General

JAMES W. DEAN
Colonel, USA
USPFO for WV

ROBIN B. STILWELL
Major General, USA
Adjutant General

KELVIN L. BROWN
Colonel, USA
USPFO for SC

3

**JA573**

Confidential - Subject to Protective Order                                    DCNG_DEF_00003693

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

RICHARD D. WILSON
Major General, USA
Adjutant General

ALEXANDE V. McLEMORE
Colonel, USA
USPFO for GA

MARK R. MORRELL
Major General, USAF
Adjutant General

JOSEPH V. JACOBSON
Colonel, USA
USPFO for SD

DAVID K. PRITCHETT
Major General, USA
Adjutant General

RAYMOND J. BARNES
Colonel, USA
USPFO for AL

4

**JA574**

Confidential - Subject to Protective Order     DCNG_DEF_00003694

## MEMORANDUM OF UNDERSTANDING
### BETWEEN
### THE DISTRICT OF COLUMBIA NATIONAL GUARD (DCNG)
### AND
### THE SUPPORTING STATES, COMMONWEALTHS, AND TERRITORIES FOR OPERATION MAKE D.C. SAFE AND BEAUTIFUL
### MOU-DCNG-SSCT

This is a new memorandum of understanding (MOU) between the District of Columbia National Guard (DCNG) and the Supporting States, Commonwealths, and Territories. When referred to collectively, the DCNG and the Supporting States, Commonwealths, and Territories are referred to as the "Parties."

1. AUTHORITIES:

    1.1.    The Federal Tort Claims Act, 28 United States Code (USC) §§ 1346, 2671-2679.

    1.2.    32 U.S.C. § 502(f).

    1.3.    DC Code § 5-129.03.

    1.4.    DC Code § 5-205.

    1.5.    HQDA EXORD 290-25, District of Columbia National Guard in Support of Local Law.

2. PURPOSE: This memorandum of understanding (MOU) is executed in support of Operation Make DC Safe and Beautiful HQDA EXORD 290-25 District of Columbia National Guard in Support of Federal Law Enforcement. This MOU is executed to facilitate cooperation and unity of effort between the District of Columbia National Guard (DCNG) and the parties with respect to assisting the United States Marshall Service, United States Park Police (USPP) and Metropolitan Police Department (MPD) with national monument security, area beautification, traffic control points, and law enforcement patrols. No term or provision in this MOU shall not be interpreted in a manner that conflicts with Federal law, regulation, or policy or State law.

3. UNDERSTANDINGS OF THE PARTIES:

    3.1. The Parties agree to accept forces from other jurisdictions to perform duties in support of Make DC Safe and Beautiful. The Chief, National Guard Bureau, will coordinate the provision of resources to the Parties in furtherance of the mission. Each Governor, and the Commanding General of the DCNG, shall retain the authority to decline missions that will compromise his or her ability to respond to emergency requirements.

    3.2. The Commanding General of the District of Columbia National Guard will

1

## JA575

Confidential - Subject to Protective Order

assume the lead role in coordinating the JRSOI and tasking units from a supporting State, Commonwealth, or the District of Columbia. Sending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment.

3.3.  The Parties will perform duties under 32 U.S.C. § 502(f) in accordance with all applicable laws and Department of Defense (DoD) and Military Department regulations, policies, and authorities. These duties may include law enforcement and require personnel performing them to be sworn in as law enforcement agents and may require personnel to be armed. All operations will be conducted consistently with any relevant Secretary of Defense utilization memorandum should be issued.

3.4.  Requests for forces will be handled according to the procedures specified in the applicable operations and execution orders; however, all Parties agree that validation of requirements by the National Guard Bureau is a necessary precondition to the deployment of National Guard forces and the disbursement of funds.

3.5.  All National Guard forces participating in activities supporting Make DC Safe and Beautiful will receive operational direction for tasks from the Commanding General, DCNG, comply with the DCNG Rules for the Use of Force and Rules of Conduct, and will support Arming decisions made by the Commanding General, DCNG as authorized by the Secretary of Defense.

3.6.  All National Guard members participating in Make DC Safe and Beautiful missions under Title 32, U.S.C., are performing missions in support of the Federal Government or to the benefit of the Federal Government and are federal employees within the meaning of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671- 2679.

3.7.  Other States and Territories may participate in the Agreement by adopting the terms and conditions of this MOU.

4. GENERAL PROVISIONS:

4.1. FUNDS AND MANPOWER. This MOU neither documents nor provides for the exchange of funds between the Parties, nor does it make any commitment of funds or resources. No provision in this MOU will be interpreted to require obligation or payment of funds.

4.2. MODIFICATION OF MOU. This MOU may only be modified by the written agreement of the Parties, duly signed by their authorized representatives. This MOU will be reviewed as needed based on the duration of operations.

2

**JA576**

Confidential - Subject to Protective Order                    DCNG_DEF_00003696

4.3. DISPUTES. Any disputes relating to this MOU will, subject to any applicable law, Executive order, or DoD issuances, be resolved by consultation between the parties.

4.4. TERMINATION OF UNDERSTANDING. This MOU will terminate upon the completion of Operation Make D.C. Safe and Beautiful and may be terminated by either party at any time.

4.5. TRANSFERABILITY. This MOU is not transferable except with the written consent of the Parties.

4.6. ENTIRE UNDERSTANDING. It is expressly understood and agreed that this MOU embodies the entire understanding between the Parties regarding the MOU's subject matter, thereby superseding all prior understandings of the Parties with respect to such subject matter.

4.7. EFFECTIVE DATE. This MOU takes effect beginning on the day after the last Party signs.

4.8. EXPIRATION DATE. This MOU terminates upon completion of operations and redeployment of personnel back to their home State.

4.9. NO THIRD-PARTY BENEFICIARIES. Nothing in this MOU, express or implied, is intended to give to, or will be construed to confer upon, any person not a party any remedy or claim under or by reason of this MOU and this MOU will be for the sole and exclusive benefit of the Parties.


APPROVED:


LELAND D. BLANCHARD II
Brigadier General, USA
Commanding (Interim)


JAMES SEWARD
Major General, USA
Adjutant General


ROBIN B. STILWELL
Major General, USA
Adjutant General

JAMES O. ROBINSON
Colonel, USA
USPFO for DC


JAMES W. DEAN
Colonel, USA
USPFO for WV


KELVIN L. BROWN
Colonel, USA
USPFO for SC

3


**JA577**

Confidential - Subject to Protective Order    DCNG_DEF_00003697

JA578

BOBBY M. GINN JR
Major General, USA
Adjutant General

MILTON L. GRIFFITH
Colonel, USA
USPFO for MS

THOMAS C. FRILOUX
Major General, USA
Adjutant General

DANIEL H. FRITTS
Colonel, USA
USPFO for LA

MATHEW S. WOODRUFF
Brigadier General, USA
Adjutant General

JOSEPH A. SCHWADE
Colonel, USA
USPFO for OH

WARNER A. ROSS II
Major General, USA
Adjutant General

JONATHAN T. PINKARD
Colonel, USAF
USPFO for TN

RICHARD D. WILSON
Major General, USA
Adjutant General

ALEXANDER V. McLEMORE
Colonel, USA
USPFO for GA



MARK R. MORRELL
Major General, USAF
Adjutant General

JOSEPH V. JACOBSON
Colonel, USA
USPFO for SD

4

JA578

Confidential - Subject to Protective Order    DCNG_DEF_00003698

# Exhibit 7

**From:** Franken, Paul M COL USARMY NG DCARNG (USA) < ███████████████████████ >

**Sent:** Thursday, August 21, 2025 10:52 AM

**To:** Doane, Lawrence M (Larry) COL USARMY NG DCARNG (USA)
████████████████████████; Brown, Benjamin R LTC USARMY NG DCARNG (USA)
████████████████████ Platky, James R LTC USARMY NG DCARNG (USA)
██████████████████; Locke, Andrew W LTC USARMY NG DCARNG (USA)
████████████████████

**Subject:** Fw: DC Mission - OHNG MPs Constraint

JTF,

Planning constraints for the employment of Ohio Out of District Forces.

Paul M. Franken

COL, AV, DCARNG

----

**From:** Rakowsky, Peter I COL USARMY NG OHARNG (USA)
████████████████████

**Sent:** Thursday, August 21, 2025 10:00:35 AM

**To:** Franken, Paul M COL USARMY NG DCARNG (USA)████████████████

**Cc:** Barrett, Aaron T LTC USARMY NG OHARNG (USA)████████████████
Roberts, Kevin M MSG USARMY NG OHARNG (USA) <████████████████

**Subject:** DC Mission - OHNG MPs Constraint

Paul, I assume you heard in the CUB that Ohio MPs are constrained to conducting general security, including presence missions only at this time. Also, it is good to hear that SMs will soon be armed for self-defense. This was a major concern for our Governor.

Cc'd is the rest of my senior team from Ohio J3.

Call, text, write me any time if you have any concerns.

**JA580**

DCNG_DEF_00003352

Pete



COLONEL PETE RAKOWSKY

**Director of Joint Operations, J3**
**The Adjutant General's Department and Ohio National Guard**



████████████Office

████████████Cell

Ohio Adjutant General's Department

Ohio National Guard

2825 W. Dublin Granville Rd.

Columbus, OH 43235-2789

**ONG.Ohio.gov**



**JA581**

DCNG_DEF_00003353

*Stay current with our members serving*

*at home and abroad in the <u>Buckeye Guard</u>*

**JA582**

DCNG_DEF_00003354

# Exhibit 8

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 9

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 10

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 11

# *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 12

# 20 August 2025 DCNG Storyboard

**U.S. ARMY**
HQDA | DCS | G-3/5/7



U.S. Soldiers from the West Virginia National Guard are deputized at the D.C. Armory as part of D.C. Safe and Beautiful Task Force, Washington, D.C., Aug. 19, 2025.



Sgt. Maj. of the Army Mike Weimer meets with Soldiers and Airmen from Joint Task Force-D.C., the National Guard response force, in Washington, D.C., Aug. 19, 2025.



U.S. Army 2nd Lt. Harry Siegel and Sgt. 1st Class Nikolay Bashko talk with Metropolitan Police Department officers near Nationals Park, Aug. 19, 2025.



U.S Army Spc. Tra'shwn Parham, human resource specialist with the District of Columbia National Guard stands outside the Smithsonian Metro station where she and other service members patrol in order to keep DC safe during a unique Capitol mission, commanded by the President of the United States through the Secretary of Defense, on August 19, 2025.

Confidential - Subject to Protective Order

BE ALL YOU CAN BE

2

DCNG_DEF_00003716

JA588

# Exhibit 13

# REDACTED

**\*Unredacted Version Filed  Under Seal**

**Pursuant to Protective Order\***

Copy __ of __ copies
DCNG Armory,
Washington, DC
201700AUG25

**FRAGO 8 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)+**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

    (U) Headquarters – JTF-DC
    (U) Subordinate headquarters – 372nd MP Battalion.
        (U) HHD, 372 MP Battalion.
        (U) 273rd MP Company.
        (U) 276th MP Company.
        (U) D Co, 223rd MI Battalion.
        (U) Ohio MP CO
        (U) TM Army Aviation
        (U) TM Defender (113th Security Forces Squadron tasked personnel)
    (U) TF Mountaineer (WV)
        (U) 111th MP CO
        (U) 121st FA BTRY
        (U) 150th CAV TRP
    (U) TF Iron Horse (SC)
        (U) A 4/18 IN
        (U) C 4/18 IN CO
    (U) TF Magnolia (MS)
        (U) HHD 112th MP BN
        (U) 113th MP CO
        (U) 114th MP CO
        (U) LA MP CO
    (U) TF Volunteer (TN)
        (U) HHD 117th MP BN
        (U) 269th MP CO
    (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
    POC: LTC Ben Brown

1

CUI//LEI

**JA590**

Confidential - Subject to Protective Order

CUI/LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(U) HHC, 74th Troop Command.
(U) 547th Transportation Company. OPCON TO JTF SUPPORT
(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
 (U) 257th Army Band. OPCON TO JTF SUPPORT
 (U) 715th Public Affairs Detachment.
 (U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** DC mobilizes ▓▓▓▓▓▓▓▓▓ to support law enforcement partners operating in the District of Columbia from ▓▓▓▓▓▓▓▓ UTC in order to enable law enforcement partners to conduct law enforcement activities in support of the Task Force Safe and Beautiful Incident Commander.

3. (U) **Execution.**

 a.  JTF-DC Commander's Intent.

  1.  (U)Purpose. JTF-DC will provide all necessary support to the Incident Commander while maintaining the trust and confidence of the American People and preserving our relationships with our local and federal partners and the citizens of the District of Columbia.

  2.  (U)Key Tasks.

   a. (U) Partner with law enforcement agencies to deliver a Safe and Beautiful DC.

   b.(U) All SMs understand Rules for the Use of Force (RUF) and Rules of Conduct (RUC) to operate within the District of Columbia.

   c.(U) JTF-DC SMs will be polite, professional, and prepared during all phases of this operation, particularly when interacting with law enforcement partners and citizens of the District.

   d.(U) JTF-DC SMs will maintain the strong positive relationships we have established with our federal and local partners and the citizens of the District.

   3.(U) End State.  JTF-DC effectively reduces crime in its area of operations while meeting all military requirements of the Incident Commander. JTF-DC maintains positive relationships with federal and local partners and delivers a Safe and Beautiful District for the American People.

 b. (U) Concept of the Operation. (NO CHANGE)

2

CUI/LEI

**JA591**

Confidential - Subject to Protective Order                                    DCNG_DEF_00003425

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

(1) (U) Subordinate headquarters.

(a) (U) TF Red Hand (372<sup>d</sup> Military Police Battalion) (CHANGE)

1. (CUI) Identify ▆▆ personnel to retrieve ▆▆▆▆▆ from ▆▆▆▆▆ for pickup NLT ▆▆▆ Plan for approximately ▆ hours on ground after arrival for ▆▆▆▆ and ▆▆▆▆ will be signed for via ▆▆▆▆ POC for this action is ▆▆▆ at ▆▆▆▆

2. Provide support to ▆▆▆▆▆▆▆ IAW attachment 1, ▆▆▆▆ with ▆▆ authorized.

3. Provide presence and support to law enforcement partners ▆▆▆▆▆▆ IAW attachment 1.

4. 1946th FICO OPCON to JTF Support effective ▆▆▆▆

5. Assume responsibility of ▆▆▆▆ effective ▆▆▆▆ Reference Appendix 2 to Annex C for Operations Overlay.

6. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▆▆▆▆

(b) (CUI) TF Iron Horse (SCNG).

1. Provide support to ▆▆▆▆▆▆ at ▆▆▆▆ and other designated ▆▆▆▆ IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not qualified on assigned ▆▆▆ and prepare them to conduct ▆▆▆▆▆ on ▆▆▆▆ all Soldiers must be ▆▆ by ▆▆▆ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO ▆▆ and SGM ▆▆ NLT ▆▆▆▆

3. Assume responsibility of ▆▆▆ effective 250600RAUG25. Reference Appendix 2 to Annex C for Operations Overlay.

4. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▆▆▆▆▆

(c) TF Mountaineer (WVNG).

3

CUI//LEI

**JA592**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

1. Provide support to ███ on ██████████ station starting ████████ IAW attachment 1.

2. Provide support to ███ at ████████ station starting ████████ IAW attachment 1.

3. Provide support to ███ on the ████████ starting ████████ IAW attachment 1.

4. Provide support to ██ at ████████ starting at ████████ IAW attachment 1.

5. Assume responsibility of ████ effective ████████ Reference Appendix 2 to Annex C for Operations Overlay.

6. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ████████

(d) TF Magnolia (MSNG)
1. Conduct ████████ ████████ and ████ ████ presence IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not ████ on assigned ████ and prepare them to conduct qualification range at ████ on ████ all Soldiers must be ████ by ████ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ████ and SGM ████ NLT ████

3. Assume responsibility of ████ effective ████████ Reference Appendix 2 to Annex C for Operations Overlay.

4. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ████████

(e) TF Volunteer (TNNG)

1. Provide presence and support to law enforcement partners at ████ starting at ████████ IAW attachment 1.

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

4

CUI//LEI

**JA593**

Confidential - Subject to Protective Order

CUI/LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(2) (U) Tasks to Staff. (NO CHANGE)

    (a) J-1. (NO CHANGE)

    (b) J-2. (NO CHANGE)

    (c) J-3. (NO CHANGE)

    (d) J-4. (NO CHANGE)

    (e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

    (1-9) Timeline: (NO CHANGE)

    (10) (CUI) Other Coordinating Instructions:

        (a) All units reference attachment 1 to FRAGO 8 for ongoing operational taskings.

        (b-r) (NO CHANGE)

        (s) (CHANGE)



        (t-w) (NO CHANGE)

        (x) Provide rollup of ▮▮▮▮▮▮ to POC NLT ▮▮▮▮▮▮ Roll-up must include total quantity, the number of ▮▮▮▮▮▮ and the number of

5

CUI/LEI

**JA594**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

██ devices. POC is JTF J-4 MAJ ████████ at ██████████ and ████████████ at

(y) All rental GSA hand-receipt holders must pick-up new rental GSA fuel cards NLT ████████████ from the JTF J-4. The POC is the JTF J-4 MAJ ████ ██████ at ██████████████ and ██████████ at ████████

(z) Use TF LNOs to ensure all personnel requiring access to Teams Folder is worked through CHOPs. POC are BTL CPTs at ████████████ and ████████

(aa) All ██████████ requests go through OPs Chat. POC are BTL CPTs at ██████████ and ██████████

(bb) All participants in ████ should log-in NLT ████ daily. POC are BTL CPTs at ██████████ and ██████████

(cc) All ████████████ should be noted in OPs Chat. POC are BTL CPTs at ██████████ and ██████████

(dd) Nominate 2-3 SMs per TF for recognition by JTF-DC CDR coin. Send narrative to ██████████ at ████████████████

(ee) Send any ██████████ movement requests to ██████████ at ██████████ NLT ████ daily. Include PAX, pick-up time, pick-up and drop-off location. ██████████ movement request must be made 12-24 hours prior to movement. The POC is the JTF J-4 MAJ ██████████ at ████████████ and CPT ██████████ at ████████████████████

(ff) Submit bulk food request for LOGPAX pick-up to the following link: ██████████████ or to the QR Code in attachment 3 to FRAGO 8, "Food Service Request". The POC is the JTF J-4 ██████████ at ██████████ and ██████████ at

4. (U) **Sustainment.** (NO CHANGE)

5. (U) **Command and Signal.**

a. Please find revised ████████████████████████████████

6

CUI//LEI

**JA595**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

ACKNOWLEDGE:

DOANE
COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

CUI//LEI

**JA596**

Confidential - Subject to Protective Order

DCNG_DEF_00003430

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

8

CUI//LEI

**JA597**

Confidential - Subject to Protective Order

DCNG_DEF_00003431

# Exhibit 14

# REDACTED

## *Unredacted Version Filed Under Seal

## Pursuant to Protective Order*

JA598

Copy __ of __ copies
DCNG Armory,
Washington, DC
221700AUG25

**FRAGO 9 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)+**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

 (U) Headquarters – JTF-DC
 (U) Subordinate headquarters – 372nd MP Battalion.
  (U) HHD, 372 MP Battalion.
  (U) 273rd MP Company.
  (U) 276th MP Company.
  (U) D Co, 223rd MI Battalion.
  (U) Ohio MP CO
  (U) TM Army Aviation
  (U) TM Defender (113th Security Forces Squadron tasked personnel)
 (U) TF Mountaineer (WV)
  (U) 111th MP CO
  (U) 121st FA BTRY
  (U) 150th CAV TRP
 (U) TF Iron Horse (SC)
  (U) A 4/18 IN
  (U) C 4/18 IN CO
 (U) TF Magnolia (MS)
  (U) HHD 112th MP BN
  (U) 113th MP CO
  (U) 114th MP CO
  (U) LA MP CO
 (U) TF Volunteer (TN)
  (U) HHD 117th MP BN
  (U) 269th MP CO
 (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
 Limited Dissemination Control: FEDCON
 POC: LTC Ben Brown

1

~~CUI//LEI~~

**JA599**

Confidential - Subject to Protective Order              DCNG_DEF_00003432

~~CUI//LEI~~

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(U) HHC, 74th Troop Command.
(U) 547th Transportation Company. OPCON TO JTF SUPPORT
(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
(U) 257th Army Band. OPCON TO JTF SUPPORT
(U) 715th Public Affairs Detachment.
(U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** DC mobilizes ▉▉▉▉▉▉▉▉▉ to support law enforcement partners operating in the District of Columbia from ▉▉▉▉▉▉▉ UTC in order to enable law enforcement partners to conduct law enforcement activities in support of the Task Force Safe and Beautiful Incident Commander.

3. (U) **Execution.**

    a.  JTF-DC Commander's Intent.

        1.    (U) Purpose. JTF-DC will provide all necessary support to the Incident Commander while maintaining the trust and confidence of the American People and preserving our relationships with our local and federal partners and the citizens of the District of Columbia.

        2.  (U) Key Tasks.

        a. (U) Partner with law enforcement agencies to deliver a Safe and Beautiful DC.

        b.(U) All SMs understand Rules for the Use of Force (RUF) and Rules of Conduct (RUC) to operate within the District of Columbia.

        c.(U) JTF-DC SMs will be polite, professional, and prepared during all phases of this operation, particularly when interacting with law enforcement partners and citizens of the District.

        d.(U) JTF-DC SMs will maintain the strong positive relationships we have established with our federal and local partners and the citizens of the District.

        3.(U) End State.  JTF-DC effectively reduces crime in its area of operations while meeting all military requirements of the Incident Commander. JTF-DC maintains positive relationships with federal and local partners and delivers a Safe and Beautiful District for the American People.

    b. (U) Concept of the Operation. (NO CHANGE)

~~CUI//LEI~~

2

**JA600**

Confidential - Subject to Protective Order

DCNG_DEF_00003433

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

(1) (U) Subordinate headquarters.

(a) (U) TF Red Hand (372<sup>d</sup> Military Police Battalion) (CHANGE)

1. Provide support to ███████████████ IAW attachment 1, DIRLAUTH with ████ authorized.

2. Provide presence and support to law enforcement partners ████████████ starting at ██████████ IAW attachment 1.

3. 1946th FICO OPCON to JTF Support effective ██████████

4. BPT assume responsibility of ███████ effective ██████████ Reference Appendix 2 to Annex C for Operations Overlay.

5. Identify all previous heat casualties in your formation and send the names to LTC █████████ at ███████████████ NLT ████████. Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

6. Ohio Military Police Company update PERSTAT NLT ██████████

7. Provide ████████ for ████████ going to ████. Meet the ███ IVO █████████ at █████ and ██████ and provide ████ to ████████ IVO ██████████ on ████ ██████

8. BPT receive 200 (2 cases) of disposable restraints (flex cuffs) on ██████ at ████

(b) (CUI) TF Iron Horse (SCNG).

1. Provide support to ██████████████ and ████████ at ██████████ and other designated ██████████ IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not ████████ on ██████████ and prepare them to conduct █████████ at ██████████ on ██████ all Soldiers must be ████████ by ████████ end of day. Provide roll up of numbers to JTF-DC J3 OPS NCO MSG ████ and SGM █████ NLT ██████████

3. BPT assume responsibility of ███████ effective ██████████

3

CUI//LEI

**JA601**

Confidential - Subject to Protective Order

DCNG_DEF_00003434

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

███████████ Reference Appendix 2 to Annex C for Operations Overlay.

4.  BPT receive 300 (3 cases) of disposable restraints (flex cuffs) on ████████████ at ████████

(c) TF Mountaineer (WVNG).

1.  Provide support to ████ on ███████████████ station starting ███████████ IAW attachment 1.

2.  Provide support to ████ at ███████████████ station starting ███████████ IAW attachment 1.

3.  Provide support to ████ on the ██████████ starting ████████████ IAW attachment 1.

4.  Provide support to ████ at ████████████████ starting at ████████████ IAW attachment 1.

5.  Assume responsibility of ████████ effective ████████████ Reference Appendix 2 to Annex C for Operations Overlay.

6.  Identify all previous heat casualties in your formation and send the names to LTC ████████████ at ███████████████████ NLT ████████ ████████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

(d) TF Magnolia (MSNG)

1.  Conduct ████████████████████████ and ████████ ████ presence IAW attachment 1.

2.  (CHANGE) Identify Soldiers that are not ████████ on ████████████████ and prepare them to conduct ████████████ at ████████ on ████████████ all Soldiers must be ████████ by ████████ end of day. Provide roll up of numbers to JTF-DC J3 OPS NCO MSG ████ and SGM ████ NLT ████████

3.  BPT assume responsibility of ████████ effective ████████████ Reference Appendix 2 to Annex C for Operations Overlay.

4.  Identify all previous heat casualties in your formation and send the names to LTC ████████████ at ███████████████████ NLT ████████ ████████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC,

4

CUI//LEI

**JA602**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) (CUI) Other Coordinating Instructions:

(a) All units reference attachment 1 to FRAGO 9 for ongoing operational taskings.

5

CUI//LEI

**JA603**

Confidential - Subject to Protective Order          DCNG_DEF_00003436

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(b-r) (NO CHANGE)

(s) ███████████████████



(t-w) (NO CHANGE)

(x) Provide rollup of ███████████ to POC NLT ███████████ Roll-up must include total quantity, the number of ████ devices, and the number of ████ devices. POC is JTF J-4 MAJ ███████████ at ███████████ and CPT ███████████ at ███████████

(y) All rental GSA hand-receipt holders must pick-up new rental GSA fuel cards NLT ███████████ from the JTF J-4. The POC is the JTF J-4 MAJ ████ at ███████████ and CPT ███████████ at ███████████

(z) Use TF LNOs to ensure all personnel requiring access to ████ is worked through CHOPs. POC are BTL CPTs at ███████████ and ████

(aa) All ███████████ requests go through OPs Chat. POC are BTL CPTs at ███████████ and ████

(bb) All participants in ████ should log-in NLT ████ daily. POC are BTL CPTs at ███████████ and ████

(cc) All ███████████ should be noted in OPs Chat. POC are BTL CPTs at ████ and ███████████

CUI//LEI

6

**JA604**

Confidential - Subject to Protective Order

DCNG_DEF_00003437

~~CUI//LEI~~

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(dd) Nominate 2-3 SMs per TF for recognition by JTF-DC CDR coin. Send narrative to ██████████ at ███████████████

(ee) ~~CHANGE~~ Send any ████████ movement requests to ~~CPT~~ ██████████ at █████ NLT ████ daily. Include PAX, pick-up time, pick-up and drop-off location. ████ movement request must be made 12-24 hours prior to movement. The POC is the JTF J-4 MAJ ██████████ at ███████████████████ and CPT █████ ██████████ at ████████████████

(ff) Submit bulk food request for LOGPAX pick-up to the following link: ███████████████████████ or to the QR Code in attachment 3 to FRAGO 8, "Food Service Request". The POC is the JTF J-4 MAJ ██████████ at ████████████████ and CPT ████████████ at ████████████████████

(gg) All units will identify remaining personnel who have not ████████ on ████ and send to ████████ for day ████████ on either ████████ or ████████ They need to be at ███████████████████████ NLT ████ each day to load buses and depart. Service members should bring eye pro, ear pro, water, and food. There is an ████ available at ████████ Hill for ████████ for those service members who have not completed it that can be accomplished following day qual. More specifics including strip map can be found in Attachment 2 to FRAGO 9.

(hh) Effective immediately, units conducting ████████████████ will utilize ████████████ Units conducting █████████████████████ will utilize █████████████████████████████ remain the standard operating channel for all ████████

When a Task Force (TF) is assigned a mission ████████████ █████████████████ all mission communications will transition to ████ ████████ see SOI Attachment).

During ████ missions, TOCs and CPs will monitor both ████████ and ████████ simultaneously using two separate ████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

4. (U) **Sustainment**. (NO CHANGE)

5. (U) **Command and Signal**.

7

~~CUI//LEI~~

**JA605**

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

a. Please find revised ███████████████████████████████
███████

**ACKNOWLEDGE:**

DOANE
COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

CUI//LEI

8

**JA606**

Confidential - Subject to Protective Order

~~CUI//LEI~~

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

9

~~CUI//LEI~~

**JA607**

Confidential - Subject to Protective Order

DCNG_DEF_00003440

# Exhibit 15

# REDACTED

\*<u>Unredacted Version Filed Under Seal</u>

<u>Pursuant to Protective Order</u>\*

Copy __ of __ copies
DCNG Armory,
Washington, DC
231700AUG25

**FRAGO 10 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

- (U) Headquarters – JTF-DC
- (U) Subordinate headquarters – 372ⁿᵈ MP Battalion.
    - (U) HHD, 372 MP Battalion.
    - (U) 273ʳᵈ MP Company.
    - (U) 276ᵗʰ MP Company.
    - (U) D Co, 223ʳᵈ MI Battalion.
    - (U) Ohio MP CO
    - (U) TM Army Aviation
    - (U) TM Defender (113ᵗʰ Security Forces Squadron tasked personnel)
- (U) TF Mountaineer (WV)
    - (U) 111ᵗʰ MP CO
    - (U) 201ˢᵗ FA BTRY
    - (U) 150ᵗʰ CAV TRP
- (U) TF Iron Horse (SC)
    - (U) A 4/18 IN
    - (U) C 4/18 IN CO
- (U) TF Magnolia (MS)
    - (U) HHD 112ᵗʰ MP BN
    - (U) 113ᵗʰ MP CO
    - (U) 114ᵗʰ MP CO
    - (U) LA MP CO
- (U) TF Volunteer (TN)
    - (U) HHD 117ᵗʰ MP BN
    - (U) 269ᵗʰ MP CO
- (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: LTC Ben Brown

1

~~CUI//LEI~~

**JA609**

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(U) HHC, 74th Troop Command.
(U) 547th Transportation Company. OPCON TO JTF SUPPORT
(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
(U) 257th Army Band. OPCON TO JTF SUPPORT
(U) 715th Public Affairs Detachment.
(U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. ~~(CUI)~~ **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

   a.  (NO CHANGE)

   b. (U) Concept of the Operation. (NO CHANGE)

   c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

      (1) (U) Subordinate headquarters.

         (a) (U) TF Red Hand (372d Military Police Battalion) (NO CHANGE/Review coordinating instructions)

         (b) ~~(CUI)~~ TF Iron Horse (SCNG). (NO CHANGE/Review coordinating instructions)

         (c) TF Mountaineer (WVNG). (NO CHANGE/Review coordinating instructions)

         (d) TF Magnolia (MSNG) (NO CHANGE/Review coordinating instructions)

         (e) TF Volunteer (TNNG)



         1. DIRLAUTH ▮▮▮▮▮▮ team for ▮▮▮▮▮▮▮▮ of ▮▮▮▮▮▮▮ ▮▮▮▮ to ▮▮▮▮▮▮▮▮ Individual ▮▮▮▮▮▮▮ approval authority retained by JTF-CDR.

         2. Provide ▮▮ personnel at ▮▮▮▮▮▮▮▮▮▮▮▮ for TF Support re-deputization and issuing rehearsal. POC Col ▮▮▮▮

         3. Maintain presence around ▮▮▮▮▮▮▮▮▮▮ from ▮▮ ▮▮▮▮▮▮▮▮▮ with ▮▮ personnel ISO law enforcement partners during the ▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮

2

CUI//LEI

**JA610**

Confidential - Subject to Protective Order

~~CUI//LEI~~

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) ~~(CUI)~~ Other Coordinating Instructions:

(a) All units reference attachment 1 to FRAGO 10 for ongoing operational taskings.

(b-r) (NO CHANGE)

(s) (RESTATE)

~~CUI//LEI~~

3

**JA611**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

████████████████████

(t-ff) (NO CHANGE)

(gg) All units will identify remaining personnel who have not qualified on M-17 and send to ████████ for day qualification on either 24AUG25. They need to be at ████████████████████████████ each day to load buses and depart. Service members should bring eye pro, ear pro, water, and food. There is an EST available at ████████ for night qual for those service members who have not completed it that can be accomplished following day qual. More specifics including strip map can be found in Attachment 2 to FRAGO 10.

(hh) Effective immediately, units conducting \*\*above ground missions\*\* will utilize DOMOPs channels. Units conducting \*\*underground/metro missions\*\* will utilize Metro channels.

DOMOPs channels remain the standard operating channel for all above ground operations.

When a Task Force (TF) is assigned a mission \*\*underground\*\* (e.g., metro stations), all mission communications will transition to Metro channels (see SOI Attachment).

During Metro missions, TOCs and CPs will monitor both DOMOPs and Metro nets simultaneously using two separate LMRs.

Communications PACE Plan:

Primary: LMR

Alternate: ATAK

(Emergency/Contingency/Other as per unit SOP)

TFs operating above ground – continue DOMOPs usage.

TFs assigned to metro – switch to Metro channels; ensure all personnel are briefed prior to mission start.

(ii) Identify all previous heat casualties in your formation and send the names to LTC ████████ at ████████████████████ NLT 242000 AUG25. Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

(jj) Identify all flagged soldiers by Name, State and reason NLT 241600AUG25.

(ll) All units reference attachment 2 (Draft Attachment 1 Estimates for 25AUG25) and provide data / input on soldier taskings for 25 and 26 AUG25 NLT the JTF OPT on 24AUG25 (1330) to JTF J-3 (LTC Brown), LTC James Platky, LTC Ryan Hobbs and JTF J3 OP Chat.

(mm) All units provide CONOPs for operations starting 25AUG25 NLT 251500AUG25. Units provide ongoing CONOPs for missions daily, 48 hours prior to

4

CUI//LEI

**JA612**

Confidential - Subject to Protective Order

DCNG_DEF_00003444

~~CUI//LEI~~

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

mission execution. CONOPs are authorized to be by day for low risk mission sets. Any medium or high risk mission set requires a stand-alone CONOP. CONOPs are submitted to LTC Brown, LTC Platky, LTC Locke and the JTF OP Chat. Attachment 3 (CONOP Example) is attached as reference, subordinate elements are authorized to use internal / state formats.

(nn) All units reference Attachment 4 (Weekly Sync Matrix) and attachment 5 (DC Area Events) for ongoing events and mission planning inside respective AOs.

(oo) All units maintain AARs and running staff estimates for each respective AO, in anticipation of ███████████████████████ Upload AO estimates and AARs at: <u>AO AARs and Notes</u>.

(pp) All TFs be prepared to receive 2-4 photographers from the JIC Command Information Team (CI). Coordinate daily with CI NCOIC to receive assigned photographers. Once received, unit provides transportation, meals, command and control for photographer while assigned. Photographers receive imagery guidance from CI NCOIC. Units send content and story ideas to JIC at ███████████████████. Point of Contact for this task is: SMSgt ██████████ or MSG ███████████ at ████████.

(qq) All TFs provide one LNO to JTF-DC JOC located at DC Armory between ███████████████████████ POC is BTL CPTs at ███████████.

4. (U) <u>Sustainment.</u>

    a. All TF's will now coordinate their charter bus movement with the bus company directly. Input in the <u>movement matrix</u> is live and will be used for JTF J4 staff situational awareness. Points of contact are as follows:

        a. NAME: <u>MARVIN SPRIGGS</u>
            CELL: ██████████
            SHIFT: ████████HOURS

        b. NAME: <u>DEE-DEE CREEK</u>
            CELL: ██████████
            SHIFT: ███████HOURS
        c. NAME: <u>AVI COHEN</u>
            CELL: ██████████
            SHIFT: ████████HOURS

5. (U) <u>Command and Signal.</u>

    a. Please find revised Attachment 4 to FRAGO 10 JTF DOMOPS METRO SOI CARD 8-22-25.pptx

5

~~CUI//LEI~~

**JA613**

Confidential - Subject to Protective Order

DCNG_DEF_00003445

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

ACKNOWLEDGE:

DOANE
COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

Annexes:

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.

6

CUI//LEI

**JA614**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

7

CUI//LEI

**JA615**

Confidential - Subject to Protective Order

DCNG_DEF_00003447

# Exhibit 16

 Outlook

---

**Re: DCNG Update, 12 SEP 25**

---

From Pritchett, David K MG USARMY NG ALARNG (USA) ████████████████████

Date Sat 9/13/2025 12:41 PM

To    Nordhaus, Steven S Gen USAF NG OCNGB (USA) ████████████████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ████████████████ ; Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)████████████████

Cc    George, Randy A GEN USARMY HQDA CSA (USA)████████████████ Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA) ████████████████ Rieger, Timothy L MG USARMY NG OCNGB (USA)████████████ Davis, Robert B MG USARMY NG NGB (USA) ██████████████████████ ; Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA) ████████████████████████ il>

WILCO, Sir!

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

████████████████████
████████████████████
████████████████████
████████████████████

---

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ████████████████████
**Date:** Saturday, September 13, 2025 at 10:11:26 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)"██████████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)"██████████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)████████████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ██████████████████ "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ██████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ██████████████████ "Davis, Robert B MG USARMY NG NGB (USA)" ████████████ "Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA)████████████
**Subject:** Re: DCNG Update, 12 SEP 25

Thanks David!  Please call me if you need anything!

VR,

Steve

**JA617**

Confidential - Subject to Protective Order           DCNG_DEF_00000027

Gen Steve Nordhaus
Chief, National Guard Bureau

Offic ███████████
DSN ████████████

**From:** "Pritchett, David K MG USARMY NG ALARNG (USA)" ███████████████████
**Date:** Saturday, September 13, 2025 at 10:54:40
**To:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ████████████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ███████████████ 'Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) █████████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ██████████████, "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ███████████████ "Davis, Robert B MG USARMY NG NGB (USA)" █████████████ 'Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA)" ██████████████
**Subject:** Re: DCNG Update, 12 SEP 25

+ BG Jeff Smith and CSM Bailey

Sir,

Gov Ivey approves AL backfilling TN.  We have begun prep' for the mission.

V/r

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711
████████████████████████

---

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
████████████████████
**Date:** Saturday, September 13, 2025 at 5:49:47 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)" █████████████████
"Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ████████████
"Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)"
████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)"

**JA618**

Confidential - Subject to Protective Order                DCNG_DEF_00000028

█████████████████████████ "Davis, Robert B MG USARMY NG NGB (USA)"

**Subject:** Fwd: DCNG Update, 12 SEP 25

David,

As a follow up to our call last night.  Here is last night's evening roll up from the DC mission discussing TN departure on or about 24 September for your SA.  Please let me know once your Gov has approved AL to backfill.

Win and Leland,

SecWar provided VOCO to replace TN with AL on the DC mission if their Gov approved.  Please coordinate with MG Pritchett for a smooth RIPTOA if he's given the approval by his Gov.

Thanks for all the support!

VR,

Steve

Gen Steve Nordhaus
Chief, National Guard Bureau

Offic████████████████
DSN████████████████

---

**From:** "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)"
████████████████████████

**Date:** Friday, September 12, 2025 at 17:19:28
**To:** "Driscoll, Daniel P HON (USA)" ███████████████████ "Fitzgerald, David R SES (USA)" ████████████████████ "George, Randy A GEN USARMY HQDA CSA (USA)" ████████████████████ "Mingus, James J GEN USARMY HQDA VCSA (USA)" ████████████████████
**Cc:** "Bechtel, Peter B SES USARMY HQDA DCS G-3-5-7 (USA)"
████████████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
████████████████████>, "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████████████████████, "Butler, David M COL USARMY HQDA OCPA (USA)" ████████████████████ "Carlisle, Karen H SES USARMY HQDA OTJAG (USA)████████████████████'Choquette, Sean M Maj Gen USAF JS J3 (USA)████████████████████"'COL Anthony Fuscellaro'"
████████████████████ Dennis, Kirby Robert (Bo) COL USARMY HQDA (USA)"
████████████████████ "Evans, Marcus S LTG USARMY HQDA DAS (USA)"
>, "Gilliam, John B COL USARMY HQDA DAS (USA)"
, "Isenhower, James P III MG USARMY HQDA (USA)"
████████████Johnson, Eric M BG USARMY HQDA DCS G-3-5-7
>, "Kupratty, Alexander CSM USARMY HQDA (USA)"
'McElwain, Rebecca B BG USARMY HQDA ASA FM

**JA619**

Confidential - Subject to Protective Order

(USA)" , "Morgan, Shane P BG USARMY JS J3 (USA)" , "Morris, Jason L MajGen USMC HQMC (USA)" 'Nordhaus, Steven S Gen USAF NG OCNGB (USA)" .mil>, "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)" "Ryan, Joseph A LTG USARMY HQDA DCS G-3-5-7 (USA)" nil>, "SanNicolas, Gina Diego COL USARMY HQDA SECARMY (USA)" , "Schuck, G Patrick COL USARMY HQDA (USA)" "Shaw, Robert M (Rob) COL USARMY HQDA DCS G-3-5-7 (USA)" <i "Spedero, Paul C Jr RADM USN JS ODJS (USA)" "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" < , "Stultz, James C COL USARMY HQDA (USA)" "Sylvia, Brett G MG USARMY HQDA DAS (USA)" "Weimer, Michael R SMA USARMY HQDA (USA)" "White, Graham R COL USARMY HQDA (USA)"

**Subject:** DCNG Update, 12 SEP 25

**CLASSIFICATION**: CUI

Secretary Driscoll and GEN George,

Gentlemen, your DCNG operational highlights for Friday, 12 September:

- *Total DCNG Strength: **2312** Total Servicemembers (**+2** from yesterday). **2099** ARNG / **213** ANG*

- ***837** Servicemembers on mission conducting operations over the last 24 hours*

- ***75** Servicemembers supporting area beautification over the last 24 hours*

- ***1436** Servicemembers complete with armed deputation*

- *RIPTOA with SC & GA began 11 SEP and will conclude on 20 SEP*

- *TNNG force departure O/A 24 SEP*

**Operations Summary. Last 24 Hours:**

- Provided support to LE at 18x designated Metro Stations
- Conducted beautification mission at 2 locations within the JOA
- Conducted presence patrol Seward Park, Garfield Park & Fields at RFK
- Continued TCP at USPP
- Provided support to LE at Union Station

**JA620**

Confidential - Subject to Protective Order                    DCNG_DEF_00000030

- Conducted high visibility missions in National Mall Zone
- Conducted presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor, Eastern Market, Lincoln Park
- Conducted presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conducted presence patrol in Georgetown

**Planned Operations. Next 24 Hours:**

- Provide support to LE at 18x designated Metro Stations
- Conduct beautification mission at 1 location within the JOA
- Continue TCP at USPP
- Provide support to LE at Union Station
- Provide immediate response force
- Conduct presence patrol at Seward Park, Garfield Park (4-Parks), Lincoln Park and Fields at RFK
- Conduct presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conduct presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor & Eastern Market
- Conduct presence patrol in Georgetown

Pending your questions.

Respectfully,

Eric

ERIC J. RILEY

Brigadier General, U.S. Army

Deputy Director of Operations, Readiness, and Mobilization (DAMO-OD)

HQDA, G-3/5/7



**JA621**

Confidential - Subject to Protective Order    DCNG_DEF_00000031



**JA622**

Confidential - Subject to Protective Order

# Exhibit 17

 Outlook

**Re: DCNG Arming Status Change**

| | |
|---|---|
| **From** | Seward, James D BG USARMY NG WVARNG (USA) ███████ |
| **Date** | Sun 8/24/2025 12:28 PM |
| **To** | Blanchard, Leland D II BG USARMY NG DCARNG (USA)███████████Woodruff, Matthew S BG USARMY NG OHARNG (USA)███████████, Friloux, Thomas C MG USARMY NG LAARNG (USA) ███████████Ross, Warner A II MG USARMY NG TNARNG (USA) ███████████; Stilwell, Robin B MG USARMY NG SCARNG (USA) ███████████Ginn, Bobby M Jr BG USARMY NG MSARNG (USA) ███████████ |
| **Cc** | Nordhaus, Steven S Gen USAF NG OCNGB (USA)███████████Rieger, Timothy L MG USARMY NG OCNGB (USA)███████████Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)███████████Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)███████████Pirak, Duke A Maj Gen USAF NGB CF (USA)███████████ |

Leland,

Acknowledged and thank you. Jim

---

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ███████████
**Date:** Sunday, August 24, 2025 at 12:06:30 PM
**To:** "Woodruff, Matthew S BG USARMY NG OHARNG (USA)" ███████████
"Friloux, Thomas C MG USARMY NG LAARNG (USA)" ███████████Seward, James D BG USARMY NG WVARNG (USA)" ███████████"Ross, Warner A II MG USARMY NG TNARNG (USA)" ███████████"Stilwell, Robin B MG USARMY NG SCARNG (USA)" ███████████"Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)"
**Cc:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ███████████"Rieger, Timothy L MG USARMY NG OCNGB (USA)" ███████████"Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ███████████"Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ███████████"Pirak, Duke A Maj Gen USAF NGB CF (USA)" ███████████
**Subject:** DCNG Arming Status Change

Gentlemen,

BLUF: IAW published directives Soldiers and Airmen performing support to law enforcement as part of the DC Safe & Beautiful Task Force will be armed starting this afternoon.

IAW the SECDEF Memo Employment Guidance for the District of Columbia National Guard and Out-of-District National Guard Service Members (20 AUG 2025) and FRAGO 7 to HQDA EXORD 290-25 DC National Guard in Support of Local Law Enforcement (21 AUG 2025) we will begin arming Soldiers and Airmen as they are deputized by the USMS to operate in an armed status on mission.

**JA624**

Confidential - Subject to Protective Order

In order to be deputized by the USMS in an armed status we must fill out their documentation, by name, with pertinent information.  The respective teams have been working this through the evening and into today.  Validation of qualification and clearing for issues such as Lautenburg is required and then each person will have to sign a couple of documents in person before being deputized.  The deputizations will begin as Soldiers come on shift to avoid pulling them off assignments and creating gaps in coverage for on-going LE support operations.

We will continue to train Soldiers/Airmen on their proficiency and skills such as weapons retention.  Just as we do in any environment, training never stops.  I have brought in subject matter experts to be a resource and ensure that we have extra eyes on our people before and after daily missions.

As always, we appreciate your support and the amazing work your Soldiers are doing for us.

VR

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

District of Columbia National Guard
2001 East Capitol St SE
Washington, DC 2003-1719

**JA625**

Confidential - Subject to Protective Order                                        DCNG_DEF_00000009

# Exhibit 18

JA626

 Outlook

---

**RE: DC Mission**

---

**From** Seward, James D BG USARMY NG WVARNG (USA) ████████████

**Date** Thu 8/21/2025 11:39 AM

**To**    Blanchard, Leland D II BG USARMY NG DCARNG (USA) ████████████

Thanks, got it.

Thank you,

V/R

Jim

James D. Seward "Jim"
MG, WVNG
The Adjutant General
████████████

---

**From:** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ████████████
**Sent:** Thursday, August 21, 2025 10:59 AM
**To:** Seward, James D BG USARMY NG WVARNG (USA) ████████████
**Subject:** Fwd: DC Mission

Sorry, I selected the wrong email and accidentally left you off.

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)
████████████

---

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
████████████
**Date:** Wednesday, August 20, 2025 at 9:41:00 PM
**To:**
**Subject:** DC Mission

TAGs,

---

**JA627**

Confidential—Subject to Protective Order

DCNG_DEF_00000006

Sorry for being so late on connecting.  First and most importantly, THANK YOU for sending us support on this important mission.

As our Soldiers arrive we are working to integrate them quickly and get them out in the operation.  They will take on missions such as High-Visibility Presence (Metro Stations, National Monuments, Union Station), Event Presence (outside concerts, sporting events, etc), site security, and perimeter security (prevent disruption of law enforcement ops).

Today the SECDEF signed employment guidance which includes transition to being armed.  We are working to ensure that everybody is properly deputized and afforded the legal protections of that process.  Arming will cause an increase in protesters, but we will take care of our SMs and keep them surrounded by leadership.

Life support. We are putting people into hotels based on 3 primary factors: keep a state in one location, security, and "would you allow your family to stay there".  That has required us to put some of them in places a little further away, but also provides a little additional space from the mission.  To get closer would result in a state being in multiple hotels.  Food so far is consistent and plentiful.  Those on shift at night are given an opportunity for a midnight meal.  Ice, water, and sundry items such as sunscreen we are pushing out aggressively.

The team is off to a good start.  Some of our SC teammates even had a chance to eat lunch with the VP, SECDEF, and Homeland Security Advisor today (and with me, but something tells me they were not as impressed).  They also had a firsthand chance to experience protest up close.

I can promise you, 100% of your Soldiers will meet / be seen by national leaders and important people who they might not recognize, but who know who the Soldiers are. I doubt the Soldiers at the lunch realized all the civilians with them at lunch were staffers from the Hill.

My personal cell is ███████████  Please text / call anytime.  If I don't answer, I will try to get back as quick as I can, but please be patient.

If you hear any issues coming up- please reach out.  We are doing everything we can, but if I don't know about it, we cannot solve it.

Thanks again, and please let me know about any deficiency.  Our Soldiers are worth every our best.

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

District of Columbia National Guard
2001 East Capitol St SE
Washington, DC 2003-1719

**JA628**

Confidential - Subject to Protective Order

# Exhibit 19

 **Outlook**

---

**Re: DCNG TF Update (17 SEP 25)**

---

**From** Seward, James D BG USARMY NG WVARNG (USA) ████████████████████

**Date** Fri 9/19/2025 2:09 PM

**To** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ████████████████ Woodruff, Matthew S BG USARMY NG OHARNG (USA) ████████████████ Friloux, Thomas C MG USARMY NG LAARNG (USA) ████████████ Ross, Warner A II MG USARMY NG TNARNG (USA) ████████████████████ Stilwell, Robin B MG USARMY NG SCARNG (USA) ████████████ ; Ginn, Bobby M Jr BG USARMY NG MSARNG (USA) ████████████ ; Pritchett, David K MG USARMY NG ALARNG (USA) ████████████████ l>; Morrell, Mark R Brig Gen USAF (USA) ████████████████████ Wilson, Richard D MG USARMY NG GAARNG (USA) ████████████

**Cc** Nordhaus, Steven S Gen USAF NG OCNGB (USA) ████████████████ Rieger, Timothy L MG USARMY NG OCNGB (USA) ████████████ Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ██████████████████ Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA) ████████████ ; Pirak, Duke A Maj Gen USAF NGB CF (USA) ████████████ ; Smith, Ronald L Jr CSM USARMY NG DCARNG (USA) ████████████ ; Raines, John T III SEA USARMY NG OCNGB (USA) ████████████

---

Thank you. Love all the great stories of our troops helping the citizens and visitors.  Great stuff. Jim

---

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ████████████████████
**Date:** Wednesday, September 17, 2025 at 9:38:57 PM
**To:** "Woodruff, Matthew S BG USARMY NG OHARNG (USA)" ████████████████ "Friloux, Thomas C MG USARMY NG LAARNG (USA)" ████████████████ "Seward, James D BG USARMY NG WVARNG (USA)" ████████████████ "Ross, Warner A II MG USARMY NG TNARNG (USA)" ████████████ "Stilwell, Robin B MG USARMY NG SCARNG (USA)" ████████████ 'Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)" ████████████████ Pritchett, David K MG USARMY NG ALARNG (USA)" ████████████ , "Morrell, Mark R Brig Gen USAF (USA)" ████████████ Wilson, Richard D MG USARMY NG GAARNG (USA)"

**Cc:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ████████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████████████ , "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ████████████ "Pirak, Duke A Maj Gen USAF NGB CF (USA)" ████████████ 'Smith, Ronald L Jr CSM USARMY NG DCARNG (USA)" ████████████ 'Raines, John T III SEA USARMY NG OCNGB (USA)" ████████████

**Subject:** DCNG TF Update (17 SEP 25)

Gentlemen,

---

**JA630**

Confidential - Subject to Protective Order

Your Soldiers and Airmen continue to impress. Professional, disciplined, and amazing ambassadors for your respective state, the National Guard, the Army, and our Nation.

I have asked the team to work quickly towards "winterizing" our formation. Ranging from heating spaces in the AO to personal gear that will ensure comfort and safety during shifts, we want to get ahead of the issues. We know that everybody will run out and purchase winter gear once the first cold snap hits. We aim to be ahead of that so we do not run into a shortage/unavailable issue.

The latest on the length of the mission remains a commitment through 30 NOV although my guidance to the team is to plan and prepare for a long-term persistent presence. We know that America 250 occurs this summer, and that will be a factor in determining the future of the mission.

The success of the mission continues to drive requests to expand our reach. We are doing so deliberately and in close coordination with our LE partners. Some of these requests come in with little warning as "pop-up" events require flexibility. As I tell your Soldiers, every issue comes to the Nation's Capital and part of our job is to ensure groups can exercise their 1A rights safely. Safety is the number one consideration as we take on these requests.

We are working to ensure that those forces who are returning are getting through the Reverse JRSOI process quickly. We want to ensure that they clear all the ammo, have accountability, and of course, get CAC'd out so we can report to the WH accurate numbers as well as provide the US Marshal's Service the information they require daily. Closing out is quick, but critical. Please bear with us as we work that with your teams as they depart.

Operationally, we remain in a surge status and that will not change. We are providing coverage to all our assignments while we also are looking to balance Soldier care and give them a predictable refit opportunity. We are also incorporating training into the schedule. This includes refresher on first aid tasks, weapons retention, weapons training, etc. Not looking to take 10-12 hours for training events, but we are ensuring that Soldiers are ready for the issues they are encountering in the AO.

If there is anything we can do for your Soldiers/Airmen, please let me know. As always- feel free to reach out to me 24/7.

Thank you for all that you do!

Leland

Leland D. Blanchard II
BG, USA
Commanding General (Interim)

District of Columbia National Guard
2001 East Capitol St SE
Washington, DC 2003-1719

**JA631**

Confidential - Subject to Protective Order          DCNG_DEF_00000017

# Exhibit 20

JA632



**SECRETARY OF THE ARMY**
WASHINGTON

0 3 SEP 2025

MEMORANDUM FOR Interim Commanding General, District of Columbia National Guard, 2001 East Capitol Street, SE. Washington, DC 20003-1719

SUBJECT: Extension of 11 August 2025, Mobilization of D.C. National Guard – JTF-DC

1. On 11 August 2025, the President of the United States, in coordination with the Secretary of Defense, directed the rapid mobilization of the District of Columbia National Guard to support local law enforcement agencies. In alignment with the Presidential memorandum issued on that date, I am extending this mobilization through 30 November 2025, to continue supporting the President's ongoing efforts to restore law and order in the District of Columbia.

2. We will continue to assess conditions on the ground in conjunction with OSD and the White House, to ensure our forces remain appropriately postured.

Dan Driscoll

**JA633**

Confidential - Subject to Protective Order                    DCNG_DEF_00001939

# Exhibit 21

JA634

 Outlook

---

**Re: DCNG TF Update (30 AUG 25)**

---

**From** Woodruff, Matthew S BG USARMY NG OHARNG (USA) ██████████████

**Date** Sun 8/31/2025 7:08 PM

**To** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ████████████████; Friloux, Thomas C MG USARMY NG LAARNG (USA) ████████████ Seward, James D BG USARMY NG WVARNG (USA) ██████████████; Ross, Warner A II MG USARMY NG TNARNG (USA) ████████████████ Stilwell, Robin B MG USARMY NG SCARNG (USA) ████████████████ Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)

**Cc** Nordhaus, Steven S Gen USAF NG OCNGB (USA) ██████████████████ Rieger, Timothy L MG USARMY NG OCNGB (USA) ████████████████ Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ████████████████ Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA) ████████████ Pirak, Duke A Maj Gen USAF NGB CF (USA) ████████████████ Smith, Ronald L Jr CSM USARMY NG DCARNG (USA) ████████████████ Raines, John T III SEA USARMY NG OCNGB (USA)

Leland,

Thanks for the great update and taking care of the team.  Appreciate your leadership!



Respectfully,

Matt

**BG MATTHEW S. WOODRUFF**

The Adjutant General for Ohio
The Adjutant General's Department and Ohio National Guard

Ohio Adjutant General's Department

**JA635**

Confidential - Subject to Protective Order    DCNG_DEF_00000063

Ohio Army National Guard

2625 W. Dublin Granville Rd

Columbus, OH 43235-2789

ONG.Ohio.gov

*Stay current with our members serving*

*at home and abroad in the Buckeye Guard*

.................................................................................................................................................

**From:** "Blanchard, Leland D II BG USARMY NG DCARNG (USA)"
█████████████████████████

**Date:** Saturday, August 30, 2025 at 14:09:56
**To:** "Woodruff, Matthew S BG USARMY NG OHARNG (USA)"
████████████████████████████ "Friloux, Thomas C MG USARMY NG LAARNG
(USA)" █████████████████████ "Seward, James D BG USARMY NG WVARNG
(USA)" ██████████████████████ "Ross, Warner A II MG USARMY NG TNARNG
(USA)" █████████████████████ "Stilwell, Robin B MG USARMY NG SCARNG (USA)"
██████████████████████ "Ginn, Bobby M Jr BG USARMY NG MSARNG (USA)"
█████████████████████

**Cc:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)" ████████████████████
"Rieger, Timothy L MG USARMY NG OCNGB (USA)"████████████████████
"Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)"
████████████████████ "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG
NGB ARNG (USA)" █████████████, "Pirak, Duke A Maj Gen USAF NGB
CF (USA)" █████████████ "Smith, Ronald L Jr CSM USARMY NG DCARNG (USA)"
█████████████ "Raines, John T III SEA USARMY NG OCNGB (USA)"
█████████████

**Subject:** DCNG TF Update (30 AUG 25)

Team,

A quick update on the outstanding work the Soldiers and Airmen are doing as part of the
DC Safe and Beautiful Task Force.

The team continues to do some amazing things.  They are representing your organizations
with great pride and contributing to some amazing results across the District.  They are

**JA636**

Confidential - Subject to Protective Order

enabling law enforcement (LE) to step up in ways that have not been seen in a long time.

As of very early this morning, more than 150 firearms have been seized and over 1,400 arrests made across the district by LE.  The Safe & Beautiful TF is doing some incredible work and making great strides in the city.

Yesterday we had an incident where Soldiers were breaking up a fight in the Metro Station (on a stopped train) and when escorting them off the train one Soldier was struck in the face and another bad actor attempted to seize the weapon of a Soldier.  Long story short- our guys did everything right.  They secured the assailants and police support was immediately on-site.  The assailants are facing federal charges (reminder, our Soldiers are Deputized Federal Law Enforcement) and potentially minimum sentencing of 20 years based on the initial charges.

Today we are supporting an operation in which we will conduct post-incident support by establishing a cordon and security while the USMS serves high risk warrants on some bad characters known for gun violence and resisting arrest.

The point is that they are making a difference and, in every circumstance, they have excelled.  But, as we saw yesterday in the Metro, we must remain diligent.

As we move into an extended operational period, we are doing a few things here.  First, we are working with the team to look at ways to get the team out and experience some of the things they are protecting.  We are also looking at moving hotel locations over the next week or so to reduce the commute and shorten the shifts a bit.  That will be a deliberate decision that I approve based on security, unity of command, and again, the conditions we will ask them to stay in.  If we cannot meet the standard of "would you feel comfortable with your spouse and kids staying there", we will not move to different locations.

While it causes some turbulence with schedules, we will continue to rotate forces to varying mission locations.  Nobody will stay in the same sector or assignment for the duration.  Each location has different challenges and opportunities.  We are deliberate in the missioning but keeping them fresh is important to us.

As we approach 30 days, I know there may be some of you with changing conditions as well.  I am tracking at least one state that will have to look at a relief in place or transition. I ask that we stay ahead of this and please let me know so we can ensure that there is no

## JA637

Confidential - Subject to Protective Order

gap for your inbound or outbound Soldiers.  We will support a PDSS, ADVON, etc so that your Soldiers are well taken care of and understand the OE.

As always, I am here as needed.  Appreciate the amazing work the team is doing.

Leland

Leland D. Blanchard II

BG, USA

Commanding General (Interim)

District of Columbia National Guard

2001 East Capitol St SE

Washington, DC 2003-1719



**JA638**

Confidential - Subject to Protective Order                                   DCNG_DEF_00000066

# Exhibit 22

JA639



**U.S. Department of Justice**

United States Marshals Service

*Tactical Operations Division*

Washington, DC 20530-0001

September 22, 2025

MEMORANDUM FOR THE DEPUTY ATTORNEY GENERAL

FROM:        FLORIANO WHITWELL          FLORIANO   Digitally signed by
             ACTING ASSISTANT DIRECTOR  WHITWELL   FLORIANO WHITWELL
                                                   Date: 2025.09.22
                                                   15:03:50 -04'00'

SUBJECT:     Special Deputation Request

PURPOSE:     To obtain the Deputy Attorney General's approval or disapproval for
             the Special Deputation of National Guard Service Members.

**DAG DECISION REQUESTED BY:** September 22, 2025. Date requested to ensure adequate time for recipients to be deputized and execute required duties.

**REQUIRED DUE DATE:** September 22, 2025.

**EXECUTIVE SUMMARY:** A decision regarding Special Deputation is requested by the United States Marshals Service (USMS) to grant federal law enforcement authority to United States National Guard (USNG) Service Members (SM) who have been mobilized by the U.S. Secretary of War and the Secretary of the Army to support the Metropolitan Police Department (MPD) and other federal law enforcement agencies to help lower the crime rate in Washington, DC. The Office of the Deputy Attorney General (ODAG) had previously approved Special Deputations of USNG SMs for this mission; however, a new directive from the Secretary of the Army has extended the USNG mobilization through November 30, 2025.

This is a Category 7 request for Special Deputation.

**DISCUSSION:** A Special Deputation request has been submitted for the USNG SMs to assist MPD and other federal law enforcement agencies in the Make D.C. Safe and Beautiful Again Surge Operation. The duties the USNG SMs are expected to perform require law enforcement authority, not including the ability to perform searches, seizures, arrests, or other similar functions, and Special Deputation would confer the law enforcement authority needed to perform those duties.

Specifically, DCNG personnel and out-of-district SMs supporting federal law enforcement agencies in Washington, DC, will be armed with their service-issued weapons while on duty as directed in the accompanying memorandum issued by the Secretary of War. NG SMs are not authorized to effect arrests or engage in other similar direct law enforcement activity. This restriction does not preclude the Secretary of the Army from authorizing the use of NG personnel to conduct the full range of civil disturbance operations, short of arrest. All NG SMs are required to adhere to the DCNG Rules for the Use of Force (RUF).

Confidential — Subject to Protective Order   DCNG_DEF_00003340

**JA640**

Memorandum for the Deputy Attorney General                                    Page 2
Subject: Special Deputation Request

Due to the exigency of the NG's mobilization in support of this operation, the USMS cannot provide a roster of NG SMs applicants seeking special deputation. The USMS will rely on certification from NG that all personnel who will receive a special deputation through the USMS are in good standing with the USNG and are not currently the subject of a misconduct investigation.

The deputations will be active from August 21, 2025, through November 30, 2025.

Pursuant to the Deputy Attorney General's (DAG) memorandum dated December 9, 1999, the DAG retains authority in seven categories of Special Deputations. This request falls within Category 7, where the deputation sought is sufficiently controversial or subject to sufficient policy concerns that it should be reviewed by a higher authority.

**CONSULTATION:** None.

**OTHER STAKEHOLDERS:** None.

**RECOMMENDATION:** The USMS recommends that the DAG approve this request for Special Deputation of NG SMs to authorize them to assist MPD and other federal law enforcement agencies in support of the Make D.C. Safe and Beautiful Again Surge Operation. Any approved deputation shall limit the authority as follows: To protect federal property and functions in the District of Columbia and to support other law enforcement agencies; To be armed with their service-issued weapon(s) while on duty; Not authorized to conduct searches, seizures, arrests, or other similar functions; Not valid off duty.

JA641

Memorandum for the Deputy Attorney General
Subject: Special Deputation Request

Page 3

APPROVE: _____*Todd Blanche*_____ 9/22/2024

Concurring Component(s):
None.

DISAPPROVE: _____

Non-concurring Component:
None.

OTHER: _____

Attachments
- Employment Guidance for the DCNG and Out-of-District NG SMs
- DCNG Mobilization Order

# Exhibit 23

# *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 24



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

DEC 3 0 2021

MEMORANDUM FOR SECRETARY OF THE ARMY

SUBJECT: Authority to Approve District of Columbia Government Requests for District of Columbia National Guard Support Assistance

This memorandum modifies the October 10, 1969, Secretary of Defense memorandum, "Supervision and Control of the National Guard of the District of Columbia," regarding District of Columbia (DC) Government requests for the DC National Guard (DCNG) to provide law enforcement support. Effective immediately, the Secretary of Defense is the approval authority for DC Government requests for the DCNG to provide law enforcement support:

- If DCNG personnel are to be deployed within 48 hours after receipt of the request; or

- If the support requested would involve DCNG personnel in direct participation in civilian law enforcement activities (e.g., crowd control, traffic control, search, seizure, arrest, or temporary detention).

Effective immediately, the DoD Executive Secretary is the single point of entry for DC Government requests. You are authorized to approve DC Government requests for assistance for DCNG support received 48 hours or more in advance of the requested support, if such support does not involve direct participation in civilian law enforcement activities. You are required to consult with the Attorney General in accordance with Executive Order 11485, "Supervision and Control of the National Guard of the District of Columbia."

The October 10, 1969 Secretary of Defense memorandum directs you to command, through the Commanding General, all operations of the DCNG in a militia status to aid civil authorities. While this direction to command DCNG operations is still effective, you also are authorized to coordinate the employment of DCNG forces with any other National Guard forces employed in DC in a duty status pursuant to 32 U.S.C. § 502(f) to fulfill Department of Defense-approved Federal department or agency requests for assistance. This includes the authority to provide tasks to such other National Guard forces through the Commanding General of the DCNG, as you deem appropriate. This authority may not be further delegated.

cc:
Secretary of the Navy
Secretary of the Air Force
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness
Chief of the National Guard Bureau
General Counsel of the Department of Defense
Assistant Secretary of Defense for Legislative Affairs
Assistant Secretary of Defense for Homeland Defense and Global Security
Commanding General, District of Columbia National Guard

**JA645**



OSD010666-21/CMD013647-21

Confidential - Subject to Protective Order     DCNG_DEF_00000148

# Exhibit 25

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 26

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 27

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 28

JA649



CSM Mariatu Koroma, MSgt David Bowden, and SGT Adit Deng, all with the District of Columbia National Guard, collect debris from the bushes during an area beautification mission at the Meridian Hill Park in Washington, D.C., Oct. 10, 2025. (Army National Guard photo by SGT Katlynn Pickle)



PFC Roderick Johnson, 4th Battalion, 118th Infantry Regiment, fires a M17 pistol at targets at Fort A.P. Hill, Virginia, Oct. 9, 2025. (Army National Guard photo by SGT Jalen Miller)



LTG Jonathan M. Stubbs, Director of the Army National Guard, greets District of Columbia National Guard Soldiers on patrol at Union Metro Station, Washington, D.C., Oct. 10, 2025. (Army National Guard photo by SPC Sherald McAulay)



Soldiers with the 769th Brigade Engineer Battalion, Louisiana Army National Guard, coordinate with officers from the D.C. Metropolitan Police Department after responding to a shooting incident near the National Mall, Washington, D.C., Oct. 10, 2025. (Army National Guard photo by SFC William Frye).

Confidential - Subject to Protective Order

DCNG_DEF_00003819

JA650

# Exhibit 29

## *<u>Under Seal Pursuant to Protective Order</u>*

JA651

# Exhibit 30

*<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 31

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 32

## *<u>Under Seal Pursuant to Protective Order</u>*

JA654

# Exhibit 33

JA655

Copy __ of __ copies
DCNG Armory,
Washington, DC
011700OCT25

**FRAGO 48 to OPORD 13-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. ~~(CUI)~~ **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

    a. (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372d Military Police Battalion)



            1. Provide names for the ████████ manifest ████████

            (b) TF Mountaineer (WVNG)

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: LTC Ben Brown

1

~~CUI//LEI~~

**JA656**

~~Confidential - Subject to Protective Order~~

~~CUI//LEI~~

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

1. BPT provide names/numbers for ███████████ for ████
███████ █████████████████.

2. Coordinate with TF Yellow Hammer for operations in ███████████
███████ IOT enable TF MTNR ████████ efforts.

(c) TF Magnolia (MSNG) (NO CHANGE)

(d) TF Bulldawg (GANG) (NO CHANGE)

████████████████████████████████████
████████████████████████████████████

(e) TF Yellow Hammer (ALNG)

(1) Coordinate with TF Mountaineer for ████████████████ and for phase in approach to operations from ████████

(2) (U) Direct Reporting Units.

(e) (U) HHC, 74th Troop Command. (NO CHANGE)

(f) (U) 715th Public Affairs Detachment. (NO CHANGE)

(3) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) ~~(CUI)~~ Other Coordinating Instructions:

**(a-r) (NO CHANGE)**

2

~~CUI//LEI~~

**JA657**

~~Confidential - Subject to Protective Order~~                    DCNG_DEF_00003639

CUI//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(s) (NO CHANGE)



(t-xxxxxxx) (NO CHANGE)

(yyyyyyy) ((**U) Unarmed Deputizations. (Short Suspense)** ▮▮▮▮▮▮ will also support unarmed deputations. Each task force must submit a by-name roster, **Attachment 2,** via email to ▮▮▮▮▮▮ of all personnel who require unarmed deputations **NLT COB** ▮▮▮▮ and confirm no personnel are flagged for adverse action, aside from height/weight/ACFT. Armed deputations still require USM-3C and previous requirements, to include legal brief. Personnel not included on the roster will be turned away and must accomplish at a future deputation.

4. (U) **Sustainment.**

(a-ii) (NO CHANGE).

(jj) TFs that require handcuffs can request the following through their respective states:
Nomenctlature: HANDCUFFS; RATCHET TYPE DOUBLE BOW
NSN: ▮▮▮▮▮▮

3

CUI//LEI

**JA658**

Confidential - Subject to Protective Order    DCNG_DEF_00003640

CUI/LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Handcuffs can be ordered against the following MOSs: 31B/D/E, MOS 311A, and AOC 31A.
Handcuffs are a property book item, not OCIE. Provide the J4 order quantities and estimated arrival date after ordering through your state.

5. (U) **Command and Signal.**

　　a.  NO CHANGE

　　b.  NO CHANGE

　　　　**ACKNOWLEDGE:**

DOANE
COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations. Change
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.

4

CUI/LEI

**JA659**

Confidential - Subject to Protective Order          DCNG_DEF_00003641

OUI//LEI

## FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission

Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

OUI//LEI

**JA660**

Confidential - Subject to Protective Order

DCNG_DEF_00003642

# Exhibit 34



Soldiers with the 4th Battalion, 118th Infantry Regiment, South Carolina Army National Guard and the 170th Military Police Battalion, Georgia Army National Guard, conduct a presence patrol at the Eastern Market Station in Washington, D.C., on Sept. 18, 2025. (Army National Guard photo by SGT Ian Doyle)



Soldiers with the Louisiana National Guard 239th Military Police Company train on handcuffing techniques at Fort Belvoir, Virginia, on Sept. 18, 2025. (Army National Guard photo by SFC Renee)



Soldiers and Airmen with the D.C. National Guard clean the African American Civil War Monument with the U.S. Park Service during a beautification mission in Washington on Sept. 20, 2025. (Army National Guard photo by SGT Katlynn Pickle)



Army retired MG Jimmie Cole, Tennessee Military Department Deputy Commissioner, left, shakes hands with Soldiers from Task Force Volunteer for their support of Joint Task Force - District of Columbia in Washington, D.C., on Sept. 20, 2025. (Army National Guard photo by SGT Kalina Hyche)

Case 1:25-cv-03005-JMC   Document 70-1   Filed 10/17/25   Page 128 of 159

JA662

# Exhibit 35

# 05 September 2025 DCNG Storyboard



U.S. Army MG Jim Seward, Adjutant General of the West Virginia National Guard, visits with U.S. Army SPC Arden Williams, a West Virginia National Guard Soldier assigned to Joint Task Force – District of Columbia in Washington, D.C., Aug. 27, 2025. (U.S. Army National Guard photo by SFC Ari Shuemake)



U.S. Soldiers with the South Carolina Army National Guard maintain a presence around the White House, Aug 27, 2025. (U.S. Army photo by SGT Jaison Jordan)



U.S. Soldiers with the District of Columbia National Guard pick up litter and debris at Fletcher's Cove Park in Washington, D.C. Sept. 3, 2025. About 2,300 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by TSgt Andrew Enriquez)



U.S. Soldiers with the 112th Military Police Battalion, Mississippi National Guard, collaborate with D.C. Army National Guard combative instructors for specialized training focused on weapon retention and takedown defense at Fort Belvoir, Va., Sept. 3, 2025. (U.S. Army National Guard photo by PFC Renee Seruntine)

Confidential - Subject to Protective Order

DCNG_DEF_00003747

Case 1:25-cv-03005-JMC   Document 70-1   Filed 10/17/25   Page 130 of 159

JA664

# Exhibit 36



**U.S. Department of Justice**

United States Marshals Service

*Operations Support Division*

*Arlington, VA 22202*

August 25, 2025

MEMORANDUM TO:    USMS SPECIAL DEPUTATION PROGRAM

            FROM:    AMANDA TAYLOR
                     DEPUTY ASSISTANT DIRECTOR

        SUBJECT:    National Guard Special Deputation Exemption


Per USMS Policy Directive 17.11 section A.7. I am authorizing an exception to the special deputation eligibility requirements for National Guard Service Members to be qualified for special deputation. This exception will waive the following requirements:

- Be employed by a federal, state, local, or tribal law enforcement agency, or an agency approved by the Department of Justice (USMS Policy Directive 17.11 section A.5.b.);
- To have successfully completed the basic law enforcement training program; and (USMS Policy Directive 17.11 section A.5.c.);
- To possess at least one year of law enforcement experience with an agency that has general arrest authority (USMS Policy Directive 17.11 section A.5.d.);
- To have successfully qualified with an authorized firearm on the USMS or employing agency's approved course of fire within 6 months of application date (USMS Policy Directive 17.11 section A.5.f.); and
- To provide an Employer's Authorization Letter (EAL) as required within the USM-3C Application for Group Special Deputation.

National Guard Service Members must be qualified with their primary authorized firearm in accordance with the Department of Defense regulations and standards for firearm qualifications.

In lieu of an EAL the National Guard will provide a memorandum to the USMS affirming that the National Guard Service Members subject to special deputation have been screened by their National Guard units in accordance with the Department of Defense policies, regulations, applicable laws, and have no known internal investigations pending.


**JA666**

Confidential - Subject to Protective Order    DCNG_DEF_00001946

Memorandum from the DAD, OSD                                                    Page 2
Subject: National Guard Special Deputation Exemption


   This exemption shall be applied to all current and new National Guard Service Member special deputations supporting the Make D.C. Safe and Beautiful Again Surge Operation.

**JA667**

Confidential - Subject to Protective Order          DCNG_DEF_00001947

# Exhibit 37

**SECRETARY OF THE ARMY**
WASHINGTON



**1 1 AUG 2025**

Brigadier General Leland Blanchard
Commanding General
District of Columbia National Guard
2001 East Capitol Street SE
Washington, DC 20003-1719

Dear General Blanchard:

On August 11, 2025, the President of the United States directed the rapid mobilization of the District of Columbia's National Guard to support law enforcement organization. This mobilization will support restoring Law and Order in the District of Columbia as directed in the Presidential memoranda dated August 11, 2025.

## Approval

I approve the use of the DCNG to provide critical support to law enforcement efforts in the District of Columbia.

Dan Driscoll
Secretary of the Army

**JA669**

Confidential - Subject to Protective Order                    DCNG_DEF_00002234

# Exhibit 38

JA670

OFFICE OF THE COMMANDING GENERAL
2001 EAST CAPITOL STREET, SE
WASHINGTON, DC 20003-1719

PERMANENT ORDERS 25-223                                    11 August 2025

DISTRICT OF COLUMBIA NATIONAL GUARD, 2001 EAST CAPITOL STREET S.E.
WASHINGTON, DC 20003-1719

Selected members of the District of Columbia National Guard are hereby encamped pursuant to D.C. Code § 49-101 and involuntarily ordered to duty pursuant to 32 U.S.C. § 502(f)(2)(A) until such time as subsequent orders modify or terminate this base encampment order. The purpose of this duty is to respond to short or no-notice direction from the Secretary of Defense or the President of the United States to protect federal property and functions in the District of Columbia and to support federal and District law enforcement.

Authorities: E.O. 11485; Title 32 U.S Code Chapter 5 (Training); and D.C. Code Title 49, Chapter 1 (Active Military Duty).

Duty Station: D.C. Armory or subsequent designated reporting locations
Period: 11 1100R AUG 25 – 25 2359R SEP 25
Reporting time and date: 12 0730R AUG 25, or as otherwise directed

Additional Instructions: Reporting DCNG personnel must not be flagged for investigation or adverse action. Exceptions to these instructions are withheld to the Chief of Staff or first General Officer in the chain of command to include medical MRC 3 & 4 personnel.

Personnel are involuntarily ordered, with pay and allowances, in accordance with 32 U.S. Code § 502 (Required drills and field exercises) and encamped in accordance with D.C. Code §§ 49-101 (Drill parade, encampment or required duty), § 49-102 (Prescribing drills), and § 49-107 (Camp duty).

Additional instructions: An employee of the U.S. Government as defined by 5 U.S. Code 2105 is entitled to leave without loss in pay or time for each day of encampment per 5 U.S Code § 6323(c). An employee of the District of Columbia is entitled to leave without limitation and without loss of pay or time for each day of an encampment per 5 U.S. Code § 6323(c) and D.C. Code § 1-612.03(m-2).

All service members encamped under this order, or any supplemental encampment order will remain encamped within the DC local area, unless released earlier. This order is not valid as proof of being subject to the instant encampment unless presented with an associated annex or unit order listing the individual members encamped by unit, unit identification code, grade/rank, name, and the Service member's DOD ID Number.

Format: 251

DISTRIBUTION:                 ///////////////////////////////////////////////////////
A-E          (1)              //    COMMANDING GENERAL'S OFFICE    //
INDIV INDIC (1)              //          DISTRICT OF COLUMBIA          //
                             ///////////////////////////////////////////////////////

LELAND D. BLANCHARD II, Brigadier General, USA
Commanding General (Interim)

**JA671**

Confidential - Subject to Protective Order                     DCNG_DEF_00001940

# Exhibit 39

JA672

Copy __ of __ copies
DCNG Armory,
Washington, DC
061700SEP25

**FRAGO 24 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. (OUI) Situation. (NO CHANGE)

2. (U) **Mission**. (NO CHANGE)

3. (U) **Execution.**

   a. (NO CHANGE)

   b. (U) Concept of the Operation. (NO CHANGE)

   c. (U) Tasks to Subordinate Units and Directorates.

     (1) (U) Subordinate headquarters.

       (a) (U) TF Red Hand (372$^d$ Military Police Battalion) (NO CHANGE)

       (b) (OUI) TF Iron Horse (SCNG). (NO CHANGE)

       (c) TF Mountaineer (WVNG). (NO CHANGE)

       (d) TF Magnolia (MSNG) (NO CHANGE)

       (e) TF Volunteer (TNNG) (NO CHANGE)

     (2) (U) Direct Reporting Units.-

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: LTC Ben Brown

1

~~CUI//LEI~~

**JA673**

~~Confidential - Subject to Protective Order~~

~~CUI//LEI~~

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

       (f) (U) HHC, 74th Troop Command. (NO CHANGE)

       (g) (U) 715th Public Affairs Detachment. (NO CHANGE)

    (2) (U) Tasks to Staff. (NO CHANGE)

       (a) J-1. (NO CHANGE)

       (b) J-2. (NO CHANGE)

       (c) J-3. (NO CHANGE)

       (d) J-4. (NO CHANGE)

       (e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

    (1-9) Timeline: (NO CHANGE)

    (10) ~~(CUI)~~ Other Coordinating Instructions:



       (b-r) (NO CHANGE)

       (s)



2

~~CUI//LEI~~

**JA674**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



(t-oooo) (NO CHANGE)

(pppp) (U) (CHANGE) All units provide SMs for de-escalation training at ███████████████████████████ Training will begin ████████ and take approximately 1 hour. Participants should arrive to ████████████████████████████████████ ████████████████████████ Location of the class will be in the ████████ ████████████████████████ Participants review the below slide deck prior to participating. Also attached are links to two, 2 page PDFs to be provided to each service member that outline Tactical Breathing and the elements of De-escalation. Issuance of the attached PDFs in either paper or electronic form is authorized. 📄 2025 National Guard Training_De-escalation.pptx 📄 (CUI)_OPS_Use of Force and De-escalation_202509.pdf 📄 (CUI)_OPS_Tactical Breathing_202509.pdf.

(qqqq) (U) All units provide minimum of 3 x AAR comments via email to LTC ████ and MSG ████ NLT 101700SEP25.

(rrrr) (U) All TF reiterate to all SM that there should be no speeding in government vehicles or government rentals, in addition no one should be parking in any unauthorized parking. All DC laws should be obeyed by everyone on this mission. Violations of this nature should be sent up the chain of command immediately and reported to LTC ████ and MSGT ████

(ssss) (U) Effective immediately, all units will equip their soldiers on mission with both an ATAK and an LMR **at the squad level**. This is required even if there are multiple squads in the same AO and are within visible contact of each other. Immediate notification of equipment shortages will be sent up to the JTF J6 team to include ATAKs, LMRs, and portable batteries with the following POCs:



3

CUI//LEI

**JA675**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

4. (U) <u>Sustainment</u>.

      (a-m) (NO CHANGE).

      (n) Complete <u>Cold Weather gear tracker</u> NLT 81700SEP25.

      (o) Update the <u>LOGSTAT</u> to include total canister count for Pro Masks per Task Force.

5. (U) <u>Command and Signal</u>.

    a. Please find revised Attachment 4 to FRAGO 10 JTF DOMOPS METRO SOI CARD 8-22-25.pptx

    b. NO CHANGE

      ACKNOWLEDGE:

                              DOANE
                              COL

OFFICIAL:
BROWN
LTC, DCARNG
J3

**Annexes:**

      Annex A–Task Organization. Omitted.
      Annex B–Intelligence. Omitted.
      Annex C–Operations.

4

CUI//LEI

**JA676**

Confidential - Subject to Protective Order

# Exhibit 40

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 41

 Outlook

---

**RE: DCNG Update, 12 SEP 25**

---

**From** Pritchett, David K MG USARMY NG ALARNG (USA) ███████████████████

**Date** Wed 9/17/2025 9:11 AM

**To** Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ███████████████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████████████

Win & Leland,

Our Soldiers will begin reporting to their home station armories on Friday, 19 SEP, and will deploy to Fort McClellan Training Center immediately after to conduct post mobilization training.  Our order states the ALNG will deploy personnel to DC NLT 3 OCT, hopefully sooner.  Obviously, their exact arrival largely depends on the transportation piece which our team is actively working.  Also, it's our intent to pull the approx. 200 PAX from 2 MP COs.

We are waiting on RFIs back from NGB to continue moving forward in the orders process.  Let me know if there are questions.

v/r

David

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

███████████████████████

---

**From:** Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ███████████████████
**Sent:** Tuesday, September 16, 2025 11:34 AM
**To:** Pritchett, David K MG USARMY NG ALARNG (USA) ███████████████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████████████
**Subject:** RE: DCNG Update, 12 SEP 25

David,

Thank you for your time. Will look forward to hearing back on arrival DTG and the possibility of bringing additional operational forces (MP/IN types up to 200, if possible).

V/R,

**JA679**

Confidential - Subject to Protective Order                DCNG_DEF_00000035

Win
MG Win Burkett
Director of Operations (NGB J3/4/7)
1636 Defense Pentagon, Room 2D614
Washington, DC  20301



**From:** Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)
**Sent:** Tuesday, September 16, 2025 8:11 AM
**To:** Pritchett, David K MG USARMY NG ALARNG (USA)
**Cc:** Blanchard, Leland D II BG USARMY NG DCARNG (USA)
**Subject:** RE: DCNG Update, 12 SEP 25

David,

I would like to have a quick call at your convenience today.  I am tracking TN departs on 24 SEP and (at AO level) it is communicated that AL arrives on 15 OCT.  Trying to run that down.

V/R,

Win

MG Win Burkett
Director of Operations , NGB J3/4/7
1636 Defense Pentagon, Room 2D614
Washington, DC  20301



**From:** Pritchett, David K MG USARMY NG ALARNG (USA)
**Sent:** Tuesday, September 16, 2025 5:12 AM
**To:** Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)
**Subject:** Re: DCNG Update, 12 SEP 25

Win,

**JA680**

Confidential - Subject to Protective Order

Thanks for reaching out.  We have connected our team with Leland's team.  I'll get a brief on where we are today and circle back.  Please reach out to me as necessary.

David

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

**From:** "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)"

**Date:** Monday, September 15, 2025 at 1:00:35 PM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)"

**Subject:** RE: DCNG Update, 12 SEP 25

David,

I am back in the office this week. I monitored all traffic last week but using this opportunity to reach out to you and open a line of communication.  Any challenges associated with RIP/TOA with TN or anything else I may be able to assist with, please let me know.

V/R,

Win

MG Win Burkett
Director of Operations (NGB J3/4/7)
1636 Defense Pentagon, Room 2D614
Washington, DC  20301



**From:** Pritchett, David K MG USARMY NG ALARNG (USA)
**Sent:** Saturday, September 13, 2025 12:41 PM

**JA681**

Confidential - Subject to Protective Order

**To:** Nordhaus, Steven S Gen USAF NG OCNGB (USA) ███████████████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████████████ Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ◄███
**Cc:** George, Randy A GEN USARMY HQDA CSA (USA) ███████████████████ Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA) ███████████████ Rieger, Timothy L MG USARMY NG OCNGB (USA) ███████████████████; Davis, Robert B MG USARMY NG NGB (USA) ███████████████████; Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA) ███████████████████
**Subject:** Re: DCNG Update, 12 SEP 25

WILCO, Sir!

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████

---

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
███████████████████████
**Date:** Saturday, September 13, 2025 at 10:11:26 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)"
███████████████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ███████████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ███████████████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)"
███████████████████, "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ◄███████████████████ "Rieger, Timothy L MG USARMY NG OCNGB (USA)" ███████████████████ "Davis, Robert B MG USARMY NG NGB (USA)" ███████████████████ "Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA)" ███████████████████
**Subject:** Re: DCNG Update, 12 SEP 25

Thanks David!  Please call me if you need anything!

VR,

Steve

Gen Steve Nordhaus
Chief, National Guard Bureau

███████████████████████
███████████████████████

---

**From:** "Pritchett, David K MG USARMY NG ALARNG (USA)"

**JA682**

Confidential - Subject to Protective Order    DCNG_DEF_00000038

**Date:** Saturday, September 13, 2025 at 10:54:40
**To:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
██████████████████, "Blanchard, Leland D II BG USARMY NG
DCARNG (USA)" ◄██████████████████ "Burkett, Ronald Winfield
(Win) II MG USARMY NG NGB (USA)" ██████████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)"
██████████████████ "Stubbs, Jonathan Matthew (Jon) LTG USARMY
NG NGB ARNG (USA)" ██████████ "Rieger, Timothy L MG
USARMY NG OCNGB (USA)" ██████████ "Davis, Robert B
MG USARMY NG NGB (USA)" ██████████ "Smith, Jeffery M
(Jeff) BG USARMY NG ALARNG (USA)" ██████████
**Subject:** Re: DCNG Update, 12 SEP 25

+ BG Jeff Smith and CSM Bailey

Sir,

Gov Ivey approves AL backfilling TN.  We have begun prep' for the mission.

V/r

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

██████████████████
██████████████████
██████████████████

------------------------------------------------------------

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
██████████████████
**Date:** Saturday, September 13, 2025 at 5:49:47 AM
**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)"
██████████████, "Blanchard, Leland D II BG USARMY
NG DCARNG (USA)" ██████████████@████, "Burkett,
Ronald Winfield (Win) II MG USARMY NG NGB (USA)"
██████████████████
**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)"
██████████████@████, "Stubbs, Jonathan Matthew (Jon) LTG
USARMY NG NGB ARNG (USA)" ◄██████████████████
"Rieger, Timothy L MG USARMY NG OCNGB (USA)"
██████████████████ "Davis, Robert B MG USARMY NG
NGB (USA)" ██████████████████
**Subject:** Fwd: DCNG Update, 12 SEP 25

David,

**JA683**

Confidential - Subject to Protective Order

DCNG_DEF_00000039

As a follow up to our call last night.  Here is last night's evening roll up from the DC mission discussing TN departure on or about 24 September for your SA.  Please let me know once your Gov has approved AL to backfill.

Win and Leland,

SecWar provided VOCO to replace TN with AL on the DC mission if their Gov approved.  Please coordinate with MG Pritchett for a smooth RIPTOA if he's given the approval by his Gov.

Thanks for all the support!

VR,

Steve

Gen Steve Nordhaus
Chief, National Guard Bureau

---

**From:** "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)"

**Date:** Friday, September 12, 2025 at 17:19:28
**To:** "Driscoll, Daniel P HON (USA)
"Fitzgerald, David R SES (USA)" <
"George, Randy A GEN USARMY HQDA CSA (USA)"
"Mingus, James J GEN USARMY
HQDA VCSA (USA)"
**Cc:** "Bechtel, Peter B SES USARMY HQDA DCS G-3-5-7 (USA)"
"Blanchard, Leland D II BG USARMY
NG DCARNG (USA)" <                                    , "Burkett,
Ronald Winfield (Win) II MG USARMY NG NGB (USA)"
, "Butler, David M COL USARMY
HQDA OCPA (USA)" <                                    "Carlisle, Karen H
SES USARMY HQDA OTJAG (USA)"
"Choquette, Sean M Maj Gen USAF JS J3 (USA)"
'"COL Anthony Fuscellaro'"
"Dennis, Kirby Robert (Bo) COL USARMY
HQDA (USA)" <                                    , "Evans, Marcus S LTG
USARMY HQDA DAS (USA)" <
"Gilliam, John B COL USARMY HQDA DAS (USA)"
"Isenhower, James P III MG USARMY
HQDA (USA)" <                                    "Johnson, Eric M BG
USARMY HQDA DCS G-3-5-7 (USA)"
"Kupratty, Alexander CSM USARMY HQDA (USA)"
"McElwain, Rebecca B BG USARMY
HQDA ASA FM (USA)"                                    "Morgan,
Shane P BG USARMY JS J3 (USA)"
"Morris, Jason L MajGen USMC HQMC (USA)"
'Nordhaus, Steven S Gen USAF NG

**JA684**

Confidential - Subject to Protective Order                DCNG_DEF_00000040

OCNGB (USA)" ███████████████████████ , "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)" █████████████ "Ryan, Joseph A LTG USARMY HQDA DCS G-3-5-7 (USA)" ████████████████████████ "SanNicolas, Gina Diego COL USARMY HQDA SECARMY (USA)" ████████████████████ , "Schuck, G Patrick COL USARMY HQDA (USA)" ██████████████ "Shaw, Robert M (Rob) COL USARMY HQDA DCS G-3-5-7 (USA)" ███████████████████ "Spedero, Paul C Jr RADM USN JS ODJS (USA)" ███████████████████ "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ██████████████████████ , "Stultz, James C COL USARMY HQDA (USA)" ███████████████████ , "Sylvia, Brett G MG USARMY HQDA DAS (USA)" ██████████████████ , "Weimer, Michael R SMA USARMY HQDA (USA)" █████████████████████ "White, Graham R COL USARMY HQDA (USA)" ████████████
**Subject:** DCNG Update, 12 SEP 25

**CLASSIFICATION**: CUI

Secretary Driscoll and GEN George,

Gentlemen, your DCNG operational highlights for Friday, 12 September:

- *Total DCNG Strength: **2312** Total Servicemembers (**+2** from yesterday). **2099** ARNG / **213** ANG*
- ***837** Servicemembers on mission conducting operations over the last 24 hours*
- ***75** Servicemembers supporting area beautification over the last 24 hours*
- ***1436** Servicemembers complete with armed deputation*
- *RIPTOA with SC & GA began 11 SEP and will conclude on 20 SEP*
- *TNNG force departure O/A 24 SEP*

**Operations Summary. Last 24 Hours:**

- Provided support to LE at 18x designated Metro Stations
- Conducted beautification mission at 2 locations within the JOA
- Conducted presence patrol Seward Park, Garfield Park & Fields at RFK
- Continued TCP at USPP
- Provided support to LE at Union Station
- Conducted high visibility missions in National Mall Zone
- Conducted presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor, Eastern Market, Lincoln Park
- Conducted presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conducted presence patrol in Georgetown

**Planned Operations. Next 24 Hours:**

- Provide support to LE at 18x designated Metro Stations
- Conduct beautification mission at 1 location within the JOA
- Continue TCP at USPP

**JA685**

Confidential - Subject to Protective Order                    DCNG_DEF_00000041

- Provide support to LE at Union Station
- Provide immediate response force
- Conduct presence patrol at Seward Park, Garfield Park (4-Parks), Lincoln Park and Fields at RFK
- Conduct presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conduct presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor & Eastern Market
- Conduct presence patrol in Georgetown

Pending your questions.

Respectfully,
Eric


ERIC J. RILEY
Brigadier General, U.S. Army
Deputy Director of Operations, Readiness, and Mobilization (DAMO-OD)
HQDA, G-3/5/7



**JA686**

# Exhibit 42

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 43

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 44

## *<u>Under Seal Pursuant to Protective Order</u>*

# Exhibit 45

CUI

Joint Force Headquarters<br>
District of Columbia National Guard<br>
Washington, DC 20003<br>
101600SEP2025

**FRAGO 30 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

**(U) References:** NO CHANGE.

**(U) Time Zone Used Throughout the OPORD:** LOCAL.

**(U) Task Organization:** NO CHANGE.

**1. (U) SITUATION.** NO CHANGE.

**2. (U) MISSION.** NO CHANGE.

**3. (U) EXECUTION.**

    a.  **(U) Commander's Intent.** NO CHANGE.

    b.  **(U) Concept of the Operation.** NO CHANGE.

    c.  **(U) Tasks to Subordinate Units.**

        **(1) (U) Land Component Command.** NO CHANGE.

        **(2) (U) 113th Wing Command.** NO CHANGE.

        **(3) (U) Joint Task Force Support.** NO CHANGE

        **(4) (U) Joint Task Force D.C.** NO CHANGE.

        **(5) (U) JFHQ-DC Staff.** NO CHANGE

    d.  **(U) Coordinating Instructions.** CHANGE.

        **i. (ADD) (U) Mine-resistant Ambush Protected (MRAP) All-Terrain Vehicle (M-ATV) Familiarization with DC Fire and Emergency Medical Services (DC-FEMS)**. DC-FEMS requests coordination with JTF-DC for M-ATV familiarization at

CUI

**JA691**

Confidential - Subject to Protective Order

CUI

**FRAGO 30 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

JBAB NLT 12 SEP 2025 to ensure local emergency responders can safely assist service members, in the event of a vehicle accident or fire. Coordination may be conducted directly with CPT Raymond Edwards, DC-FEMS, ███████████ in order to set the date, time, and duration of the familiarization event. Training will include a general overview and walk-around.

**ii. (ADD) (U) NIPR Network Account Validation System (AVS) Compliance.** All personnel utilizing NIPR are required to complete the System Authorization Access Request (SAAR) submission and validation in AVS IAW DCNG AVS LOI, **attachment 1 (LOI) and attachment 2 (how-to guide).** Failure to comply may result in denial of NIPR access and loss of Army 365 resources (Teams, email, AVD).  POC is SSG Fuentes, J6, ███████████████████████ and CPT Watson, ████████████████████████

**iii. (ADD) (U) RJRSOI Medical Screener.**  Units will complete the "NG Post-Mission Medical Review" Screener, **attachment 3,** one day prior to their RJRSOI date IOT expedite the process at RJRSOI and assist medical personnel in identifying individuals requiring action, before returning to home station.  POC is MAJ Liz Rameriez at ████████████████████████████

**4. (U) ADMINISTRATION AND LOGISTICS.** NO CHANGE.

**5. (U) COMMAND AND CONTROL.** NO CHANGE.

**ACKNOWLEDGE:**

//SIGNED//
**JOHN J. CAMPO
BRIGADIER GENERAL, USAF
DIRECTOR, JOINT STAFF**

CUI

**JA692**

Confidential - Subject to Protective Order

CUI
**FRAGO 30 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

**OFFICIAL:**
**James Davis**
**COL, DCNG**
**J-3**

CUI

**JA693**

Confidential – Subject to Protective Order     DCNG_DEF_00000453

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendants. | <br><br><br> Case No.: 1:25-cv-03005 (JMC) |

## NOTICE OF FILING OF UNSEALED
## EXHIBITS

Pursuant to Local Civil Rule 5.1(h)(1) and the Stipulated Protective Order entered in this case, ECF No. 64, Defendants hereby publicly file certain exhibits, or versions of certain exhibits with redactions, that were previously filed by the parties under seal. *See* ECF Nos. 69, 71 (Motions to Seal). Defendants have removed the Confidential designation from the following Plaintiff's exhibits, thus allowing their public filing: Plaintiff's Exhibit Nos. 11 and 26. Defendants have also applied redactions to the following provisionally sealed exhibits; Defendants are separately moving to seal the original exhibits but are publicly filing versions of those exhibits with redactions: Plaintiff's Exhibit Nos. 13, 14, 15, 23, 25, 32, 40, 42, 43, and 44. Defendants are also publicly filing four pages extracted from Plaintiff's Exhibit No. 30; Defendants will move to seal the remainder of that exhibit. Defendants also removed the Confidential designation from three of their exhibits, thus allowing their public filing: Defendants' Exhibit Nos. 3, 4, and 5. Finally, Defendants have lifted specific redactions from Plaintiff's Exhibits 33 and 39, which were not previously designated as Confidential by Defendants and were publicly filed by Plaintiff. *See* ECF No. 69.

**JA694**

Attached to this Notice are the public versions of the exhibits identified in this Notice.


Dated:  October 31, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            ERIC J. HAMILTON
                                            Deputy Assistant Attorney General

                                            JOHN BAILEY
                                            Counsel to the Assistant Attorney General

                                            ALEXANDER K. HAAS
                                            Branch Director

                                            BRAD P. ROSENBERG
                                            Special counsel

                                            /s/ Kian K. Azimpoor
                                            KIAN KEVIN AZIMPOOR
                                            U.S. Department of Justice
                                            Trial Attorney
                                            Civil Division, Federal Programs Branch 1100 L
                                            Street, NW
                                            Washington, D.C. 20005
                                            Phone: 202-598-0860
                                            Email: kian.k.azimpoor@usdoj.gov

                                            *Attorneys for Defendants*

**JA695**

# Defendants' Exhibit 3

 Outlook

---

## RE: DCNG Mob Support - [UNCLASSIFIED]

**From** Woodruff, Matthew S BG USARMY NG OHARNG (USA) ▮▮▮▮▮▮▮▮▮▮

**Date** Tue 8/12/2025 9:23 AM

**To** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ◀▮▮▮▮▮▮▮▮▮▮

**Cc** Campo, John J Brig Gen USAF NG DCANG (USA) ▮▮▮▮▮▮▮▮▮ Rakowsky, Peter I COL USARMY NG OHARNG (USA) ▮▮▮▮▮▮▮▮▮ Stewart, Jonathan M (Jon) COL USARMY NG OHARNG (USA) ▮▮▮▮▮▮▮▮

---

**UNCLASSIFIED**

Leland,

I was going to call you today.  What a way to start the job!  My team is reaching out to NGB to see if there is more information on the 5 Ws.  My Governor said he wouldn't rule out supporting but would need more details.  Anything you can provide would be great.  My J3 is COL Pete Rakowsky.  I have cc'd him and Jon Stewart (new ATAG) on the email.  Thanks.

Respectfully,

Matt



## MATTHEW S. WOODRUFF, BG

**The Adjutant General for Ohio**

**The Adjutant General's Department and Ohio National Guard**



Ohio Adjutant General's Department

Ohio Army National Guard

2825 W. Dublin Granville Rd.

Columbus, OH 43235-2789

ONG.Ohio.gov



**Stay current with our members serving**
**at home and abroad in the** Buckeye Guard

**UNCLASSIFIED**

**JA697**

Confidential - Subject to Protective Order

**From:** Blanchard, Leland D II BG USARMY NG DCARNG (USA) <span style="background:black">▮▮▮▮▮</span>
**Sent:** Tuesday, August 12, 2025 9:00 AM
**To:** Woodruff, Matthew S BG USARMY NG OHARNG (USA) <span style="background:black">▮▮▮▮</span>
**Cc:** Campo, John J Brig Gen USAF NG DCANG (USA) <span style="background:black">▮▮▮</span>
**Subject:** DCNG Mob Support

Matt,

I hope you are doing well. I have jumped into the deep end on my first days.

Was told by SECARMYs office that your governor has been in contact with SECARMY and may be willing to support ongoing operations in DC.

We are still working with the TF CDR to determine tasks but wondering if you have some insights on numbers of personnel you might have to put against this mission once we get there.

If you push me the right person I will connect them to my J3 (cc'd).

Leland

Leland D. Blanchard II
BG, USA
Commanding General

**JA698**

Confidential - Subject to Protective Order

# Defendants' Exhibit 4

**JA699**

 Outlook



**From** Seward, James D BG USARMY NG WVARNG (USA) ███████████████

**Date** Tue 8/12/2025 3:38 PM

**To** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████

**Cc** Reppert, Joseph Z MAJ USARMY NG WVARNG (USA) ███████████████; Chard, Patrick D Brig Gen USAF NG WVANG (USA) ███████████████; Clark, Sebastian GEORGE EDWA CPT USARMY NG WVARNG (USA)███████████████; Justice, Anthony T COL USARMY NG WVARNG (USA) ███████████████; Kincaid, Robert J Jr COL USARMY NG WVARNG (USA) Chard, Patrick D Brig Gen USAF NG WVANG (USA)

Leland,

Sorry, it has been a day. Just getting to email. We think, depending on when the orders came, and funding, we could do 500-600 in the near term. Your J3 should reach out to COL Justice, cc'd here.

Please let me know what we can do to help.

Thank you,

V/R

Jim

James D. Seward "Jim"
MG, WVNG
The Adjutant General

---

**From:** Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████████
**Sent:** Tuesday, August 12, 2025 8:58 AM
**To:** Seward, James D BG USARMY NG WVARNG (USA) ███████████████
**Subject:** DCNG Mob Support

Jim,

I hope you are doing well as we enter the end of the FY.

Was told by SECARMYs office that your governor has been in contact with SECARMY and may be willing to support ongoing operations in DC.

We are still working with the TF CDR to determine tasks but wondering if you have some insights on numbers of personnel you might have to put against this mission once we get there.

If you push me the right person I will connect them to my J3 (cc'd).

**JA700**

Confidential - Subject to Protective Order

Thanks!

Leland

Leland D. Blanchard II
BG, USA
Adjutant General (Interim)

**JA701**

Confidential - Subject to Protective Order

# Defendants' Exhibit 5

 Outlook

## Re: DCNG Update, 12 SEP 25

**From** Pritchett, David K MG USARMY NG ALARNG (USA) ███████████████

**Date** Sat 9/13/2025 10:54 AM

**To** Nordhaus, Steven S Gen USAF NG OCNGB (USA) ███████████████ Blanchard, Leland D II BG USARMY NG DCARNG (USA) ███████████████ Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA) ███████

**Cc** George, Randy A GEN USARMY HQDA CSA (USA) ███████████ Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA) ████████████ Rieger, Timothy L MG USARMY NG OCNGB (USA) ███████████; Davis, Robert B MG USARMY NG NGB (USA) ████ Smith, Jeffery M (Jeff) BG USARMY NG ALARNG (USA) ██████████████████

+ BG Jeff Smith and CSM Bailey

Sir,

Gov Ivey approves AL backfilling TN.  We have begun prep' for the mission.

V/r

David K. Pritchett
Major General
The Adjutant General

Alabama National Guard
1720 Congressman W.L. Dickinson Drive
Montgomery, AL. 36109-0711

████████████████████

---

**From:** "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
████████████████████

**Date:** Saturday, September 13, 2025 at 5:49:47 AM

**To:** "Pritchett, David K MG USARMY NG ALARNG (USA)" ████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ██████████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████████████████

**Cc:** "George, Randy A GEN USARMY HQDA CSA (USA)" ██████████████ "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)" ████████████████ 'Rieger, Timothy L MG USARMY NG OCNGB (USA)" ████████ "Davis, Robert B MG USARMY NG NGB (USA)"

## JA703

Confidential - Subject to Protective Order

**Subject:** Fwd: DCNG Update, 12 SEP 25

David,

As a follow up to our call last night.  Here is last night's evening roll up from the DC mission discussing TN departure on or about 24 September for your SA.  Please let me know once your Gov has approved AL to backfill.

Win and Leland,

SecWar provided VOCO to replace TN with AL on the DC mission if their Gov approved.  Please coordinate with MG Pritchett for a smooth RIPTOA if he's given the approval by his Gov.

Thanks for all the support!

VR,

Steve

Gen Steve Nordhaus
Chief, National Guard Bureau

**From:** "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)"

**Date:** Friday, September 12, 2025 at 17:19:28
**To:** "Driscoll, Daniel P HON (USA)" ███████████████████, "Fitzgerald, David R SES (USA)" ██████████████████████ "George, Randy A GEN USARMY HQDA CSA (USA)" █████████████████████, "Mingus, James J GEN USARMY HQDA VCSA (USA)" ██████████████████████
**Cc:** "Bechtel, Peter B SES USARMY HQDA DCS G-3-5-7 (USA)" ████████████████████ "Blanchard, Leland D II BG USARMY NG DCARNG (USA)" ████████████████████ "Burkett, Ronald Winfield (Win) II MG USARMY NG NGB (USA)" ████████████████████ "Butler, David M COL USARMY HQDA OCPA (USA)" ████████████████████ "Carlisle, Karen H SES USARMY HQDA OTJAG (USA)█████████████████ Choquette, Sean M Maj Gen USAF JS J3 (USA)" ████████████████████ "'COL Anthony Fuscellaro'" ████████████████████ "Dennis, Kirby Robert (Bo) COL USARMY HQDA (USA)" ██████████████, "Evans, Marcus S LTG USARMY HQDA DAS (USA)" ██████████████il>, "Gilliam, John B COL USARMY HQDA DAS (USA)" █████████>, "Isenhower, James P III MG USARMY HQDA (USA)" ████████████████.mil>, "Johnson, Eric M BG USARMY HQDA DCS G-3-5-7 (USA)" ████████████████ "Kupratty, Alexander CSM USARMY HQDA (USA)" ████████████████ "McElwain, Rebecca B BG USARMY HQDA ASA FM (USA)" ████████████████ "Morgan, Shane P BG USARMY JS J3 (USA)"

**JA704**

Confidential - Subject to Protective Order

"Morris, Jason L MajGen USMC HQMC (USA)"
, "Nordhaus, Steven S Gen USAF NG OCNGB (USA)"
ny.mil>, "Riley, Eric James BG USARMY HQDA DCS G-3-5-7 (USA)"
, "Ryan, Joseph A LTG USARMY HQDA DCS G-3-5-7 (USA)"
.mil>, "SanNicolas, Gina Diego COL USARMY HQDA SECARMY (USA)"
"Schuck, G Patrick COL USARMY HQDA (USA)"
"Shaw, Robert M (Rob) COL USARMY HQDA DCS G-3-5-7 (USA)" <
>, "Spedero, Paul C Jr RADM USN JS ODJS (USA)"
, "Stubbs, Jonathan Matthew (Jon) LTG USARMY NG NGB ARNG (USA)"
mil>, "Stultz, James C COL USARMY HQDA (USA)"
>, "Sylvia, Brett G MG USARMY HQDA DAS (USA)'
, "Weimer, Michael R SMA USARMY HQDA (USA)"
'White, Graham R COL USARMY HQDA (USA)"

**Subject:** DCNG Update, 12 SEP 25

**CLASSIFICATION**: CUI

Secretary Driscoll and GEN George,

Gentlemen, your DCNG operational highlights for Friday, 12 September:

- *Total DCNG Strength: **2312** Total Servicemembers (**+2** from yesterday). **2099** ARNG / **213** ANG*

- ***837** Servicemembers on mission conducting operations over the last 24 hours*

- ***75** Servicemembers supporting area beautification over the last 24 hours*

- ***1436** Servicemembers complete with armed deputation*

- *RIPTOA with SC & GA began 11 SEP and will conclude on 20 SEP*

- *TNNG force departure O/A 24 SEP*

**Operations Summary. Last 24 Hours:**

- Provided support to LE at 18x designated Metro Stations
- Conducted beautification mission at 2 locations within the JOA
- Conducted presence patrol Seward Park, Garfield Park & Fields at RFK
- Continued TCP at USPP
- Provided support to LE at Union Station
- Conducted high visibility missions in National Mall Zone

**JA705**

Confidential - Subject to Protective Order

- Conducted presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor, Eastern Market, Lincoln Park
- Conducted presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conducted presence patrol in Georgetown

**Planned Operations. Next 24 Hours:**

- Provide support to LE at 18x designated Metro Stations
- Conduct beautification mission at 1 location within the JOA
- Continue TCP at USPP
- Provide support to LE at Union Station
- Provide immediate response force
- Conduct presence patrol at Seward Park, Garfield Park (4-Parks), Lincoln Park and Fields at RFK
- Conduct presence patrol at City Center, Gallery Place, 14th Street & Dupont Circle
- Conduct presence patrol NOMA-Gallaudet Gov't Offices, H St. Corridor & Eastern Market
- Conduct presence patrol in Georgetown

Pending your questions.

Respectfully,

Eric

ERIC J. RILEY

Brigadier General, U.S. Army

Deputy Director of Operations, Readiness, and Mobilization (DAMO-OD)

HQDA, G-3/5/7

**JA706**

Confidential - Subject to Protective Order



**JA707**

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 11



**NATIONAL GUARD BUREAU**
3500 FETCHET AVENUE
JOINT BASE ANDREWS, MD 20762-5157

12 August 2025

MEMORANDUM FOR SEE DISTRIBUTION

FROM: NGB/A1X

SUBJECT: Personnel Guidance Memorandum in Support of Restoring Law and Order in the District of Columbia

References: (a) Secretary of the Army, Action Memo, August 11, 2025
(b) DoDD 3025.18, 29 December 2010, *Defense Support of Civil Authorities (DSCA)*, Incorporating Change 2, 19 March 2018.
(c) CNGBI 1302.01, 23 April 2012, *Guidance for Members Performing Duty Under the Authority of 32 USC § 502(f)*, Certified as Current 12 July 2017.
(d) ANGI 36-2001, 30 April 2019, *Management of Training and Operational Support within the Air National Guard.*

**1. Intent.** This Personnel Guidance Memorandum (PGM) provides administrative requirements and necessary actions for orders generation for Air National Guard (ANG) members to conduct support for restoring Law and Order in the District of Columbia. IAW Reference (a), the Secretary of the Army (SECARMY) has authorized National Guard (NG) personnel to conduct support operations in response to the request for assistance from the President of the United States to protect federal property and functions in the District of Columbia and to support federal and District law enforcement.

**2. Authority.** Approval of Title 32 U.S.C. 502(f) duty status for safety and security support, not to exceed 800 NG personnel. The Secretary of the Army, through the Commanding General, DCNG, will coordinate the employment of DCNG and any other NG forces employed in D.C in a duty status pursuant to 32 USC 502(f) to fulfill DoD-approved support to Federal department or agency requests for assistance, as appropriate, by assigning tasks for supporting NG SMs. The service period for NG members is 12 August – 25 September 2025. Orders may be curtailed early based on mission needs. Deviations from this service period are not permitted unless authorized by NGB-J3, or higher authority. Should authorities be extended, additional guidance will be published.

**3. Accountability.** Commanders must be able to routinely account for their service members. Recall rosters should be current and readily accessible so that commanders can know and report the status of all their Airmen, whether Full-time or Traditional. Members providing restoration of Law and Order support in the District of Columbia must have their status accounted for via MilPDS as this system of record maintains official reporting of Airmen serving under federal order authority (Title 10 or Title 32 orders). Unit commanders will ensure these updates are accomplished via the Installation Personnel Readiness (IPR) office within their respective Force Support Squadrons.

**4. Defense Support of Civil Authorities (DSCA).** Reference (b) defines DSCA as federal support provided in response to requests for assistance from civil authorities for domestic emergencies, law enforcement support, and other domestic activities, or from qualifying entities for special events. The

**JA709**

Confidential – Subject to Protective Order

use of the NG to support a federal agency request for assistance will be conducted under 10 USC or 32 USC 502(f) authority. ANG utilization requires the State Governor's concurrence and receipt of a reimbursable request from a federal agency.

5. **Orders Information.** The 32 USC 502(f)(2)(A) duty status utilization period for supporting the restoration of Law and Order support in the District of Columbia is 12 August – 25 September 2025. Orders input for ANG members who are performing under 32 USC 502(f) authority must include specific details.

> For orders under SecDef authorization:
> ORDER TYPE: Full Time National Guard Duty (FTNGD)
> ORDER SUB-TYPE: Full Time National Guard Duty – Operational Support
> ORDER AUTHORITY: 32 USC 502(f)(2)(A)
> DUTY PURPOSE: At the request of the President or SECDEF – 32 USC 502(f)(2)(A)
> WUC CODE: PM
> EXECUTIVE ORDER: 32000A
> TOUR TITLE: Restoring Law and Order in the District of Columbia
> PERSTEMPO CODE: D
> DUTY STATUS CODE: 24

a. Normal processing procedures should apply for Title 32 orders performance. Unit Orders Specialists should provide a copy of all orders to the IPR office for MilPDS updates. MilPDS shall be updated in the LIMMOB area using RADR "M", Executive Order "32000A" for restoration of Law and Order support in the District of Columbia Title 32 orders.

6. **Resources.**

a. The WUC/ESP code for this event is "PM" (Papa Mike)
b. Resource requests <u>MUST</u> be sent from the Wing FM Office to NGB/FM Execution Teams at the appropriate email below
c. Use subject line: **(RESOURCE REQUEST) – Restoring Law and Order in the District of Columbia**
d. Send O&M requests to █████████████████████
e. Send MilPers requests to: █████████████████████
f. Must include analysis for dollars requested in support of per diem and or equipment/supplies, i.e. 5 people @$225 per day = $1,125. **NOTE:** All requests for supply and equipment funding <u>MUST</u> have detailed justification

7. **Technicians.** If a Technician's unit is ordered to operational Title 32 status to support the restoration of Law and Order in the District of Columbia, the member may likewise be ordered into that status. Technicians, however, are required to be in an annual leave, leave without pay, compensatory leave, or military leave status under 5 U.S.C. 6323(a) for Title 10 or Title 32, or law enforcement leave, if applicable under 5 U.S.C. 6323(b), for the duration of the orders. All Technician questions should be vetted through the respective State Human Resource Office (HRO).

8. **Active Guard Reserve (AGR).** AGR members may support the restoration of Law and Order in the District of Columbia. Their support should be limited, however, to comply with their primary duties of organizing, administering, recruiting, instructing, or training personnel.

**JA710**

Confidential – Subject to Protective Order

**9. Active-Duty Sanctuary.** ANG service members' records must be reviewed for sanctuary eligibility prior to being placed on 10 USC or 32 USC active orders. IAW DAFI 36-2110, the following guidelines are applicable:

a. If the orders will result in the member qualifying for active-duty sanctuary protection (i.e. more than 18 years [but less than 20] of Total Active Federal Military Service), the member must waive their right to sanctuary via a sanctuary waiver before the orders begin.

b. If a member begins active orders and it is later determined that they will reach active-duty sanctuary during their orders period, units should consider returning the member to their home station for demobilization prior to reaching sanctuary.

c. Sanctuary waivers apply only to orders that are 179 days in duration or less. During their orders, if the NG member attains sanctuary protection for a period that surpasses the validity of their waiver, and the member returns to State for any reason (unless the member either voluntarily separates, is medically disqualified, or is separated/discharged for cause), the State is required to provide full-time military employment utilizing the current authorized AGR resources. NGB/A1 will not provide the State with additional AGR resources for these situations. The member will be assigned to a position based on the needs of the State and such assignment will terminate upon member reaching eligibility for an immediate active-duty retirement.

**10. DEERS/RAPIDS/TRICARE.** Members will not receive any pre- or post- orders benefits for duty periods that are less than 30 calendar days.

**11. NGB Points of Contact.**

a. Active-Duty Sanctuary, AGR utilization, and AGR status reporting requirements during IR situations: NGB/A1PP,

b. DEERS/RAPIDS/TRICARE matters: NGB/A1PS,

c. Personnel management, accountability, status matters, and questions related to this guidance: NGB/A1XR,

d. RFAs, RFIs, requirements, and resource requests: ANG CAT,



DIANA M. BROWN, Col, USAF
Division Chief, Plans and Integration

DISTRIBUTION:
JFHQ/DIRECTORS OF STAFF-AIR
STATE MPMOs
STATE HROs
ANG WG/CCs
ANG FSS/CCs

**JA711**

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 13

## <u>Public Version of Document Sealed Pursuant to Protective Order</u>

**JA712**

Copy __ of __ copies
DCNG Armory,
Washington, DC
201700AUG25

**FRAGO 8 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)+**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization**: (NO CHANGE)

   (U) Headquarters – JTF-DC
   (U) Subordinate headquarters – 372nd MP Battalion
         (U) HHD, 372 MP Battalion.
         (U) 273rd MP Company.
         (U) 276th MP Company.
         (U) D Co, 223rd MI Battalion.
         (U) Ohio MP CO
         (U) TM Army Aviation
         (U) TM Defender (113th Security Forces Squadron tasked personnel)
   (U) TF Mountaineer (WV)
         (U) 111th MP CO
         (U) 121st FA BTRY
         (U) 150th CAV TRP
   (U) TF Iron Horse (SC)
         (U) A 4/18 IN
         (U) C 4/18 IN CO
   (U) TF Magnolia (MS)
         (U) HHD 112th MP BN
         (U) 113th MP CO
         (U) 114th MP CO
         (U) LA MP CO
   (U) TF Volunteer (TN)
         (U) HHD 117th MP BN
         (U) 269th MP CO
   (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
   Limited Dissemination Control: FEDCON
   POC: ████████████

1

CUI//LEI

**JA713**

Confidential Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(U) HHC, 74th Troop Command.
(U) 547th Transportation Company. OPCON TO JTF SUPPORT
(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
  (U) 257th Army Band. OPCON TO JTF SUPPORT
  (U) 715th Public Affairs Detachment.
  (U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. (CUI) **Situation.** (NO CHANGE)

2. (U) **Mission.** DC mobilizes ████████████ to support law enforcement partners operating in the District of Columbia from ████████████ UTC in order to enable law enforcement partners to conduct law enforcement activities in support of the Task Force Safe and Beautiful Incident Commander.

3. (U) **Execution.**

   a. JTF-DC Commander's Intent.

      1.    (U)Purpose. JTF-DC will provide all necessary support to the Incident Commander while maintaining the trust and confidence of the American People and preserving our relationships with our local and federal partners and the citizens of the District of Columbia.

      2.  (U)Key Tasks.

         a. (U) Partner with law enforcement agencies to deliver a Safe and Beautiful DC.

         b.(U) All SMs understand Rules for the Use of Force (RUF) and Rules of Conduct (RUC) to operate within the District of Columbia.

         c.(U) JTF-DC SMs will be polite, professional, and prepared during all phases of this operation, particularly when interacting with law enforcement partners and citizens of the District.

         d.(U) JTF-DC SMs will maintain the strong positive relationships we have established with our federal and local partners and the citizens of the District.

         3.(U) End State.  JTF-DC effectively reduces crime in its area of operations while meeting all military requirements of the Incident Commander. JTF-DC maintains positive relationships with federal and local partners and delivers a Safe and Beautiful District for the American People.

   b. (U) Concept of the Operation. (NO CHANGE)

2

**JA714**

Confidential - Subject to Protective Order

DCNG_DEF_00003425

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372ᵈ Military Police Battalion) (CHANGE)

                1. (CUI) Identify ▓▓▓▓ personnel to retrieve ▓▓▓▓ MATVs from ▓▓▓▓ for pickup NLT ▓▓▓▓ Plan for approximately ▓ hours on ground after arrival for ▓▓▓▓ and ▓▓▓▓ will be signed for via ▓▓▓▓ POC for this action is ▓▓▓▓ at ▓▓▓▓

                2. Provide support to ▓▓▓▓ IAW attachment 1, ▓▓▓▓ with ▓▓ authorized.

                3. Provide presence and support to law enforcement partners ▓▓▓▓ IAW attachment 1.

                4. 1946ᵗʰ FICO OPCON to JTF Support effective ▓▓▓▓

                5. Assume responsibility of ▓▓▓▓ effective ▓▓▓▓ Reference Appendix 2 to Annex C for Operations Overlay.

                6. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▓▓▓▓

            (b) (CUI) TF Iron Horse (SCNG).

                1. Provide support to ▓▓▓▓ at ▓▓▓▓ and other designated ▓▓▓▓ IAW attachment 1.

                2. (CHANGE) Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ▓▓▓▓ on ▓▓▓▓ all Soldiers must be qualified by ▓▓▓▓ end of day. Provide roll up of numbers to JTF-DC J3 OPS NCO ▓▓▓▓ and SGM ▓▓▓▓ NLT ▓▓▓▓

                3. Assume responsibility of ▓▓▓▓ effective 250600RAUG25. Reference Appendix 2 to Annex C for Operations Overlay.

                4. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▓▓▓▓

            (c) TF Mountaineer (WVNG).

3

CUI//LEI

**JA715**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



1. Provide support to ▇▇ on ▇▇▇▇▇ station starting ▇▇▇▇ IAW attachment 1.

2. Provide support to ▇▇ at ▇▇▇▇▇ station starting ▇▇▇▇ IAW attachment 1.

3. Provide support to ▇▇ on the ▇▇▇ starting ▇▇▇▇ IAW attachment 1.

4. Provide support to ▇ at ▇▇▇▇▇ starting at ▇▇▇▇ IAW attachment 1.

5. Assume responsibility of ▇▇ effective ▇▇▇ Reference Appendix 2 to Annex C for Operations Overlay.

6. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▇▇▇).

(d) TF Magnolia (MSNG)
1. Conduct ▇▇▇▇ and ▇▇▇ ▇▇ presence IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ▇▇▇ on ▇▇▇ all Soldiers must be qualified by ▇▇▇ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ▇▇▇ and SGM ▇▇▇ NLT ▇▇▇.

3. Assume responsibility of ▇▇ effective ▇▇▇ Reference Appendix 2 to Annex C for Operations Overlay.

4. Provide capability gaps for mission sets based off of analysis in Attachment 2 to FRAGO 8 (To Be Published ▇▇▇).

(e) TF Volunteer (TNNG)

1. Provide presence and support to law enforcement partners at ▇▇▇ starting at ▇▇▇ IAW attachment 1.

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

4

CUI//LEI

**JA716**

Confidential - Subject to Protective Order

DCNG_DEF_00003427

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    (2) (U) Tasks to Staff. (NO CHANGE)

        (a) J-1. (NO CHANGE)

        (b) J-2. (NO CHANGE)

        (c) J-3. (NO CHANGE)

        (d) J-4. (NO CHANGE)

        (e) J-6. (NO CHANGE)

  d. (U) Coordinating Instructions.

    (1-9) Timeline: (NO CHANGE)

    (10) (CUI) Other Coordinating Instructions:

        (a) All units reference attachment 1 to FRAGO 8 for ongoing operational taskings.

        (b-r) (NO CHANGE)

        (s) (CHANGE) Battle Rhythm reference attachment 3 and below:



        (t-w) (NO CHANGE)

        (x) Provide rollup of Taser ▮▮▮▮▮▮ to POC NLT ▮▮▮▮▮▮ Roll-up must include total quantity, the number of ▮▮▮▮▮▮ and the number of

CUI//LEI

5

**JA717**

Confidential – Subject to Protective Order



CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

████ devices. POC is JTF J-4 MAJ ██████ ████ at
████████ and CPT ████████ at
████████

(y) All rental GSA hand-receipt holders must pick-up new rental GSA fuel cards NLT ████████████ from the JTF J-4. The POC is the JTF J-4 MAJ ████ at ████████████ and CPT ████████ at ████████

(z) Use TF LNOs to ensure all personnel requiring access to Teams Folder is worked through CHOPs. POC are BTL CPTs at ████████ and ████ ████████

(aa) All ████████ go through OPs Chat. POC are BTL CPTs at ████████ and ████████

(bb) All participants in ████ should log-in NLT ████ daily. POC are BTL CPTs at ████████ and ████████

(cc) All ████████ should be noted in OPs Chat. POC are BTL CPTs at ████████ and ████████

(dd) Nominate 2-3 SMs per TF for recognition by JTF-DC CDR coin. Send narrative to ████████ at ████████

(ee) Send any ████████ movement requests to ████████ at ████ NLT ████ daily. Include PAX, pick-up time, pick-up and drop-off location. ████████ movement request must be made 12-24 hours prior to movement. The POC is the JTF J-4 MAJ ████████ at ████████ and CPT ████ at ████

(ff) Submit bulk food request for LOGPAX pick-up to the following link: ████████ or to the QR Code in attachment 3 to FRAGO 8, "Food Service Request". The POC is the JTF J-4 ████████ at ████████ and ████ at ████

4. (U) **Sustainment.** (NO CHANGE)

5. (U) **Command and Signal.**

a. Please find revised ████████████

6

**JA718**

Confidential - Subject to Protective Order    DCNG_DEF_00003429

CUI//LEI

FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission

ACKNOWLEDGE:

DOANE
COL

OFFICIAL:

 DCARNG

J3

CUI//LEI

7

**JA719**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 8 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

### Annexes:

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

CUI//LEI

**JA720**

Confidential - Subject to Protective Order

DCNG_DEF_00003431

# Plaintiff's Exhibit 14

## <u>Public Version of Document Sealed</u>
## <u>Pursuant to Protective Order</u>

Copy __ of __ copies<br>
DCNG Armory,<br>
Washington, DC<br>
221700AUG25

**FRAGO 9 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)+**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

    (U) Headquarters – JTF-DC
    (U) Subordinate headquarters – 372nd MP Battalion.
        (U) HHD, 372 MP Battalion.
        (U) 273rd MP Company.
        (U) 276th MP Company.
        (U) D Co, 223rd MI Battalion.
        (U) Ohio MP CO
        (U) TM Army Aviation
        (U) TM Defender (113th Security Forces Squadron tasked personnel)
    (U) TF Mountaineer (WV)
        (U) 111th MP CO
        (U) 121st FA BTRY
        (U) 150th CAV TRP
    (U) TF Iron Horse (SC)
        (U) A 4/18 IN
        (U) C 4/18 IN CO
    (U) TF Magnolia (MS)
        (U) HHD 112th MP BN
        (U) 113th MP CO
        (U) 114th MP CO
        (U) LA MP CO
    (U) TF Volunteer (TN)
        (U) HHD 117th MP BN
        (U) 269th MP CO
    (U) Direct Reporting Units.

Controlled by: DCNG<br>
Controlled by: JTF-DC-J3<br>
CUI Category: OPSEC<br>
    Limited Dissemination Control: FEDCON<br>
    POC: ███████

1

~~CUI//LEI~~

**JA722**

~~Confidential - Subject to Protective Order~~

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(U) HHC, 74th Troop Command.
(U) 547th Transportation Company. OPCON TO JTF SUPPORT
(U) 104th Maintenance Company. OPCON TO JTF SUPPORT
(U) 257th Army Band. OPCON TO JTF SUPPORT
(U) 715th Public Affairs Detachment.
(U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. (CUI) **Situation**. (NO CHANGE)

2. (U) **Mission**. DC mobilizes ▮▮▮▮▮▮▮▮▮▮▮▮ to support law enforcement partners operating in the District of Columbia from ▮▮▮▮▮▮▮▮▮▮ UTC in order to enable law enforcement partners to conduct law enforcement activities in support of the Task Force Safe and Beautiful Incident Commander.

3. (U) **Execution**.

    a. JTF-DC Commander's Intent.

        1.    (U) Purpose. JTF-DC will provide all necessary support to the Incident Commander while maintaining the trust and confidence of the American People and preserving our relationships with our local and federal partners and the citizens of the District of Columbia.

        2. (U) Key Tasks.

        a. (U) Partner with law enforcement agencies to deliver a Safe and Beautiful DC.

        b.(U) All SMs understand Rules for the Use of Force (RUF) and Rules of Conduct (RUC) to operate within the District of Columbia.

        c.(U) JTF-DC SMs will be polite, professional, and prepared during all phases of this operation, particularly when interacting with law enforcement partners and citizens of the District.

        d.(U) JTF-DC SMs will maintain the strong positive relationships we have established with our federal and local partners and the citizens of the District.

        3.(U) End State. JTF-DC effectively reduces crime in its area of operations while meeting all military requirements of the Incident Commander. JTF-DC maintains positive relationships with federal and local partners and delivers a Safe and Beautiful District for the American People.

    b. (U) Concept of the Operation. (NO CHANGE)

2

CUI//LEI

**JA723**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

    (1) (U) Subordinate headquarters.

        (a) (U) TF Red Hand (372d Military Police Battalion) (CHANGE)

            1.  Provide support to ███████████████ IAW attachment 1, DIRLAUTH with ████ authorized.

            2.  Provide presence and support to law enforcement partners ████████ starting at ██████████ IAW attachment 1.

            3.  1946th FICO OPCON to JTF Support effective ████████

            4.  BPT assume responsibility of ████████ effective ████████ Reference Appendix 2 to Annex C for Operations Overlay.

            5.  Identify all previous heat casualties in your formation and send the names to LTC ███████ at ██████████████ NLT ██████ ████. Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

            6.  Ohio Military Police Company update PERSTAT NLT ████████

            7.  Provide ████████ for ████ going to ████ Meet the ████ IVO ████ at ████ and ████ and provide ████ to ████ IVO ████ on ████

            8.  BPT receive 200 (2 cases) of disposable restraints (flex cuffs) on ████████ at ████

        (b) (CUI) TF Iron Horse (SCNG).

            1.  Provide support to ██████████ and ████ at ████████ and other designated ████████ IAW attachment 1.

            2.  (CHANGE) Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ████████ on ████████ all Soldiers must be qualified by ████ end of day. Provide roll-up of numbers to JTF-DC J3 OPS NCO MSG ████ and SGM ████ NLT ████████

            3.  BPT assume responsibility of ████████ effective

CUI//LEI

**JA724**

Confidential - Subject to Protective Order

DCNG_DEF_00003434

~~CUI//LEI~~

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

██████████ Reference Appendix 2 to Annex C for Operations Overlay.

4. BPT receive 300 (3 cases) of disposable restraints (flex cuffs) on ████████ at ████████

(c) TF Mountaineer (WVNG).

1. Provide support to ████ on ████████████ station starting ████████████ IAW attachment 1

2. Provide support to ████ at ████████████ station starting ████████ IAW attachment 1

3. Provide support to ████ on the ████████ starting ████████████ IAW attachment 1.

4. Provide support to ████ at ████████████ starting at ████████████ IAW attachment 1.

5. Assume responsibility of ████ effective ████████████ Reference Appendix 2 to Annex C for Operations Overlay.

6. Identify all previous heat casualties in your formation and send the names to LTC ████████████ at ████████████████ NLT ████████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS)

(d) TF Magnolia (MSNG)

1. Conduct ████████████████████ and ████████ presence IAW attachment 1.

2. (CHANGE) Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ████████ on ████████████ all Soldiers must be qualified by ████████ end of day. Provide roll up of numbers to JTF-DC J3 OPS NCO MSG ████████ and SGM ████████ NLT ████████

3. BPT assume responsibility of ████████ effective ████████████ Reference Appendix 2 to Annex C for Operations Overlay

4. Identify all previous heat casualties in your formation and send the names to LTC ████████████ at ████████████████ NLT ████████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC,

4

~~CUI//LEI~~

**JA725**

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(S)

5. BPT receive 300 (3 cases) of disposable restraints (flex cuffs) on ███████████████ at ███████

(e) TF Volunteer (TNNG)

1. Provide presence and support to law enforcement partners at ███████████ starting at ██████████ IAW attachment 1

2. Identify all previous heat casualties in your formation and send the names to LTC ██████████████ at ███████████████████████ NLT ████████ Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC (S).

3. Identify all flagged soldiers by Name, State and reason NLT ██████████

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions:

(1-9) Timeline: (NO CHANGE)

(10) (CUI) Other Coordinating Instructions:

(a) All units reference attachment 1 to FRAGO 9 for ongoing operational taskings.

5

CUI//LEI

**JA726**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(b-r) (NO CHANGE)

(s) (CHANGE) Battle Rhythm reference attachment 3 and below:



(t-w) (NO CHANGE)

(x) Provide rollup of Taser ▇▇▇▇ to POC NLT ▇▇▇▇ Roll-up must include total quantity, the number of ▇▇ devices, and the number of ▇▇ devices. POC is JTF J-4 MAJ ▇▇▇▇ at ▇▇▇▇ and CPT ▇▇▇▇ at ▇▇▇▇



(y) All rental GSA hand-receipt holders must pick-up new rental GSA fuel cards NLT ▇▇▇▇ from the JTF J-4. The POC is the JTF J-4 MAJ ▇▇▇ at ▇▇▇▇ and CPT ▇▇▇▇ at ▇▇▇▇



(z) Use TF LNOs to ensure all personnel requiring access to ▇▇▇ is worked through CHOPs. POC are BTL CPTs at ▇▇▇▇ and ▇▇▇



(aa) All ▇▇▇▇ requests go through OPs Chat. POC are BTL CPTs at ▇▇▇▇ and ▇▇▇▇



(bb) All participants in ▇▇ should log-in NLT ▇▇ daily. POC are BTL CPTs at ▇▇▇▇ and ▇▇▇



(cc) All ▇▇▇▇ should be noted in OPs Chat. POC are BTL CPTs at ▇▇▇▇ and ▇▇▇

6

CUI//LEI

**JA727**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(dd) Nominate 2-3 SMs per TF for recognition by JTF-DC CDR coin. Send narrative to ▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮▮▮

(ee) CHANGE Send any ▮▮▮▮▮▮ movement requests to ~~CPT~~ ▮▮▮ at ▮▮▮▮▮▮▮▮▮▮▮▮▮ NLT ▮▮▮ daily. Include PAX, pick-up time, pick-up and drop-off location. ▮▮▮ movement request must be made 12-24 hours prior to movement. The POC is the JTF J-4 MAJ ▮▮▮ at ▮▮▮▮▮▮▮▮▮▮ and CPT ▮▮▮ ▮▮▮ at ▮▮▮▮▮

(ff) Submit bulk food request for LOGPAX pick-up to the following link: ▮▮▮▮▮▮▮▮▮▮ or to the QR Code in attachment 3 to FRAGO 8, "Food Service Request". The POC is the JTF J-4 MAJ ▮▮▮▮▮ at ▮▮▮▮▮▮▮▮ and CPT ▮▮▮▮▮ at

(gg) All units will identify remaining personnel who have not qualified on M-17 and send to ▮▮▮▮ for day qualification on either ▮▮▮▮ or ▮▮▮▮ They need to be at ▮▮▮▮▮▮▮▮▮ NLT ▮▮▮ each day to load buses and depart. Service members should bring eye pro, ear pro, water, and food. There is an ▮▮▮ available at ▮▮▮▮▮ for night qual for those service members who have not completed it that can be accomplished following day qual. More specifics including strip map can be found in Attachment 2 to FRAGO 9.

(hh) Effective immediately, units conducting \*\*above ground missions\*\* will utilize DOMOPs channels. Units conducting \*\*underground/metro missions\*\* will utilize Metro channels.
> DOMOPs channels remain the standard operating channel for all above ground operations.
> When a Task Force (TF) is assigned a mission \*\*underground\*\* (e.g., metro stations), all mission communications will transition to Metro channels (see SOI Attachment).
> During Metro missions, TOCs and CPs will monitor both DOMOPs and Metro nets simultaneously using two separate LMRs.
> Communications PACE Plan:
> Primary: LMR
> Alternate: ATAK
> (Emergency/Contingency/Other as per unit SOP)
> TFs operating above ground – continue DOMOPs usage.
> TFs assigned to metro – switch to Metro channels; ensure all personnel are briefed prior to mission start.

4. (U) **Sustainment**. (NO CHANGE)

5. (U) **Command and Signal**.

7

CUI//LEI

**JA728**

Confidential - Subject to Protective Order

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

a. Please find revised ████████████████████████████████
████████

**ACKNOWLEDGE:**

                                        DOANE
                                        COL

OFFICIAL:
████████
████ DCARNG
J3

CUI//LEI

8

**JA729**

Confidential - Subject to Protective Order

DCNG_DEF_00003439

CUI//LEI

**FRAGO 9 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

CUI//LEI

**JA730**

Confidential - Subject to Protective Order

DCNG_DEF_00003440

# Plaintiff's Exhibit 15

## <u>Public Version of Document Sealed</u>
## <u>Pursuant to Protective Order</u>

JA731

Copy __ of __ copies
DCNG Armory,
Washington, DC
231700AUG25

**FRAGO 10 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization**: (NO CHANGE)

 (U) Headquarters – JTF-DC
 (U) Subordinate headquarters – 372nd MP Battalion.
  (U) HHD, 372 MP Battalion.
  (U) 273rd MP Company.
  (U) 276th MP Company.
  (U) D Co, 223rd MI Battalion.
  (U) Ohio MP CO
  (U) TM Army Aviation
  (U) TM Defender (113th Security Forces Squadron tasked personnel)
 (U) TF Mountaineer (WV)
  (U) 111th MP CO
  (U) 201st FA BTRY
  (U) 150th CAV TRP
 (U) TF Iron Horse (SC)
  (U) A 4/18 IN
  (U) C 4/18 IN CO
 (U) TF Magnolia (MS)
  (U) HHD 112th MP BN
  (U) 113th MP CO
  (U) 114th MP CO
  (U) LA MP CO
 (U) TF Volunteer (TN)
  (U) HHD 117th MP BN
  (U) 269th MP CO
 (U) Direct Reporting Units.

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
 Limited Dissemination Control: FEDCON
 POC: █████████

1

~~CUI//LEI~~

**JA732**

~~Confidential - Subject to Protective Order~~

CUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

      (U) HHC, 74th Troop Command.
      (U) 547th Transportation Company. OPCON TO JTF SUPPORT
      (U) 104th Maintenance Company. OPCON TO JTF SUPPORT
      (U) 257th Army Band. OPCON TO JTF SUPPORT
      (U) 715th Public Affairs Detachment.
      (U) 642nd Quartermaster Detachment. OPCON TO JTF SUPPORT

1. ~~(CUI)~~ **Situation**. (NO CHANGE)

2. (U) **Mission**. (NO CHANGE)

3. (U) **Execution**.

    a. (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) Tasks to Subordinate Units and Directorates.

        (1) (U) Subordinate headquarters.

           (a) (U) TF Red Hand (372d Military Police Battalion) (NO CHANGE/Review coordinating instructions)

           (b) ~~(CUI)~~ TF Iron Horse (SCNG). (NO CHANGE/Review coordinating instructions)

           (c) TF Mountaineer (WVNG). (NO CHANGE/Review coordinating instructions)

           (d) TF Magnolia (MSNG) (NO CHANGE/Review coordinating instructions)

           (e) TF Volunteer (TNNG)

              1. DIRLAUTH ████████ team for ████████ of ████████ ██████ to ████████ team. Individual ████████ approval authority retained by JTF-CDR.

              2. Provide ██ personnel at ████████████ for TF Support re-deputization and issuing rehearsal. POC Col ██████

              3. Maintain presence around ████████████ from ██ ████████ with ██ personnel ISO law enforcement partners during the ████████ and ████████

2

CUI//LEI

**JA733**

Confidential - Subject to Protective Order

DCNG_DEF_00003442

~~CUI//LEI~~

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) ~~(CUI)~~ Other Coordinating Instructions:

(a) All units reference attachment 1 to FRAGO 10 for ongoing operational taskings.

(b-r) (NO CHANGE)

(s) (RESTATE) Battle Rhythm:



3

~~CUI//LEI~~

**JA734**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003443

~~CUI//LEI~~

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

███████████████████████████████████████

(t-ff) (NO CHANGE)

(gg) All units will identify remaining personnel who have not qualified on M-17 and send to ████████████ for day qualification on either ████████ They need to be at ████████████████████████████ NLT ████ each day to load buses and depart. Service members should bring eye pro, ear pro, water, and food. There is an EST available at ████████████ for night qual for those service members who have not completed it that can be accomplished following day qual. More specifics including strip map can be found in Attachment 2 to FRAGO 10.

(hh) Effective immediately, units conducting **above ground missions** will utilize DOMOPs channels. Units conducting **underground/metro missions** will utilize Metro channels.

DOMOPs channels remain the standard operating channel for all above ground operations.

When a Task Force (TF) is assigned a mission **underground** (e.g., metro stations), all mission communications will transition to Metro channels (see SOI Attachment).

During Metro missions, TOCs and CPs will monitor both DOMOPs and Metro nets simultaneously using two separate LMRs.

Communications PACE Plan:
Primary: LMR
Alternate: ATAK
(Emergency/Contingency/Other as per unit SOP)
TFs operating above ground – continue DOMOPs usage.
TFs assigned to metro – switch to Metro channels; ensure all personnel are briefed prior to mission start.

(ii) Identify all previous heat casualties in your formation and send the names to LTC ████████████ at ████████████████████████ NLT 242000 AUG25. Please include the full name, rank, DOD ID, unit assigned mission (JTF, LCC, JS).

(jj) Identify all flagged soldiers by Name, State and reason NLT 241600AUG25.

(ll) All units reference attachment 2 (Draft Attachment 1 Estimates for 25AUG25) and provide data / input on soldier taskings for 25 and 26 AUG25 NLT the JTF OPT on 24AUG25 (1330) to JTF J-3 ████████ ████████████ ████████ ████████ and JTF J3 OP Chat.

(mm) All units provide CONOPs for operations starting 25AUG25 NLT 251500AUG25. Units provide ongoing CONOPs for missions daily, 48 hours prior to

4

~~CUI//LEI~~

**JA735**

~~Confidential - Subject to Protective Order~~

OUI//LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

mission execution. CONOPs are authorized to be by day for low risk mission sets. Any medium or high risk mission set requires a stand-alone CONOP. CONOPs are submitted to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and the JTF OP Chat. Attachment 3 (CONOP Example) is attached as reference, subordinate elements are authorized to use internal / state formats.

(nn) All units reference Attachment 4 (Weekly Sync Matrix) and attachment 5 (DC Area Events) for ongoing events and mission planning inside respective AOs.

(oo) All units maintain AARs and running staff estimates for each respective AO, in anticipation of ▓▓▓▓▓▓▓▓▓▓▓▓▓ Upload AO estimates and AARs at: <u>AO AARs and Notes</u>.

(pp) All TFs be prepared to receive 2-4 photographers from the JIC Command Information Team (CI). Coordinate daily with CI NCOIC to receive assigned photographers. Once received, unit provides transportation, meals, command and control for photographer while assigned. Photographers receive imagery guidance from CI NCOIC. Units send content and story ideas to JIC at ▓▓▓▓▓▓▓▓▓ Point of Contact for this task is: SMSgt ▓▓▓▓▓ or MSG ▓▓▓▓▓ at ▓▓▓▓▓

(qq) All TFs provide one LNO to JTF-DC JOC located at DC Armory between ▓▓▓▓▓▓▓▓▓▓▓ POC is BTL CPTs at ▓▓▓▓▓

## 4. (U) <u>Sustainment.</u>

a. All TF's will now coordinate their charter bus movement with the bus company directly. Input in the <u>movement matrix</u> is live and will be used for JTF J4 staff situational awareness. Points of contact are as follows:

    a. NAME: ▓▓▓▓▓▓
       CELL: ▓▓▓▓▓
       SHIFT: ▓▓▓ HOURS

    b. NAME: ▓▓▓▓▓▓
       CELL: ▓▓▓▓▓
       SHIFT: ▓▓▓ HOURS
    c. NAME: ▓▓▓▓
       CELL: ▓▓▓▓
       SHIFT: ▓▓▓ HOURS

## 5. (U) <u>Command and Signal.</u>

a. Please find revised Attachment 4 to FRAGO 10 JTF DOMOPS METRO SOI CARD 8-22-25.pptx

5

OUI//LEI

**JA736**

Confidential - Subject to Protective Order

DCNG_DEF_00003445

OUU/LEI

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

ACKNOWLEDGE:

DOANE
COL

OFFICIAL:

DCARNG
J3

Annexes:

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.

6

OUU/LEI

**JA737**

Confidential - Subject to Protective Order

DCNG_DEF_00003446

~~OUI//LEI~~

**FRAGO 10 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

7

~~OUI//LEI~~

**JA738**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003447

# Plaintiff's Exhibit 23

## <u>Public Version of Document Sealed Pursuant to Protective Order</u>

JA739

Joint Force Headquarters
District of Columbia National Guard
Washington, DC 20003
12AUG2025

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

**(U) References:**

    a.  Map Series V734S, Sheet: Washington, D.C. Edition: 2-DMA, Washington, D.C. 1:50000

    b.  Executive Order 11485, Supervision and Control of the National Guard of the District of Columbia, 1969

    c.  Executive Order 12656, Assignment of emergency preparedness responsibilities, 1988

    d.  DoD Directive 3025.18, DSCA, 19 March 2018

    e.  DoD Instruction 3025.21, Defense Support of Civilian Law Enforcement Agencies, 08 February 2019

    f.  DoD Directive 5105.83, JFHQ-State, 31 March 2020

    g.  DoD Directive 3160.01, Homeland Defense Activities Conducted by the National Guard, 06 June 2017

    h.  DoD Instruction 3025.20, Defense Support of Special Events, 24 May 2017

    i.  DoD Instruction 3025.21, Defense Support of Civilian Law Enforcement Agencies, 08 February 2019

    j.  DoD Instruction 3025.22, The Use of the National Guard for Defense Support of Civil Authorities, 15 May 2017

    k.  Joint Publication 3-0, Joint Operations

    l.  Joint Publication 5-0, Joint Planning

    m.  Joint Publication 3-28, Defense Support of Civil Authorities, 29 October 2018

    n.  Joint Publication 3-33, Joint Force Headquarters, 19 September 2022

    o.  CNGBI 3000.04, National Guard Bureau Domestic Operations, 24 January 2019

    p.  10 USC § 12310, Reserves: For Organizing, Administering, etc., Reserve Component

Controlled by: DCNG
Controlled by: NGDC-JFHQ-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON    1
POC: COL James Davis, ██████████

CUI//LEI

**JA740**

DCNG_DEF_00000157

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    q.  32 USC § 502, Required Drills and Field Exercises

    r.  D.C. Official Code § 49-101, 102, 103

    s.  E.O. Declaring a Crime Emergency in the District of Columbia, 11 August 2025

    t.  POTUS memo for SecDef, Restoring Law and Order in D.C., 11 August 2025

    u.  Secretary of the Army Action Memorandum 11 August 2025

    v.  HQDA EXORD 290-25 D.C. National Guard in support of Local Law, 11 August 2025

**(U) Time Zone Used Throughout the OPORD:** Local

**(U) Task Organization:**

JFHQ-DC

    a.  (U) Land Component Command (LCC)

        (1) (U) 74th Troop Command

        (2) (U) Medical Detachment Command

        (3) (U) Multi-Agency Augmentation Command

        (4) (U) 260th Regional Training Institute (RTI), Command

        (5) (U) Legal Support Office

        (6) (U) Aviation Command

        (7) (U) Recruiting and Retention Battalion

        (8) (U) Headquarters and Headquarters Detachment, Joint Forces Headquarters, D.C.

    b.  (U) Joint Force Headquarters – Air (JFHQ-Air)

        (1) (U) 113th Wing

            (a) (U) 113th Operations Group

            (b) (U) 113th Maintenance Group

            (c) (U) 113th Mission Support Group

2

CUI//LEI

**JA741**

Confidential - Subject to Protective Order

~~CUI//LEI~~

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE
Make D.C. Safe and Beautiful Mission**

      (d) (U) 113th Medical Group

      (e) (U) Wing Staff Agency

   c. (U) USPFO-DC

   d. (U) 33rd Weapons of Mass Destruction-Civil Support Team (WMD-CST)
   e.

## 1. SITUATION.

   a. **(U) General.** The President of the United States (POTUS) announced on 11 August 2025 his plan to restore the law and order in the District of Columbia (D.C.) due to recent violent criminal activity. POTUS directed the Secretary of Defense (SecDef) to mobilize the DCNG in such numbers as he deems necessary, to address the epidemic of crime in our Nation's capital. The mobilization and duration of duty shall remain in effect until POTUS determines that conditions of law and order have been restored in D.C. On 11 August 2025, DCNG service members (SM) were officially encamped pursuant to Title 32 U.S.C. § 502(f)(2)(A) and tasked to provide National Monument security, area beautification, traffic control points (TCP), and roving patrols.

   b. **Area of Concern.**

      (1) **(U) Area of Interest.** The area of interest is Washington, D.C.

      (2) **(U) Joint Operational Area.** Washington D.C. is the Joint Operational Area (JOA) and is divided into four quadrants of unequal area: Northwest (NW), Northeast (NE), Southeast (SE), and Southwest (SW). Personnel and equipment shall remain within D.C. unless mission parameters dictate otherwise. Operations outside of D.C. will be limited to support activities for the executable mission.

      (3) **(U) Assessment of Terrain.** This terrain is characterized as urban and is punctuated by national monuments, memorials, and federal buildings particularly in the cultural city center in the vicinity of the National Mall. The areas outside of the National Mall consist of businesses, high density and single-family residences, universities, embassies, and other infrastructure and life support systems. The District of Columbia is comprised of 8 Wards, each with a population of between eighty and ninety thousand citizens. The White House and National Mall are within Ward 2, the US Capitol building is in Ward 6. The Anacostia River splits the district within Ward 7 and Ward 8 along the southeast and eastern border. The Potomac River creates the divisional line between D.C. and Virginia along the southwest and western border. Maryland encompasses a land border to D.C. which wraps from the northwest, north, northeast, east, and southeast. Major roadways and throughfares can be found within the city, primarily Interstate 295 which traverses Ward 8 from the south through the northern edge of Ward 7, Interstate 395 and 695 which spans from west to east in Ward 6, and the

3

~~CUI//LEI~~

**JA742**

OUO/LEI

## OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission

George Washington Memorial Parkway which follows the eastern edge of the Potomac River from Ward 2 through Ward 3. Interstate 495, also referred to as the Beltway, circles D.C. and provides access to the city from all avenues of approach. Major thoroughfares become congested during the working week particularly between 0630-0900 HRS and 1530-1900 HRS. Local roadways within the wards are narrow and may be encumbered by local street parking.

c. (OUO) Risk. The Make D.C. Safe and Beautiful Mission presents an opportunity for criminals, violent extremists, issue motivated groups and lone actors to advance their interests, given the prominence of locality, and expected media coverage for the mission. Threat assessments will be constantly updated by interagency partners and transmitted to NG forces via the Threat Working Group (TWG).



(3) (U) Illness/Injury. The risk of personnel illness/injury is low and will most likely be limited to hot weather-related incidents. The severity of loss is low.



4

OUO/LEI

**JA743**

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



e. **Friendly Forces.**

(1) (CUI) **Operational Center of Gravity.** The DCNGs ability to provide a sufficient number of trained and ready personnel available to support law enforcement requirements, ability to receive and integrate those forces, and the ability to provide adequate Command, Control, and Communications of those forces.

(2) **(U) Operations of Forces.** Joint Force Head Quarters District of Columbia (JFHQ-DC) is tasked to support civilian authorities for the Make D.C. Safe and Beautiful mission.

(3) **Federal Agencies.**

a. United States Marshal Service (USMS)

b. United States Park Police (USPP)

c. Metropolitan Police Department (MPD)

(4) **Department of Defense Entities.**

a. Office of the Secretary of Defense (OSD)

b. Office of the Secretary of the Army

c. Department of the Army (DA)

d. National Guard Bureau (NGB)

**2. (U) MISSION.** The DCNG will provide national monument security, area beautification, traffic control points, and roving patrol support to the United States Marshal Service (US Marshalls), USPP, and MPD in Washington, D.C., from 11 August 25 until mission complete IOT restore law and order.

**3. EXECUTION.**

5

CUI//LEI

**JA744**

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

a. **Commander's Intent.**

(1) **(U) Purpose.** Assist and support law enforcement entities in the District of Columbia in order to enable restoration of law and order across the District.

(2) **(U) Key Tasks.** This operation will focus on supporting District law enforcement agencies to increase the capacity for public safety and the protection of life and property.

a. (U) Provide support to law enforcement and deter criminal activity IAW HQDA EXORD 290-25 National Guard in support of Local Law.

b. (U) Conduct JRSOI and subsequent redeployment operations for mission personnel and assets.

c. (U) Provide presence in high visibility areas through static observation points, vehicle patrols, and dismounted patrols.

d. (U) Conduct all logistical operations, including lodging, movement control, and sustainment operations.

(3) **(U) End State.** The DCNG enhances law enforcement efforts to ensure public safety. Following the support missions, D.C. returns to normal operational levels that no longer require active support from National Guard forces. DCNG resources and supporting states (if required) are returned to home stations and appropriately demobilized.

b. **(U) Concept of the Operation.** This operation will be conducted in three phases.

a. (U) Phase 1: Notification and Identification. Begins on 11AUG25 and ends TBD. Key tasks during this phase includes notification; identification of capability and capacity requirements and gaps; and capability build.

b. (CUI) Phase 2: JRSOI. Phase 2 begins on 12AUG25 upon receipt of initial forces to the JOA. This phase ends o/a 13AUG25.

c. (CUI) Phase 3: Execution. Phase 3 begins on 11AUG25 upon employment of initial forces to support D.C. law enforcement and federal partners. This phase begins following Phase 1 and ends upon receipt of mission termination, TBD.

d. (CUI) Phase 4: Reconstitution/Redeployment. Phase 4 begins when TF operations and any emergent requirements have concluded. During this phase all elements will conduct redeployment operations. Phase 4 concludes when all DCNG SMs have returned to home station and begun reconsolidation for future follow-on requirements.

6

CUI//LEI

**JA745**

Confidential - Subject to Protective Order

OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE
Make D.C. Safe and Beautiful Mission

c. **Tasks.**

(1) **Land Component Commander**

a. (CUI) Provide O6 level command team and staff for JTF-DC to provide C3 for DCNG SMs supporting the mission and potential out-of-district (OOD) NG SMs, NLT 13AUG25.

b. (CUI) Establish JTF-DC NLT 13AUG2025.

c. (U) Provide sustainment for all JTF-DC forces.

d. (CUI) Provide 12x SMs in the grade of E7-E9 or O3-O5 to serve as Joint Staff LNO's to partner agencies. Provide names to J3 NLT 13AUG25.

e. (CUI) Provide 2x qualified personnel in the grades of O4-O5 and E8-E9 to serve as Joint Staff J1 and J1 SNCO. Tasked personnel will serve as OIC and NCOIC for Joint Staff J1 and are responsible for daily PERSTAT submissions. Provide names to the J3 NLT 13AUG25.

f. (CUI) Provide 2x NCOs to support Joint Staff J1 to conduct JRSOI CAC-in scans. Provide names to J3 NLT 13AUG25.



h. (CUI) Provide 1x qualified SMs in the grade of E7-E9 to serve as SNCO for JRSOI under the Joint Staff J3.  Provide names to the J3 NLT 13AUG25.

i. (CUI) Provide 2x SMs with operational experience in the grades of O3-O4 so support the Joint Staff J33.  Provide names to the J3 NLT 13AUG25.

j. (CUI) Provide 1x qualified SM in the grade of O3-O4 or E7-E8 to serve as a J4 representative for JRSOI. Provide name to the J3 NLT 13AUG25.

k. (CUI) Provide 1x qualified SM in the grade of O4-O5 to serve as the JTF-DC and Joint Staff J4 (this is a dual-hatted position).  Provide name to the J3 NLT 13AUG25.

l. (CUI) Provide 2x qualified personnel in the grades of O4-O5 and E6-E8 to serve as Joint Staff J5 and J5 NCO. Provide names to the J3 NLT 13AUG25.

7

**JA746**

DCNG_DEF_00000163

CONFIDENTIAL

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

m. (CUI) Provide 1x qualified SM in the grade of O4-O5 to serve as the JTF and Joint Staff J6 (this is a dual-hatted position). Provide name to the J3 NLT 13AUG25.

n. (CUI) Provide 1x qualified SM in the grade of O3-O4 or E5-E7 to support the Joint Staff J6 and provide JRSOI technical support. Provide name to the J3 NLT 13AUG25.

████████████████████████████████████████████████████████

p. (CUI) Provide 1x qualified personnel to serve as the Joint Staff Deputy J8. Provide name to J3 NLT 13AUG25.

q. (CUI) Provide 6x personnel from public affairs to serve in the Joint Information Center (JIC). Provide names to ███████████ at ███████████ or ███████████ NLT 13AUG25.

r. (CUI) Provide 10x qualified SMs in the grades of E3-E6, 1x qualified personnel in the grades of O2-O3, 1x qualified personnel in the grades of E7-E8 to serve under the Joint Staff Joint Operations Center (JOC) as operators. Provide names the JOC Battle Captain, ███████████ at ███████████ NLT 13AUG25.

s. (CUI) Provide 1x JAG to support the Joint Staff. Provide name to the J3 NLT 13AUG25.

t. (CUI) Provide 2x medical personnel to support JRSOI and medical team. Provide names to the J3 NLT 13AUG25.

u. (CUI) Provide 5x SMs in the grade of O3-O4 or E7-E9 to support the Joint Visitor Bureau (JVB). Provide names the Deputy JVB OIC, ███████████ at ███████████ NLT 13AUG25.

v. (CUI) Provide 2x qualified SMs in the grade of O3-O4 to provide SAPR support. Provide name to the J9 (Resiliency Director), ███████████ at ███████████ NLT 13AUG25.

w. (CUI) Provide 1x SM in the grade of E1-E4 to provide support to military and family readiness. Provide name to the J9 (Resiliency Director), ███████████ at ███████████ NLT 13AUG25.

x. (U) Provide 5x SMs in the grade of E8-O6, to support the Religious Support Team. Provide name to the J9 (Resiliency Director), ███████████ at ███████████ NLT 13AUG25.

8

CONFIDENTIAL

**JA747**

Confidential - Subject to Protective Order

OUO//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

y. (CUI) Provide 3x SMs in the minimum grade of E4 to serve as drivers for the mission.  Provide name to the CG XO, ███████████ at ███████████████ NLT 13AUG25.

z. (CUI) Provide 3x SUVs or 7 PAX vehicles to support the Joint Visitors Bureau (JVB), NLT 13AUG25. POC is Deputy JVB OIC, ███████████ at ███████████████

aa. (CUI) Publish Annex E (Personnel) to JFHQ-DC OPORD.

bb. (U) DIRLAUTH with the 113th Wing and JTF-DC

**(2) 113th Wing Commander**

a. (CUI) Provide 100x SMs to support JTF-DC. Provide names to the J3 NLT 13AUG25.

b. (CUI) Provide 1x officer in the grade of O3-O4 to serve as the JRSOI OIC. Provide name to J3 NLT 13AUG25.

c. (CUI) Provide 4x qualified personnel in the grades of O3-O4 and E5-E7 to serve as Joint Staff Deputy J1 and J1 NCOs.  Provide names to J3 NLT 13AUG25.

d. (CUI) Provide 2x NCOs to support Joint Staff J1 to conduct JRSOI CAC scan. Provide names to J3 NLT 13AUG25.

e. (CUI) Provide 1x SM at the minimum grade of E7 to serve as Joint Staff Deputy J4.  Provide name to J3 NLT 13AUG25.

███████████████████████████████████████

g. (CUI) Provide 2x trained personnel in the grade of E4-E6 to support the JOC.  Provide names the JOC Battle Captain, ███████████ at ███████████████ NLT 13AUG25.

h. (CUI) Provide 1x officer to serve as the Joint Staff J8. Provide name to J3 NLT 13AUG25.

i. (CUI) Provide 1x JAG to support JRSOI.  Provide name to J3 NLT 13AUG25.

j. (CUI) Provide 1x SM in the grade of O3-O4 or E7-E9 to support the JVB. Provide name to the J3 NLT 13AUG25.

9

OUO//LEI

**JA748**

Confidential – Subject to Protective Order



**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

k. (CUI) Provide 8x personnel from public affairs to serve in the Joint Information Center (JIC). Provide names to ▓ at ▓, NLT 13AUG25.

l. (CUI) Provide 1x qualified SM in the grade of E6-E7 to provide SAPR support. Provide name to the J9 (Resiliency Director), ▓ at ▓, NLT 13AUG25.

m. (CUI) Provide 1x SM in the grade of E1-E4 to provide support to military and family readiness. Provide name to the J9 (Resiliency Director), ▓ at ▓ NLT 13AUG25.

n. (CUI) Provide 1x SM in the grade of O2-O4 to serve as Deputy J9. Provide name to the J9 (Resiliency Director), ▓ at ▓ NLT 13AUG25.

o. (CUI) Provide 4x SMs in the grade of O4-O5 to support the Religious Support Team. Provide name to the J9 (Resiliency Director) ▓ at ▓ NLT 13AUG25.

p. (CUI) Provide 2x medical personnel to support JRSOI and medical team. Provide name to J3 NLT 13AUG25.

q. (U) DIRLAUTH with the LCC, JTF-DC and OOD Force Commands and Staffs authorized.

**(3) JTF-DC Commander**

a. (CUI) NLT 13AUG25 establish the JTF with an O6 level command team and staff.

b. (CUI) NLT 13AUG25, task organize the JTF to execute DCNG lines of efforts IAW the approved RFA.

c. (CUI) NLT 13AUG25, provide CONOPS back brief to the DCNG Commanding General and the Adjutant General for situational awareness.

d. (CUI) Establish Liaison Officer representation with the following entities to maintain lines of communication and to conduct operational coordination for the duration of operation with the USPP, MPD, and DCNG JOC.

10

**JA749**

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



(4) JFHQ-DC

(a) J-1

1. (U) Support TF-JRSOI operations during all phases of the operation.

2. (U) Ensure NGB PERSTAT reporting is accomplished daily via NGB COP.

3. (U) Participate in CUB as required.

4. (U) DIRLAUTH with NGB, Federal and District partners, and supporting NG States authorized.

(b) J-2

1. (U) Support TF-JRSOI operations during all phases of the mission.

2. (U) Provide intelligence oversight guidance during all phases of the mission.

4. (U) Supervise total force compliance of Personnel Security (PERSEC) requirements during the mission.

5. (U) Review CG's CCIRs in conjunction with the J3 and recommend revision as necessary to support mission requirements.

6. (U) Publish Annex B to JFHQ-DC OPORD.

7. (U) DIRLAUTH with NGB, Federal and District partners.

(c) J-3

1. (CUI) Coordinate with MPD, USPP, USMS and other agencies as missions emerge. J3-DOMS is primary staff member responsible for the coordinating with all supporting agencies.

11

**JA750**

Confidential - Subject to Protective Order

DCNG_DEF_00000167

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

2. (CUI) Submit RFA mission analysis and CG memo to the Department of the Army G3/5/7 NLT 48 hours after receipt of the RFA.

3. (U) Coordinate Deputization of forces at JRSOI with the U.S. Marshal Service.

4. (

5. (U) Collect all relevant TWG summaries during all phases of the operation; provide timely TWG updates to all forces as required.

6. Coordinate and oversee JRSOI in conjunction with personnel from 113th Air Wing. Coordinate redeployment operations.

7. (U) Receive and integrate external organizational LNOs into the JFHQ Staff.

8. (U) Provide situational awareness to CG and outside agencies as required.

9. (U) Respond to all request for information (RFIs) and requests for forces (RFF) in a timely fashion.

10. (U) Publish battle rhythm for JOC and CG update briefing during Phase 2.

11. (CUI) Publish Annex C and R to JFHQ-DC OPORD.

12. (U) DIRLAUTH with NGB, Federal and District partners, and supporting NG States authorized.

**(d) J-4**

1. (U) Identify and validate sustainment requirements for all phases of the operation.

2. (U) Coordinate with NGB, DCNG USPFO, and 113th Wing for all contracting requirements to include but not exclusive to lodging, sustenance, transportation, and associated MOU/MOAs.

3. (CUI) Publish Annex D. Publish Sustainment Support Plan as Appendices to Annex D (Logistics) to JFHQ-DC OPORD.

CUI//LEI

**JA751**

Confidential - Subject to Protective Order

DCNG_DEF_00000168

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

4. (U) DIRLAUTH with NGB, JTF-NCR, Federal and District partners, and supporting NG States (if authorized through NGB).

**(e) J-6**

1. (U) Develop communications plan to provide support to maintain lines of communication between the JFHQ-DC JOC and JTF-DC forces.

2. (U) Establish Frequency / Communication card.

3. (U) Conduct communications training / radio ROE for all JTF personnel.

4. (U) DIRLAUTH with NGB, Federal and District partners, and supporting NG States authorized.

5. (CUI) Publish phone directory of all key JFHQ-DC and JTF-DC personnel by location as part of Annex K (Communications) to JFHQ-DC OPORD.

**(f) Public Affairs / JIC**

1. (U) Establish and maintain liaison with DCHSEMA JIC.

2. (U) Provide 1x SM to support JRSOI activities.

3. (U) Market news and feature stories to external media outlets.

4. (U) Prepare for and conduct news conferences and interviews when directed.

5. (U) Train senior leaders E-7 and above to properly conduct news conferences and interviews.

6. (U) Ensure all media information and activities are cleared by the J-3 for security purposes before release.

7. (U) Publish JFHQ-DC Communications Plan.

8. (CUI) Coordinate and execute Media Training with CG DCNG, TAG, and JTF-DC Commander in coordination with NGB/PA.

9. (U) Participate in CAT as required.

10. (CUI) Prepare Annex F to JFHQ-DC OPORD.

13

CUI//LEI

**JA752**

Confidential - Subject to Protective Order

~~CUI//LEI~~

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

11. (U) DIRLAUTH with DA, NGB, Federal and District partners, and supporting NG States authorized.

### (g) Staff Judge Advocate

1. (U) Provide required legal training and familiarization to all JTF personnel and support TF-JRSOI operations during all phases of the operation.

2. (U) Participate in CAT as required.

3. (U) FOIA – disseminate required information to ensure appropriate records are kept for any FOIA request, coordinate and action FOIA requests as needed.

4. (▒▒▒) Publish Annex G to JFHQ-DC OPORD.

5. (U) DIRLAUTH with DA, NGB, Federal and District partners, and supporting NG States if authorized.

### (h) USPFO

1. (U) Oversee spending of all federal funds for the mission.
2. (U) Coordinate with J4 to establish contracts for logistical support.

3. (U) Participate in CAT as required.

4. (U) Provide contracting POC IAW J3 instructions.

5. (U) Provide guidance for and assist with capturing reimbursable costs as part of AAR.

### d. Coordinating Instructions

(1) (U) This OPORD is effective upon receipt.

(C

(2) (U) Uniform: Directed to wear OCP, patrol pap, Protective Vest. Face mask/coverings will not be worn. Weapons will not be carried but will be available. No riot gear (No Batons, etc.).

(3) (▒▒▒) The JIC is the sole approval and release authority for all Make D.C. Safe and Beautiful imagery. JTF-DC and subordinate task force public affairs (PA) elements must submit all imagery for review, approval and release by the JIC, and shall not agree to or conduct any media engagements without prior review and approval from the JIC.

14

~~CUI//LEI~~

**JA753**

~~Confidential - Subject to Protective Order~~

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(4) ~~(CUI)~~ NSSE Transportation / Traffic subcommittee requests that all vehicle blocking positions, all vehicles required to have properly licensed driver and assistant driver. Soldiers to remain at vehicle for duration of mission. Soldiers required to have NBC Pro mask in vehicle.

(5) Submit AAR comments to JFHQ-DC J5/7 NLT End of Mission, TBD (48 hours following mission redeployment)

(6) ~~(CUI)~~ Deputization within the boundaries of Washington D.C. requires verification of US Citizenship status.

(7) ~~(CUI)~~ Commander's Critical Information Requirements (CCIRs). Standing CCIRs are in effect and applicable to all NG forces assigned to DCNG in support of The Make D.C. Safe and Beautiful Mission.

(8) (U) Priority Information Requirements (PIR).

 a. (U) Specific and credible threats to the Make D.C. Safe and Beautiful Mission.

 b. (U) Indications of significant threats that impact the Make D.C. Safe and Beautiful Mission.

 c. (U) Indications of reports of civil unrest within the JOA.

(9) (U) Friendly Forces Information Requirements (FFIRs).

 a. (U) Any use of force by NG SMs.

 b. (U) All breaches of RUF or ROC by NG SMs.

 c. (U) Loss of any COMSEC device or COMSEC security comprise.

 d. (U) RFAs from supported agencies.

e. **(U) Rules for the Use of Force (RUF) and Rules of Conduct (ROC).** Reference RUF/ROC briefing provided during JRSOI and published to MS Teams.

f. **(U) Risk Reduction Control Measures.**

(1) (U) All vehicle operators will maintain a valid license on the vehicles they operate. All personnel in a moving tactical vehicle will wear helmets.

(2) (U) Personnel assigned to JTF-DC must have completed annual hot weather training and force protection training.

15

CUI//LEI

**JA754**

Confidential - Subject to Protective Order

CUI//LEI

**OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

g. **(U) Environmental Considerations.** Leaders will identify hazards to NG elements and the local population. Units will not conduct operations in an area of known danger to the health of NG elements without the approval of the JTF-DC Commander.

h. **Reporting Requirements**

(1) (U) Reference Annex R for reporting requirements - TBP.

i. **Key Locations**

**4. ADMINISTRATION AND LOGISTICS**

a. **Sustainment.** Refer to Annex D.

b. **Logistics.** Refer to Annex D.

c. **Public Affairs.** Refer to Annex F.

d. **Health Services Support.** Refer to Annex Q.

**5. COMMAND AND CONTROL**

a. **Command.**

(1) **Command Relationships.** Refer to Annex A

(2) **Command Posts**

a. (U) JFHQ-DCNG will be located at the D.C. National Guard Armory, 2001 East Capitol Street, S.E., Washington, D.C.

(3) **(U) Succession of Command for this Operation.**

a. Commanding General
b. The Adjutant General – Vacant, TBD
c. The Director of the Joint Staff
d. CDR JTF-DC
e. 113th Wing Commander

16

CUI//LEI

**JA755**

Confidential – Subject to Protective Order

DCNG_DEF_00000172

~~CUI//LEI~~

OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO THE
Make D.C. Safe and Beautiful Mission

b. (U) Command, Control, Communications, and Computer (C4) Systems.
Refer to Annex K.


ACKNOWLEDGE:


//SIGNED//
JOHN C. CAMPO
BRIGADIER GENERAL, USAF
DIRECTOR, JOINT STAFF


OFFICIAL:

█████████
COL, DCNG
J-3

Annex A TASK ORG - TBP
Annex C OPERATIONS – TBP
Annex D LOGISTICS - TBP
Annex E PERSONNEL- TBP
Annex F PUBLIC AFFAIRS- TBP
Annex G CIVIL/MILITARY OPERATIONS (JAG/LEGAL) - TBP
Annex K COMMAND, CONTROL, COMMUNICATIONS, AND COMPUTER (C4)
SYSTEMS- TBP
Annex Q – HEALTH SERVICES- TBP
Annex R - REPORTS

17

~~CUI//LEI~~

**JA756**

Confidential - Subject to Protective Order

DCNG_DEF_00000173

# Plaintiff's Exhibit 25

## Public Version of Document Sealed
## Pursuant to Protective Order

JA757

~~CUI//EI~~

Joint Force Headquarters
District of Columbia National Guard
Washington, DC 20003
22AUG2025

**FRAGO 11 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL**

**(U) References:**

a. **(ADD)** (U) SecDef Arming Guidance

**(U) Time Zone Used Throughout the OPORD:** Local.

**(U) Task Organization:** NO CHANGE.

**1. ~~(CUI)~~ SITUATION.** NO CHANGE.

**2. (U) MISSION.** NO CHANGE.

**3. (CUI) EXECUTION.**

a. **(U) Commander's Intent.**

**(1) (ADD) (U)** This FRAGO outlines arming guidance for Make D.C. Safe and Beautiful operations. On 20 Aug 25 the Secretary of Defense (SecDef) approved a change in arming posture, for the DCNG, subordinate and assigned forces. All service members will be armed with their service-issued weapon ISO Law Enforcement missions for the duration of the mission.

b. **(ADD) (U) Concept of the Operation.**

a. Phase 1: <u>Notification.</u> Phase 1 began on 20 August with SecDef approved change to the arming posture and ends TBD.

Controlled by: DCNG
Controlled by: NGDC-JFHQ-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: COL █████████

**JA758**

~~Confidential - Subject to Protective Order~~

~~CUI/LEI~~

**FRAGO 11 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL**

    **b.** Phase 2: <u>Integration and Deputation.</u> Phase 2 beings on 22 Aug 25 and ends o/a 24 Aug 25. From 22-24 Aug, the United States Marshals Service (USMS) will deputize select servicemembers to be armed for law enforcement support missions once enhanced posture has been approved by Department of Justice.

    **c. (U) Tasks.**

      **(1) (ADD) (U) Task Force Support.**

        **a. (ADD) (U)** TF Support will provide an excel document with all service members who require deputation by USMS upon request. This document must explicitly state whether a servicemember is flagged and their qualification status on their assigned weapons system. This excel document must be validated by the commander for accuracy on flag status and qualification.

        **b. (ADD) (U)** Be prepared to execute weapons and ammunitions draw for forces conducting law enforcement (LE) support missions.

      **(2) (U) 113th Wing Commander.**

        **a. (ADD) (U)** Be prepared to support all requirements, regulations, policy, and directives involving the arming of forces, as part of this operation.

        **b. (ADD) (U)** Provide all necessary personnel, equipment, and sustainment to conduct base operations at ███████████████████████████ The POC for this action is Colonel Thomas Conley at: ███████████

      **(3) (U) JTF-DC Commander.**

        **a. (ADD) (U)** JTF-DC will provide an excel document upon request with all service members who require deputation by USMS. This document must explicitly state whether a servicemember is flagged and their qualification status on their assigned weapons system. This excel document must be validated by the commander for accuracy on flag status and qualification.

        **b. (ADD) (U)** JTF-DC will provide the location, time, and number of servicemembers who require deputation to ███████████ JS J-3 DOMS, at ███████████████

        **c. (ADD) (U)** Be prepared to execute weapons and ammunitions draw for forces conducting law enforcement support missions.

**JA759**

~~Confidential - Subject to Protective Order~~

OUI/LEI

**FRAGO 11 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL**

d. **(ADD) (U)** All personnel performing duties in support of civilian law enforcement will be armed with their service-issued weapon ISO Law Enforcement agencies (LEA) for the duration of the mission. Weapon status implemented will be Amber.

(4) **(U) TF CBRN.** NO CHANGE.

(5) **(U) JFHQ-DC.**

a. **(ADD) (U)** JS J-3 DOMS will coordinate with USMS to deputize personnel as determined by the needs of JTF-DC. Refer to Staff tasking, below, for additional guidance.

(6) **(U) Supporting States.** NO CHANGE.

(7) **(U) Staff.**

a. **(ADD) (U)** In coordination with JTF-DC, the following staffs (G1, J1, Joint Staff, J3 DOMS) will coordinate with USMS to deputize all service members.

b. **(ADD) (U)** J1 will provide an excel document with all service members who require deputation by USMS to the Joint Staff, J3 DOMS. This document must explicitly state whether a servicemember is flagged and their qualification status on their assigned weapons system. This excel document must be validated by the commander for accuracy on flag status and qualification.

c. **(ADD)** (U) Provide a legal brief with updated RUF/ROE to accommodate new arming posture and guidance.

d. **(U) Coordinating Instructions.**

(1) (███) For deployment and redeployment, all supporting states will report departure and arrival status to the DCNG JOC at ███████████ or ███████

(2) **(U)** JFHQ-DC will oversee synchronization of JRSOI operations and ensure coordination between DCNG J-Staff, LCC, JTF-DC, and inbound units. POC is ███ a ███████ or at ███████

**JA760**

~~CUI/LEI~~

**FRAGO 11 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL**

(3) ▓▓▓▓ All units must report arrival status to the JRSOI cell NLT one (1) hour prior to scheduled reception brief. POC is ▓▓▓▓▓▓▓▓ at ▓▓▓▓▓▓ or at ▓▓▓▓▓▓▓▓▓

(4) (ADD) (U) If a servicemember has not processed through JRSOI, an abbreviated JRSOI will be conducted daily at 1300, by tasked WVNG servicemembers. JRSOI staff will coordinate with J1 for CAC-in and be prepared to brief the slide deck. For any RFIs pertaining to the JRSOI brief, SMs will be directed to the appropriate staff, on shift.

(5) (U) Out-of-district forces will not bring ammunition. All ammunition requirements will be met by DCNG.

(6) (ADD) (U) **Amber status** is categorized as (1) service member issued weapon on safe, (2) magazine inserted in weapon, (3) no round in the chamber. Service members performing LE duties will maintain Amber status until further notice.

**4. (U) ADMINISTRATION AND LOGISTICS.** NO CHANGE.

**5. (U) COMMAND AND CONTROL.** NO CHANGE.

**ACKNOWLEDGE:**

//SIGNED//
**JOHN J. CAMPO
BRIGADIER GENERAL, USAF
DIRECTOR, JOINT STAFF**

**OFFICIAL:**
▓▓▓▓▓▓▓
COL, DCNG
J-3

**JA761**

~~Confidential - Subject to Protective Order~~

# Plaintiff's Exhibit 26

**JA762**



# HQDA EXORD 290-25 D.C. NATIONAL GUARD IN SUPPORT OF LOCAL LAW

**Originator:** DA WASHINGTON DC

**TOR:** 08/11/2025 23:56:39

**DTG:** 111351Z Aug 25

**Prec:** Priority

**DAC:** General

**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USAREUR-AF WIESBADEN GE, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA, CDRUSAREC FT KNOX KY, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

```
PAAUZYUW RUEADWD0814 2232356-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU ZUI RJEWMCM4281 2232356
P 111351Z AUG 25
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUIAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
```



**JA763**

Confidential- Subject to Protective Order

CUI

PAGE 2 OF 5

RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUEPINM/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUEPINF/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA
RUIAAAA/CDRUSAREC FT KNOX KY
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUEPHII/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUEAUSA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/HQDA EXORD 290-25 D.C. NATIONAL GUARD IN SUPPORT OF LOCAL LAW
ENFORCEMENT
CUI//
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC QIANA HARDER 703-692-2964

SUBJECT: (U) HQDA EXORD 290-25 D.C. NATIONAL GUARD IN SUPPORT OF
LOCAL
LAW ENFORCEMENT//

(U) REFERENCES:

CUI

**JA764**

Confidential - Subject to Protective Order

CUI

PAGE 3 OF 5

REF//A/ (U) EXECUTIVE ORDER: DECLARING A CRIME EMERGENCY IN THE
DISTRICT OF COLUMBIA, 11 AUG 2025//
REF//B/ (U) SECRETARY OF THE ARMY ACTION MEMORANDUM 11 AUG 2025//
REF//C/ (U) ARMY SUPPORT TO D.C. NATIONAL GUARD CONDITIONS CHECK 08
AUG 25//

NARR// (U) THE ABOVE REFERENCES PROVIDE AUTHORITY, GUIDANCE, AND
ADDITIONAL PROCEDURES NEEDED TO RESTORE PUBLIC ORDER AND SAFETY IN
THE
DISTRICT OF COLUMBIA.


1. (U) SITUATION.

1.A. (U) THE PRESIDENT OF THE UNITED STATES IS COMMITTED TO ENSURING
THE SAFETY AND SECURITY OF UNITED STATES CITIZENS WHO LIVE IN AND
VISIT OUR NATION'S CAPITAL. THE SECRETARY OF THE ARMY HAS ORDERED THE
DISTRICT OF COLUMBIA (D.C.) NATIONAL GUARD TO SUPPORT THE DISTRICT OF
COLUMBIA IN PROTECTION OF FEDERAL BUILDINGS, NATIONAL MONUMENTS, AND
OTHER FEDERAL PROPERTIES.

2. (U) MISSION. EFFECTIVE IMMEDIATELY, D.C. NATIONAL GUARD (DCNG)
SUPPORTS LAW ENFORCEMENT ENTITIES IN THE DISTRICT OF COLUMBIA IN
ORDER
TO ENABLE THE RESTORATION OF LAW AND ORDER ACROSS THE DISTRICT.

3. (U) EXECUTION.

3.A. (U) INTENT. TO PROVIDE A VISIBLE CRIME DETERRENT TO INCREASE
SAFETY ACROSS THE DISTRICT.

3.A.1. (U) KEY TASKS.

3.A.1.A. (U) PROVIDE SUPPORT TO LAW ENFORCEMENT.

3.A.1.B. (U) DETER CRIMINAL ACTIVITY.

3.A.1.C. (U) PROVIDE A PRESENCE IN HIGH VISIBILITY AREAS THROUGH
STATIC OBSERVATION POINTS, VEHICLE PATROLS, AND DISMOUNTED PATROLS.

3.A.2. (U) END STATE. CRIMINAL ACTIVITY DETERRED AND LOCAL LAW
ENFORCEMENT ENTITIES BETTER ENABLED TO PROVIDE SAFE AND SECURE
ENVIRONMENT FOR THE D.C. METRO AREA.

3.B. (U) CONCEPT OF OPERATION. THIS OPERATION WILL BE CONDUCTED IN
THREE PHASES:

3.B.1. (U) PHASE 1-NOTIFICATION AND IDENTIFICATION. BEGINS ON 11
AUGUST 2025 AND ENDS TBD. KEY TASKS DURING THIS PHASE INCLUDE
NOTIFICATION; IDENTIFICATION OF CAPABILITY AND CAPACITY REQUIREMENTS
AND GAPS; AND CAPABILITY BUILD.

3.B.2. (U) PHASE 2-JRSOI. THIS PHASE BEGINS UPON COMPLETION OF PHASE
1 AND ENDS TBD.

3.B.3. (U) PHASE 3-SUPPORT TO D.C. LAW ENFORCEMENT AND FEDERAL
PARTNERS. THIS PHASE BEGINS UPON COMPLETION OF PHASE 2 AND ENDS TBD.


3.C. (U) TASKS TO ARMY STAFF, SUBORDINATE UNITS AND REQUESTS FOR
SUPPORT.

CUI

**JA765**

Confidential - Subject to Protective Order

DCNG_DEF_00000176

CUI

PAGE 4 OF 5

3.C.1. (U) CHIEF, NATIONAL GUARD BUREAU (NGB).

3.C.1.A. (U) PROVIDE ACTIVATION WARNO TO THE FOLLOWING STATE ADJUTANT
GENERALS FOR SUPPORT TO DCNG: VA, SC, AL, OH, TN, VT, KY.

3.C.2. (U) COMMANDER, D.C. NATIONAL GUARD.

3.C.2.A. (U) PROVIDE SUPPORT REQUIREMENTS TO NGB AND SECRETARY OF THE
ARMY NLT 18 AUGUST 2025.

3.C.2.B. (U) PROVIDE A SITREP WITH PERSONNEL NUMBERS AND NUMBERS AND
LOCATIONS OF SITES COVERED EVERY 24 HOURS TO THE ARMY WATCH
███████████████████████████████████ COORDINATE THESE
ACTIVITIES THROUGH LOCAL LAW ENFORCEMENT AS APPROPRIATE.

3.C.2.C. (U) PROVIDE MOBILE QRF ABLE TO RESPOND TO INCIDENTS ACROSS
THE DISTRICT.

3.C.2.D. (U) REPORT INCIDENTS OF POSITIVE SOLDIER ACTIVITY TO
HQDA-OD
DOMS.

3.C.2.E. (U) COORDINATE FOR PUBLIC AFFAIRS SUPPORT / STRATEGIC
COMMUNICATIONS REQUIREMENTS THROUGH OCPA TO OSD PA.

3.C.2.F. (U) REPORT STATUS OF PERSONAL PROTECTIVE EQUIPMENT,
VEHICLES, AND SUPPORT REQUIREMENTS TO HQDA DAMO-OD DOMS.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. (U) THROUGHOUT THE PHASES, DEPUTY DIRECTOR, DAMO-OD WILL
SYNCHRONIZE GO LEVEL PROGRESS WITH NGB, ARNG, AND DCNG. COMMANDERS
WILL ENSURE APPROPRIATE PLANNING AND STANDARD OPERATING PROCEDURES
ARE
BEING IMPLEMENTED TO EFFECTIVELY UTILIZE FORCES.

3.D.2. (U) TIMELINE.

3.D.2.A. (U) MISSION ANALYSIS IPR#1 - TBD.

3.D.2.B. (U) COA DEVELOPMENT IPR#2 - TBD.

3.D.2.C. (U) PROVIDE MA BRIEF TO CSA IPR#3 - TBD.

3.D.3. (U) UNIFORM: DIRECTED TO WEAR OCP, PATROL CAP, PROTECTIVE
VEST. FACE MASK / COVERINGS WILL NOT BE WORN. WEAPONS WILL NOT BE
CARRIED BUT WILL BE AVAILABLE. NO RIOT GEAR (NO BATONS, ETC.).

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) POC THIS MESSAGE: DEPUTY DIRECTOR, DAMO-OD, BG ERIC J.
RILEY; EMAIL: ███████████████████████████

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS: 01 OCTOBER 2026,
UNLESS FORMALLY RESCINDED OR SUSPENDED.

ATTACHMENTS: NONE.

CUI

**JA766**

Confidential - Subject to Protective Order



PAGE 5 OF 5

BT
#0814

NNNN
Received from AUTODIN 112356Z Aug 25

Confidential - Subject to Protective Order

DCNG_DEF_00000178

# Plaintiff's Exhibit 30

## Excerpts of Public Version of Document Sealed Pursuant to Protective Order

JA768





U.S. Soldiers with the South Carolina Army National Guard patrol Dupont Circle in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Tech. Sgt. Missy Sterling)



U.S. Soldiers assigned to the West Virginia National Guard recite the oath to become deputized to support to Joint Task Force – District of Columbia at Joint Base Anacostia-Bolling Aug. 25. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work, and visit the District. (U.S. Army photo by Master Sgt. Whitney Hughes)



A U.S. Soldier with the South Carolina Army National Guard stands guard at the Dupont Metro Station in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful missionTask Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Tech. Sgt. Missy Sterling)



U.S. Army Maj. Eric Cheatham, assigned to the Tennessee Army National Guard speaks with local authorities in Washington, D.C., Aug. 24, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission, providing critical support to the D.C. Metropolitan Police Department to ensure the safety of all who live, work, and visit the District. (U.S. Army National Guard photo by Sgt. Kalina Hyche)

JA769







U.S. Soldiers assigned to the Army National Guard return to Joint Base Anacostia-Bolling after their shift patrolling Metro Center in Washington, D.C., Aug 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work, and visit the District. (U.S. Army photo by Sgt. Ian Doyle)



U.S. Soldiers with the 112th Military Police Battalion, Mississippi National Guard, take a group photo at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Washington D.C., Aug. 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Army National Guard photo by Sgt. 1st Class Jonathan Slade)



U.S. Army Sgt. Shadoe Anderson, right, assigned to the Tennessee Army National Guard, speaks with a member from the D.C. Homeland Security Emergency Management Agency in Washington, D.C., Aug. 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Army National Guard photo by Sgt. Kalina Hyche)



U.S. Soldiers with the South Carolina Army National Guard patrol the Washington Metro's Dupont Station in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)

BE ALL YOU CAN BE

DCNG_DEF_00003731

**U.S. ARMY**
HQDA | DCS | G-3/5/7



U.S. Soldiers with the 642nd Quartermaster Detachment, District of Columbia Army National Guard, prepare meals for troops at Logistical Support Area Lincoln on Joint Base Anacostia-Bolling, Aug. 27, 2025. The dining facility supports hundreds of service members supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Army photo by Spc. Carrol Walter Hughes IV)



U.S. Soldiers with the Tennessee Army National Guard engage with local partners at the Walter E. Washington Convention Center, Washington D.C., Aug. 27, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)



U.S. Army Sgt. Anders Haimbach, left, a unit supply specialist with Task Force Arsenal, South Carolina National Guard, assists with issuing weapons at Logistical Support Area Lincoln, Aug. 27, 2025. The controlled site provides secure access to equipment for service members supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Army photo by Spc. Carrol Walter Hughes IV)



U.S. Soldiers with the Tennessee Army National Guard patrol the perimeter of Walter E. Washington Convention Center, Washington D.C., Aug. 27, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)

Confidential - Subject to Protective Order

BE ALL YOU CAN BE

DCNG_DEF_00003733

JA771

Case 1:25-cv-02005-JMC   Document 83-1   Filed 10/31/25   Page 76 of 112

## U.S. ARMY
HQDA | DCS | G-3/5/7





U.S. Army Maj. Gen. Ronald Burkett, center right, Director of Operations, National Guard Bureau, shakes hands with a Soldier assigned to the 113th Military Police Battalion, Mississippi National Guard at Joint Base Anacostia-Bolling, Washington, D.C., Aug. 28, 2025.



U.S. Soldiers assigned to the Tennessee Army National Guard, prepare to provide critical site security for civil authorities in Washington, D.C., Aug. 27, 2025.



U.S. Soldiers, assigned to the Tennessee Army National Guard, provide critical site security for civil authorities in Washington, D.C., Aug. 27, 2025.



U.S. Air Force Brig. Gen. Peter Zalewski, left, director, Office of the Joint Chaplain, and U.S. Army Col. Vincent Cummings, State Command Chaplain, District of Columbia National Guard, conduct a field circulation at Joint Base Anacostia-Bolling, Washington, D.C., Aug. 26, 2025.

**BE ALL YOU CAN BE**

# Plaintiff's Exhibit 32

## Public Version of Document Sealed
## Pursuant to Protective Order

## RULES OF CONDUCT (ROC)

1. Using cell phones or other personal media devices while on duty and in public view is prohibited, unless authorized by your command.
2. Always present a neat military appearance and be a credit to your unit, state, and the NG.
3. Do not violate operations security.
4. Do not damage civilian property unless reasonably necessary to perform your assignment.
5. Always be courteous and respectful to members of the public.

JA774

**You will be judged by how you ACTED!**

**Assess** your surroundings.

**Communicate** with law enforcement/CoC.

**Train** on the RUF/ROC and PAO guidance.

**Exercise** good judgment, and avoid unnecessary engagements with the public.

**Detect** and report any suspicious activity to law enforcement and your CoC.

**Have question? Ask a JAG.**

**Scan the QR code here to connect with a JA.**



## TRIAL DEFENSE SERVICES (TDS)

TDS provides conflict-free legal services to those facing adverse criminal or administrative actions at no cost to the Servicemember.

**To request assistance, scan the QR code or click the link below.**
A paralegal will reach out to you in 1-2 business days.

https://forms.osi.apps.mil/r/hstWwfHKJT

Confidential - Subject to Protective Order

# DISTRICT OF COLUMBIA NATIONAL GUARD



## RULES FOR THE USE OF FORCE (RUF) & RULES OF CONDUCT (ROC)

NAME _____

DATE _____

DCNG-RUF supersedes all other RUF.

Case 1:25-cv-03005-JMC    Document 83-1    Filed 10/31/25    Page 79 of 112

DCNG_DEF_00000179

## GENERAL CONSIDERATIONS

- This is a civilian support mission in our Nation's Capital. The civilian law enforcement agency (LEA) is the lead.

- You are authorized to use force for mission accomplishment, self-defense or to defend others. Use of force should, whenever possible, be coordinated with the supported LEA.

- If the use of force is necessary, you must consider the Force Continuum and use only the minimum (objectively reasonable, proportional) Level of Force.

- You are not required to exhaust each Level of Force before using a proportional Level of Force to the threat. You should immediately utilize the Level of Force (objectively reasonable, proportional) based on the totality of circumstances.

- At all times, Servicemembers must remember to represent Army/Air Force Values, always adhering to Rules of Conduct (ROC).

## RULES FOR THE USE OF FORCE (RUF)

You NEVER lose the right to self-defense or defense of others. If confronted with force, may use the minimum (**Objectively Reasonable, Proportional**) force necessary for mission accomplishment, self-defense, or defense of others.

- If time and circumstances permit, attempt to de-escalate the situation (request law enforcement assistance).
- NEVER respond solely to verbal threats.
- NEVER provoke.

**Deadly Force -** ONLY use in response to a REASONABLE belief of an IMMINENT threat of SERIOUS BODILY INJURY or DEATH to self or others and when lesser means are exhausted or unavailable.

- Three factors **MUST** accompany deadly force:
  - Aggressor must have **ABILITY** to do the harm
  - Aggressor must have **OPPORTUNITY** to harm
  - You must reasonably be in **JEOPARDY**

- NEVER use deadly force to:
  - Protect **PROPERTY**
  - Effect temporary **DETENTION**
  - Stop a **FLEEING** suspect

## FORCE CONTINUUM - ESCALATION OF FORCE

The Force Continuum is used to assess the appropriate level of force to apply in a given situation. You are not required to exhaust each Level of Force before using a proportional Level of Force to the threat. You may immediately utilize the minimum Level of Force (objectively reasonable, proportional) under the totality of circumstances.

**Level 1 - Presence of the Military:** the appearance of properly equipped and well-disciplined JTF personnel.
**Level 2 - Verbal Commands:** firmly order persons to comply with your direction.
**Level 3 - Soft Hands:** open-handed pushing back or grabbing and redirecting a physically aggressive civilian to a "prone position" on the ground (guide, hold, restrain).
**Level 4 - Non-lethal Weapons (when authorized):** OC spray, electronic restraint device (Taser).
**Level 5 - Hard Hands & Impact Weapons (when authorized):** non-deadly physical force (striking or restraining), baton/ASP.
**Level 6 - Deadly Force** Only in response to a reasonable belief of an imminent threat of serious bodily harm or death and lesser means are exhausted or inadequate to proportionally respond to the threat.

## STEPS TO TAKE IF FORCE IS USED

1. Secure area.
2. Administer first aid as necessary.
3. Contact civilian law enforcement.
4. Provide Status Report (personnel, supplies, situation, and location).
5. Record witness names and contact information.
6. Make Serious Incident Report (SIR) flash and detailed.
7. Do not make statements other than to chain of command, military investigators, or law enforcement.

## OTHER CONSIDERATIONS

- You MUST be U.S. Citizens and not subject to Lautenberg restrictions (domestic violence conviction).

- Federal Tort Claims Act (FTCA) may protect you from personal liability.

- Line of Duty (LOD) may allow medical coverage; must act within course and scope of duty.

## MISSION

Effective immediately, the D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia in order to enable the restoration of law and order across the District.

## UNAUTHORIZED MISSIONS

- No arrests. (May temporarily detain only if necessary to protect yourself and others from imminent threat of bodily harm. Transfer to the police or appropriate civilian law enforcement ASAP.)

- No Intelligence gathering, or taking of pictures of U.S. persons

- No, Hostage Negotiations

- No Barricaded Suspect Extraction

## ARMED MISSIONS

- Weapons should, as a rule, only be used in self-defense and defense of others.
- Fire only aimed shots.
- Aim for center of mass.
- Shoot to stop.
- Cease fire when deadly force is no longer reasonable.
- Do not fire warning shots.
- Must be trained and qualified on military weapon.
- No privately-owned weapons, ammo, expanding rounds, blanks.
- Use of a firearm is always deadly force.

## CHANGES TO RUF/ROC

The RUF/ROC shall not be changed without approval of the Secretary of Defense, with consultation from the U.S. Department of Justice.

Confidential - Subject to Protective Order

JA775

# Plaintiff's Exhibit 33

Copy __ of __ copies
DCNG Armory,
Washington, DC
011700OCT25

**FRAGO 48 to OPORD 13-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. ~~(CUI)~~ **Situation**. (NO CHANGE)

2. (U) **Mission**. (NO CHANGE)

3. (U) **Execution**.

    a. (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372$^d$ Military Police Battalion)

                1. Provide names for the M17 qualification manifest NLT ▮▮▮▮▮ for OHARNG personnel shooting on ▮▮▮▮▮▮ on the link below. ▮▮▮▮▮▮▮▮▮▮

                2. Provide ▮ M17 SME's to support range Operations ▮▮▮▮▮ at ▮▮▮▮▮ POC is ▮▮▮▮▮ at ▮▮▮▮▮

            (b) TF Mountaineer (WVNG)

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
POC: ▮▮▮▮▮

1

~~CUI//LEI~~

**JA777**

~~CUI//LEI~~

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

    1. BPT provide names/numbers for M17 qualification for ████ M17 ranges. ████████████████████

    2. Coordinate with TF Yellow Hammer for operations in ████████ ████ IOT enable TF MTNR qualification efforts.

    (c) TF Magnolia (MSNG) (NO CHANGE)

    (d) TF Bulldawg (GANG) (NO CHANGE)

    1. Provide names for the M17 qualification manifest for personnel shooting LEWTQ████████ at the link below. ████████████████████

    (e) TF Yellow Hammer (ALNG)

    (1) Coordinate with TF Mountaineer for operations in ████████ and for phase in approach to operations from ████████

    (2) (U) Direct Reporting Units.

    (e) (U) HHC, 74th Troop Command. (NO CHANGE)

    (f) (U) 715th Public Affairs Detachment. (NO CHANGE)

    (3) (U) Tasks to Staff. (NO CHANGE)

    (a) J-1. (NO CHANGE)

    (b) J-2. (NO CHANGE)

    (c) J-3. (NO CHANGE)

    (d) J-4. (NO CHANGE)

    (e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

    (1-9) Timeline: (NO CHANGE)

    (10) ~~(CUI)~~ Other Coordinating Instructions:

    **(a-r) (NO CHANGE)**

2

**JA778**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003639

~~CUI//LEI~~

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(s) (NO CHANGE) Battle Rhythm:



(t-xxxxxxx) (NO CHANGE)

(yyyyyyy) (**(U) Unarmed Deputizations. (Short Suspense)** ▮▮▮▮ and ▮▮▮▮ deputations (▮▮▮ at ▮▮▮▮▮▮ will also support unarmed deputations. Each task force must submit a by-name roster, **Attachment 2**, via email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of all personnel who require unarmed deputations **NLT COB** ▮▮▮▮▮▮ and confirm no personnel are flagged for adverse action, aside from height/weight/ACFT. Armed deputations still require USM-3C and previous requirements, to include legal brief. Personnel not included on the roster will be turned away and must accomplish at a future deputation.

4. (U) **Sustainment.**

(a-ii) (NO CHANGE).

(jj) TFs that require handcuffs can request the following through their respective states:
Nomenctlature:HANDCUFFS; RATCHET TYPE DOUBLE BOW
    NSN: ▮▮▮▮▮▮▮▮

3

~~CUI//LEI~~

**JA779**

~~Confidential - Subject to Protective Order~~

~~CUI//LEI~~

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Handcuffs can be ordered against the following MOSs: 31B/D/E, MOS 311A, and AOC 31A.
Handcuffs are a property book item, not OCIE. Provide the J4 order quantities and estimated arrival date after ordering through your state.

5. (U) **Command and Signal.**

   a.  NO CHANGE

   b.  NO CHANGE

      **ACKNOWLEDGE:**

                     DOANE
                     COL

OFFICIAL:

 DCARNG

J3

**Annexes:**

    Annex A–Task Organization. Omitted.
    Annex B–Intelligence. Omitted.
    Annex C–Operations. Change
    Annex D–Fires. Omitted.
    Annex E–Protection. Omitted.
    Annex F–Sustainment. Omitted.
    Annex G–Engineer. Omitted.
    Annex H–Signal. Omitted.
    Annex I–Announcements.
    Annex J–Public Affairs. Omitted.
    Annex K–Civil Affairs Operations. Omitted.
    Annex L–Information Collection. Omitted.

4

~~CUI//LEI~~

**JA780**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003641

CUI//LEI

**FRAGO 48 to OPORD 13-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

5

CUI//LEI

**JA781**

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 39

**JA782**

Copy __ of __ copies
**DCNG Armory,
Washington, DC
061700SEP25**

**FRAGO 24 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (NO CHANGE)

1. ~~(CUI)~~ **Situation.** (NO CHANGE)

2. (U) **Mission.** (NO CHANGE)

3. (U) **Execution.**

    a.  (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372ᵈ Military Police Battalion) (NO CHANGE)

            (b)██████TF Iron Horse (SCNG). (NO CHANGE)

            (c) TF Mountaineer (WVNG). (NO CHANGE)

            (d) TF Magnolia (MSNG) (NO CHANGE)

            (e) TF Volunteer (TNNG) (NO CHANGE)

        (2) (U) Direct Reporting Units.-

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
Limited Dissemination Control: FEDCON
POC: ████████████

1

~~CUI//LEI~~

**JA783**

~~CUI//LEI~~

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

        (f) (U) HHC, 74th Troop Command. (NO CHANGE)

        (g) (U) 715th Public Affairs Detachment. (NO CHANGE)

    (2) (U) Tasks to Staff. (NO CHANGE)

        (a) J-1. (NO CHANGE)

        (b) J-2. (NO CHANGE)

        (c) J-3. (NO CHANGE)

        (d) J-4. (NO CHANGE)

        (e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

    (1-9) Timeline: (NO CHANGE)

    (10) (CUI) Other Coordinating Instructions:



    (b-r) (NO CHANGE)

    (s) (CHANGE) Battle Rhythm:



2

~~CUI//LEI~~

**JA784**

~~Confidential - Subject to Protective Order~~  DCNG_DEF_00003521

~~OUI//LEI~~

**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



(t-oooo) (NO CHANGE)

(pppp) (U) (CHANGE) All units provide SMs for de-escalation training at ▮▮▮ on ▮▮▮▮▮▮▮ Training will begin at ▮▮▮ and take approximately ▮▮▮ Participants should arrive to ▮▮▮▮▮ no later than ▮▮▮ on ▮▮▮▮▮ Location of the class will be in the ▮▮▮▮▮ of ▮▮▮▮▮▮▮ Participants review the below slide deck prior to participating. Also attached are links to two, 2 page PDFs to be provided to each service member that outline Tactical Breathing and the elements of De-escalation. Issuance of the attached PDFs in either paper or electronic form is authorized.



(qqqq) (U) All units provide minimum of 3 x AAR comments via email to ▮▮▮▮▮ and ▮▮▮▮▮ NLT ▮▮▮▮▮

(rrrr) (U) All TF reiterate to all SM that there should be no speeding in government vehicles or government rentals, in addition no one should be parking in any unauthorized parking. All DC laws should be obeyed by everyone on this mission. Violations of this nature should be sent up the chain of command immediately and reported to ▮▮▮▮▮ and ▮▮▮▮▮

(ssss) (U) Effective immediately, all units will equip their soldiers on mission with both an ATAK and an LMR **at the squad level**. This is required even if there are multiple squads in the same AO and are within visible contact of each other. Immediate notification of equipment shortages will be sent up to the JTF J6 team to include ATAKs, LMRs, and portable batteries with the following POCs:

3

~~OUI//LEI~~

**JA785**



**FRAGO 24 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

4. (U) **Sustainment.**

    (a-m) (NO CHANGE).

    (n) Complete <u>Cold Weather gear tracker</u> NLT ███████

    (o) Update the <u>LOGSTAT</u> to include total canister count for Pro Masks per Task Force.

5. (U) **Command and Signal.**

  a.  Please find revised Attachment 4 to FRAGO 10 JTF DOMOPS METRO SOI CARD 8-22-25.pptx

  b.  NO CHANGE

      **ACKNOWLEDGE:**

                              DOANE
                              COL

<u>OFFICIAL</u>:



DCARNG
J3

  **Annexes:**

      Annex A–Task Organization. Omitted.
      Annex B–Intelligence. Omitted.
      Annex C–Operations.

4

**JA786**

Confidential - Subject to Protective Order

# Plaintiff's Exhibit 40

## Public Version of Document Sealed Pursuant to Protective Order



Joint Force Headquarters
District of Columbia National Guard
Washington, DC 20003
201700SEP2025

**FRAGO 39 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

(U) References: NO CHANGE.

(U) Time Zone Used Throughout the OPORD: LOCAL.

(U) Task Organization: NO CHANGE.

1. (U) SITUATION. NO CHANGE

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

    a. (U) Commander's Intent. NO CHANGE.

    b. (U) Concept of the Operation. NO CHANGE.

    c. (U) Tasks to Subordinate Units. CHANGE.

        (1) (U) Land Component Command. CHANGE.

        i. (ADD) (U) DCNG Fall Commander's Conference. Provide personnel to support the planning and execution of the Fall Commander's Conference on 08NOV2025. Procure a location, that can host 150+ PAX **NLT 26 SEP 2025** to the J33. At a minimum, the location must have sound system and audio-visual capabilities, temperature control, and adequate parking.

        (2) (U) 113th Wing Command. NO CHANGE.

        (3) (U) Joint Task Force Support. CHANGE.

        i. (ADD) (U) IAW Annex C, Appendix 3, **Attachment 1** (21 SEP - 4 OCT 2025 Force Flow), **provide transportation support** to inbound and outbound force

**JA788**

Confidential - Subject to Protective Order.

~~CUI~~

**FRAGO 39 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)**

movements planned for 21 SEP - 4 OCT 2025. Provide "TBD" points of contact NLT 48 hours prior to scheduled movements.

  (4) (U) **Joint Task Force D.C.** CHANGE.

  **i. (ADD) (U)** IAW Annex C, Appendix 3, **Attachment 1** (21 SEP - 4 OCT 2025 Force Flow), **execute outbound force movements** including preparatory actions for outbound flights from Joint Base Andrews.

  **ii. (ADD) (U)** IAW Annex C, Appendix 3, **Attachment 1** (21 SEP - 4 OCT 2025 Force Flow), be prepared to **integrate inbound forces**, including personnel replacements to existing TFs and new mission forces from Alabama.

  (5) (U) **JFHQ-DC Staff.** CHANGE.

  **i. (ADD) (U) Execute JRSOI and reverse JRSOI actions** IAW Annex C, Appendix 3, **Attachment 1** (21 SEP - 4 OCT 2025 Force Flow) and IAW reverse JRSOI checklist published in FRAGO 31.

  d. (U) **Coordinating Instructions.** CHANGE.

  **i. (ADD) (U)** DCNG has partnered with LEO Agencies within the District to provide employment opportunities. Units will disseminate the multi-LEO Agency Recruiting Trifold, **Attachment 2**, to all SMs.

  **ii. (ADD) (U) DCNG Fall Commander's Conference.** DCNG Command Teams, to include OOD Command Teams, Directorate leads, and Special Staff OICs will attend the Commander Conference scheduled for 08NOV2025. Conference agenda and location is TBD.

**4. (U) ADMINISTRATION AND LOGISTICS.** CHANGE.

  1.  **i. (ADD) (U) JTF-DC J4, JTF-SUPPORT J4, and TF Sustainment** will complete the **Extreme Cold Weather Clothing System (ECWCS) data call rosters** for ARNG and ANG SMs to identify shortfalls **NLT 221800SEP2025.** Rosters: ▮▮▮▮ and ▮▮▮▮ POCs: TF Sustainment, ▮▮▮▮ JTF-DC J4, ▮▮▮▮ and JTF-SUPPORT J4, ▮▮▮▮

  **ii. (ADD) (U) JTF-DC J4 and JTF-SUPPORT J4**, will complete the Airforce DX uniform data call roster ▮▮▮▮ **NLT**

~~CUI~~

**JA789**

Confidential - Subject to Protective Order

~~CUI~~

FRAGO 39 to OPORD 11-2025 DISTRICT OF COLUMBIA NATIONAL GUARD
SUPPORT TO MAKE DC SAFE AND BEAUTIFUL (MDCSAB)

**221800SEP2025**. POCs: JTF-DC J4, ████████████████████ and JTF-
SUPPORT J4, ████████████    ████████████

5. (U) **COMMAND AND CONTROL.** NO CHANGE.

ACKNOWLEDGE:

//SIGNED//
JOHN J. CAMPO
BRIGADIER GENERAL, USAF
DIRECTOR, JOINT STAFF

OFFICIAL:
████████████
COL, DCNG
J-3

~~CUI~~

**JA790**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00000560

# Plaintiff's Exhibit 42

## Public Version of Document Sealed Pursuant to Protective Order

JA791

Copy __ of __ copies
DCNG Armory,
Washington, DC
291700AUG25

**FRAGO 15 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References**: (NO CHANGE)

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization**: (NO CHANGE)

1. (CUI) <u>Situation</u>. (NO CHANGE)

2. (U) <u>Mission</u>. (NO CHANGE)

3. (U) <u>Execution</u>.

   a. (NO CHANGE)

   b. (U) Concept of the Operation. (NO CHANGE)

   c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

      (1) (U) Subordinate headquarters.

         (a) (U) TF Red Hand (372$^d$ Military Police Battalion) (NO CHANGE)

         (b) (CUI) TF Iron Horse (SCNG).

            1. Coordinate with TF Volunteer for tasking of 1 x ███████

         (c) TF Mountaineer (WVNG). (NO CHANGE)

         (d) TF Magnolia (MSNG) (NO CHANGE)

         (e) TF Volunteer (TNNG)

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
   Limited Dissemination Control: FEDCON
POC: ███████████

1

███ CUI ███

**JA792**

~~CUI//LEI~~

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

1. Provide 1 x ███████████ during next ████████████ ████████ Coordinate with TF Iron Horse for PLT tasks.

(2) (U) Direct Reporting Units.

(f) (U) HHC, 74th Troop Command. (NO CHANGE)

(g) (U) 715th Public Affairs Detachment. (NO CHANGE)

(2) (U) Tasks to Staff. (NO CHANGE)

(a) J-1. (NO CHANGE)

(b) J-2. (NO CHANGE)

(c) J-3. (NO CHANGE)

(d) J-4. (NO CHANGE)

(e) J-6. (NO CHANGE)

d. (U) Coordinating Instructions.

(1-9) Timeline: (NO CHANGE)

(10) ██████ Other Coordinating Instructions:

(a) (CHANGE) All units input data into attachment 1 to FRAGO 16 ████████ for the following 48 hours operational period for ongoing operational taskings.

(b-r) (NO CHANGE)

(s) (CHANGE) Battle Rhythm:



2

~~CUI//LEI~~

**JA793**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003477

~~CUI//LEI~~

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



(t-iii) (NO CHANGE)

(jjj) (U) See Attachment 2, DC Safe and Beautiful Force Protection Advisory Message, dated ███████ with guidance for a heightened threat environment. Service members may expect a heightened threat environment within the NCR and increased probability of nefarious threat actors engaging in grievance-based violence, and individuals inspired by foreign terrorist organizations, who view the MDCSB mission as a target of opportunity. Additionally, civilian populations with varying political views, may attempt to engage with JTF-DC SMs.

(kkk) (U) Effective immediately SMs are not allowed to leave the hotels alone, they are to be in buddy teams for force protection.

(lll) ~~(CUI)~~ All SMs involved with physical contact (pushing, shoving, etc) in sector report to sick call to ensure medical personnel properly document the circumstance and assess for any injuries.

(mmm) All Task Force movements to mission must include a "Line 7 – POC Name, ATAK or Cell #" in every movement reported to the JTF-DC TOC in OPS Chat.

(nnn) (U) See Attachment 4, vehicle route guide/map for █████████ with locations of designated parking and restricted parking areas. POC for this product is JTF Support, ████████████ at, █████████████

(ooo) (U) See Attachment 3, Media Engagement Quick Reference Guide, from the Joint Information Center (JIC), regarding media engagements throughout OPN MDCSB. POC for this product is the JIC Director, █████████ ████████████████████

4. (U) **Sustainment.**

(a-e) (NO CHANGE).

3

~~CUI//LEI~~

**JA794**

~~Confidential – Subject to Protective Order~~

~~CUI//LEI~~

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

f. All GSA vehicles must utilize a driver's log. The log must be completed every time a new driver utilizes the vehicle and must be kept in the vehicle at all times. See attachment 2 for driver's Log form. POC is JTF J-4 █████ ████████████ at ████████████████████████████

g. All TFs provide input and validate the "JTF Meal Forecast Tracker" ██████████████████████ for the next week ██████████████ NLT ██████████████████ for submission to JTF Support for meal allocation. Task Forces will use the third tab only to roll-up their task force only. POC is JTF J-4 ██████████████ at ██████████████████████

h. Water is available in bottles and in the water buffalo at ████████████ The primary water source is the camelback hydration system. All TFs provide the number of camelback's needed for roll-up to NGB for issuance (Camelback roll-up). POC is JTF J-4 ████████████████████ at ████████████████████████

i. Laundry services start ██████████████ Ensure all SM have a laundry bag and contact hotel laundry POC for each TF for laundry drop off/pick up process per your laundry POCs. See ████████████████ for POC at each hotel. POC is JTF J-4 ████████████ at ████████████████

j. Effective ████████████ TFs provide logistics requests to the JTF J4 through the JTF J4 request form, attachment 3. ██████████████████ TF's complete form and ensure document is named with the following format ████████ ██████████████████████ and email to ████████████████████████ Purchase requests must include a quote for GPC purchases. The QR code is now obsolete. POC is JTF J-4 ████████████████████ at ████████████████████████

k. All vehicles must carry accident reporting documentation, see attachment 2 "Ground Vehicle Mishap Report Documents". The POC for this action is ██████████████████ at ████████████████████

l. TF Leaders will select one (1) Senior Medic per state to submit Class VIII and M3W requests; upon submission, the POC will be contacted within two (2) business days to confirm the request and coordinate pickup based on location. Request can be made via

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4

~~CUI//LEI~~

**JA795**

~~Confidential - Subject to Protective Order~~

CUI//LEI

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**



   m. All TF (State) Level Commands, provide a memorandum for record NLT ▇▇▇▇ from each State, identifying the quantity of M-17s needed to support OPN MDCSB to the JTF J4. The memorandums will be used to determine the number of weapons and/or weapons holsters required to issue, for each supporting States. Any property provided to supporting States will be laterally transferred in accordance with the **Property transfer guidance.** Any State/Territory receiving weapons and/or weapon holsters from DCNG JFHQ will have those items laterally transferred via GCSS-Army IAW AR-735-5, AR 710-4 and DoDI 1200.18. The POCs JTF J-4 ▇▇▇▇ at ▇▇▇▇

5. (U) **Command and Signal.**

   a. Please find revised Attachment 4 to FRAGO 10 ▇▇▇▇ ▇▇▇▇

   b. All TFs provide ▇▇▇▇ report ▇▇▇▇ (attachment 1), at ▇▇ and ▇▇ in the ▇▇ on the ▇▇ hannel ▇▇ POC is JTF J-4 ▇▇▇▇ at and ▇▇ at

       ACKNOWLEDGE:

                                          DOANE
                                          COL.

       OFFICIAL:
       ▇▇▇▇

                                                                    5

CUI//LEI

**JA796**

Confidential - Subject to Protective Order

~~CUI//LEI~~

**FRAGO 16 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

 DCARNG
J3

**Annexes:**

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted.
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

6

~~CUI//LEI~~

**JA797**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003481

# Plaintiff's Exhibit 43

## Public Version of Document Sealed Pursuant to Protective Order

UNCLASSIFIED




# DC Safe and Beautiful
# Force Protection Advisory Message
### 28 AUG 2025

**Current FPCON BRAVO**                                    **Tracking #2025-002**

(U) **SUMMARY:** JTF-DC Servicemembers may expect a heightened threat environment while supporting the "Make DC Safe and Beautiful" (MDCSB) mission within the NCR. Threat/nefarious actors engaging in grievance-based violence, and those inspired by foreign terrorist organizations, may view the MDCSB mission as a target of opportunity. Additionally, civilian populations with varying political views may attempt to engage with JTF-DC SMs.

(U) **RECOMMENDED ACTIONS:** Local law enforcement agreed to increase patrols in the vicinity of JTF lodging. JTF members should also implement the following Force Protection measures:

    (U) Always use the buddy system.

    (U) Change into civilian clothing when off mission or off lodging premises.

    (U) Report all incidents of verbal or written threats towards JTF members.

    (U) Provide the 5Ws for all suspicious activity witnessed by JTF members including any context, details, or descriptions.

(U) **REPORTING CHANNELS:**

    (U) Local Law Enforcement partners

    (U) Chain of Command

    (U) DCNG JOC: ▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮

(U) **LOCATIONS:** The National Capital Region (NCR) and TF Hotel locations.

(U) Distribute to the maximum extent possible.

UNCLASSIFIED

**JA799**

# Plaintiff's Exhibit 44

## <u>Public Version of Document Sealed Pursuant to Protective Order</u>

**JA800**

Copy __ of __ copies
DCNG Armory,
Washington, DC
181700AUG25

**FRAGO 7 to OPORD 04-2025 - JTF-DC SUPPORT TO Make D.C. Safe and Beautiful Mission**

(U) **References: (NO CHANGE)**

(U) **Time zone used throughout**: Romeo (Local).

(U) **Task organization:** (CHANGE) Effective 190600AUG25.

    (U) Headquarters – JTF-DC
    (U) Subordinate headquarters – 372nd MP Battalion.
        (U) HHD, 372 MP Battalion.
        (U) 273rd MP Company.
        (U) 276th MP Company.
        (U) D Co, 223rd MI Battalion.
        (U) 1946th Finance Detachment.
        (U) Army Aviation
        (U) TM Defender (113th Security Forces Squadron tasked personnel)

    (U) TF Mountaineer
        (U) West Virginia Guard

    (U) TF ~~Palmetto~~ Iron Horse
        (U) South Carolina Guard

    (U) Direct Reporting Units.
        (U) HHC, 74th Troop Command.
        (U) 547th Transportation Company.
        (U) 104th Maintenance Company.
        (U) 257th Army Band.
        (U) 715th Public Affairs Detachment.
        (U) 642nd Quartermaster Detachment.

1. ~~(CUI)~~ **Situation.** (NO CHANGE)

Controlled by: DCNG
Controlled by: JTF-DC-J3
CUI Category: OPSEC
    Limited Dissemination Control: FEDCON
    POC: ███████████

1

~~CUI//LEI~~

**JA801**

~~Confidential - Subject to Protective Order~~ DCNG_DEF_00003409

~~CUI//LEI~~

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

2. (U) <u>Mission</u>. (NO CHANGE)

3. (U) <u>Execution</u>.

    a. JTF-DC Commander's Intent. (NO CHANGE)

    b. (U) Concept of the Operation. (NO CHANGE)

    c. (U) <u>Tasks to Subordinate Units and Directorates</u>.

        (1) (U) Subordinate headquarters.

            (a) (U) TF Red Hand (372ᵈ Military Police Battalion) (CHANGE)

                1. ▮▮▮Ensure all personnel conducting M-17 range on ▮▮▮▮ are prepared for bus transportation from ▮▮▮ with required packing list from coordinating instructions NLT ▮▮▮▮ for departure from ▮▮▮ Expected departure from ▮▮▮ is ▮▮▮

                2. ▮▮▮Identify ▮ personnel to retrieve ▮▮▮ MATVs from ▮▮▮ for pickup NLT ▮▮▮ Plan for approximately ▮▮ on ground after arrival for vehicle PMCS and inspections. Vehicles will be signed for via DA1687 IAW DA PAM 710-2-1. POC for this action is ▮▮▮ at ▮▮▮

                3. Provide support to ▮▮ during ▮▮▮ ▮▮▮ on ▮▮▮ IAW attachment 1, DIRLAUTH with MPD authorized.

                4. Provide 2 x personnel (coordinated by name request) for duty in their full-time positions at USPFO/CIF.

            (b) ▮▮▮TF Iron Horse (SCNG).
                1. Provide support to ▮▮ and ▮▮ at ▮▮▮ and other designated ▮▮▮ IAW attachment 1.
                2. Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ▮▮▮ on ▮▮▮ Provide roll-up of numbers to JTF-DC J3 OPS NCO ▮▮▮ NLT ▮▮▮
                3.

            (c) TF Mountaineer (WVNG).
                1. Provide support to ▮▮ on the ▮▮▮ and ▮▮▮ starting ▮▮▮ IAW attachment 1.

2

~~CUI//LEI~~

**JA802**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003410

~~CUI//LEI~~

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

　　　　2. Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ███████ ████ on ████████ Provide roll-up of numbers to JTF-DC J3 OPS NCO ██████ NLT ████████

　　(d) TF Magnolia (MSNG)
　　　　1. Complete JRSOI and prepare for follow on operations.
　　　　2. Identify Soldiers that are not qualified on assigned weapon and prepare them to conduct qualification range at ███████ ████ on ████████ Provide roll-up of numbers to JTF-DC J3 OPS NCO ██████ NLT ████████

　　(2) (U) Direct Reporting Units.

　　　　(e) (U) HHC, 74th Troop Command. (NO CHANGE)

　　　　(f) (U) 257th Army Band. (CHANGE)

　　　　　　1. (███) Ensure all remaining unqualified personnel conduct M-17 range on ██████ are prepared for ████████ from ████ with required packing list from coordinating instructions NLT ████████ for departure from ████ Expected departure from ████ is
　　　　　　2. Return 1x15 PAX GSA Rental van to JTF-J4 NLT ██████

　　　　(g) (U) 547th Transportation Company.

　　　　　　1. (███) Ensure all remaining unqualified personnel conduct M-17 range on ██████ are prepared for ████████ from ████ with required packing list from coordinating instructions NLT ████████ or departure from ████ Expected departure from ████ is ████
　　　　　　2. Water pickup: Water Pickup is scheduled for ██████ A total of 11 pallets will be picked up from DC Gov at at 3330 V Street NE and delivered to ████ 2 PAX and 1 LMTVs/MTVs required. POC is ████████ at ████

　　　　(h) (U) 642d Quartermaster Detachment. (NO CHANGE)

　　　　(i) (U) 715th Public Affairs Detachment. (NO CHANGE)

　　　　(j) (U) 104th Maintenance Company.

　　　　　　1. (███) Ensure all remaining unqualified personnel conduct M-17 range on ██████ are prepared for bus transportation from ████ with required

3

~~CUI//LEI~~

**JA803**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003411

CUI//LEI

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

packing list from coordinating instructions NLT ██████████ for departure from ██████
Expected departure from ██████ is ██████
        2.  Return 1x15 PAX GSA Rental van to JTF-J4 NLT
██████████████

      (2) (U) Tasks to Staff. (NO CHANGE)

         (a) J-1. (NO CHANGE)

         (b) J-2. (NO CHANGE)

         (c) J-3. (NO CHANGE)

         (d) J-4. (CUI) Provide JFHQ 4 x LMR to support Metro station mission.

         (e) J-6. (NO CHANGE)

   d. (U) Coordinating Instructions.

      (1) Timeline: (CHANGE)

         (a-l) Complete

      (2) (CUI) CCIRs: (NO CHANGE)

      (3) (CUI) EEFIs: (NO CHANGE)

      (4) (CUI) Fire Support Coordination Measures: Not applicable

      (5) (CUI) Airspace Coordinating Measures: All ACMs come from current regulatory agencies and authorities.

      (6) (CUI) Rules for the Use of Force: (NO CHANGE)

      (7) (CUI) Risk Reduction Control Measures: (NO CHANGE)

      (8) (CUI) Personnel Recovery Coordination Measures: TBD

      (9) (CUI) Themes and messages: TBD

      (10) (CUI) Other Coordinating Instructions:

4

CUI//LEI

**JA804**

Confidential - Subject to Protective Order

OUI//LEI

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

(a) All units reference attachment 1 to FRAGO 6 for ongoing operational taskings.

(b-q) (NO CHANGE)

(r) (CHANGE). Please specify task force name, subordinate unit, and exact location of pick-up. All units requesting ███████ please fill out ███████ ███████ and place in appropriate folder within ███████ Please note that all requests must be in at 2200 the day before it needs to be actioned. POC is J3 CUOPs at ███████

(s) Battle Rhythm reference attachment 3 and below:



(t) All units must completely fuel assigned GSA vehicles NLT ███████ **Currently assigned GSA fuel cards will be deactivated at** ███████ Fuel card must be turned in to the JTF J-4 by ███████ New fuel cards will be reissued on ███████ The POC is the JTF J-4 ███████ at ███████ and ███████ at ███████

(u) Knowledge management: JTC-DC teams page is: ███████ ███████

(v) Effective ███████ subordinate TFs and units will report all SIGACTS and SP times to the ███████ within the ███████ ███████ Continue using the existing means of communicating SIGACTS and SP updates (e.g., ███████ etc).

(w) Units verify the number of M17 Pistol holsters available on-hand. Provide total number of both Right-handed and Left-handed holsters to the POC

5

OUI//LEI

**JA805**

Confidential - Subject to Protective Order

DCNG_DEF_00003413



**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

NLT ▮▮▮ POCs. POC is JTF J-4 ▮▮▮ at ▮▮▮ and ▮▮▮ at ▮▮▮

(x) Provide rollup of Taser ▮▮▮ to POC NLT ▮▮▮ Roll-up must include total quantity, the number of ▮▮▮ devices, and the number of ▮▮▮ devices. POC is JTF J-4 ▮▮▮ at ▮▮▮ and ▮▮▮ at ▮▮▮

4. (U) **Sustainment.** (NO CHANGE)

5. (U) **Command and Signal.**

    a. Please find revised <u>Attachment 4 to Frago 5 JTF SOI CARD PARTIAL.pptx</u>

        ACKNOWLEDGE:

                                        DOANE
                                        COL

OFFICIAL:

 DCARNG
J3

6

**JA806**

Confidential - Subject to Protective Order

DCNG_DEF_00003414

~~CUI//LEI~~

**FRAGO 6 to OPORD 04-2025 JTF-DC SUPPORT TO THE Make D.C. Safe and Beautiful Mission**

Annexes:

Annex A–Task Organization. Omitted.
Annex B–Intelligence. Omitted.
Annex C–Operations.
Annex D–Fires. Omitted.
Annex E–Protection. Omitted.
Annex F–Sustainment. Omitted.
Annex G–Engineer. Omitted.
Annex H–Signal. Omitted.
Annex I–Announcements.
Annex J–Public Affairs. Omitted.
Annex K–Civil Affairs Operations. Omitted.
Annex L–Information Collection. Omitted.
Annex M–Assessment. Omitted.
Annex N–Spare. Omitted.
Annex O–Spare. Omitted.
Annex P–Host-Nation Support. Omitted.
Annex Q–Knowledge Management. Omitted
Annex R–Reports. Omitted.
Annex S–Special Technical Operations. Omitted
Annex T–Spare. Omitted.
Annex U–Inspector General. Omitted.
Annex V–Interagency Coordination. Omitted.
Annex W–Operational Contract Support. Omitted.
Annex X–Spare. Omitted.
Annex Z–Distribution. Omitted.

7

~~CUI//LEI~~

**JA807**

~~Confidential - Subject to Protective Order~~

DCNG_DEF_00003415

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>         Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>         Defendants. | Case No. 25-cv-3005 (JMC) |

<u>**MEMORANDUM OPINION**</u>

Since August 11, 2025, over 2,000 members of the National Guard have been deployed to the District of Columbia. While in the District, these units have provided support to local and federal law enforcement agencies. Guard units have patrolled on the National Mall, in Metro Transit stations, and across D.C. neighborhoods. The Guard's operations in D.C. have been coordinated by the Joint Task Force District of Columbia (JTF-DC), which oversees units from D.C.'s own National Guard (DCNG) and from other states, including South Carolina, West Virginia, Mississippi, Louisiana, Tennessee, Ohio, Georgia, Alabama, and South Dakota. At this point, National Guard units are expected to remain in the District through February 28, 2026.

The District of Columbia (Plaintiff) filed this suit, alleging that the National Guard deployment violated the Administrative Procedure Act (APA), the District of Columbia Home Rule Act, the Emergency Management Assistance Compact (EMAC), the Posse Comitatus Act (PCA), and the Constitution. The complaint named three categories of Defendants: (1) President Donald J. Trump, (2) the United States Department of Defense, Secretary of Defense Peter B. Hegseth, the United States Army, and Secretary of the Army Daniel P. Driscoll (collectively, DOD Defendants), and (3) the Department of Justice, Attorney General Pamela J. Bondi, the U.S.

1

**JA808**

Marshals Service, and Director of the Marshals Service Gadyaces S. Serralta (collectively, DOJ Defendants).[1] Plaintiff then moved for a preliminary injunction and to stay agency action, seeking to enjoin or stay the deployment of the National Guard in the District for the duration of this litigation. Defendants oppose the motion and have also moved to dismiss Plaintiff's suit.

The record in this case, including many of the amicus briefs filed, makes clear that there are strong views on both sides about whether these deployments represent good policy. But the Court is only tasked with deciding whether Defendants' actions are lawful. In this opinion, the Court addresses two of the District's statutory arguments under the APA and finds that it is likely to succeed on the merits of both. First, the DOD Defendants have exceeded the bounds of their authority under Title 49 of the D.C. Code, and thus acted contrary to law, in deploying the DCNG for non-military, crime-deterrence missions in the absence of a request from the city's civil authorities. Second, these Defendants lack statutory authority under 32 U.S.C. § 502 to support their request for assistance from out-of-state National Guards and their actions in calling those Guards to the District. The Court finds that the District's exercise of sovereign powers within its jurisdiction is irreparably harmed by Defendants' actions in deploying the Guards, and that the balance of equities and public interest weigh in the District's favor. As such, the Court will **GRANT** the District's motion for preliminary relief and partially **DENY** Defendants' motion to dismiss on those claims. The Court finds, however, that the public interest weighs in favor of an administrative stay in this case, and that a stay is needed to permit orderly proceedings on appeal. Accordingly, the Court will **STAY** its order for 21 days, until December 11, 2025.[2]

---

[1] The individual Defendants are sued in their official capacities.

[2] Unless otherwise indicated, the formatting of citations has been modified throughout this opinion, for example, by omitting internal quotation marks, emphases, citations, and alterations and by altering capitalization. All pincites to documents filed on the docket in this case are to the automatically generated ECF Page ID number that appears at the top of each page.

**JA809**

## I.    BACKGROUND

The Court begins by providing some background on the legal structures governing the National Guard, the District of Columbia, and the DCNG in particular. The Court then discusses some factual background on the deployment of the National Guard forces in the District since August 2025 and provides a brief overview of the procedural history of this case.

### A.  The National Guard

The modern National Guard descends from the state militias of the colonial era recognized and protected by the Constitution. *See* U.S. Const. art. I, § 8, cl. 15 (providing Congress with the power to "call[] forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions"); *id*. cl. 16 (giving Congress the power to organize, arm, and discipline the militia, and to govern "such Part of them as may be employed in the service of the United States," while reserving other powers to the states). "Since 1933 all persons who have enlisted in a State National Guard unit have simultaneously enlisted in the National Guard of the United States."[3] *Perpich v. Dep't of Def*., 496 U.S. 334, 345 (1990). National Guard units retain their state character "unless and until ordered to active duty in the Army." *Id*. The President is the Commander in Chief of "the Militia of the several States, when called into the actual Service of the United States"—i.e., when the National Guard is called into federal service. U.S. Const. art. II, § 2, cl. 1.

---

[3] It has been observed that "[i]n many senses, the National Guard is a constitutional anomaly. It simultaneously serves two sovereigns. On the one hand, it serves as an organized version of the militia intended by the framers to be in control of the states in times of peace. As such, it is constantly available to serve state governments in the event of natural disasters (such as floods or tornadoes) or public disturbances (such as riots or strikes), and always ready to be called upon by Congress to serve the federal government in times of war or national emergency. On the other hand, it is the federal reserve of first resort, a very important component of the armed forces of the United States, capable of being ordered onto active duty upon federal command." Peter A. Fish, *The Constitution and the Training of National Guardsmen: Can State Governors Prevent Uncle Sam from Sending the Guard to Central America?*, 4 J.L. & Pol. 597, 636 (1988).

**JA810**

The National Guard can operate in three statuses: state active duty, federal active duty under Title 10 of the U.S. Code, and full-time National Guard duty under Title 32 of the U.S. Code. When a member of the National Guard is operating under state active duty, they act "under state control for state purposes" and "at state expense." *Stirling v. Minasian*, 955 F.3d 795, 798 (9th Cir. 2020). In contrast, federal active duty pursuant to Title 10 refers to duty that the National Guard undertakes "in the active military service of the United States." 10 U.S.C. § 101(d)(1). The President can call up the National Guard for federal active duty—known as federalizing the Guard—under limited circumstances, including when there is an insurrection, invasion, or rebellion, or if the President is unable to execute the laws of the United States with regular forces. *See* 10 U.S.C. §§ 251–53; *id.* § 12406. When federalized, the National Guard is subject to the restrictions of the Posse Comitatus Act, barring it from conducting domestic law enforcement. 18 U.S.C. § 1385 (prohibiting the Army and the Air Force from being used "as a posse comitatus or otherwise to execute the laws"); *see also Mueller v. City of Joliet*, 943 F.3d 834, 837 (7th Cir. 2019) ("Federal service for purposes of the Posse Comitatus Act refers to standing active duty forces organized under Title 10 of the U.S. Code.").

In this case, all of the National Guard units at issue, from D.C. and out of state, are operating pursuant to the third status—a hybrid state/federal status under Title 32 also referred to as "[f]ull-time National Guard duty." 32 U.S.C. § 101(19). Title 32 authorizes "members [to] provide military support as state National Guard members under state control" while also being "in the service of the federal government and funded by the federal government." *Stirling*, 955 F.3d at 798. In other words, Title 32 covers those activities performed by state National Guard units when they remain under the control of their own state governors and generals but receive federal funding to assist with a federal mission. Duties under Title 32 are defined as "training or

4

**JA811**

other duty" performed by a member of the National Guard under sections 316, 502, 503, 504, or 505 of Title 32 "for which the member is entitled to pay from the United States." 32 U.S.C. § 101(19). Relevant here, section 502(f) authorizes a member of the state National Guard to "be ordered to perform training or other duty," including "[s]upport of operations or missions undertaken by the member's unit at the request of the President or Secretary of Defense." 32 U.S.C. § 502(f).

When Title 10's predicates are satisfied—such as in the case of a rebellion—the President can order federalized National Guard units into any state across the country, regardless of which states the troops originate from. *See* 10 U.S.C. § 12406 (allowing the President to call into federal service the National Guard units of "any State" and to deploy those units "as he considers necessary"). Accordingly, in commanding the federalized National Guard, the President does not need the permission of the sending or receiving state governors to act. But under both state active duty and Title 32 statuses, the states can deploy their National Guards to assist each other only by mutual agreement or through the Emergency Management Assistance Compact (EMAC). Pub. L. No. 104–321, § 1, 110 Stat. 3877 (1996). The EMAC provides for "[m]utual assistance between the states" in managing any "emergency disaster" declared by the receiving state governor, including assistance through "use of the states' National Guard forces." *Id.* As explained on the EMAC website, state active duty and Title 32 are two forms of "duty statuses," but "[d]uty statuses are not a mechanism for a deployment outside of the home state." *Duty Status*, EMAC, https://perma.cc/J6F7-D5CW. Instead, the EMAC "serves as th[e] mechanism" for those out-of-state-deployments and "provides [legal] protections . . . for the deploying forces." *Id.*

5

**JA812**

## B. The District of Columbia and its National Guard

This case also implicates the unique constitutional position of the District of Columbia. Pursuant to the District Clause of the Constitution, Congress has the power "[t]o exercise exclusive Legislation in all Cases whatsoever, over such District . . . as may . . . become the Seat of the Government of the United States." U.S. Const. art. I § 8, cl. 17. In 1889, Congress passed an act establishing the governance of the D.C. militia, which is retained in substantial form by Title 49 of the D.C. Code. The statute provides that "[t]he President of the United States shall be the Commander-in-Chief of the militia of the District of Columbia." D.C. Code § 49-409. Title 49 also explicitly states that the President can call out the DCNG as he deems necessary (1) when there is a "tumult, riot, mob," or other coordinated criminal or violent activity in the District, and (2) the Mayor, the U.S. Marshal, or the National Capital Service Director "call[s] on the [President] to aid them in suppressing such violence and enforcing the laws." *Id*. § 49-103. In 1969, the President delegated this authority over the DCNG to the Secretary of Defense. *Supervision and Control of the National Guard of the District of Columbia*, Exec. Order No. 11485, § 1, 34 Fed. Reg. 15411 (Oct. 1, 1969) (establishing that the Secretary of Defense is authorized to "supervise, administer[,] and control" the DCNG "while in militia status" and that the Commanding General of the DCNG "shall report" to the Secretary of Defense). The Secretary of Defense is empowered to "command the military operations, including training, parades and other duty" of the DCNG and, "subject to the direction of the President," can deploy the DCNG "to aid the civil authorities of the District." *Id*.

In 1973, in response to "calls for local self-government," Congress enacted the District of Columbia Self-Government and Governmental Reorganization Act, more commonly known as the Home Rule Act. *Marijuana Pol'y Proj. v. United States*, 304 F.3d 82, 83 (D.C. Cir. 2002) (citing

6

**JA813**

Pub. L. No. 93-198, 87 Stat. 774 (1973)); *see* D.C. Code § 1-201.02(a) (stating that Congress's intent was to "grant to the inhabitants of the District . . . powers of local self-government"). In doing so, Congress delegated its police powers over the District to the local District government, headed by a mayor. Under D.C. law, "[i]t shall be the duty of the Mayor" to "preserve the public peace," "prevent crime and arrest offenders," and "enforce and obey all laws."[4] D.C. Code § 5-101.03(1), (2), (10); *see id*. § 1-204.22 ("The Mayor shall be responsible for the proper execution of all laws relating to the District."). The Home Rule Act specified, however, that "[n]othing in this chapter shall be construed as vesting in the District government any greater authority over . . . the National Guard of the District of Columbia . . . than was vested in the Commissioner prior to January 2, 1975."[5] *Id*. § 1-206.02(b).

In 2002, in the aftermath of the terrorist attacks on September 11th, 2001, the District of Columbia passed legislation joining the EMAC and authorizing the Mayor to "execute, on behalf of the District of Columbia," the provisions of the compact. D.C. Law 14-194, § 603, 49 D.C. Reg. 5306 (codified at D.C. Code § 7-2332). As adopted by the District, the EMAC can be utilized to seek assistance from other states only after "the Mayor of the District of Columbia" makes "a declaration of a state of emergency or disaster." *Id*. (Article IV of the EMAC).

---

[4] In some instances, the District's power may be shared with federal power. For example, Defendants have noted that some federal entities—including the U.S. Marshals and the U.S. Park Police—play key roles in law enforcement in the District. ECF 35-1 at 18; D.C. Code § 5-201 (addressing the powers and duties of the Park Police); *id*. §§ 23-501, 23-581 (providing certain federal law enforcement officers with the powers to make arrests in the District).

[5] From 1874 to 1967, D.C.'s government was comprised of a three-member commission appointed by the President. Joseph V. Jaroscak & Ben Leubsdorf, Cong. Rsch. Serv., IF12577, Governing the District of Columbia: Overview and Timeline 2 (2024). In 1967, President Lyndon B. Johnson reorganized the District government and established a nine-member council and a mayor-commissioner appointed by the President. *Id*. Since the enactment of the Home Rule Act in 1973, D.C. has been led by an elected mayor and council. *Id*. Section § 1-206.02 of the D.C. Code thus establishes that the elected Mayor, after the passage of the Home Rule Act, does not wield any greater authority over the National Guard than that exercised by the appointed mayor-commissioner prior to 1975.

**JA814**

## C. August 2025 Mobilization of National Guard in the District

On August 11, President Trump issued a Presidential Memorandum ordering the deployment of the DCNG and out-of-state National Guards to combat crime in the District:

> Mobilizing the District of Columbia National Guard. Pursuant to my authority under the Constitution and laws of the United States and the District of Columbia, I direct the Secretary of Defense to mobilize the District of Columbia National Guard and order members to active service, in such numbers as he deems necessary, to address the epidemic of crime in our Nation's capital. The mobilization and duration of duty shall remain in effect until I determine that conditions of law and order have been restored in the District of Columbia. Further, I direct the Secretary of Defense to coordinate with State Governors and authorize the orders of any additional members of the National Guard to active service, as he deems necessary and appropriate, to augment this mission.

Presidential Memorandum, *Restoring Law and Order in the District of Columbia*, § 2 (Aug. 11, 2025) [hereinafter August 11 Presidential Memorandum], https://perma.cc/WM9U-RHTE.

The Secretary of the Army and the Commanding General of the DCNG implemented the President's directive. First, the Secretary of the Army approved the DCNG to "provide critical support to law enforcement efforts in the District of Columbia." ECF 70-1 at 135. The Commanding General then issued DCNG Permanent Order 25-223. Under that Order, members of the DCNG were ordered to "protect federal property and functions in the District of Columbia and to support federal and District law enforcement." *Id*. at 137. The Order cites 32 U.S.C. § 502 and D.C. Code §§ 49-101, 49-102, and 49-107 as support for the Commanding General's authority to direct such actions.

Defendants also executed Memorandums of Understanding (MOUs) between the DCNG and various "Supporting States," establishing the terms under which those states would send their National Guard units to the District. According to documents produced by Defendants in discovery, the DCNG executed MOUs with state National Guard units from Louisiana,

8

**JA815**

Mississippi, Ohio, Tennessee, West Virginia, Georgia, Alabama, and South Dakota.[6] ECF 70-1 at 13–16, 17–20, 21–24, 25–28, 29–32, 33–36, 37–40, 41–44. The MOUs' stated purpose is to "support . . . Operation Make DC Safe and Beautiful," including by facilitating "cooperation and unity of effort" between the DCNG, U.S. Marshals Service, U.S. Park Police, and Metropolitan Police Department (MPD). *Id*. at 13. Under the agreements, each governor "retain[s] the authority to decline missions that will compromise his or her ability to respond to emergency requirements." *Id*. The MOUs also provide that "[s]ending units will remain under the command and control of the Adjutants General or Commanding General of the supporting jurisdiction, and the receiving State will retain tactical control providing operational direction for mission accomplishment," and that the parties to the MOUs "will perform duties under 32 U.S.C. § 502(f)." *Id*. at 13–14. The MOUs also list the activities the out-of-state National Guard units may assist in, including "national monument security, area beautification, traffic control points, and law enforcement patrols." *Id*. at 13.

The Parties broadly agree that, since being deployed in August, the National Guard has been operating throughout the District as part of "presence patrol[s]" and "high visibility missions" to deter crime.[7] ECF 83-1 at 10–11; ECF 35-1 at 23 (National Guard units in the District support

---

[6] Defendants represent in their briefing that JTF-DC consists of personnel from "South Carolina, West Virginia, Mississippi, Louisiana, Tennessee, and Ohio." ECF 35-1 at 22. Defendants have subsequently produced documents, however, referencing the involvement of National Guard units from Georgia, Alabama, and South Dakota. *See, e.g.*, ECF 83-1 at 84–85 (referencing the "TF Bulldawg (GANG)" and "TF Yellow Hammer (ALNG)"); ECF 70-1 at 41–44 (MOU between the DCNG and South Dakota). And it does not appear that Defendants have produced a MOU for South Carolina. The Court understands that operational changes may have occurred since the initial briefing was filed in this case and that the states whose units are deployed within the District at any given moment may continue to shift. The Court's opinion and order applies to all out-of-state National Guard units operating in the District pursuant to 32 U.S.C. § 502(f).

[7] In their briefing, the Parties extensively dispute whether the activities the National Guard units are undertaking in the District qualify as "law enforcement" activities. *See* ECF 35-1 at 34 (Defendants denying that the DCNG or out-of-state National Guard are "making arrests or engaging in direct law enforcement activity"); ECF 3-1 at 45 (Plaintiff arguing that the National Guard troops have been deputized as U.S. Marshals and given the authority to conduct law enforcement). Defendants characterize the missions as crime deterrence and passive patrolling, while Plaintiff argues

9

**JA816**

the MPD and federal law enforcement by "acting as a presence to deter crime, report crimes they witness, and assist law enforcement in support missions"). For example, the National Guard has patrolled Metro stations and busy public spaces like the H Street Corridor, Gallery Place, and Dupont Circle. *See, e.g.*, ECF 83-1 at 10–11. The Guard has also taken over patrolling some parks, freeing up the Park Police to assist the MPD in other activities. ECF 35-1 at 23–24.

And these deployments will continue for a while. On September 3, the Secretary of the Army initially extended the mobilizations of both out-of-state National Guard units and the DCNG through November 30. Secretary of the Army Daniel Driscoll, *Memorandum for Interim Commanding General, DCNG, Re: Extension of 11 August 2025, Mobilization of D.C. National Guard – JTF-DC* (Sept. 3, 2025), ECF 3-2 at 138, ("In alignment with the Presidential memorandum issued [on August 11, 2025], I am extending this mobilization through 30 November 2025, to continue supporting the President's ongoing efforts to restore law and order in the District of Columbia."). On October 31, Defendants filed a notice informing the Court that the DCNG's mission has again been extended through February 28, 2026, and that the Commanding General of the DCNG will implement guidance to effectuate this directive. ECF 81 at 1. Indeed, shortly after the August 11 Presidential Memorandum, the President issued Executive Order No. 14339 concerning "Additional Measures to Address the Crime Emergency in the District of Columbia." 90 Fed. Reg. 42121 (Aug. 25, 2025). That Order directed the Secretary of Defense to "begin training, manning, hiring, and equipping a specialized unit within the District of Columbia National Guard, subject to activation under Title 32 . . . , that is dedicated to ensuring public safety and order in the Nation's capital," *id.* § 2(d)(i), which could be read to suggest that the use of the

---

that the National Guard units are displacing local law enforcement in everyday policing. Whether these activities constitute "law enforcement" is not relevant to the claims that the Court addresses in this opinion. The Court will address any legal questions about the scope of the Guard's activities in the District as necessary in future decisions.

DCNG for crime deterrence and public safety missions in the District may become longstanding, if not permanent.

### D. Procedural History

The District filed its complaint on September 4, 2025, alleging four causes of action. ECF 1. The complaint challenges (1) the National Guard's deployment as contrary to law under the APA, citing violations of the Home Rule Act, the EMAC, Title 32 of the U.S. Code, the Posse Comitatus Act, and the Constitution. *Id*. ¶¶ 139–58. Plaintiff also alleges that Defendants' actions are (2) arbitrary and capricious under the APA, (3) violate the Separation of Powers, the Take Care Clause, and the District Clause of the Constitution, and (4) are ultra vires. *Id*. ¶¶ 159–85. A few days later, on September 9, Plaintiff filed its motion for a preliminary injunction and a section 705 stay, asking this Court to enjoin the deployment of National Guard troops and stay agency action pending the resolution of this litigation. ECF 3.

On the same day, Plaintiff filed a motion to expedite discovery in support of the preliminary relief motion, seeking information about the extent of federal command and control over the National Guard troops and the scope of activities in which they were engaged. ECF 4. On September 16, Defendants moved to dismiss the case. ECF 35. After holding a hearing on the District's motion for expedited discovery, the Court authorized the District to serve revised, limited discovery requests on September 19. Sept. 18, 2025 Min. Entry; ECF 43; ECF 44. The Parties completed initial discovery and supplemental briefing based on those discovery productions on October 22. ECF 51. On October 24, the Parties appeared for a hearing before the Court on the District's motion for preliminary relief and Defendants' motion to dismiss.

In this opinion, the Court addresses only Plaintiff's APA contrary to law claims regarding the Home Rule Act, the EMAC, and Title 32 against the DOD Defendants, granting Plaintiff's

11

motion for preliminary relief and denying Defendants' motion to dismiss as to these claims. The Court makes no ruling as to whether the District would also be entitled to preliminary relief on any of its remaining claims, and will resolve Defendants' motion to dismiss those claims separately.

## II.    LEGAL STANDARD

A preliminary injunction is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008). The party moving for a preliminary injunction must establish (1) a substantial likelihood of success on the merits, (2) that it would suffer irreparable harm without preliminary injunctive relief, (3) that the balance of equities tips in its favor, and (4) that an injunction serves the public interest. *Id.* at 20; *Aamer v. Obama*, 742 F.3d 1023, 1038 (D.C. Cir. 2014). The third and fourth prongs—the balance of equities and the public interest—merge when the government is the opposing party. *Nken v. Holder*, 556 U.S. 418, 435 (2009).

"Under the [APA], a court may set aside an agency's final decision only if it is 'arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.'" *Ams. for Safe Access v. DEA*, 706 F.3d 438, 449 (D.C. Cir. 2013) (quoting 5 U.S.C. § 706(2)(A)). In APA cases, the Court can grant a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 or "issue all necessary and appropriate process to . . . preserve status or rights pending conclusion of the review proceedings" when doing so is "necessary to prevent irreparable injury." 5 U.S.C. § 705. The same factors governing the issuance of a preliminary injunction govern the issuance of relief under section 705. *District of Columbia v. U.S. Dep't of Agric.*, 444 F. Supp. 3d 1, 15 (D.D.C. 2020).

### III.    ANALYSIS

Plaintiff seeks to enjoin the DCNG and out-of-state National Guards' deployments in the District as authorized by the DOD Defendants. The Court grants Plaintiff's motion because the DOD Defendants' actions are likely contrary to law under the APA. First, the Court finds that the District has standing to bring its statutory claims and can challenge the DOD Defendants' actions under the APA. Turning to the merits, the Court finds that Defendants lack authority under D.C. law to support their deployment of the DCNG and have exceeded the bounds of their statutory authority under 32 U.S.C. § 502(f) in requesting the deployment of out-of-state National Guards. Finally, the Court concludes that Plaintiff is suffering an irreparable harm to its sovereign powers under the Home Rule Act, which are being usurped by Defendants' unlawful actions. Because the balance of the equities and the public interest also weigh in Plaintiff's favor, the Court grants Plaintiff's motion in relevant part.[8]

#### A.  Likelihood of Success on the Merits

##### 1.  Standing

To start, the Court must assure itself of its jurisdiction and confirm that the District has standing to bring its challenges. As noted above, the Court evaluates only two of Plaintiff's claims here: that the DOD Defendants have exceeded their authority (1) under Title 49 of the D.C. Code

---

[8] Defendants also ask the Court to waive the requirement under Local Civil Rule 7(n) to file a certified list of an administrative record simultaneously with the filing of their motion to dismiss. ECF 35-1 at 26 n.10. The administrative record is not necessary for the Court to resolve Plaintiff's preliminary relief motion or Defendants' motion to dismiss on the claims analyzed in this opinion. The issues analyzed here only concern issues of statutory interpretation and the Court is not passing on Plaintiff's arbitrary and capricious claims. Accordingly, the Court will waive Local Civil Rule 7(n) pending the resolution of any appeal of this opinion and order. *Connecticut v. U.S. Dep't of the Interior*, 344 F. Supp. 3d 279, 294 (D.D.C. 2018) (granting Defendants' motion to waive compliance with Local Civil Rule 7(n) because "the Court need not consider the administrative record in evaluating the motions before it"). The Court finds that waiver is additionally justified by the fact that the District does not oppose and instead stated that it views expedited discovery as an alternative to the production of the administrative record in this case. ECF 4 at 9; *see also AAR Airlift Grp., Inc. v. U.S. Transp. Command*, 161 F. Supp. 3d 37, 41 n.1 (D.D.C. 2015) (finding that an administrative record is not necessary when the "documents that would comprise" a substantial portion of the record were already produced as exhibits).

in deploying the DCNG and (2) under 32 U.S.C. § 502(f) in requesting the assistance of the out-of-state National Guard units. The Court finds that the District has standing to bring both claims.

The "'irreducible constitutional minimum of standing contains three elements': (1) injury-in-fact, (2) causation, and (3) redressability." *Sierra Club v. EPA*, 292 F.3d 895, 898 (D.C. Cir. 2002) (quoting *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992)). Relevant to the claims the Court resolves in this opinion, the Parties dispute whether the District has suffered any injury from the National Guard units' presence in the District. The District contends that Defendants' deployment of the DCNG and out-of-state National Guard units has caused it many injuries, including the sovereign injury of being "depriv[ed] . . . of the core rights of self-government afforded in the Home Rule Act" and being "divested . . . of its authority under the Assistance Compact."[9] ECF 3-1 at 50. For their part, Defendants question whether the District can establish an injury to its sovereignty when the District is not a state, but a "statutory creation [of Congress] with a set of delegated authorities."[10] ECF 35-1 at 47. But Defendants acknowledge that the District may have standing to sue based upon injuries to "statutory right[s] Congress has granted to the District Government specifically." ECF 35-1 at 47 ("Plaintiff perhaps has standing to

---

[9] Plaintiff also argues that Defendants are "undermining the District's own law enforcement work," creating the risk of "serious public safety harms," and causing the District to lose out on substantial tax revenues from tourism and entertainment. ECF 3-1 at 51–53. Defendants respond that the District's asserted law enforcement harms are self-inflicted, based on actions voluntarily taken by the MPD, and that its public safety and economic harms are hypothetical. ECF 35-1 at 50–52. The Court finds that the injuries to the District's self-rule are sufficient to establish standing in this case and declines to address the other potential asserted bases for standing in this opinion. The Court notes, however, that another district court has found that such harms may be too speculative to establish a concrete injury. *See Newsom v. Trump*, No. 25-cv-4870, 2025 WL 2501619, at *15 (N.D. Cal. Sept. 2, 2025) ("Plaintiffs' generalized references to 'tensions,' 'chaos,' and 'fear' are intangible harms that are not concrete enough to establish Article III standing."); *see id*. at *14 ("[I]t is not apparent on this factual record which of these economic harms are traceable to . . . the presence of . . . troops.").

[10] Defendants argue that Plaintiff has no standing to challenge the out-of-state deployment "on the grounds that the federal government is unlawfully commanding the day-to-day operations of state National Guard members," accusing the District of seeking to vindicate rights belonging to the sending states' governors. ECF 68 at 18 (arguing that the District lacks standing to "assert an injury on behalf of another State or its Governor"). The Court is not addressing the District's claim about federal command and control under section 502(f) in this opinion so leaves that question for another day.

**JA821**

vindicate the specific rights that they say (incorrectly) the Mayor has under D.C. law and the EMAC.").

The Court finds that the District can establish standing based on injuries to its sovereign power to govern itself and to the statutory rights afforded to it under the D.C. Code and the EMAC for two reasons. First, the District is injured by Defendants' deployment of the DCNG and out-of-state National Guards because Defendants' actions usurp the District's rights to self-governance. Under the District Clause of the Constitution, "Congress may . . . exercise all the police and regulatory powers which a state legislature or municipal government would have in legislating for state or local purposes." *Banner v. United States*, 428 F.3d 303, 309 (D.C. Cir. 2005). Under the Home Rule Act, Congress delegated its exclusive authority over the District to the District government and its local elected representatives. *District of Columbia v. John R. Thompson Co.*, 346 U.S. 100, 109 (1953) (noting that "there is no constitutional barrier to the delegation by Congress to the District of Columbia of full legislative power," subject to constitutional limits and Congress's power to revoke the authority granted). The District may not be a sovereign like a state is, but it can nevertheless exercise delegated sovereign *powers* and is therefore injured by being unlawfully deprived of those powers. *Compare Sovereign*, Black's Law Dictionary (12th ed. 2024) (a "state vested with independent and supreme authority"), *with Sovereign Power*, Black's Law Dictionary (12th ed. 2024) ("The power to make and enforce laws."); *see New Jersey v. EPA*, 989 F.3d 1038, 1047 (D.C. Cir. 2021) (finding that New Jersey could establish standing based on harm to an authority delegated to it by the EPA).

Under D.C. law, the District has a right to govern itself and to determine how to enforce laws in the District. D.C. Code § 1-204.22 ("The Mayor shall be responsible for the proper execution of all laws relating to the District."); *see id*. § 5-101.03(1), (2), (10) (noting that "[i]t

15

**JA822**

shall be the duty of the Mayor" to "preserve the public peace," "prevent crime and arrest offenders," and "enforce and obey all laws"). The District has asserted an injury sufficient for standing purposes by alleging that Defendants have, without statutory authority, reallocated decisions about preventing and deterring crime from the District's local government authorities to other actors, including DCNG and out-of-state commanders.[11] *See Virginia ex rel. Cuccinelli v. Sebelius*, 656 F.3d 253, 268 (4th Cir. 2011) (finding that a federal action that "hinders a state's exercise of th[e] sovereign power . . . arguably inflicts an injury sufficient to provide . . . standing to challenge" that action). The District is also harmed when Defendants undermine its right to determine when to call for out-of-state assistance under the EMAC, including when Defendants call for the deployment of out-of-state units to the District without a declaration of emergency by the Mayor. *See* D.C. Code. § 7-2332.

Second, the District suffers a distinct injury from the presence of out-of-state National Guard units—an injury to its constitutional status as a federal district free from state interference. The Constitution placed the District exclusively under Congress's authority to prevent individual states from exerting any influence over the nation's capital. *See* U.S. Const. art. I § 8, cl. 17 (providing Congress with "exclusive" power to govern "such District . . . as may . . . become the Seat of the Government of the United States"); *Thompson*, 346 U.S. at 109 (finding that the word "exclusive" in the District Clause was used to "eliminate any possibility" that Congress's power over the District had "to be concurrent with that of the ceding states"); *see also* The Federalist No. 43 (recognizing that the District was designed to be "protect[ed]" from the "awe or influence" of

---

[11] At the hearing on the preliminary relief motion, Defendants raised an additional theory that the District does not have standing to challenge the Guard's actions on federal property. Hr'g Tr. 83:1–3. Defendants have never argued that the deployment of the DCNG or out-of-state National Guards has been limited to federal property and the record suggests otherwise. *See, e.g.*, ECF 83-1 at 10–11 (describing National Guards' operational locations around the District, including Gallery Place, 14th Street, and various "designated Metro Stations"). The District's self-rule injury is based on Defendants' asserted and exercised powers of deployment—i.e., the underlying *orders*—not the day-to-day locations to which the forces are deployed, which, in any case, include municipal property throughout the District.

other states). When improperly deployed in the District, out-of-state National Guard units violate the District's right to be free from state influence by forcing the D.C. government to share power with state governors commanding Guard units. *See id*. Further, the District's right to be free from out-of-state influence is also intertwined with its right to self-rule. The District's home rule rights would be meaningless if, for example, Virginia's National Guard could patrol the District at will and the District could not seek any remedy to prevent that from happening. *See* D.C. Code § 1-201.02(a) (stating that Congress's intent is to "grant to the inhabitants of the District . . . powers of local self-government"); 3 The Debates in the Several State Conventions on the Adoption of the Federal Constitution 433 (Jonathan Elliot ed., 2d ed., Philadelphia, J.B. Lippincott 1901) (recognizing the need for "the general government [to] be guarded from the undue influence of particular states").

At its core, Congress has given the District rights to govern itself. Those rights are infringed upon when Defendants approve, in excess of their statutory authority, the deployment of National Guard troops to the District. Any incursion on the District's exercise of its sovereign power would cause Article III injury, but the Court observes that the scope of the infringement here is no small matter. The deployments at issue entail the day-to-day presence of more than 2,000 National Guard troops, about two-thirds the size of the MPD, on the streets of the District. Hr'g Tr. 33:5–10. And there is also the risk that this incursion may become permanent, or at least enduring, given the creation of a DCNG unit specifically established to conduct law enforcement in the District. Exec. Order No. 14339, § 2(d)(i) (ordering the establishment of a specialized unit "that is dedicated to ensuring public safety and order in the Nation's capital"). Faced with these major intrusions into local governance, the Court finds that the District has standing to challenge Defendants' actions.

17

**JA824**

*See Alaska v. U.S. Dep't of Transp.*, 868 F.2d 441, 443 (D.C. Cir. 1989) (permitting states to sue when they have "suffered injury to their sovereign power to enforce state law").[12]

### 2. APA Review

Addressing another threshold inquiry, the Court determines that it can review the DOD Defendants' challenged actions under the APA. It is well established that this Court cannot review the President's actions under the APA because the President is not an "agency." *Franklin v. Massachusetts*, 505 U.S. 788, 801 (1992). In this case, the President issued the initial directive asking the Secretary of Defense to mobilize the DCNG and to coordinate with state governors on soliciting the support of the out-of-state National Guard. August 11 Presidential Memorandum. While the District cannot seek APA review of the President's memorandum, it can seek APA review of the agency orders implementing the presidential directive.[13] *Chamber of Com. of U.S. v. Reich*, 74 F.3d 1322, 1327 (D.C. Cir. 1996) (holding "that the Secretary's regulations . . . based on the President's Executive Order" were subject to "judicial review under the APA, even if the validity of the Order were thereby drawn into question").

In this case, the DOD Defendants, including the Secretary of Defense and other subordinate actors, carried out and completed the decisionmaking process that brought the DCNG and out-of-state National Guard units to D.C. and those actions are reviewable. *See Pub. Citizen v. U.S. Trade Representative*, 5 F.3d 549, 552 (D.C. Cir. 1993) (observing that "*Franklin* is limited to those cases

---

[12] Defendants also make passing arguments that the District is not injured because the Mayor has cooperated with the National Guard deployment and has not joined this suit. The District disputes that argument, but in any event, it is not relevant to any of the legal questions before the Court. It is well-established that the D.C. Attorney General can sue on the District's behalf, which it has done here. D.C. Code § 1-301.81 (describing the Attorney General's litigating powers on behalf of the District).

[13] Plaintiff also challenges other agency actions implementing the deployment of the National Guard in the District, such as their deputation by the U.S. Marshals Service. Because those actions are not relevant to the claims that the Court addresses in this opinion, the Court does not analyze them at this time. As a result, the Court need not enjoin the DOJ Defendants at this time because their challenged actions are not relevant to the statutory interpretation questions addressed in this opinion.

18

**JA825**

in which the President has final constitutional or statutory responsibility for the final step necessary for the agency action directly to affect the parties"). For the DCNG, both the Secretary of the Army and the Commanding General of the DCNG took action to implement the presidential directive. *See* ECF 70-1 at 135 (the Secretary of the Army "approv[ing] the use of the DCNG to provide critical support to law enforcement efforts in the District"); DCNG Permanent Order 25-223 (Aug. 11, 2025), *id*. at 137 (ordering members of the DCNG to "protect federal property and functions in the District of Columbia and to support federal and District law enforcement"). The Secretary of the Army issued the memorandum extending the DCNG's mobilization through November 30, 2025, *id*. at 99, and the Commanding General of the DCNG was charged with implementing the further extension of the deployment through February 28, 2026, ECF 81 at 1. And for the out-of-state National Guards, the District can challenge the MOUs executed and signed between the DCNG and the states under the APA. *See, e.g.*, ECF 70-1 at 13–16 (MOU between the DCNG and Louisiana for Operation Make D.C. Safe and Beautiful).[14]

As such, the Court concludes that it can review the DOD Defendants' actions under the APA and assess whether they are contrary to law. In the following analysis, the Court nevertheless often refers to the President's actions or legal authorities as a shorthand for the legal bases for the DOD Defendants' actions. In deploying the DCNG and requesting the assistance of out-of-state National Guard units, the DOD Defendants rely on the President's authorities and are limited by the bounds of the President's powers. Accordingly, the Court turns to assessing the scope of

---

[14] Defendants only argue that other agency actions—the deputations of the Guard members and the memorandum authorizing them to carry service weapons—are not final within the meaning of the APA. ECF 35-1 at 43. Defendants have not argued that any of the orders or memoranda executed to authorize the DCNG's or out-of-state Guards' deployments are not final agency action. Any such argument would now be forfeited. *See Al-Tamimi v. Adelson*, 916 F.3d 1, 6 (D.C. Cir. 2019) ("A party forfeits an argument by failing to raise it in his opening brief."). Additionally, the orders and memoranda discussed in this paragraph are clearly agency actions that impose "legal consequences" and determine "rights or obligations" because they determine whether the National Guard members have legal authorization to operate in the District. *Bennett v. Spear*, 520 U.S. 154, 178 (1997).

**JA826**

Defendants' asserted authority to deploy the DCNG under Title 49 of the D.C. Code and Article II of the Constitution. Next, the Court evaluates whether Defendants have exceeded the scope of their authority under 32 U.S.C. § 502(f) by requesting that out-of-state National Guards undertake missions in the District.

### 3. The D.C. National Guard

The President can exercise command over the DCNG in two distinct capacities. Pursuant to an act of Congress, the President is the commander in chief of the DCNG when it is operating in militia status. D.C. Code § 49-409. The President can also federalize the DCNG under Title 10 of the U.S. Code and act in his capacity as commander in chief of the armed forces. The Parties agree that the DCNG is currently operating under Title 32 status—in a state-commanded, federally funded mission with the President acting in a position analogous to a state governor. *See* ECF 3-1 at 38; ECF 35-1 at 12. In his role as state commander in chief, the President has mobilized the DCNG to "address the epidemic of crime in our Nation's capital." August 11 Presidential Memorandum.

Defendants identify three sources of authority for the President to wield the DCNG in this manner. First, Defendants argue that because the President is commander in chief of the DCNG, he does not need separate statutory authority to deploy it. *See* ECF 35-1 at 28. Next, they rely on D.C. Code § 49-102, which states that the Commanding General "may order out any portion of the National Guard for such drills, inspections, parades, escort, or other duties" as he deems necessary. They argue that that the phrase "other duties" encompasses supporting law enforcement and deterring crime when read in the context of section 49-404, which they say allows the DCNG to "aid the civil authorities in the execution of the laws." D.C. Code § 49-404. Finally, Defendants

20

**JA827**

suggest that the President has inherent Article II authority "to use troops for the protection of federal property and federal functions" and to enforce federal law. ECF 35-1 at 40.

The Court finds no authority in Title 49 of the D.C. Code that supports the President's ability to call out the DCNG to patrol the District under these circumstances. Section 49-409, which states that the President is the commander in chief of the DCNG, is only a designation of command; separate provisions of the D.C. Code define when and how that command can be exercised. Section 49-102, in turn, is best read as a limited authority over drills, inspections, escorts, parades, and other similar duties related to discrete military exercises. And the President's ability to order the DCNG to "aid the civil authorities in the execution of the laws" is limited precisely to those instances in which the relevant civil authorities *request* the President's aid. D.C. Code §§ 49-103, 49-404. Additionally, while Defendants mention in passing that the President can rely on his Article II powers in the absence of statutory authorization, his command over the DCNG in militia status is bounded by Congress's power to govern the District and its military forces. As such, the Court finds that the President has no free-floating Article II power to deploy the DCNG for the deterrence of crime. Historical practice confirms this understanding of the President's authority. The Court concludes that the District has shown a likelihood of success on the merits of its claim against the deployment of the DCNG.

> a. **Title 49 of the D.C. Code Does Not Allow the President to Deploy the DCNG in the Circumstances Present Here.**

The District Clause of the Constitution endows Congress with sole authority to legislate over the District. U.S. Const. art. I, § 8, cl. 17 (granting Congress the power "[t]o exercise exclusive Legislation in all Cases whatsoever, over such District"). In 1889, Congress first passed the statute that forms the basis for Title 49 of the D.C. Code—the statutory provisions that govern the DCNG. Act of March 1, 1889, ch. 328, § 45, 25 Stat. 772, 778. The Parties agree that, under Title 49, "the

21

**JA828**

President stands in a relation to the D.C. National Guard that is similar to the relation obtaining between the Governors of the several States and their respective State National Guard units." ECF 35-1 at 27 (quoting *Use of the National Guard to Support Drug Interdiction Efforts in the District of Columbia*, 13 Op. O.L.C. 91, 94 (1989) [hereinafter 1989 OLC Opinion]); ECF 57 at 17 (discussing how the D.C. militia code was "patterned after" state statutes delineating governors' powers over their state militias). Notably, state statutes do not simply provide that the governor is the commander in chief of the state militia and leave other powers—such as the power to enforce the laws—implicit within that authority. Instead, such statutes spell out the specific instances in which the governor can call up the National Guard for state active duty. *See infra* Section III.A.3.a.i. The Parties point to two provisions of the D.C. Code that set forth the President's authority to call upon the DCNG: the "other duties" language in section 49-102 and the power "to aid" civil authorities in section 49-103. D.C. Code §§ 49-102, 49-103.

These two provisions of Title 49—sections 102 and 103—reflect well-established categories of powers in state law governing militias. Section 49-102 embodies one type of authority regarding the state commander's power to order the militia to engage in discrete military exercises. As discussed below, the Court finds that the phrase "other duties" in that section refers to other military duties that are similar in nature to drills, inspections, parades, or escorts and excludes activities outside of military exercises, such as patrolling a city to deter crime. Section 49-103 exemplifies another category of statutory authority that enables state governors to use the National Guard in the event of riots, insurrections, or similar crises. In the case of the DCNG, such authority is only available to the President when the relevant civil authorities request aid. D.C. Code. §§ 49-404, 49-103; *OLC Memorandum concerning the amenability of members of the National Guard of the District of Columbia to courts-martial or other disciplinary action for*

22

**JA829**

*failure to participate in formations ordered pursuant to Section 44 of the Act of March 1, 1889* at 2–3 (Aug. 9, 1963) [hereinafter August 1963 OLC Opinion], *available at* https://perma.cc/CEY4-TY8J (contrasting the "drill- and training-type activities" of section 49-102 with "aid-to-civil-authorities-type activities expressly covered by" section 49-103). Finding no support for Defendants' actions in Title 49, the Court concludes that the DOD Defendants have likely exceeded the bounds of their statutory authority.

### i.  "Commander in Chief" in Section 49-409

First, Defendants argue that, because the President is commander in chief of the DCNG, "he does not need specific statutory authority to deploy it." ECF 35-1 at 28; *see* D.C. Code § 49-409 ("The President of the United States shall be the Commander-in-Chief of the militia of the District of Columbia."). Defendants ask the Court to read section 49-409 as an affirmative grant of commander in chief power, permitting the President to deploy the DCNG at will. The Parties agree, however, that the D.C. Code's provisions governing the DCNG are broadly modeled after state militia codes and the President is "functionally serving in the role of a Governor of a state." ECF 35-1 at 29; ECF 57 at 17. And a state statute's identification of a governor as commander in chief of a state national guard does not, merely by that designation, describe the contours of the governor's power. A brief survey of state law demonstrates that state constitutions and statutes often have separate provisions (1) designating the governor as commander in chief and (2) listing the situations in which the governor can deploy the state militia. The designation provision in these statutes does not independently confer authority to call up the National Guard for whatever reason a governor sees fit. Similarly, the President, like state governors, is only permitted to call up the DCNG through the exercise of a specific power outlined in state law.

**JA830**

Other state code provisions can provide a helpful comparison to the relevant D.C. statutes here. Consider, for example, the structure of Alabama's state laws governing its National Guard. First, Alabama Code § 31-2-51 designates the governor of Alabama as the "Commander in Chief" of the state's military forces. Another section—section § 31-2-52—then lists the powers and duties the governor shall have as commander in chief:

> (b) The Governor, as Commander in Chief, shall have the power in case of war, invasion, insurrection, riot, tumult, breach of peace, natural disaster, or imminent danger thereof, to call or order all or any portion or class of the armed forces of the state into the active military or naval service[.]
> . . .
> (c) The Governor may authorize all or any part of the National Guard or Naval Militia to participate in any drill, parade, review, or other public exercise, or to engage in service for escort duty . . . of the state.
> . . .
> (e) The Governor, as Commander in Chief, is authorized to call out all or any such portion of the National Guard as he may deem advisable, upon his determination that a state of emergency exists.

*Id.* Subsection (b) provides the Alabama Governor with power to act in cases of war, invasion, insurrection, riot, and other circumstances broadly corresponding with D.C. Code § 49-103.[15]

---

[15] While the Alabama statute does not reference "civil authorities," many other state law provisions addressing such exigent situations reference a request from a civil authority or the governor's ability to "aid" civil authorities. *See* S.C. Code Ann. § 25-1-1840 ("In the event of (a) war, insurrection, rebellion, invasion, tumult, riot or a mob, (b) a body of men acting together by force with intent to commit a felony, to offer violence to persons or property or by force and violence to break and resist the laws of this State or of the United States, (c) in case of the imminent danger of the occurrence of any of such events or (d) in the event of public disaster the Governor may order the National Guard of South Carolina or any part thereof into the active service of the State and cause them to perform such duty as he shall deem proper. The Governor may also upon the written request of the mayor of a city or the sheriff of a county within which a large public assemblage is to occur order out the National Guard or any part thereof to preserve order and keep people within bounds at such assemblage."); Miss. Code Ann. § 33-7-301 ("Whenever any circuit judge of a county, sheriff, or mayor of a municipality . . . shall apprehend the outbreak of insurrection, riot, breach of the peace, or combination to oppose the enforcement of the law by force or violence . . . or in the event of disaster or other grave emergency, it shall forthwith become the duty of the circuit judge, sheriff or mayor, when it appears that such unlawful combination or disaster has progressed beyond the control of the civil authorities, to notify the Governor, and the Governor may then, in his discretion, if he deems the apprehension well-founded or the disaster or emergency of sufficient magnitude, order into the active service of the state, for such period, to such extent, and in such manner as he may deem necessary, all or any part of the organized militia."); 20 Ill. Comp. Stat. Ann. 1805/83 ("Whenever there is a tumult, riot, mob or body of persons acting together by force with attempt to commit a felony, or to offer violence to persons or property, or by force or violence to break or resist the laws of the State, or when such tumult, riot or mob is threatened it shall be deemed that a time of public disorder and danger then exists, and it shall be the duty of the Governor thereupon to order such military force as he may deem necessary to aid the civil authorities in suppressing

Subsection (c) gives the Governor authority over "any drill, parade, review, or other public exercise," with language that parallels D.C. Code § 49-102.[16] The Alabama statute identifies the governor as the "Commander in Chief" of the state National Guard in three separate instances across two sections. But that designation as commander in chief does not confer boundless discretion—instead, the statute goes on to list specific enumerated powers that the governor can wield. State constitutional provisions dating to the 1800s operate through a similar structure. *See, e.g.,* Ill. Const. art. XII, § 4 ("The Governor is commander-in-chief of the organized militia . . . . He may call them out to enforce the laws, suppress insurrection or repel invasion."); Mich. Const. art. V, § 12 ("The governor shall be commander-in-chief of the armed forces and may call them out to execute the laws, suppress insurrection and repel invasion.").[17]

Defendants read section 49-409 as providing a grant of authority to the President to deploy the DCNG as he sees fit. ECF 35-1 at 29 ("[T]he President, as Commander in Chief and

---

such violence and executing the law."); Kan. Stat. Ann. § 48-238 ("It shall be the duty of the governor, and the governor is hereby authorized and required, in case of war, invasion, insurrection, or breaches of the peace, or imminent danger thereof, or any forcible obstruction to the execution of the laws, or reasonable apprehension thereof, to call upon the national guard to defend the state or aid the civil authorities to enforce the laws thereof."); Mich. Comp. Laws § 32.551 (noting that the governor "may order to active state service any members of the Michigan National Guard in case of riot, tumult, breach of the peace, or resistance of process, or for service in aid of civil authority, whether state or federal, or in time of actual or imminent public danger, disaster, crisis, catastrophe, or other public emergency within this state or to respond to acts or threats of terrorism or to safeguard military or other vital resources of this state or of the United States").

[16] *See also* Neb. Rev. Stat. § 55-113 ("Each organization shall assemble for drill and instruction, and participate in encampments, maneuvers and other exercises at such periods as may be prescribed by the Governor."); Colo. Rev. Stat. Ann. § 28-3-902 ("The governor may, in his or her discretion, order such organizations as he or she may deem proper to parade for purposes of drill, review, or escort duty and prescribe all regulations and requirements therefor.").

[17] These state constitutional provisions are examples of language in effect at the time of Congress's passage of the 1889 D.C. militia act. *See* Frederic J. Stimson, American Statute Law § 298 (1886) (identifying provisions among state constitutions that empowered the governor to "call out the militia . . . to execute the laws"). In Michigan and Illinois, this language has been part of the state constitutions since 1850 and 1870 respectively. *Michigan Constitution, Art V § 12*, Michigan Constitutional Archive, Makinac Center Legal Foundation, https://perma.cc/MFF5-4SQ9 (noting that the Michigan Constitution of 1850 included a provision stating that "[t]he Governor shall be Commander-in-Chief of the military and naval forces, and may call out such forces to execute the laws, to suppress insurrections and to repel invasions"); Ill. Const. 1870, art. V, § 14 ("The Governor shall be commander-in-chief of the military and naval forces of the State . . . and may call out the same to execute the laws, suppress insurrection, and repel invasion.").

**JA832**

functionally serving in the role of a Governor of a state, [can] independently determine that mobilization of the [DCNG] is necessary."). But the Court cannot accept that interpretation. State governors do not derive their authority to call out state National Guards from their status as commanders in chief alone—they are empowered and restrained by separate language in their states' legal frameworks.[18] *See supra* notes 15–17 (listing the specific powers that state governors have to aid civil authorities or order drills). D.C. law is no different. And under D.C. law, the relevant powers are identified in sections 49-102 and 49-103, allowing the President and his subordinates to prescribe drills or aid the civil authorities in the execution of the laws. The Court next evaluates those statutory provisions and, finding that those statutes do not authorize the DCNG's activities, concludes that the DCNG is likely operating contrary to law.

### ii.  "Prescribing Drills" in Section 49-102

First, the Court interprets the scope of two words that Defendants rely on—the phrase "other duties" in D.C. Code § 49-102. Section 49-102 is entitled "Prescribing drills" and states, in relevant part:

> The Commanding General shall prescribe such stated drills and parades as he may deem necessary for the instruction of the National Guard, and may order out any portion of the National Guard for such drills, inspections, parades, escort, *or other duties*, as he may deem proper.

*Id.* (emphasis added).

Applying the principle of *noscitur a sociis*—"a word is known by the company it keeps"—the Court examines the phrase "other duties" in light of the terms that precede it. *Yates v. United States*, 574 U.S. 528, 543–44 (2015). A "drill" is the "act or exercise of training soldiers in the

---

[18] A Tennessee state court recently reached the same conclusion, finding that the Tennessee governor's status as commander in chief did not authorize his deployment of the Tennessee National Guard to address "law enforcement concern[s]." *See Harris v. Lee*, No. 25-1461-I, slip op. at 28–31 (Tenn. Ch. Ct. Nov. 17, 2025) (finding that the Tennessee governor's exercise of power over the Tennessee National Guard likely exceeded his powers under Tenn. Code Ann. § 58-1-106).

**JA833**

military art." *Drill*, Webster's Complete Dictionary of the English Language 413 (1886); *Drill*, Dictionary of the English Language 447 (1888) ("The instruction of officers and soldiers in the exercise of the firelock, and in the first principles of field movements."). An "inspection" refers to the "act of inspecting," which means "view[ing] and examin[ing] officially" of "troops, arms, goods offered for sale, [or] work performed." *Inspection*, Webster's Complete Dictionary 699; *Inspect*, Webster's Complete Dictionary 699. An "escort" is a "body of persons, giving attendance for the sake of affording safety" or "a guard." *Escort*, Webster's Complete Dictionary 464; *Escort*, Dictionary of the English Language 501 ("A convoy; a guard from place to place; a company of armed men attending on a person as a guard or a distinction."). Finally, to "parade" means to "assemble and be marshaled in military order" or "to go about in military procession." *Parade*, Webster's Complete Dictionary 946.

Under the canon of *ejusdem generis*, the Supreme Court has repeatedly counseled that "a general or collective term at the end of a list of specific items is typically controlled and defined by reference to those specific items that precede it." *Fischer v. United States*, 603 U.S. 480, 487 (2024). As the preceding definitions make clear, drills, inspections, escorts, and parades are all types of military exercises. *See District of Columbia v. Heller*, 554 U.S. 570, 595 (2008) (citing founding-era sources which indicate that the militias were "able bodied men . . . required by law to attend military exercises on certain days"); *Presser v. People of State of Ill.*, 116 U.S. 252, 253, 262 (1886) (evaluating a provision of the Illinois Military Code that forbade unauthorized bodies of men other than the regular volunteer militia from engaging in military duties including "drill[ing] or parad[ing] with arms"); *id.* at 263 (noting duties of the Illinois militia which included engaging in "inspections, parades, and encampments"); *id.* at 267 (referencing the "organization, drilling, and parading of military bodies and associations"). The "other duties" permitted by

27

statute, then, must encompass only those duties that relate to discrete military exercises ordered by the commanders of the DCNG. To read the statute otherwise would lead to improbable results—Congress is unlikely to have listed a set of activities within the sphere of military exercises if "other duties" was meant to sweep in all law enforcement-related activities in the District. *See Yates*, 574 U.S. at 543 (applying *noscitur a sociis* to "avoid ascribing to one word a meaning so broad that it is inconsistent with its accompanying words, thus giving unintended breadth to the Acts of Congress"); *Fischer*, 603 U.S. at 487 ("Congress would not ordinarily introduce a general term that renders meaningless the specific text that accompanies it."). The second sentence of section 49-102 confirms the necessity of applying the *noscitur a sociis* and *ejusdem generis* canons here. Section 49-102 also allows "[t]he commanding officer of any regiment, battalion or company" to "assemble his command, or any part thereof, in the evening for drill, instruction, *or other business*, as he may deem expedient." D.C. Code § 49-102 (emphasis added). Such a provision cannot plausibly be read to allow the subordinate military officials of the DCNG to conduct any business they would like, including general policing in the District. Reading the two sentences together, section 49-102 naturally refers to orders from DCNG commanders to their units for duties related to military exercises—an inspection of the troops, for example, or a training drill.

Defendants respond that the terms "escorts" and "inspections" include "core police and law enforcement duties." ECF 35-1 at 40. While claiming that the National Guard units in the District are not engaged in law enforcement activities (a position that Plaintiff hotly contests), Defendants argue that if section 49-102 includes law enforcement powers, it must also provide sufficient authority to authorize the DCNG's passive, crime-deterrence activities. Hr'g Tr. 54:3–13 ("These Guardsmen are not doing law enforcement, but surely the lesser is included in the greater here."). In the alternative, Defendants argue that, even if section 49-102 cannot be read to include law

28

**JA835**

enforcement powers and is only "read by reference to the items that precede it," "the Guard's duties—principally acting as a deterrence force—are not different in kind from the preceding items." ECF 68 at 13.

The Court first turns to Defendants' argument that section 49-102 includes a general law enforcement power over the District and rejects it. Even if the plain meaning of the terms "escorts" and "inspections" could encompass such duties—a position for which Defendants have provided no authority—Defendants have not demonstrated that the best reading of those terms in the context of a militia statute for "[p]rescribing drills" includes such activities.[19] Defendants hinge their reading of section 49-102 not on the statutory text, but on opinions from the Department of Justice's Office of Legal Counsel (OLC), which have interpreted section 49-102 to be "broad enough to include law enforcement activities." 1989 OLC Opinion at 93. In July 1963, the OLC opined that the language of section 49-102 can "be construed as authorizing the commanding general to use the National Guard to support activities of the civilian police force during any massive demonstration or parade in the District." *Memorandum for the Assistant Attorney General, Civil Division, from Norbert A. Schlei, Assistant Attorney General, Office of Legal Counsel, Re: Authority to use the National Guard of the District of Columbia to supplement civilian police force activities during a massive demonstration or parade in the District of Columbia* at 1–2 (July 30, 1963) [hereinafter July 1963 OLC Opinion], *available at* https://perma.cc/2VWF-BA8F. The opinion adopts an expansive view of the President's powers under section 49-102, stating:

---

[19] In modern parlance, the term "escort" is often used in the context of convoys of vehicles "traveling together for safety" or for safe passage. *See Convoy*, Black's Law Dictionary (12th ed. 2024) (a "group of vehicles or vessels traveling together for safety, esp. with armed escorts"); *Safe Conduct*, Black's Law Dictionary (12th ed. 2024) (referencing "safe conduct[] . . . with or without an escort"). In the context of the statute, the term is best read to encompass only military escorts or convoys. Defendants offer no reason to think that the term should be read out of alignment with the statute to encompass all police escorts in the District. Similarly, while the term "inspection" can refer to a wide range of activities—home inspections, for example—the context of the statute dictates that it refers to military activities such as inspections of the troops.

29

**JA836**

> Since the President performs the same function with respect to the District of Columbia National Guard as the Governors of the several States serve with respect to their respective State organizations, and since the Congress has vested the President with comparable authority in the appointment and removal of the commanding general of the District of Columbia organization, it would certainly not seem inappropriate for the President to request or urge the commanding general to use the National Guard in support of activities of the District of Columbia police whenever he feels that the welfare, safety, or interest of the public would be served thereby.

*Id*. at 3.

The Court recognizes the Executive Branch's interpretation of section 49-102, but the OLC Opinions do not bear the weight Defendants place on them.[20] First, OLC's position on this issue is far from definitive. The July 1963 OLC Opinion states that "*it would certainly not seem inappropriate* for the President to *request or urge* the commanding general to use the National Guard*" to undertake these activities. *Id*. (emphasis added). The Opinion itself appears to express hesitance about whether the President could mandate the Commanding General of the DCNG to take such actions and does not cite any authority for the President's power to do so. For example, it does not explain how a general power to call out the DCNG to protect the "welfare, safety, or interest of the public" is rooted in the text of section 49-102. Absent such an analysis, the Opinion's interpretation of "other duties" has no clear limiting principle. The Department of Justice appeared to recognize this issue and equivocated on their view of the statute two weeks later. In an August 1963 opinion, the OLC recognized that the term "other duties" could "be construed by courts *in pari materia* with the other terms used in that section which relate primarily to drill- and training-type activities." August 1963 OLC Opinion at 2–3.

Second, as discussed previously, the July 1963 OLC Opinion appears to overread the extent to which state governors have the authority to use their National Guard units to support the public

---

[20] As the D.C. Circuit has noted, "OLC's views are not binding" but courts may "look to them for their persuasive value." *Ctr. for Biological Diversity v. U.S. Int'l Dev. Fin. Corp*., 77 F.4th 679, 689 (D.C. Cir. 2023).

welfare. *See supra* Section III.A.3.a.i. As discussed above, state governors are often limited in the situations that they can call upon their National Guards. The July 1963 OLC Opinion conflates two, separate categories of state governors' powers over their National Guard units—(1) the authority to order drills, parades, and other similar military duties, and (2) the authority to quell insurrections, riots, and mobs, or otherwise intervene in emergencies for the public welfare. The Opinion reads the latter power—an exigency-based authority—into section 49-102. But section 49-102 covers only the former—orders by commanding officials relating to military exercises.

Finally, Defendants argue that, even if the phrase "other duties" in section 49-102 is "read by reference to the items that precede it," the DCNG's current activities in the District "are not different in kind from the preceding items." ECF 68 at 13. But Defendants' reading ignores that the plain meaning of the terms "drill," "inspection," "escort," and "parade" all refer to discrete military exercises. *See supra* 26–27 (defining those terms). While the Guard's conduct may be superficially similar when acting in different capacities—the Guard can walk through Union Station in a military procession or as part of a crime-deterring force—the nature of the activity authorized is distinct. Section 49-102 confers authority on the Commanding General to issue orders related to activities performed by the DCNG in its capacity as a military unit. The partial delegation of that authority to subordinate officials demonstrates that section 49-102 only covers conduct that can be authorized within that command structure. Defendants seek to use section 49-102 as a basis for the DCNG to interact with members of the public outside of any military exercise to patrol and to deter crime. Such an authority lies outside of the best reading of the statute.

### iii.   "To Aid the Civil Authorities" in Sections 49-103 and 49-404

Defendants also argue that section 49-102 must be understood in the context of section 49-404 and thus the "other duties" permissibly ordered by the Commanding General can include

31

**JA838**

activities "to aid the civil authorities in the execution of the laws," which is what Defendants contend the DCNG is doing here by supporting local law enforcement. ECF 68 at 14 (arguing that section 49-102 "does not stand alone"); D.C. Code § 49-404 ("The enrolled militia shall not be subject to any duty except when called into the service of the United States, or to aid the civil authorities in the execution of the laws or suppression of riots.").

The Court finds no such expansive power in section 49-404 permitting Defendants to unilaterally call upon the DCNG to assist the District with crime control. First, section 49-404 is a prohibition, not a grant of power. It provides that the DCNG "*shall not* be subject to any duty except" when federalized or in aid of the civil authorities in the execution of the laws or suppressing riots.[21] *Id*. (emphasis added). Even if that language could be read as a grant of authority to "aid" the civil authorities in execution of the laws, such language is best read as hinging upon a *request* by a civil authority under section 49-103. Section 49-103 states, in relevant part:

> When there is in the District of Columbia a tumult, riot, mob, or a body of men acting together by force with attempt to commit a felony or to offer violence to persons or property, or by force or violence to break and resist the laws, or when such tumult, riot, or mob is threatened, it shall be lawful for the Mayor of the District of Columbia, or for the United States Marshal for the District of Columbia, or for the National Capital Service Director, *to call on the Commander-in-Chief to aid them in suppressing such violence and enforcing the laws*; the Commander-in-Chief shall thereupon order out so much and such portion of the militia as he may deem necessary to suppress the same.

D.C. Code § 49-103 (emphasis added). Sections 49-103 and 49-404 mirror each other in referencing when the DCNG is called on "to aid" civil authorities in "enforcing the laws." *Id*.; *id*. § 49-404 ("to aid the civil authorities in the execution of the laws"). The phrase "to aid" is best

---

[21] A similar provision in South Carolina state law is also clearly a prohibition, not a grant of affirmative authority. *See* S.C. Code Ann. § 25-1-1820 ("The National Guard shall not be subject to active duty other than training duty, except (a) in case of war, (b) in event or danger of invasion by a foreign nation, (c) there is a rebellion or danger of rebellion against the authority of the government of the United States, (d) the President issues orders to execute the laws of the United States, (e) for preventing, repelling or suppressing invasion, insurrection or riot, (f) for aiding civil officers in the execution of the laws.").

**JA839**

read as "to help," "to assist," or "[t]o support, either by furnishing strength or means to effect a purpose." *Aid*, Webster's Complete Dictionary 32. Section 49-404 prohibits the imposition of any "duty" on the DCNG except for in certain circumstances, one of which is when they are called on "to aid" the civil authorities, and section 49-103 delineates when and how the DCNG can be called on to give such "aid." Neither section 49-103 nor 49-404 endow the President or the Commanding General with additional authority of their own to execute the laws.

That structure reflects the choice Congress made when it enacted the first version of Title 49. At the time of the 1889 act, nearly two dozen state constitutions allowed governors to call out the National Guard "to execute the laws," but Congress chose instead to only allow the President "to aid the civil authorities." Frederic J. Stimson, American Statute Law § 298 (1886); *see supra* Section III.A.3.a.i (describing state constitutions that allow governors to call upon the National Guard "to enforce" or "execute" the laws); *Parker Drilling Mgmt. Servs., Ltd. v. Newton*, 587 U.S. 601, 611 (2019) ("It is a commonplace of statutory interpretation that Congress legislates against the backdrop of existing law."). Congress was aware of the other state laws in place at the time of its passage of the 1889 act, yet intentionally adopted a narrower phrase. *See* July 1963 OLC Opinion at 2 ("[T]he legislative history of [the 1889] Act indicates that it was patterned after a number of State statutes in effect at the time of its enactment."); H.R. Rep. No. 50-809, at 1–2 (1888) (stating that the 1889 act "contains only the usual and necessary provisions that are included in the militia codes of nearly all the States").[22] The Court must give meaning to the words Congress chose, which limit the DCNG's duties to "aid[ing]" the civil authorities in the execution of the

---

[22] Because the legislative history demonstrates that Congress was aware of contemporary state militia statutes, the Court finds it a reasonable inference that Congress was also aware of contemporary state constitution provisions governing the militia. *See* Stimson, American Statute Law § 298. Congress was thus likely aware that it had the option to adopt phrases such as to "execute" or "enforce" the laws but chose a different formulation.

33

**JA840**

laws. D.C. Code § 49-404.[23] This understanding of "aid" to civil authorities is also reflected in other state laws today, which use the phrase to refer to more limited instances in which a county or municipality can no longer enforce the laws and requests the governor's aid. *See, e.g.*, Ariz. Rev. Stat. § 26-172(C) ("The civil authorities of a county or municipality requiring aid of the national guard to quell any riot, insurrection or other civil disturbance shall submit to the governor a written request for aid."); *see supra* note 15 (collecting state statutes referencing aid to civil authorities).

Defendants also argue that because the District government now has no greater authority over the DCNG than was vested in the District commissioners prior to 1975, the Mayor cannot veto the President's use of the DCNG. *See* D.C. Code § 1-206.02(b). But section 45 of the 1889 act stated that "it shall be lawful for the commissioners of the District of Columbia . . . to call on the commander-in-chief to aid them in suppressing such violence and enforcing the laws." Act of March 1, 1889, ch. 328, § 45, 25 Stat. at 778. The Mayor and the commissioners, then, both needed to call upon the President before the DCNG could be deployed for the enforcement of the laws and the Mayor is allocated no greater authority than was available to the commissioners prior to 1975.

Finally, Defendants suggest that section 49-103 is merely a mechanism by which the Mayor can "request" assistance from the President, but "does not divest the President of his authority to call out the D.C. National Guard." ECF 35-1 at 28. Relatedly, they argue that the use of the DCNG as a "federal entity" cannot be "condition[ed]" on the "consent of a local official." *Id*. at 29. But, as the Court has already recognized, it is more accurate to say that the D.C. Code

---

[23] Defendants also cite Executive Order 11485 to argue that the President has affirmative power to engage in law enforcement, which he delegated to the Secretary of Defense. ECF 35-1 at 29. But the Executive Order merely states that the Secretary may order out the National Guard to "aid the civil authorities of the District," which is entirely consistent with the Court's reading of section 49-103. Exec. Order No. 11485, § 1, 34 Fed. Reg. at 15411. The Executive Order also cannot give the Secretary of Defense authority that the President does not have by statute.

does not provide authority for the President to call out the DCNG at will. Rather, section 49-103 provides a limited exception to that general lack of authority, giving the President power to mobilize the DCNG only when specific predicates are met.[24] Historical practice, in fact, demonstrates that Presidents have relied on a request by a civil authority before deploying the DCNG, as outlined by section 49-103. During the Know-Nothing Riots of 1857, for example, President James Buchanan ordered a Marine detachment into the District to restore peace at the request of the mayor. Lawrence Kapp et al., Cong. Rsch. Serv., R46886, Use of Militia, National Guard, or Federal Armed Forces within the District of Columbia Prior to 2020 at 5 (2021) [hereinafter Kapp et al., Use of Militia]. In 1932, the then-board of commissioners of the District "requested military support from President Herbert Hoover" in response to a march of 10,000 to 20,000 World War I veterans on the District. *Id*. at 9. President Hoover explicitly declined to "proclaim a state of insurrection or to declare martial law" but approved "the use of federal armed forces to assist the police operations in a supporting role." *Id*. On April 5, 1968, the day after Reverend Dr. Martin Luther King., Jr.'s assassination, the mayor-commissioner at the time "requested federal troops to assist civil authorities in their response to riots in the district." *Id*. at 13. That same day, President Lyndon B. Johnson issued Executive Order 11403 ordering the Secretary of Defense to assume authority over the DCNG, giving the Secretary the power to federalize the DCNG and to take control over the DCNG in its militia status. *Id*. at 13–14. Soon thereafter, the Secretary federalized the DCNG, without using the delegated state militia authority. *Id*. at 14.

---

[24] In the absence of a request by the civil authorities, the President remains free to federalize the DCNG and to exercise his power as commander in chief of the armed forces. Lawrence Kapp et al., Cong. Rsch. Serv., IF11768, National Guard Civil Support in the District of Columbia 2 (2021) [hereinafter Kapp et al., National Guard Civil Support] (noting that Title 10 "authorize[s] the President to deploy the military to address significant civil unrest under certain conditions").

35

More recently, during the 2020 Black Lives Matter protests, the two U.S. Marshals in D.C. requested that the President activate DCNG troops.[25] U.S. Dep't of Just., Office of the Inspector Gen., *A Review of the Department of Justice's Response to Protest Activity and Civil Unrest in Washington, D.C. in Late May and Early June 2020*, No. 24-085 at 73–74 (July 2024) [hereinafter OIG Report]. After being activated, members of the DCNG assisted with the clearing of protests, including in and around Lafayette Park. *Id.* at 6, 95, 98. And on December 31, 2020, in advance of planned demonstrations at the U.S. Capitol on January 5 and 6, 2021, D.C. Mayor Muriel Bowser sent a letter to the Commanding General of the DCNG requesting support. Letter from Mayor Muriel Bowser, to Major General William J. Walker, Commanding General of the D.C. National Guard (Dec. 31, 2020), https://perma.cc/WS9T-G5GQ. In the midst of exigent circumstances, both local civil authorities and the Executive Branch have appeared to operate under the assumption that the President can call out the DCNG after receiving a request from the Mayor or the U.S. Marshals. *See* OIG Report at 74 (noting that "OLC, in consultation with DOD, continued to examine the use of § 49-103 to request assistance from the DCNG on June 1" and "OLC attorneys debated internally the practical mechanics of making such a request"); *id.* at 73 n.92 (noting that the D.C. government had requested DCNG assistance before June 1 but asked for a "limited number of DCNG troops to help the MPD with traffic control" and "explicitly stated that troops would not be involved in law enforcement-related activities").[26] The history of such

---

[25] There are two U.S. Marshals in the District—one for the federal district court and one for the Superior Court—and they are both appointed by the President. 28 U.S.C. § 561(c) ("The President shall appoint, by and with the advice and consent of the Senate, a United States marshal for each judicial district of the United States and for the Superior Court of the District of Columbia.").

[26] In other historical instances, the President did not rely on a request by the Mayor or the U.S. Marshals, but it is unclear whether the DCNG was federalized or deployed in state militia status at the time. Kapp et al., Use of Militia at 8–9, 11–13 (describing the deployment of civil and military personnel to address 1919 and 1967 riots and demonstrations in the District).

36

**JA843**

requests in the midst of active emergencies suggests that the relevant players have understood that section 49-103 imposes requirements for the deployment of the DCNG, consistent with the Court's interpretation of the statute.

### b. The President's Article II Powers Must Be Exercised in Conformity with Congress's Power to Govern the District.

On a single page of their opening brief, Defendants also contend that, separate from any statutory powers, the President has inherent Article II powers to utilize the DCNG (1) to enforce the D.C. Code as federal law and (2) to "use troops for the protection of federal property and federal functions." ECF 35-1 at 40; *see also* ECF 68 at 13 ("The D.C. Code is itself federal law and the President is Commander in Chief of the D.C. National Guard, a federal entity. The President does not need express statutory authority to enforce federal law using federal forces at his command."). The Court rejects Defendants' fly-by assertion of constitutional power, finding that such a broad reading of the President's Article II authority would erase Congress's role in governing the District and its National Guard.

First, Defendants rely on a footnote in the 1989 OLC Opinion to argue that the President has inherent constitutional authority to use the DCNG to carry out federal law in the District. 1989 OLC Opinion at 93 n.6.[27] The 1989 Opinion analyzed the question of whether the DCNG, in its militia status, could be used to support local drug enforcement efforts. The Opinion suggested, without deciding, that such activities could be permitted, not only under section 49-102, but alternatively "on the basis of the President's inherent constitutional authority to use any forces at

---

[27] The footnote reads in full:

> Although there is adequate statutory authority in this case, and we therefore need not reach the question, since the President is Commander-in-Chief of the District of Columbia National Guard in its militia status (D.C. Code § [4]9-[4]09), and since the D.C. Code is federal law, this use of the National Guard might also be supported on the basis of the President's inherent constitutional authority to use any forces at his command to carry out the laws. *See In Re Neagle*, 135 U.S 1 (1890).

**JA844**

his command to carry out the laws." *Id*. Defendants also cite the OLC Opinion that considered whether the President could deploy the DCNG in the face of the Mayday Demonstrations, which threatened to block traffic in the District and prevent federal employees from reaching their workplaces. *Authority to Use Troops to Prevent Interference with Federal Employees by Mayday Demonstrations and Consequent Impairment of Government Functions,* 1 Op. O.L.C. Supp. 343, 343–44 (1971) [hereinafter Mayday OLC Opinion] (noting that "this authority rests on inherent power, rather than specific statutes"). Because it is the President's "constitutional duty to protect this functioning," the Opinion reasoned, the President could call upon the DCNG as part of his "inherent powers to use troops to protect federal property and functions as a necessary adjunct of his constitutional duties under Article II, Section 3 of the Constitution."[28] *Id*. at 344. In the current case, the August 11 Presidential Memorandum draws on the logic of the Mayday OLC Opinion when it states that the DCNG's deployment serves to ensure that "the Federal Government can properly function, without fear of being subjected to violent, menacing street crime." August 11 Presidential Memorandum § 1. Additionally, the memorandum provides that it is the President's duty to "Federal workers to secure the safety and the peaceful functioning of our Nation, the Federal Government, and our city." *Id*.

---

[28] Both OLC opinions rely on *In re Neagle*, in which the Supreme Court determined that the use of troops would be permissible in the protection of essential public functions like the flow of interstate mail and the safeguarding of public land. 135 U.S. 1, 65 (1890). The Mayday OLC Opinion also cites *In re Debs*, which reiterates the power to "use . . . force on the part of the executive authorities" if there is an obstruction to interstate commerce. 158 U.S. 564, 582 (1895) ("The strong arm of the national government may be put forth to brush away all obstructions to the freedom of interstate commerce or the transportation of the mails. If the emergency arises, the army of the nation, and all its militia, are at the service of the nation, to compel obedience to its laws."). As another district court addressing similar issues recently noted, *Neagle* and *Debs* must be read in their context—the first arose from "well-documented threats against a sitting Supreme Court Justice," and the second "involved a massive strike that effectively halted mail delivery across the country." *Newsom*, 2025 WL 2501619, at *23. The Court similarly declines to stretch those cases, "made in response to historic threats," to now "grant the President a perpetual, atextual right to defy Congress if he determines it necessary to protect federal property, personnel, or functions." *Id*.

While the President certainly may have some Article II powers to protect federal functioning and property, including in the District, such powers cannot justify the deployment of the DCNG in this case. As Commander in Chief of the DCNG, the President must exercise his powers in a manner that is consistent with Congress's power over the governance of the District. When the DCNG is in state militia status, the President is exercising delegated authority from Congress's exclusive constitutional power over the District. *See* U.S. Const. art. I, § 8, cl. 17 (granting Congress the power "[t]o exercise exclusive Legislation in all Cases whatsoever, over such District"). Congress, too, has authority to legislate for the protection and regulation of federal property. *Id*. art. IV, § 3, cl. 2 ("The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting . . . Property belonging to the United States."). The D.C. Code states that the D.C. Council has no authority to pass laws that "concern[] the functions or property of the United States." D.C. Code § 1-206.02(a)(3). That reserved power, carved out from the Home Rule Act, remains with Congress. Pub. L. No. 93-198, § 602(A), 87 Stat. 774.

In passing Title 49, Congress has specified the instances in which the President is allowed to deploy the DCNG to protect federal functioning in the District. In section 49-103, for example, Congress has recognized that there are instances in which federal property or functioning may need to be protected by forces stronger than those the civil authorities can call upon and carved out limited instances for the President to intervene. *See* D.C. Code § 49-103. The President cannot now assert an Article II power that operates as if in an "open field"; instead, he must wield any Article II powers he has in a manner that co-exists with the statutory scheme set up by Congress. *See Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579, 637, 639 (1952) (Jackson, J., concurring) ("When the President takes measures incompatible with the expressed or implied will of Congress, his power is at its lowest ebb, for then he can rely only upon his own constitutional

39

**JA846**

powers minus any constitutional powers of Congress over the matter."). Like in *Youngstown*, Defendants' assertion of executive power here would leave Congress powerless to exercise its authority under the District Clause. Stretched to an extreme, a freestanding Article II power to protect the functioning of the federal government or enforce the D.C. Code would allow the President day-to-day control over the functioning of the entire District. But such power would run headlong into the Constitution's allocation of the governance of the District to Congress. Here, Congress has drawn a line between what remains in the President's power and what is carved out for D.C.'s home rule. For the DCNG's state militia operations, that line is embodied in Title 49.

Finally, in examining the historical record, the Court finds that, even when faced with mass protests or demonstrations, the President has either federalized the National Guard or responded to a call from a civil authority, drawing upon powers based in statute. Just over five years ago, the President did not invoke any inherent Article II power over federal property to clear Lafayette Park—a park operated by the National Park Service directly in front of the White House. Instead, the President waited for requests made by the U.S. Marshals before deploying the DCNG, pursuant to D.C. Code § 49-103. *See* OIG Report at 73–74. The Court finds the historical practice of Presidents—the Lafayette Park example and others cited above—to be persuasive evidence of the Executive Branch's historical understanding of its Article II powers over the DCNG: as powers that must be exercised consistent with Congress's direction in Title 49.

\* \* \*

In sum, the DOD Defendants rely on three separate provisions of the D.C. Code to support the deployment of the DCNG in this case: (1) the "other duties" language in section 49-102, (2) the "aid" to civil authorities language in sections 49-404 and 49-103, and (3) the President's status as the Commander in Chief of the DCNG under section 49-409. None of these statutory bases

**JA847**

support the deployment of the DCNG in the District for crime deterrence purposes. Nor does the President have an Article II power that can override Congress's statutory scheme governing the District. Accordingly, the Court finds no statutory authority supporting the DOD Defendants' actions and that the District is likely to succeed on the merits of its claim.

### 4. Out-of-State National Guard Units

The DCNG only forms part of the current National Guard deployment in the District. Over 1,000 out-of-state National Guard members are also deployed in the District in reliance on the President's authority under 32 U.S.C. § 502(f). ECF 3-1 at 38 ("The out-of-state National Guard units called into the District are all in state militia status under Title 32."); ECF 35-1 at 35 ("The parties all agree that out-of-District National Guard units are all operating in Title 32 status."). Within the context and structure of Title 32, the Court finds that section 502(f) cannot bear the expansive interpretation that Defendants attribute to it and that Plaintiff is also likely to succeed on the merits of this claim.

Title 32 of the U.S. Code outlines a hybrid federal-state status for the National Guard. Under Title 32, guard members "fall under the command and control of their state or territory governor, but their duty is federally funded and regulated." *National Guard Duty Statuses*, National Guard Bureau, https://perma.cc/V9C4-GMTA. Under section 502(f), a member of the National Guard may "be ordered to perform training or other duty" in "[s]upport of operations or missions undertaken by the member's unit at the request of the President or Secretary of Defense." 32 U.S.C. § 502(f)(2)(A). Defendants adopt a reading of section 502 that allows state National Guard units to support any "operation[] or mission[]" requested by the President and consented to by the state governor. Hr'g Tr. 63:14–16 ("Congress has used broad language, but it has to be . . . support of operations or missions undertaken by the member's unit at the request of the President

41

**JA848**

or Secretary of Defense."). The District, on the other hand, argues that Title 32 contains no authority to justify what Defendants have done here—entering Memorandums of Understanding with the states and calling those out-of-state units to D.C. The District reads section 502(f) to empower the federal government to fund and support activities that state National Guard units have authority to undertake under state law, but does not provide authorization for state National Guard units to fulfill any and all federally requested missions. *See* Hr'g Tr. 20:18–22.

The Court concludes that section 502(f)(2)(A) is best understood to encompass operations or missions requested by the President that are authorized under state law. Accordingly, the Court finds that section 502 cannot support the out-of-state National Guards' operations in the District because there is no state-law basis for those Guards to travel to the District and the EMAC has not been invoked as the mechanism for their deployment. As a result, the Court finds that the DOD Defendants' actions are likely to have exceeded the scope of section 502.[29]

---

[29] The Parties also dispute the extent to which the federal government is improperly exercising "command and control" over the out-of-state units in Title 32 status. ECF 3-1 at 36; ECF 35-1 at 35. The District argues that both the Constitution and federal law bar the federal government from exercising day-to-day control over state National Guard units in state militia status. ECF 3-1 at 37. Discovery has shown that the out-of-state units are operating under the day-to-day instructions of the DCNG and the JTF-DC. It is unclear in this situation, given the DCNG's unique structure, whether the out-of-state units are operating under *federal* command and control or under the DCNG's operational control pursuant to its authority as a receiving jurisdiction. If the out-of-state units were properly operating in D.C. under Title 32 and the EMAC, the DCNG would be in the position of the state receiving assistance. Under Article IV of the EMAC, "[e]mergency forces will continue under the command and control of their regular leaders, but the organizational units will come under the operational control of the emergency services authorities of the state receiving assistance." Pub. L. No. 104-321, 110 Stat. at 3879. Under the EMAC, sending states have signed up to delegate, by default, a portion of their day-to-day operational control to the receiving state in service of the efficiency of emergency management. If the out-of-state units were properly in the District pursuant to state mutual assistance authority under the EMAC, it would not be improper for the DCNG to issue day-to-day operational orders to the out-of-state National Guards and such orders would not violate prohibitions that the out-of-state National Guards remain under state command. Given the lack of briefing on this unique jurisdictional line in the context of the District—where state command is federal command—the Court declines to address this question in this opinion. This separate question is not necessary to decide whether the out-of-state units are properly in the District pursuant to Title 32.

### a. Section 502(f) is Best Read as a Limited Grant of Authority for Federal Requests for Missions That are Permitted Under State Law.

Under section 502(f), state National Guard units can "perform training or other duty" in "[s]upport of operations or missions undertaken by the member's unit at the request of the President or Secretary of Defense." 32 U.S.C. § 502(f). Defendants argue that the plain text of section 502(f) lends itself to capacious interpretation, authorizing support of any "operations" or "missions" requested by the President. *See, e.g.*, *Operation*, Webster's II Dictionary 499 (3rd ed. 2005) (defining "operation" as a "military action or campaign"); *Operation*, Merriam-Webster's Collegiate Dictionary 869 (11th ed. 2003) (a "military action, mission, or maneuver including its planning and execution"). Defendants argue, in essence, that Title 32 allows the President to call up the state National Guards for any federal mission, at any time, for any purpose. ECF 35-1 at 33 ("[N]othing in Section 502(f) limits the types of missions that the President and Secretary of Defense can request."). The only check, in their view, is that the President must receive the consent of the state governor whose National Guard unit is being deployed. *See* Hr'g Tr. 63:18–24. Section 502(f)'s intended scope, however, is narrower and focused on providing federal support for operational missions that the relevant National Guard unit already had authority to undertake under state law. *See Dolan v. U.S. Postal Serv.*, 546 U.S. 481, 486 (2006) ("A word in a statute may or may not extend to the outer limits of its definitional possibilities. Interpretation of a word or phrase depends upon reading the whole statutory text, considering the purpose and context of the statute."); *Maracich v. Spears*, 570 U.S. 48, 65 (2013) ("It is necessary and required that an interpretation of a phrase of uncertain reach is not confined to a single sentence when the text of the whole statute gives instruction as to its meaning.").

To start, consider the historical backdrop of Title 32. In 1903, Congress created what has now become Title 32 by providing for a federally funded, state-controlled training status for the

43

**JA850**

National Guard. *See* An Act to Promote the Efficiency of the Militia, and for Other Purposes, ch. 196, § 14, 32 Stat. 775, 777 (1903) (providing federal funds for "field or camp service for instruction" of the organized militia). Section 502 sits within Chapter 5 of Title 32, which is entitled "Training." Title 32 establishes the scope of permitted activities under "full-time National Guard duty," which is defined as "training or other duty . . . performed by a member of the [National Guard] . . . in the member's status as a member of the National Guard of a State or territory, the Commonwealth of Puerto Rico, or the District of Columbia under section 316, 502, 503, 504, or 505 of this Title." 32 U.S.C. § 101(19); *see also* 10 U.S.C. § 101(d)(5). Section 316 allows the President to detail officers of the Army National Guard "to duty as instructors at rifle ranges." 32 U.S.C. § 316. Sections 503, 504, and 505 permit the National Guard to, with authorization of the Secretary of the Army or of the Air Force, (1) participate in "encampments, maneuvers, outdoor target practice, or other exercises for field or coast-defense instruction," *id*. § 503(a)(1); (2) "attend schools conducted by the Army or the Air Force," *id*. § 504(a)(1); or (3) be attached to a branch of the Army or Air Force for "routine practical instruction." *Id*. § 505. Subsections 502(a)–(e), too, discuss training; 502(a), for example, permits the federal government to order state National Guard units to conduct a certain number of days of training per year. *Id*. § 502(a). The theme is clear: Chapter 5 of Title 32 provides authorities for state National Guard activities related to training and interoperability between the National Guard, the Army, and the Air Force. Christopher R. Brown, *Been There, Doing That in a Title 32 Status: The National Guard Now Authorized to Perform Its 400-Year-Old Domestic Mission in Title 32 Status*, 2008-MAY Army Law 23, 29 (2008) ("It is in Title 32 status that the National Guard generally 'trains' rather than 'operates' because training to perform the dual mission . . . is the primary task of Army National Guard units in peacetime.").

Although Section 502 was originally narrowly focused on training, it has been expanded over the years to cover federal support of state operational missions. In 1964, Congress amended section 502 by adding subsection (f), creating section 502(f)'s "other duty" status:

> (f) Under regulations to be prescribed by the Secretary of the Army or Secretary of the Air Force, as the case may be, a member of the National Guard may—
>     (1) without his consent, but with the pay and allowances provided by law; or
>     (2) with his consent, either with or without pay and allowances;
> be ordered to perform *training or other duty* in addition to that prescribed under subsection (a). Duty without pay shall be considered for all purposes as if it were duty with pay.

Act of Oct. 3, 1964, Pub. L. No. 88-621, § 1(1), 78 Stat. 999 (emphasis added). Relying on the grant of authority that permitted "other dut[ies]" in addition to training, the federal government could now ask state National Guard units to perform "specific, statutorily authorized operational missions . . . under state control." Brown, *supra*, at 30. Section 502(f)'s "other duty" status was invoked to "provide federal pay and benefits to the National Guard personnel who provided security at many of the nation's airports after September 11, 2001, and who participated in disaster relief operations in response to hurricanes Katrina and Rita in 2005." Jennifer K. Elsea, Cong. Rsch. Serv., LSB10121, The President's Authority to Use the National Guard or the Armed Forces to Secure the Border 2 (June 15, 2023).

Also in the aftermath of the September 11th attacks, Congress "significantly increased the authority for the Federal Government to fund these National Guard domestic operations in Title 32 status." Brown, *supra*, at 23. First, in 2002, Congress provided authority for National Guard units serving under section 502(f) to perform "duties in support of emergency preparedness" or to "respond to any emergency" involving weapons of mass destruction or terrorist attacks. *See* Bob Stump National Defense Authorization Act for Fiscal Year 2003, Pub. L. No. 107-314, § 514, 116 Stat. 2458, 2539 (2002) (amending 10 U.S.C. § 12310(c)(1)(A) & (B)). Second, in 2004, Congress

45

**JA852**

passed Chapter 9 of Title 32, authorizing the Secretary of Defense to provide funds to state governors to employ state National Guard units to "conduct homeland defense activities that the Secretary determines to be necessary and appropriate for participation by the National Guard units or members." 32 U.S.C. § 902; *id*. § 904(a) (providing that "[a]ll duty performed under this chapter shall be considered to be full-time National Guard duty under section 502(f) of this title"). Under such a scheme, "the states benefit from . . . cost sharing" and "are not required to reimburse the federal government for the use of federal equipment." Brown, *supra*, at 34.

After the passage of Chapter 9, various state governors unsuccessfully attempted to use the new homeland defense authorities but were stymied by the cumbersome requirements for receiving federal assistance. Brown, *supra*, at 31–32. In response to "confusion and frustration regarding the apparent nonuse of" Chapter 9, *id*. at 32, Congress amended section 502 in 2006 by adding section 502(f)(2), further expanding state National Guards' ability to undertake operations with federal support. John Warner National Defense Authorization Act for Fiscal Year 2007, Pub. L. No. 109-364, § 525(c), 120 Stat. 2083, 2195 (2006). The newly added section reads:

> (2) The training or duty ordered to be performed under paragraph (1) may include the following:
>
>> (A) *Support of operations or missions undertaken by the member's unit at the request of the President or Secretary of Defense.*
>>
>> (B) Support of training operations and training missions assigned in whole or in part to the National Guard by the Secretary concerned, but only to the extent that such training missions and training operations--
>>
>>> (i) are performed in the United States or the Commonwealth of Puerto Rico or possessions of the United States; and
>>>
>>> (ii) are only to instruct active duty military, foreign military (under the same authorities and restrictions applicable to active duty troops), Department of Defense contractor personnel, or Department of Defense civilian employees.

32 U.S.C. § 502(f)(2) (emphasis added).

46

**JA853**

In light of the amendment history of section 502, section 502(f)(2)(A) is best read to permit federal support of federally-requested state National Guard missions. In other words, the President or Secretary of Defense can request—and use federal funds to support—state-authorized National Guard activities that the President or Secretary believes would serve a national purpose. Such a reading conforms with the prior understanding of section 502(f)'s "other duty" status, which was not seen as an independent grant of authority for new federal missions. Instead, missions undertaken in section 502(f)'s "other duty" status referred to missions authorized by state governors that were eligible for federal support. *See* 32 U.S.C. § 112(a) ("The Secretary of Defense may provide funds to the Governor of a State who submits to the Secretary a State drug interdiction and counter-drug activities plan."); *id*. § 112(c)(5) (allowing state National Guard units in Title 32 status to participate in drug interdiction activities when "the use of the National Guard of the State for the activities proposed under the plan is authorized by, and is consistent with, State law"); *id*. § 902 ("The Secretary of Defense may provide funds to a Governor to employ National Guard units or members to conduct homeland defense activities that the Secretary determines to be necessary and appropriate."). Section 902, for example, does not provide that the Secretary of Defense can call up the state National Guard units for "homeland defense activities" directly ordered by the Secretary. *Id*. § 902. Instead, the section states that the Secretary of Defense "may provide funds to a Governor to employ National Guard units" to conduct homeland defense activities. *Id.* The power to deploy the National Guard comes from the governor's authorities under state law; the Secretary can then decide which activities are necessary and appropriate to fund for homeland defense purposes under Title 32. As is the case here, the state governor retains control and can accept or decline the mission. But to accept the mission, the state governor must exercise

47

**JA854**

authorities *that already exist* under state law. The governor is granted no new authority under section 502(f).

Looking to state law, the out-of-state National Guard units would only have authorization to operate in the District if (1) the District had statutory authority to undertake the requested activities, and (2) had properly requested other states' assistance under the EMAC. D.C. Code § 7-2332; Pub. L. No. 104-321, § 1, 110 Stat. at 3877. First, under the EMAC, the sending states' emergency forces are afforded "the same powers, . . . duties, rights, and privileges as are afforded forces of the state in which they are performing emergency services." D.C. Code § 7-2332 (Article IV, Limitations). If the DCNG does not have the authority to conduct general crime deterrence in the District itself, it also cannot invite out-of-state National Guard units to do so. Second, as previously explained, "[d]uty statuses" like Title 32 "are not a mechanism for a deployment outside of the home state." *Duty Status*, EMAC, https://perma.cc/J6F7-D5CW. Instead, the EMAC "serves as th[e] mechanism" for those out-of-state-deployments and "provides [legal] protections . . . for the deploying forces." *Id*. ("[T]he EMAC mission is needed as the deployment mechanism."). The District has not made any requests to other states for assistance through the EMAC and has not invoked a deployment mechanism for those out-of-state units to come to the District.

Defendants argue that the EMAC can never be used to accept National Guard members into the District from other states, and that D.C. Code § 7-2332 only codifies the "terms of the EMAC that *apply* to D.C.," excluding the "National Guard terms." ECF 35-1 at 30. Defendants also argue that even if such authority did exist, the President, not the Mayor, would exercise it on the District's behalf. *Id*. at 31. But Defendants' reading finds no support in the text of D.C. Code § 7-2332, which does not carve out the National Guard in any provision. Instead, the statute codifies the EMAC and states that emergency forces will only be activated "subsequent to a

48

**JA855**

declaration of a state of emergency or disaster by . . . the Mayor of the District of Columbia." D.C. Code § 7-2332 (Article IV of the EMAC).[30] And while Defendants correctly observe that the Mayor cannot deploy the DCNG to other states, the District government is permitted to "receive other State[s'] resources" under the compact, including their National Guard units operating under state control. Off. of the Gen. Counsel, Nat'l Guard Bureau, Dep't of Defense, Domestic Operations Law and Policy 75 (3d ed. 2024) [hereinafter Domestic Operations Law and Policy Manual]. In other words, a civilian official in the District government, "acting on behalf of the Mayor," can "request[] other [state active duty] forces to augment DCNG." *Id*.

The historical practice surrounding inaugurations supports the reading that interstate deployments rely upon authority otherwise granted under state law and contradicts Defendants' view of the District's role in the compact. When the DCNG is called upon to support law enforcement at inaugurations and "anticipates the exercise of [law enforcement]-like functions," the Mayor designates members of the DCNG as special police officers under D.C. Code § 5-129.03. Domestic Operations Law and Policy Manual at 74 (noting that D.C. Code § 5-129.03 permits the Mayor to appoint "special privates without pay" for days of "public election, ceremony, or celebration"). Title 32 orders issued to the DCNG and to out-of-state National Guard units then permit those forces to exercise "authority to act under . . . Title 5 of the D.C. Code." *Id.* This practice confirms an understanding that D.C. law—authority provided by the Mayor under Title 5—forms the legal basis for out-of-state National Guards to support D.C. law enforcement.

---

[30] Defendants again rely on D.C. Code § 1-206.02(b) to argue that the Mayor does not have the authority to obtain out-of-District assistance under the EMAC because the District does not have any greater authority over the National Guard under Home Rule than it did before 1975. ECF 35-1 at 31. Such an argument is not persuasive, however, when a separate provision of the D.C. Code gives the Mayor power to submit requests under the compact. D.C. Code § 7-2332 ("The Mayor is hereby authorized to execute, on behalf of the District of Columbia, the Emergency Management Assistance Compact."). In submitting requests through the EMAC, the Mayor is not commanding or controlling the DCNG—i.e., not directly exercising authority "over" the DCNG—but exercising a different authority to call for out-of-state assistance.

49

**JA856**

In short, Title 32 is a collection of federal statutes that define the federal government's involvement with state National Guard units, but its provisions do not change the scope of state command. As discussed in Section III.A.3, the DCNG has no state-law authority for the activities it is currently conducting and could not invite other states to assist it in those actions under the EMAC. Additionally, the District made no request through the EMAC here. As a result, no authority exists for the out-of-state National Guard units to operate in the District and Plaintiff is likely to succeed on the merits of its APA contrary to law claim.

### b. Defendants' Counter-Arguments Lead to Implausible Results, Upending the Fundamental Division of Power Between State and Federal Control over the National Guard.

Defendants, on the other hand, read section 502(f)(2)(A) as allowing the President to request any mission or operation from state National Guard units, including missions for which the President cannot utilize the federalized National Guard. Such a reading cannot be right. First, Defendants do not explain why Congress would bury such an expansive authority—in their view, a more flexible version of Title 10—in a subsection of a statute in a chapter focused on training. *See Whitman v. Am. Trucking Ass'ns*, 531 U.S. 457, 468 (2001) (describing the principle that Congress does not "hide elephants in mouseholes"). Second, Defendants cannot articulate why this single amendment to Title 32 should be read to create operational authorization for the underlying activities, when other Title 32 provisions are structurally designed to rely on governors' powers under state law. *See* 32 U.S.C. § 112(c)(5) (allowing state National Guard units in Title 32 status to participate in drug interdiction activities when "the use of the National Guard of the State for the activities proposed under the plan is authorized by . . . State law"); *id*. § 906 ("A Governor of a State may request funding assistance for the homeland defense activities of the National Guard of that State from the Secretary of Defense."). Another amendment passed in the same package as

50

**JA857**

the updated section 502(f) demonstrates that Congress did not view the addition of section 502(f)(2)(A) as altering the fundamental scheme of Title 32. The bill also added to an existing statute to permit members "serving on full-time National Guard duty under section 502(f)" to assist in emergency preparedness or help respond to emergencies involving a "natural or manmade disaster in the United States." Pub. L. No. 109-364, § 527, 120 Stat. at 2196 (modifying 10 U.S.C. § 12310(c)). Defendants offer no explanation as to why Congress would establish such a specific emergency provision if it thought that section 502(f)(2)(A) already empowered the National Guard to undertake any mission the President requested.

At argument, Defendants cited past instances of the deployment of the National Guard under Title 32 as support for its broad interpretation of the statute, noting that Presidents have previously utilized the provision to undertake border patrol missions. Hr'g Tr. 53:2–22 (citing other 502(f) missions as "helpful data points"). But those historical examples confirm, rather than undermine, the principle that missions under section 502(f)(2)(A) must be authorized by state law, rather than presidential request. Defendants cite two border-control missions—Operation Jump Start and Operation Phalanx—performed by state National Guard units beginning in 2006 and 2010 respectively. Under Operation Jump Start, more than 6,000 Guardsmen from states across the country were called to the border, while Operation Phalanx involved about 1,200 Guardsmen from the border states. Luis Martinez, *Pentagon Has Few Details About Guard Deployment to Border*, ABC News (April 5, 2018), https://perma.cc/A5TB-N5FD. For Operation Jump Start, the governors of Arizona, California, New Mexico, and Texas "officially requested" federal support in managing the crisis at the border and executed a memorandum of agreement to request out-of-state assistance. Major Jonathan E. Marang, *Operation Jump Start*, Marine Corps Gazette 80 (Nov. 2018), https://perma.cc/64MN-TPJZ. In these operations, "National Guard personnel involved in

51

**JA858**

activities on the border [were] under the command and control of the governors of the southwest border states and . . . received federal funding in Title 32 status." U.S. Gov't Accountability Off., GAO-12-657T, Border Security: Observations on Costs, Benefits, and Challenges of a Department of Defense Role in Helping to Secure the Southwest Land Border 7 (2012).

The authority for these operations, then, came not from the President's request that such operations take place, but from the requesting states. Arizona, California, New Mexico, and Texas asserted their authority to deploy their own National Guards to assist with emergencies at the border.[31] *See, e.g.*, Ariz. Rev. Stat. § 26-172(A) ("When the governor proclaims an emergency . . . the governor may mobilize all or any part of the national guard or the unorganized militia into service of the state."); Cal. Mil. & Vet. Code § 146(a) (noting that the governor can call the California National Guard into state active service in case of "emergency, or imminent danger thereof, or resistance to the laws of this state or the United States"). Title 32 was invoked to support, not authorize, such operations. In fact, one Congressional Research Service report describing those operations noted that "[a]lthough National Guard members did not engage in direct law enforcement activities during these two border security operations, it is possible that *states* might consider giving them that authority in future operations." Elsea, *supra*, at 2 (emphasis added). The reliance on state authority is also consistent with the National Guard's own interpretations of Title 32. Nat'l Guard Bureau, Nat'l Guard Reg. 500-5, Nat'l Guard Domestic Law Enforcement Support & Mission Assurance Operations § 4–2(a) (Aug. 18, 2010) ("The National Guard normally serves on state active duty or Title 32 status when providing support during these operations, and is under the command of the state's Governor, in accordance with

---

[31] It is also notable that the National Guard units were not serving in a "direct law enforcement role" by enforcing federal law at the border, but instead assisting with engineering, aviation, entry identification teams, and other forms of logistical and administrative support. Elsea, *supra,* at 1–2.

52

**JA859**

Case 1:25-cv-03005-JMC    Document 88    Filed 11/20/25    Page 53 of 61

state law."); *id*. § 4-2(b) ("Governors may authorize the use of the National Guard to assist civil authorities and support law enforcement activities according to state law or the state constitution.").

Finally, since the Founding, governing law has recognized that the militia operates as both a federal and state organization, but that different rules apply to its different statuses. The Militia Clause mandates that Congress shall have the power to "provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States." U.S. Const. art. I, § 8, cl. 16. In other words, when the militia is in state status, Congress can provide resources for "organizing, arming, and disciplining" them, but can only "govern[] such Part of them as may be employed" in federalized service. *Id*. And the Constitution reserves to the states the powers to appoint officers and "the Authority of training the Militia according to the discipline prescribed by Congress." *Id*.

This bedrock division between two separate statuses for operating the National Guard—under state active duty or as part of the federal armed forces—has not been erased by section 502(f) of Title 32. Congress and the states have crafted an intricate framework governing the National Guard in its different roles, with specific checks imposed, and the Court will not read section 502(f) to render these checks superfluous. *See Marx v. Gen. Revenue Corp.*, 568 U.S. 371, 386 (2013) ("[T]he canon against surplusage is strongest when an interpretation would render superfluous another part of the same statutory scheme."); *Morton v. Mancari*, 417 U.S. 535, 551 (1974) ("When there are two acts upon the same subject, the rule is to give effect to both if possible.").

And these checks on federal power have endured for good reason. The President wields a powerful tool under Title 10 and the Insurrection Act. *See* 10 U.S.C. §§ 251–53, 12406. Under those statutes, the President can call up the National Guard of any state, without its governor's

**JA860**

consent, and deploy it to any other state. *See id*. That expansive Title 10 authority, however, is limited by equally strong restraints. The President is only allowed to federalize the National Guard during an insurrection, invasion, rebellion, or when regular forces cannot suffice to execute the laws. *Id*. Courts have recently upheld limits on the President's power to federalize the National Guard when those conditions are not met. *See Illinois v. Trump*, 155 F.4th 929, 938–39 (7th Cir. 2025) (concluding that the federal government was unlikely to succeed on its argument that it had met the prerequisites for federalizing the National Guard under 10 U.S.C. § 12406). Additionally, the federalized National Guard is considered part of the federal armed forces and subject to the Posse Comitatus Act's prohibition on the use of armed forces in domestic law enforcement. *See* 18 U.S.C. § 1385 (barring "any part of the Army" or the Air Force from being used to "execute the laws"). Defendants' reading of section 502(f) would obviate the need to satisfy the predicates found in Title 10 and the Insurrection Act and provide an escape hatch from the PCA, allocating power to the President without any corresponding checks.[32]

State active duty status, on the other hand, has traditionally come with its own benefits and limitations. The National Guard is not subject to the PCA when operating under state active duty, permitting those units to engage in a wider array of activities. *Mueller*, 943 F.3d at 837 (holding that the PCA "only bars the Army and Air Force from domestic law enforcement"). In fact, many states explicitly allow their governors to call on the Guard to "execute the laws." *See, e.g.*, Miss. Code § 33-3-1 ("The Governor shall be Commander in Chief of the militia . . . and shall have

---

[32] Defendants argue that deployments of the state National Guard under section 502(f) are still constrained by the need to receive the sending state governor's consent. Hr'g Tr. 63:25–64:4 (arguing that "while 502(f) is written broadly," any missions authorized under the statute would need approval from "high-level" state and federal authorities, who "have to come to some agreement on the necessity of th[e] project"). Such an argument, however, does not respond to two of the key issues raised by their interpretation: (1) that reading section 502(f) broadly would allow the President to avoid the strictures of the Posse Comitatus Act, and (2) that permitting such missions would risk trampling on the sovereignty of the receiving states, who are not required to consent to the section 502(f) missions under Defendants' interpretation.

**JA861**

power to call forth the militia to execute the laws."). But state governors are not generally authorized to act outside of their own state's borders or to respond to crises outside of their jurisdictions. Congress and the states have developed the EMAC as a mechanism that permits states to send their National Guards to assist other states in times of crisis. *See* Pub. L. No. 104-321, 110 Stat. at 3878–79 (Articles II and III of the EMAC, describing general implementation and party state responsibilities); *id*. at 3877 (stating that the purpose of the compact is to "provide for mutual assistance between the states . . . in managing any emergency disaster," including "community disorders"). The EMAC, however, requires the consent of both the sending and receiving states, while Defendants' interpretation of section 502(f) would allow the President to ignore the receiving states' voices entirely.

As currently designed, Title 10, the EMAC, and the PCA function as interlocking pieces of a comprehensive scheme, placing limits on the use of the National Guard under both its federal and state statuses. For example, the EMAC carefully carves out the President's activities under Title 10 from its scope. Pub. L. No. 104-321, 110 Stat. at 3882 (Article XIII of the EMAC, stating that nothing in the compact "shall authorize or permit the use of military force by the National Guard of a state at any place outside that state in any emergency for which the President is authorized by law" to federalize the National Guard). The compact also does not permit the use of the state National Guards for law enforcement in the absence of express authorization. *Id*. (prohibiting the use of National Guard units under the EMAC "for any purpose for which the use of the Army or the Air Force would in the absence of express statutory authorization be prohibited under" the PCA). Defendants, on the other hand, read 32 U.S.C. § 502(f) to erase all boundaries between the state and federal National Guards and the respective limits on their use. *Contra Ali v. Fed. Bureau of Prisons*, 552 U.S. 214, 222 (2008) (stating that courts' construction of terms "must,

55

**JA862**

to the extent possible, ensure that the statutory scheme is coherent and consistent"). Under their interpretation of Title 32, the President could send a non-federalized National Guard unit to another state, against the receiving state's will, to conduct any operation or mission the President directs. As the Seventh Circuit has recently noted, such an interpretation would raise serious constitutional questions implicating the Tenth Amendment's protections of state sovereignty. *See Illinois*, 155 F.4th at 940 (finding "an incursion on Illinois's sovereignty" when National Guard members from Texas are deployed to Illinois "over the state's objection"). The Court declines to adopt an interpretation of section 502(f) that would raise such serious constitutional questions.[33] *See Clark v. Martinez*, 543 U.S. 371, 381 (2005) (noting that when "choosing between competing plausible interpretations of a statutory text," courts can "rest[] on the reasonable presumption that Congress did not intend the alternative which raises serious constitutional doubts").

After delineating the specific powers and statutory schemes governing the state and federal National Guards in Title 10, the PCA, and the EMAC, Congress has not eviscerated those limits by amending section 502. As a result, the Court rejects Defendants' interpretation and finds that the out-of-state National Guards are likely operating in the District in a manner contrary to law. Under section 502(f), state law defines the permissible use of the National Guard under state control—i.e., which missions the governors can order their units to conduct. Here, the state governors whose units are currently operating in the District lack authority to order these missions because the District has not properly sought their aid under D.C. law and the EMAC.

---

[33] Defendants argue that the Court cannot consider any state sovereignty issues raised by their interpretation because the Plaintiff in this case is not a state. But Defendants have not articulated how their interpretation of section 502(f) would apply differently to states, as opposed to the District. *See Clark*, 543 U.S. at 382 (declining to adopt an interpretative approach in which a statute's meaning would be "subject to change depending on the presence or absence of constitutional concerns in each individual case").

**JA863**

\*    \*    \*

In sum, the Court concludes that the District is likely to succeed on the merits of its statutory arguments against Defendants' deployments of both the DCNG and the out-of-state National Guards. The Court now moves to analyzing the remaining preliminary injunction and stay factors: irreparable harm, balance of the equities, and the public interest.

## B. Remaining Preliminary Injunction and Stay Factors

The Court finds that the District has demonstrated irreparable harm from Defendants' infringements on its ability to exercise sovereign powers within its jurisdiction. The balance of the equities and the public interest also favor preliminary relief here.

### 1. Irreparable Harm

To constitute irreparable injury, the injury "must be 'both certain and great,' 'actual and not theoretical,' 'beyond remediation,' and 'of such *imminence* that there is a clear and present need for equitable relief to prevent irreparable harm.'" *Mexichem Specialty Resins, Inc. v. EPA.*, 787 F.3d 544, 555 (D.C. Cir. 2015) (quoting *Chaplaincy of Full Gospel Churches v. England*, 454 F.3d 290, 297 (D.C. Cir. 2006)). The Court finds that the District has demonstrated irreparable harm from the DOD Defendants' actions deploying the National Guard and usurping the District's rights to home rule.

Defendants do not contest that sovereign injuries to states constitute irreparable harm. *See Kentucky v. EPA*, Nos. 23-3126, 23-3225, 2023 WL 11871967, at \*4 (6th Cir. July 25, 2023) ("[I]nvasions of state sovereignty likely cannot be economically quantified, and thus cannot be monetarily redressed, and as such constitute irreparable harm."); *Akiachak Native Cmty. v. Jewell*, 995 F. Supp. 2d 7, 17 (D.D.C. 2014) ("[A] stay is necessary to prevent the irreparable harm to state sovereignty."). Instead, Defendants argue that the District cannot assert a sovereign injury because

the District government is a "statutory creation," exercising "a limited set of delegated authorities." ECF 35-1 at 48–49.

As discussed above in Section III.A.1, however, the Court finds that the District can assert injuries to the exercise of the sovereign powers that Congress has delegated to it. Under D.C. law, the powers to "preserve the public peace," "prevent crime and arrest offenders," and "enforce and obey all laws" are reserved to the local elected representatives of the District. D.C. Code § 5-101.03(1), (2), (10); *see id*. § 1-204.22 ("The Mayor shall be responsible for the proper execution of all laws relating to the District."). The deployments of the DCNG and the out-of-state National Guards have infringed upon the District's right to govern itself and to make its own decisions on key elements of home rule, including how to best deter crime and when to call for emergency assistance from other states. *See supra* Section III.A.1; *Harris v. Lee*, No. 25-1461-I, slip op. at 32 (Tenn. Ch. Ct. Nov. 17, 2025) (finding irreparable harm where Memphis mayor and county officials were "deprived . . . of the ability to exercise their authority, rights, and duties as current elected public officials under Tennessee law"). Those injuries are concrete, immediate, and irreparable. Defendants have not suggested, for example, how after-the-fact relief could rectify these intrusions, and the Court can think of none. *Cf. Ctr. for Biological Diversity v. Regan*, No. 21-cv-119, 2024 WL 1740078, at *5 (D.D.C. Apr. 23, 2024) (refusing to find irreparable harm because Florida "remain[ed] free to enforce state law and to exercise its traditional sovereign authority").[34] Defendants have improperly reallocated the exercise of the District's sovereign

---

[34] Defendants' arguments that the National Guard is helping the District by supporting law enforcement agencies is not responsive to the self-government injury the District has asserted. ECF 35-1 at 48. Additionally, while it is true that Congress has given some law enforcement powers in the District to other actors, including the President's emergency powers over the MPD, those limited powers are carved out from the District's sphere of home rule. *See* D.C. Code § 1-207.40. Defendants' exercise of their powers over the DCNG would similarly not injure the District if Defendants were exercising their powers within the bounds authorized by D.C. law.

Defendants have also suggested that the District's delay in filing this lawsuit undermines its claim of irreparable harm. ECF 35-1 at 53 (noting that the District "waited nearly a month to even seek an injunction"). But

**JA865**

powers to the commanders of the DCNG and the out-of-state Guard units and such harm, if it proceeds during the course of this litigation, could not be remediated. The Court finds that the irreparable harm factor supports the granting of preliminary relief in this case.

### 2. Balance of the Equities and Public Interest

The balance of the equities and the public interest also tip in the District's favor. These factors "merge when, as here, the Government is the opposing party." *Singh v. Berger*, 56 F.4th 88, 107 (D.C. Cir. 2022). Defendants argue that granting an injunction in this case would impinge on the President's "longstanding and express authority as Commander in Chief" of the DCNG and "second guess" the President's judgment on crime rates in the District. ECF 35-1 at 52. Defendants also ask the Court to weigh the benefits they say the deployment is delivering to "residents, federal employees, and visitors," such as a reduction in violent crime. *Id*. at 53. The Court recognizes, as the Ninth and Seventh Circuits have, that the federal government has a strong interest in the protection of federal functions and property—in this case, through the deterrence of crime in the District. *See Illinois*, 155 F.4th at 940; *Newsom v. Trump*, 141 F.4th 1032, 1054 (9th Cir. 2025). But the District and the public have countervailing interests to not be subject to the presence of National Guard units who have exceeded the bounds of their lawful authority. That is because "[t]here is generally no public interest in the perpetuation of unlawful agency action," but "there is a substantial public interest in having governmental agencies abide by the federal laws that govern their existence and operations." *League of Women Voters v. Newby*, 838 F.3d 1, 12 (D.C. Cir. 2016); *see also TikTok Inc. v. Trump*, 490 F. Supp. 3d 73, 85 (D.D.C. 2020) ("[T]he government cannot suffer harm from an injunction that merely ends an unlawful practice or reads

---

the District's sovereign powers injury is ongoing for the duration of the improper deployments. The Court also finds that the District's delay is explained by uncertainty over the factual circumstances surrounding the initial deployment, including its need for discovery from Defendants. *Cf. Newdow v. Bush*, 355 F. Supp. 2d 265, 292 (D.D.C. 2005) (finding that an "unexcused delay" in seeking injunctive relief may imply a lack of irreparable harm).

**JA866**

a statute as required."). Because of the District's strong public interest in enforcing "its duly enacted law," *Hansen v. District of Columbia*, 120 F.4th 223, 246 (D.C. Cir. 2024), and its "high likelihood of success on the merits," *Newby*, 838 F.3d at 12, the Court concludes that a "preliminary injunction would serve the public interest." *Id*.

### C. Stay Pending Appeal

Based on the analysis above, the Court finds that all four preliminary injunction factors weigh in the District's favor and will grant the District's motion for preliminary relief. The Court now considers Defendants' final argument, requesting that the Court administratively stay its order pending appeal. Hr'g Tr. 86:24–87:3. The Court finds that, under these circumstances, an administrative stay is necessary to permit orderly proceedings on appeal. Accordingly, the Court will stay its order granting preliminary relief for 21 days, until December 11, 2025.

"A stay pending appeal is an extraordinary remedy." *M.M.V. v. Barr*, 459 F. Supp. 3d 1, 4 (D.D.C. 2020) (citing *Cuomo v. U.S. Nuclear Regul. Comm'n*, 772 F.2d 972, 978 (D.C. Cir. 1985)). The Court must consider four factors before granting a stay motion: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken*, 556 U.S. at 434. While the Court again finds Defendants' arguments unpersuasive on the merits, the Court concludes that the public interest weighs in favor of granting Defendants a brief administrative stay. *See Marin Audubon Soc'y v. Fed. Aviation Admin.*, 129 F.4th 869, 871–72 (D.C. Cir. 2025) (as part of the consideration of the equities and the public interest, courts can evaluate "the practical effects" on the parties, including the need to avoid "substantial disruption"). As discussed throughout this opinion, over 2,000 members of the National Guard are currently deployed in the

60

**JA867**

District, including over 1,000 members from states outside the District. To prevent potential disruption to the functioning of the District and the National Guard during the appeals process, the Court will administratively stay its decision, "freez[ing] legal proceedings" to provide the D.C. Circuit time to rule on Defendants' request for relief. *See United States v. Texas*, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring in denial of applications to vacate stay) (describing courts' practice of issuing administrative stays "to permit time for briefing and deliberation"). The District has also indicated that it "does not oppose" a "time-limited administrative stay to permit orderly resolution of any request for emergency relief." ECF 57 at 51 n.22. The Court will thus stay its order for 21 days in order to "build in a grace period" and avoid "disruptive consequences" to the public. *Marin Audubon Soc'y*, 129 F.4th at 872.

\* \* \*

For the foregoing reasons, Plaintiff's motion for preliminary relief, ECF 3, is **GRANTED** against the DOD Defendants. Defendants' motion to dismiss, ECF 35, is **DENIED in part** on those same claims. A separate order accompanies this memorandum opinion. The Court's order is administratively **STAYED** for 21 days, until December 11, 2025.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: November 20, 2025

61

**JA868**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>               Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>               Defendants. | Case No. 25-cv-3005 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion for a preliminary injunction and a section 705 stay, ECF 3, is **GRANTED**. Defendants' motion to dismiss, ECF 35, is **DENIED in part and DEFERRED in part**.

It is hereby **ORDERED** that the DOD Defendants are **ENJOINED** from deploying or requesting the deployment of any members of the National Guard in the District of Columbia pursuant to the following:

- Letter from Secretary of the Army Daniel Driscoll to Brigadier General Leland Blanchard, Commanding General, District of Columbia National Guard (DCNG) (Aug. 11, 2025);

- DCNG Permanent Order 25-223;

- Memorandum for Interim Commanding General, DCNG, Re: Extension of 11 August 2025, Mobilization of D.C. National Guard – JTF-DC (Sept. 3, 2025);

- Any guidance, regulations, or orders that effectuate the extension of the DCNG's deployment through February 28, 2026;

1

**JA869**

- Any Memorandum of Understanding executed between the DCNG and another state in support of Operation Make DC Safe and Beautiful;

- Any extensions, modifications, or other actions implementing these orders, regulations, or memoranda; and it is further

**ORDERED** that these orders, regulations, and memoranda are **STAYED** pursuant to 5 U.S.C. § 705; and it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706.

Defendants' motion for relief from Local Civil Rule 7(n)(1)'s requirement to file a certified list of the contents of the administrative record, ECF 35-1 at 26 n.10, is **GRANTED**.

Defendants' request to administratively stay preliminary relief, ECF 35-1 at 53, is **GRANTED**. This Order is **STAYED** for 21 days until December 11, 2025.

      **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: November 20, 2025

2

**JA870**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-03005 (JMC) |

## NOTICE OF FILING OF UNSEALED EXHIBITS

Pursuant to Local Civil Rule 5.1(h)(1) and the Stipulated Protective Order entered in this case, ECF No. 64, Defendants hereby publicly file certain exhibits that were previously filed by the parties under seal. *See* ECF Nos. 69, 71 (Motions to Seal). Defendants have removed the Confidential designation from the following versions of the exhibits with redactions, thus allowing the public filing of these exhibits with redactions: Plaintiff's Exhibit Nos. 3, 5, 8, 9, 10, 27, 29, 30, 31, and 32, as well as Defendants' Exhibit 2. Notably, Defendants previously publicly filed four pages extracted from Plaintiff's Exhibit No. 30 and moved to seal the remainder of that exhibit. *See* ECF No. 82.

Attached to this Notice are the public versions of the exhibits identified in this Notice.

Dated: November 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

**JA871**

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special counsel

/s/ Kian K. Azimpoor
KIAN KEVIN AZIMPOOR
U.S. Department of Justice
Trial Attorney
Civil Division, Federal Programs Branch 1100 L
Street, NW
Washington, D.C. 20005
Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*

**JA872**

# Plaintiff's Exhibit 3

## *Public Version of Document Filed Under Seal*

JA873

CUI



# Army Support to DCNG



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia in order to enable the restoration of law and order across the district.

**LEGEND:**
- General NG Support

### INTENT

To provide a visible crime deterrent to increase safety across the district

### KEY TASKS

- Provide support to law enforcement
- Deter criminal activity
- Provide a presence in high visibility areas through static observation points, vehicle patrols, and dismounted patrols.

### TASK ORGANIZATION

OSD
SEC ARMY
NGB --- DCNG --- USMS
JTF-DC --- USPP
MPD

### PERSTAT
As of: 12 1500 AUG 25

523 PAX available

### VEHICLES
As of: 12 1500 AUG 25

| ARMY | OH | OM | AIR | OH | OM |
|------|----|----|-----|----|----|
| HMMWV | 78 | 0 | GSA PASSENGER | 8 | 0 |
| MTV | 69 | 0 | GSA BUS | 1 | 0 |
| GSA PASSENGER | 17 | 0 | | | |
| GSA BUS | 3 | 0 | | | |

Washington Monument

| Personnel | Vehicles |
|-----------|----------|
| | |

USPP Headquarters

| Personnel | Vehicles |
|-----------|----------|
| | |

### LAST 24

- SECARMY approved DCNG support for direct participation in non L.E. activities with requests submitted at least 48 hours in advance
- DCNG embedded LNOs with law enforcement agencies throughout DC Metro Area
- US Marshall Service designated as incident commander
- DCNG given T32 authorities, providing broader NG capabilities to support LE agencies

### NEXT 24

- Conduct JRSOI
- Train within 24-48 hours of activation
- Establish sustainment
- Integrate with LE agencies
- Provide TCPs at USPP Headquarters
- Provide security at selected National Monuments

### COORDINATING INSTRUCTIONS

- Establish Command and Control Structure
- Review Legal Authorities
- Train on Rules for the Use of Force/Escalation of Force
- Publish Communications Plan (Tactical & Strategic)
- Coordinate Aviation Support
- Refine Capabilities: Equipment, Training, Manning
- Develop Operational and Jurisdictional Mapping

Current as of 12 1500 AUG 25

CUI

**BE ALL YOU CAN BE**

Confidential-Subject to Protective Order

DCNG_DEF_00003699

# Plaintiff's Exhibit 5

## *Public Version of Document Filed Under Seal*

 **U.S. ARMY**
HQDA | DCS | G-3/5/7

# MAKE DC SAFE AND BEAUTIFUL



| | |
|---|---|
| **MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District. | **RECAP** |

**INTENT**

To provide a highly visible crime deterrent and increase safety across all eight wards of the District.

**KEY TASKS**

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification

**Task Organization:**

### PERSTAT (2265)
### CAO 21 1400 AUG 25

| STATE/ UNIT | MOBILIZED | EN ROUTE | ON SITE | MOBILIZED | EN ROUTE | ON SITE | TOTAL |
|---|---|---|---|---|---|---|---|
| DCNG | 794 | 10 | 794 | 129 | | 129 | 923 |
| WV | 406 | | 406 | 52 | | 52 | 458 |
| SC | 263 | | 263 | 1 | | 1 | 264 |
| LA | 138 | | 138 | | | | 138 |
| OH | 150 | | 150 | | | | 150 |
| MS | 175 | | 175 | | | | 175 |
| TN | 144 | | 144 | 13 | | 13 | 157 |
| TOTAL | 2070 | 10 | 2070 | 195 | | 195 | 2265 |

| ● TF Red Hand | ○ TF Iron Horse | ○ TF Magnolia | ○ TF Mountaineers | ● JTF-DC |
|---|---|---|---|---|
| T1: 4 pax<br>T2: 80 pax<br>T3: 18 pax | T1: 86 pax<br>T2: 68 pax | T1: 120 pax<br>T2: 10 pax | T1: 140 pax<br>T2: 20 pax<br>T3: 30 pax | T1: 27 pax |

**Special Considerations**

- Current planning indicates that soldiers in JOA will be armed no early than 48 hours post order receipt
- Re-deputization, RUF brief, weapons issue, etc.
- Current deputation status restricts carrying weapons, will require update to deputization prior to arming SMs.
- DCNG leadership continues to deconflict SMs who are District/Federal law enforcement officers (LEOs) and National Guardsmen. SMs who are LEOs will be employed in the status that best supports the overall mission, depending on service and agency force requirements.

**LAST 24**

- Continued high visibility missions in ▮▮▮▮
- Continued ▮▮▮▮ high-visibility mission
- ▮▮▮▮
- Executed second high visibility sporting event at ▮▮▮▮
- ▮▮▮▮
- Continued M-17 range and M-17 EST at Ft. A.P. Hill for JTF-DC personnel
- JRSOI of OH (150 pax) TN (164 pax | 25 vehicles)
- Began high visibility presence along ▮▮▮▮

**NEXT 24**

- Continue high visibility missions in ▮▮▮▮
- Continue ▮▮▮▮ high-visibility mission
- ▮▮▮▮
- Expand ▮▮▮▮
- ▮▮▮▮
- Continue M-17 range and M-17 EST at Ft. A.P. Hill for JTF-DC personnel
- Continue high visibility presence along ▮▮▮▮
- Planning for Post Incident response force in support of Law Enforcement

Current as of 21 AUG 25

**BE ALL YOU CAN BE**

DCNG_DEF_00003717

JA877

# Plaintiff's Exhibit 8

## *Public Version of Document Filed Under Seal*

 **U.S. ARMY**
HQDA | DCS | G-3/5/7

# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

### INTENT

To provide a highly visible crime deterrent and increase safety across all eight wards of the District.

### KEY TASKS

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification

**Task Organization**

JTF-DC: PERSTAT (2287)
CAO 22 1400 AUG 25

| STATE/ UNIT | Mobilized | JRSOI Complete | *Re-deputization* | JTF-DC Conducting Operations | JTF-DC Supporting Operations |
|---|---|---|---|---|---|
| DCNG | 933 | 933 | 0 | 307 | 626 |
| WV | 466 | 466 | 0 | 321 | 145 |
| SC | 263 | 263 | 0 | 242 | 21 |
| OH | 151 | 151 | 0 | 151 | 0 |
| TN,MS,LA | 474 | 474 | 0 | 474 | 0 |
| TOTAL | 2287 | 2287 | 0 | 1495 | 792 |

| | TF Red Hand (DC and Ohio) | TF Iron Horse (South Carolina) | TF Volunteer (Tennessee) | TF Magnolia (Mississippi) | TF Mountaineers (West Virginia) | JTF-DC (DC) |
|---|---|---|---|---|---|---|
| Tasks | T1: 24x7 (18 pax). T2: 221600AUG25 (60 pax). T4: Retrieve 4x M1204A1 MATVs from Ft. Pickett, VA. NLT 220530AUG25. | T1: 0000-2400 (68 pax). T2: 0600-2200 (68 pax). T3: *T3: Complete range operations at AP Hill NLT COB 23AUG25.* | T1: 221600AUG25 (32 pax). | T1: 0800-2300 (120 pax). T2: 1430-2130 (10 pax). T3: Complete range operations at AP Hill NLT COB 23AUG25.* | T1: 1300-2300 (140 pax). T2: 0600-2300 (20 pax). T3: 1600-2300 (30 pax). | T1: Maintain command and control of all JTF-DC personal assigned and operating within District of Columbia (27 pax). |

### Special Considerations

- Resource additional M17's
- Plan additional M17 ranges
- Current planning indicates that soldiers in JOA will be armed no early than 48 hours post order receipt
- Re-deputization, RUF brief, weapons issue, etc.
- Current deputation status restricts carrying weapons, will require update to deputization prior to arming SM's.
- JTF-Support is standing up capabilities.

### LAST 24

- Continued high visibility missions in ▮▮▮▮
- Continued ▮▮▮▮ high-visibility mission
- ▮▮▮▮
- Continued M-17 range and M-17 EST at Ft. A.P. Hill for JTF-DC personnel
- Continued high visibility presence ▮▮▮▮
- Planning for Post Incident response force in support of Law Enforcement
- Completed JRSOI for remaining out of state forces

### NEXT 24

- Task subordinate forces to expand missions sets and AO ▮▮▮▮
- Conduct M4 Range and EST
- ▮▮▮▮
- Continue high visibility missions in ▮▮▮▮
- Continue ▮▮▮▮ high-visibility mission
- ▮▮▮▮
- ▮▮▮▮
- Continue M-17 range and M-17 EST at Ft. A.P. Hill for JTF-DC personnel
- Continue high visibility presence ▮▮▮▮

Current as of 22 AUG 25

**BE ALL YOU CAN BE**

DCNG_DEF_00003719

JA878

JA879

# Plaintiff's Exhibit 9

## *Public Version of Document Filed Under Seal*



# MAKE DC SAFE AND BEAUTIFUL

HQDA | DCS | G-3/5/7



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Current Projects:** Fletchers Cove & Lincoln Memorial <br><br> **Cumulative Statistics:** 63 Projects completed: (54 Federal | 8 District | Community Support 1) <br> 1,015 bags of trash collected (791 Federal | 224 District); 1,045 cubic yards of mulch spread; 5 truck loads of plant waste; 6.7 miles of roadway cleaned; 1.5 miles of road vegetation cleared; 270 feet of fence painted; 6,030 pounds of food packaged; over 4,220 service member hours |

**KEY TASKS**
- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification

**Personnel:** 75 Personnel

**JTF-DC: PERSTAT (2316)**
CAO 16 1200 SEP 25

| STATE/UNIT | Infill / Exfil | JRSOI Complete ARNG / ANG | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DC | +5 / 0 | 847 / 112 | 299 | 259 | 700 |
| WV | 0 / -2 | 350 / 61 | 347 | 342 | 69 |
| SC | 0 / 0 | 262 / 1 | 223 | 257 | 6 |
| OH | 0 / 0 | 150 / 0 | 144 | 150 | 0 |
| TN | 0 / -5 | 154 / 13 | 146 | 167 | 0 |
| MS | 0 / 0 | 179 / 7 | 154 | 166 | 0 |
| LA | 0 / 0 | 139 / 2 | 135 | 134 | 7 |
| SD | 0 / 0 | 12 / 0 | 0 | 0 | 12 |
| GA | 0 / 0 | 27 / 0 | 2 | 20 | 7 |
| TOTAL | +5 / -7 | 2120 / 196 | 1450 | 1515 | 801 |

Approximate Shift Schedule (16SEP25)

| TF Red Hand (DC and OH) Armed | TF Magnolia (MS and LA) Armed | TF Mountaineers (WV) Armed | TF Iron Horse (SC) Armed | TF Volunteer (TN) Armed | JTF-DC (DC) |
|---|---|---|---|---|---|
| T1: Provide support to USPP in Sectors <br><br> T2: Provide LE support to ▮ <br><br> T3: Provide 24/7 | T1: Provide support to LE at designated ▮ <br> T2: Provide roving patrols in the areas of: | T1: Provide LE support to ▮ <br> T2: Conduct PP IVO ▮ Washingt ▮ <br> T3: Conduct PP IVO ▮ <br> T4: Conduct PP IVO | T1: Provide LE support to ▮ <br> T2: Conduct PP IVO ▮ <br> T3: Provide LE support at ▮ <br> T4: AO East Internal Response PP I 1600-2400. | T1: Provide a (24) pax immediate response force. <br> T2: Conduct PP | T1: Maintain C2 of all JTF-DC personnel assigned. |

**Special Considerations**
- AO is divided into sectors (Mall, North, South, East)
- SMs will be armed with their unit issued weapon IAW ▮
- 807 Personnel on mission conducting operations during the 16 SEP duty period
- 75 Personnel supporting beautification mission during the 16 SEP duty period

**Last 24**
- Conducted beautification mission at Independence Ave & Hains Point
- Conducted presence patrol at ▮
- Provided support to LE at ▮
- Continued support to USPP at the National Mall, MLK Memorial, Jefferson Memorial
- Conducted presence patrol at Pennsylvania Ave, Washingto ▮
- Conducted roving patrols in the areas of ▮

**Next 24**
- Conduct beautification mission at Fletchers Cove & Lincoln Memorial
- Provide support to LE at ▮
- Conduct presence patrol at ▮
- Conduct roving patrols in the areas of ▮

Current as of 161200SEP25

BE ALL YOU CAN BE

DCNG_DEF_00003768

Confidential - Subject to Protective Order

**JA880**

# Plaintiff's Exhibit 10

## *Public Version of Document Filed Under Seal*



# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Current Projects:** Conduct mission analysis for future community action projects and range support |

**KEY TASKS**
- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification

**Current Projects:** Conduct mission analysis for future community action projects and range support

**Cumulative Statistics:** 109 Projects completed: (93 Federal | 15 District) 1,155 bags of trash collected (895 Federal | 260 District); 1,045 cubic yards of mulch spread; 50 truck loads of plant waste; 7.9 miles of roadway cleaned; 400+ trees pruned; 270 feet of fence painted; 6,030 pounds of food packaged; over 6,117 service member hours; 1,710 cubic yards of building cleared

**Personnel:**
40 Personnel

### JTF-DC: PERSTAT (2439)
CAO 04 1200 OCT 25

| STATE/UNIT | Infil / Exfil | JRSOI Complete ARNG / ANG | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DC | +3 / -1 | 835 / 133 | 335 | 225 | 743 |
| WV | +56 / -46 | 343 / 61 | 329 | 334 | 70 |
| SC | 0 / 0 | 41 / 0 | 37 | 39 | 2 |
| OH | 0 / 0 | 153 / 0 | 151 | 153 | 0 |
| MS | 0 / 0 | 181 / 21 | 173 | 182 | 20 |
| AL | +89 / 0 | 197 / 4 | 0 | 0 | 201 |
| LA | 0 / 0 | 138 / 2 | 131 | 140 | 0 |
| SD | 0 / 0 | 10 / 0 | 0 | 0 | 10 |
| GA | +26 / 0 | 320 / 0 | 274 | 286 | 34 |
| TOTAL | +174 / -47 | 2218 / 221 | 1430 | 1359 | 1080 |

**TF Red Hand** (DC and OH) Armed
**TF Magnolia** (MS and LA) Armed
**TF Mountaineers** (WV) Armed
**TF Bulldawg** (GA) Armed
**JTF-DC** (DC)

| TF Red Hand | TF Magnolia | TF Mountaineers | TF Bulldawg | JTF-DC |
|---|---|---|---|---|
| T1: Provide LE support at ███ | T1: Provide LE support at ███ | T1: Provide LE support at ███ | T1: Provide LE support at ███ | T1: Maintain C2 of all JTF-DC personnel assigned. |
| T2: Conduct PP IVO | T2: Provide PP IVO ███ | T2: Conduct PP IVO | T2: Conduct PP IVO | |
| T3: Provide LE support IVO | T3: Conduct PP IVO | T3: Conduct PP IVO | T3: Conduct PP IVO | |
| T4: Conduct ███ | T4: Conduct PP IVO | T4: Conduct PP | T4: Conduct PP IVO | |
| T5: Conduct PP IVO ███ | | T5: Conduct PP IVO ███ | T5: Conduct Roving Patrol IVO | |
| T6: Conduct PP IVO ███ | | T6: Conduct PP IVO ███ | T6: Provide internal sector relief | 0700-2200. |
| T7: Conduct ███ | | T7: Conduct PP IVO ███ | | |
| T8: Conduct PP IVO ███ | | T8: Conduct PP IVO ███ | | |

| Special Considerations | Last 24 | Next 24 |
|---|---|---|
| • AO is divided into sectors (Mall, North, South, East) <br>• SMs will be armed with their unit issued weapon IAW ███ <br>• ███ <br>• 675 Personnel on mission conducting operations during the 04 OCT duty period <br>• 37 Personnel conducting operations on leave/medical during the 04 OCT duty period <br>• 40 Personnel supporting beautification mission during the 04 OCT duty period <br>• Armed Deputation reflects new deputation ending on 30 NOV <br>• IRF is based out of TF Bulldog T6: Provide internal sector relief | • Provided support to LE at ███ <br>• Conducted support Special Olympic Torch Run <br>• Provided support to LE at ███ <br>• Conducted presence patrol at ███ <br><br>• Conducted roving patrol at ███ <br>• Provided ███ | • Provide support to LE at ███ <br>• Conducting mission analysis for future community action projects and range support <br>• Provide support to LE at ███ <br>• Conduct presence patrol ███ <br><br>• Conduct roving patrol at ███ <br>• Provide ███ |

Current as of 041200OCT25

**Approximate Shift Schedule** (04OCT25)

Confidential - Subject to Protective Order

**BE ALL YOU CAN BE**

DCNG_DEF_00003804

**JA882**

# Plaintiff's Exhibit 27

## *<u>Public Version of Document Filed Under Seal</u>*



# MAKE DC SAFE AND BEAUTIFUL

HQDA | DCS | G-3/5/7



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

### INTENT

To provide a highly visible crime deterrent and increase safety across all eight wards of the District.

### KEY TASKS

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification
- Weapon/ammo issue & turn-in procedures

**Task Organization**

JTF-DC: PERSTAT (2241)
CAO 25 1400 AUG 25

| STATE/ UNIT | Mobilized | JRSOI Complete | *Re-deputation* | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DCNG | 934 | 934 | 0 | 364 | 570 |
| WV | 419 | 419 | 38 | 321 | 88 |
| SC | 261 | 261 | 29 | 259 | 0 |
| OH | 150 | 150 | 144 | 150 | 0 |
| TN | 161 | 161 | 120 | 160 | 0 |
| MS | 179 | 179 | 80 | 178 | 0 |
| LA | 137 | 137 | 0 | 137 | 0 |
| TOTAL | 2241 | 2241 | 411 | 1560 | 658 |

| TF Red Hand (DC and Ohio) | TF Iron Horse (South Carolina) - Armed | TF Volunteer (Tennessee) | TF Magnolia (Mississippi) | TF Mountaineers (West Virginia)- Armed | JTF-DC (DC) |
|---|---|---|---|---|---|
| T1: Provide 24/7 support to USPP at ▮ | T1: Provide support to LE at ▮ | T1: Maintain presence IVO ▮ | T1: Provide support to LE at ▮ | T1: Provide support to USPP in Sectors Abe and George | T1: Maintain command and control of all JTF-DC personnel assigned and operating within District of Columbia (27 pax) |
| T2: Provide support to LE at ▮ | T2: Provide support to ▮ | | T2: Provide support to LE at ▮ | T2: Provide support to USPP & ▮ | |
| T3: Provide support to LE at ▮ | T3: Assume responsibility of AO North | 250600AUG25. | | T3: Conduct presence patrols | T3: Provide support to MPD |
| T4: Conduct presence patrols IVO ▮ | | | T4: Conduct presence patrols | T4: Assume responsibility of AO Mall | 250600AUG25. |
| T5: Conduct presence patrols IVO ▮ | | | | T5: Assume responsibility of AO East | 250600AUG25. |
| T6: Conduct presence patrols IVO ▮ | | | | | |

### Special Considerations

- ▮
- SMs will be armed with their unit issued weapon
- See above graphic for task organization
- 400 additional M17 have been sourced and are enroute to the DCNG
- Re-deputation by USMS underway at LSA
- 624 Personnel on mission during the 25 AUG duty period
- ▮

### Last 24

- Transitioned to ▮ to conduct mission sets across respective areas
- Conducted beautification mission at Tidal Basin
- Continued presence at ▮
- Continued high visibility missions in ▮
- Continued high visibility presence ▮
- Conducted high visibility presence at ▮
- Conducted high visibility presence at ▮

### Next 24

- Continue beautification efforts across multiple sites IVO National Mall
- Conduct beautification mission at Tidal Basin
- Continue presence at ▮
- Continue high visibility missions in ▮
- Continue high visibility presence ▮
- Conduct high visibility presence at ▮
- Conduct high visibility presence at ▮
- Continue planning efforts for ▮

Current as of 251400AUG25

**BE ALL YOU CAN BE**

Confidential - Subject to Protective Order

DCNG_DEF_00003725

**JA884**

# Plaintiff's Exhibit 29

## *Public Version of Document Filed Under Seal*



# MAKE DC SAFE AND BEAUTIFUL



CUI

**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Current Projects:** Capitol Reflecting Pool & 1100 Ohio Dr |
| **KEY TASKS** | **Cumulative Statistics:** 52 Projects completed: 46 Federal \| 6 District 958 bags of trash collected (748 Federal \| 210 District); 744 cubic yards of mulch spread; 5 truckloads of plant waste; 5.2 miles of roadway cleaned; 270 feet of fence painted; over 3,364 service member hours |
| • Monument Security / Presence Patrols<br>• Blocking Positions / Entry Control Management<br>• Area Beautification | **Personnel:** 80 PAX |

**JTF-DC: PERSTAT (2312)**
**CAO 09 1200 SEP 25**

| STATE/UNIT | Infill / Exfil | JRSOI Complete ARNG / ANG | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DC | +6 / 0 | 837 / 124 | 299 | 259 | 702 |
| WV | 0 / -2 | 354 / 62 | 333 | 342 | 74 |
| SC | 0 / 0 | 262 / 1 | 222 | 257 | 6 |
| OH | 0 / 0 | 150 / 0 | 144 | 150 | 0 |
| TN | 0 / 0 | 155 / 18 | 148 | 171 | 2 |
| MS | 0 / -2 | 175 / 7 | 154 | 182 | 0 |
| LA | 0 / 0 | 139 / 2 | 134 | 134 | 7 |
| SD | 0 / 0 | 12 / 0 | 0 | 0 | 12 |
| GA | 0 / 0 | 14 / 0 | 2 | 13 | 1 |
| TOTAL | +6 / -4 | 2098 / 214 | 1436 | 1508 | 804 |

**Approximate Shift Schedule (09SEP25)**

| TF Red Hand (DC and OH) Armed | TF Magnolia (MS and LA) Armed | TF Mountaineers (WV) Armed | TF Iron Horse (SC) Armed | TF Volunteer (TN) Armed | JTF-DC (DC) |
|---|---|---|---|---|---|
| T1: Provide 24/7 support to USPP ▮<br>T2: Provide LE support to (▮<br>T3: Conduct PP IVO ▮ | T1: Provide support to USPP in Sectors Abe, George, Apron \| ▮<br>T2: Provide LE support to ▮ | T1: Provide LE support to ▮<br>T2: Conduct PP IVO ▮<br>T3: Conduct PP IVO ▮<br>T4: Conduct PP IVO ▮<br>T5: Provide LE support at ▮ | T1: Conduct PP IVO ▮<br>T2: Provide support to LE ▮<br>T3: Conduct PP IVO ▮<br>T4: Conduct PP IVO ▮<br>T5: Conduct PP IVO ▮<br>T6: Provide a (▮ AO South \| O/O ▮ | T1: Provide a 2▮<br>T2: Provide T3 pax to directly support USMS operations.<br>T3: ▮ | T1: Maintain C2 of all JTF-DC personnel assigned. |

| Special Considerations | Last 24 | Next 24 |
|---|---|---|
| • AO is divided into sectors (Mall, North, South, East)<br>• SMs will be armed with their unit issued weapon IAW ▮<br>• 811 Personnel on mission conducting operations during the 09 SEP duty period<br>• 80 Personnel on mission supporting beautification operations during the 09 SEP duty period | • Provided support to LE at ▮<br>• Conducted beautification mission at 2 locations with the JOA ▮<br>• Conducted presence patrol ▮<br>• Provided support to ▮<br>• Conducted high visibility missions in ▮<br>• Conducted presence patrol ▮<br>• Conducted presence patrol ▮<br>• Conducted presence patrol ▮<br>• Conducted presence patrol ▮<br>• Conducted presence patrol ▮<br>• Conducted presence patrol | • Provide support to LE at ▮<br>• Conduct beautification mission at 2 locations with the JOA ▮<br>• Conduct presence patrol ▮<br>• Provide support to LE at ▮<br>• Conduct high visibility missions in ▮<br>• Conduct presence patrol ▮<br>• Conduct presence patrol ▮<br>• Conduct presence patrol ▮<br>• Conduct presence patrol ▮<br>• Conduct presence patrol ▮<br>• Conduct presence patrol |

Current as of 091200SEP25

CUI

Confidential - Subject to Protective Order

BE ALL YOU CAN BE

DCNG_DEF_00003754

**JA886**

# Plaintiff's Exhibit 30

## *<u>Document Previously Filed Publicly With Additional Redactions Removed 11.20.2025</u>*

**JA887**

 **HQDA | DCS | G-3/5/7**

# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

**INTENT**

To provide a highly visible crime deterrent and increase safety across all eight wards of the District.

**KEY TASKS**

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification
- Weapon/ammo issue & turn-in procedures

**Task Organization**

JTF-DC: PERSTAT (2253)
CAO 26 1200 AUG 25

| STATE/ UNIT | Mobilized ARNG/ANG | JRSOI Complete | 'Re-deputation' | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DCNG | 813 / 125 | 938 | 170 | 268 | 670 |
| WV | 361 / 64 | 425 | 329 | 348 | 77 |
| SC | 260 / 1 | 261 | 146 | 261 | 0 |
| OH | 150 / 0 | 150 | 144 | 150 | 0 |
| TN | 148 / 13 | 161 | 142 | 161 | 0 |
| MS | 179 / 2 | 181 | 159 | 181 | 0 |
| LA | 137 / 0 | 137 | 137 | 137 | 0 |
| TOTAL | 2048 / 205 | 2253 | 1227 | 1506 | 747 |

**Legend:**
- TF Red Hand (DC and OH) - Armed
- TF Iron Horse (SC) - Armed
- TF Volunteer (TN) - Armed
- TF Magnolia (MS and LA) - Armed
- TF Mountaineers (WV) - Armed
- JTF-DC (DC)

**T1: Provide 24/7 support to LE at designated** — T2: Provide support to LE at — T3: Conduct presence patrols IVO — T4: Conduct presence patrols — T5: Conduct presence patrols IVO

**T1: Provide support to LE at designated** — T2: Maintain presence — T3: Perimeter Support/USM — T3: Maintain presence IVO

**T1: Maintain presence IVO** — T2: Stand By Mission

**T1: Provide support to LE at** — T2: Provide support to LE at — T3: Conduct presence patrols IVO — T4: Conduct presence patrols IVO

**T1: Provide support to USPP in Sectors Abe and George** — T2: Provide support to LE at

**T1: Maintain command and control of all JTF-DC personnel assigned and operating within District of Columbia (27 pax).**

## Special Considerations
- AO is divided into sectors (Abe/George/Apron/wharf/Union Square/metro stops/stadium)
- SMs will be armed with their unit issued weapon
- See above graphic for task organization
- 400 additional M17 have been sourced and are enroute to the DCNG
- Re-deputation by USMS underway at LSA
- 983 Personnel on mission conducting operations during the 26 AUG duty period
- 389 Personnel on mission supporting operations during the 26 AUG duty period

## Last 24
- Continued beautification efforts across multiple sites IVO National Mall
- Conducted beautification mission at Tidal Basin
- Continued presence at
- Continued high visibility missions in
- Continued high visibility presence
- Conducted high visibility presence
- Conducted high visibility presence
- Continued planning efforts for

## Next 24
- Continue high visibility presence
- Continue beautification efforts across multiple sites IVO National Mall
- Conduct beautification mission at Tidal Basin
- Continue presence at
- Continue high visibility missions in
- Conduct high visibility presence at
- Conduct high visibility presence at
- Continue planning efforts for

Current as of 261200AUG25

**BE ALL YOU CAN BE**

Confidential - Subject to Protective Order

DCNG_DEF_00003727

JA888

 **U.S. ARMY** HQDA | DCS | G-3/5/7

# 26 August 2025 DCNG Storyboard





U.S. Soldiers with the South Carolina Army National Guard patrol Dupont Circle in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Tech. Sgt. Missy Sterling)



U.S. Soldiers assigned to the West Virginia National Guard recite the oath to become deputized to support to Joint Task Force – District of Columbia at Joint Base Anacostia-Bolling Aug. 25. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work, and visit the District. (U.S. Army photo by Master Sgt. Whitney Hughes)



A U.S. Soldier with the South Carolina Army National Guard stands guard at the Dupont Metro Station in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful missionTask Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Tech. Sgt. Missy Sterling)



U.S. Army Maj. Eric Cheatham, assigned to the Tennessee Army National Guard speaks with local authorities in Washington, D.C., Aug. 24, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission, providing critical support to the D.C. Metropolitan Police Department to ensure the safety of all who live, work, and visit the District. (U.S. Army National Guard photo by Sgt. Kalina Hyche)

DCNG_DEF_00003728

JA889



# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Last 24 locations:** Lafayette Square, The Mall, Tidal Basin , 24th/K (North of Kennedy Center) |

### KEY TASKS

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification
- Armed Deputation

**Next 24 locations:** Marvin Gaye Park /Marving Gaye Trail, Fort Dupont and Fort Circle Park
**Running Count:** 384 cubic ton mulch spread, 57 Federal/98 District Trash Bags and 2 Bicycles
**Personnel:** 110 scheduled for 27 Aug from 0700-1500 at multiple sites

JTF-DC: PERSTAT (2258)
CAO 27 1200 AUG 25

| STATE/ UNIT | Mobilized ARNG/ANG | JRSOI Complete | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DCNG | 814 / 125 | 939 | 196 | 268 | 671 |
| WV | 364 / 64 | 428 | 337 | 348 | 80 |
| SC | 259 / 1 | 260 | 174 | 260 | 0 |
| OH | 150 / 0 | 150 | 144 | 150 | 0 |
| TN | 150 / 13 | 163 | 142 | 163 | 0 |
| MS | 179 / 2 | 181 | 163 | 181 | 0 |
| LA | 137 / 0 | 137 | 137 | 137 | 0 |
| TOTAL | 2053 / 205 | 2258 | 1293 | 1507 | 751 |

- TF Red Hand (DC and OH) Armed
- TF Iron Horse (SC) Armed
- TF Volunteer (TN) Armed
- TF Magnolia (MS and LA) Armed
- TF Mountaineers (WV) Armed
- JTF-DC (DC)

T1: Maintain command and control 24/7 of all JTF-DC personnel assigned and operating within District of Columbia

| Special Considerations | Last 24 | Next 24 |
|---|---|---|
| • SMs will be armed with their unit issued weapon • See above graphic for task organization • Armed deputation for Army/Air is still ongoing • 110 Personnel on mission supporting beautification operations during the 27 AUG duty period | • Continue beautification efforts across multiple sites IVO National Mall • Conduct beautification mission at Tidal Basin • Continue presence at • Continue high visibility missions in • Conduct high visibility presence at • Conduct high visibility presence at • Continue planning efforts for | • Continue high visibility presence • Continue beautification efforts across multiple sites IVO National Mall • Conduct beautification mission at Tidal Basin • Continue presence at • Continue high visibility missions in • Conduct high visibility presence at • Continue planning efforts for |

Current as of 271200AUG25

BE ALL YOU CAN BE

Confidential - Subject to Protective Order

DCNG_DEF_00003729

**JA890**



# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Last 24 hours:** Marvin Gaye Park/Marving Gaye Trail, Fort Dupont and Fort Circle Park **Next 24 hours:** Kingman Park, Heritage Islands Park, Fort Greble Park **Running Count:** 384 cubic ton mulch spread, 57 Federal/98 District Trash Bags and 2 Bicycles, 3 Truckloads of Plant Waste, 3.2 miles of roadway cleaned **Personnel:** 110 scheduled for 28 Aug from 0700-1500 at multiple sites |

**KEY TASKS**

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification
- Armed Deputation

### JTF-DC: PERSTAT (2259)
### CAO 28 1200 AUG 25

| STATE/UNIT | Mobilized ARNG/ANG | JRSOI Complete | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DCNG | 811 / 126 | 937 | 196 | 268 | 669 |
| WV | 362 / 64 | 426 | 337 | 348 | 78 |
| SC | 260 / 1 | 261 | 174 | 261 | 0 |
| OH | 150 / 0 | 150 | 144 | 150 | 0 |
| TN | 150 / 17 | 167 | 142 | 167 | 0 |
| MS | 179 / 2 | 181 | 163 | 181 | 0 |
| LA | 137 / 0 | 137 | 137 | 137 | 0 |
| TOTAL | 2049 / 210 | 2259 | 1293 | 1512 | 747 |

**Approximate Shift Schedule (28AUG25)**

| TF Red Hand (DC and OH) Armed | TF Iron Horse (SC) Armed | TF Volunteer (TN) Armed | TF Magnolia (MS and LA) Armed | TF Mountaineers (WV) Armed | JTF-DC (DC) |
|---|---|---|---|---|---|

T1: Maintain command and control 24/7 of all JTF-DC personnel assigned and operating within District of Columbia

**Special Considerations**

- Unit coverage areas for security/presence patrols are ███████
- First AO rotation is ███
- SMs will be armed with their unit issued weapon ███████
- Armed deputation for Army/Air is still ongoing
- 110 Personnel on mission supporting beautification operations during the 28 AUG duty period
- ███████

**Last 24**

- Continue beautification efforts across multiple sites IVO National Mall
- Conduct beautification mission at Tidal Basin
- Continue presence at ███████
- Continue high visibility missions in ███
- Conduct high visibility presence at ███
- Conduct high visibility presence at ███
- Continue planning efforts for ███

**Next 24**

- Continue high visibility presence ███████
- Continue beautification efforts across multiple sites IVO National Mall
- High visibility presence at ███
- Conduct beautification mission at Tidal Basin
- Continue presence at ███
- Continue high visibility missions in ███
- Conduct high visibility presence at ███
- Continue planning efforts for ███

Current as of 281200AUG25

BE ALL YOU CAN BE

DCNG_DEF_00003730

**JA891**



# 28 August 2025 DCNG Storyboard





U.S. Soldiers assigned to the Army National Guard return to Joint Base Anacostia-Bolling after their shift patrolling Metro Center in Washington, D.C., Aug 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work, and visit the District. (U.S. Army photo by Sgt. Ian Doyle)



U.S. Army Sgt. Shadoe Anderson, right, assigned to the Tennessee Army National Guard, speaks with a member from the D.C. Homeland Security Emergency Management Agency in Washington, D.C., Aug. 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Army National Guard photo by Sgt. Kalina Hyche)



U.S. Soldiers with the 112th Military Police Battalion, Mississippi National Guard, take a group photo at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Washington D.C., Aug. 26, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful Task Force providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Army National Guard photo by Sgt. 1st Class Jonathan Slade)



U.S. Soldiers with the South Carolina Army National Guard patrol the Washington Metro's Dupont Station in Washington D.C., Aug. 25, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to the D.C. Metropolitan Police Department in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)

BE ALL YOU CAN BE

Confidential - Subject to Protective Order

**JA892**



# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Current Projects:** Kenilworth Service Road, Kenilworth Park, Lincoln Memorial Volleyball Courts and Kingman Island |

**KEY TASKS**

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification
- Armed Deputation

**Cumulative Statistic:**
384 cubic yards of mulch spread; 354 Bags of trash collected (220 Federal | 134 District); 3 truckloads of plant waste (driftwood, etc.) 3.2 miles of roadway cleaned; over 1,400 service member hours
**Personnel:**
110 scheduled for 29 Aug from 0700-1500 at multiple sites

JTF-DC: PERSTAT (2271)
CAO 29 1200 AUG 25

| STATE/UNIT | Mobilized ARNG/ANG | JRSOI Complete | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DCNG | 813 / 126 | 939 | 218 | 268 | 671 |
| WV | 361 / 64 | 425 | 355 | 348 | 77 |
| SC | 261 / 1 | 262 | 176 | 261 | 1 |
| OH | 150 / 0 | 150 | 144 | 150 | 0 |
| TN | 156 / 17 | 173 | 153 | 167 | 6 |
| MS | 179 / 2 | 181 | 163 | 181 | 0 |
| LA | 139 / 2 | 141 | 141 | 137 | 4 |
| TOTAL | 2059 / 212 | 2271 | 1350 | 1512 | 759 |

| | | | | | |
|---|---|---|---|---|---|
| TF Red Hand (DC and OH) Armed | TF Iron Horse (SC) Armed | TF Volunteer (TN) Armed | TF Magnolia (MS and LA) Armed | TF Mountaineers (WV) Armed | JTF-DC (DC) |

T1: Maintain command and control 24/7 of all JTF-DC personnel assigned and operating within District of Columbia.

**Special Considerations**
- Unit coverage areas for security/presence patrols █████
- First AO rotation is █████
- SMs will be armed with their unit issued weapon █████
- Armed deputation for Army/Air is still ongoing
- 110 Personnel on mission supporting beautification operations during the 29 AUG duty period

**Last 24**
- Continued high visibility presence along █████
- Continued beautification efforts across multiple sites IVO National Mall
- Conducted beautification mission at Tidal Basin
- Continued presence at █████
- Continued high visibility missions in █████
- Conducted high visibility presence at █████
- Conducted high visibility presence at █████
- Continued planning efforts for █████

**Next 24**
- Continue planning efforts for █████
- Continue presence at █████
- Continue high visibility missions in █████
- Conduct high visibility presence at █████
- Conduct high visibility presence at █████
- Conduct beautification mission at 4 locations within the JOA
- Conduct high visibility presence at █████

Current as of 291200AUG25

BE ALL YOU CAN BE

Confidential – Subject to Protective Order

DCNG_DEF_00003732

JA893





# 29 August 2025 DCNG Storyboard



U.S. Soldiers with the 642nd Quartermaster Detachment, District of Columbia Army National Guard, prepare meals for troops at Logistical Support Area Lincoln on Joint Base Anacostia-Bolling, Aug. 27, 2025. The dining facility supports hundreds of service members supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Army photo by Spc. Carrol Walter Hughes IV)



U.S. Soldiers with the Tennessee Army National Guard engage with local partners at the Walter E. Washington Convention Center, Washington D.C., Aug. 27, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)



U.S. Army Sgt. Anders Haimbach, left, a unit supply specialist with Task Force Arsenal, South Carolina National Guard, assists with issuing weapons at Logistical Support Area Lincoln, Aug. 27, 2025. The controlled site provides secure access to equipment for service members supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Army photo by Spc. Carrol Walter Hughes IV)



U.S. Soldiers with the Tennessee Army National Guard patrol the perimeter of Walter E. Washington Convention Center, Washington D.C., Aug. 27, 2025. About 2,000 National Guard members are supporting the D.C. Safe and Beautiful mission providing critical support to law enforcement partners in ensuring the safety of all who live, work and visit the District. (U.S. Air National Guard photo by Staff Sgt. Natalie Filzen)

DCNG_DEF_00003733

**JA894**



# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Current Projects:** Anacostia Park, Fort Greble Park and Haines Point |

**KEY TASKS**

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification

**Cumulative Statistics:**
384 cubic yards of mulch spread; 431 bags of trash collected (297 Federal | 134 District); 3 truck loads of plant waste 3.2 miles of roadway cleaned; over 1,500 service member hours

**Personnel:**
100 scheduled for 30 Aug from 0700-1500 at multiple sites

**JTF-DC: PERSTAT (2271)**
**CAO 30 1200 AUG 25**

| STATE/UNIT | Mobilized ARNG/ANG | JRSOI Complete | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DC | 814 / 126 | 940 | 232 | 268 | 672 |
| WV | 360 / 64 | 424 | 361 | 348 | 76 |
| SC | 261 / 1 | 262 | 176 | 261 | 1 |
| OH | 150 / 0 | 150 | 144 | 150 | 0 |
| TN | 156 / 17 | 173 | 153 | 167 | 6 |
| MS | 177 / 4 | 181 | 163 | 181 | 0 |
| LA | 139 / 2 | 141 | 141 | 137 | 4 |
| TOTAL | 2057 / 214 | 2271 | 1370 | 1512 | 759 |

**Approximate Shift Schedule (29AUG25)**

| | | | | | |
|---|---|---|---|---|---|
| ● TF Red Hand (DC and OH) *Armed* | ● TF Magnolia (MS and LA) *Armed* | ● TF Iron Horse (SC) *Armed* | ● TF Volunteer (TN) *Armed* | ● TF Mountaineers (WV) *Armed* | ● JTF-DC (DC) |

T1: Maintain command and control 24/7 of all JTF-DC personnel assigned and operating within District of Columbia.

| Special Considerations | Last 24 | Next 24 |
|---|---|---|
| - Unit coverage areas for security/presence patrols [REDACTED]<br>- First Task Force AO rotation is [REDACTED]<br>- SMs will be armed with their unit issued weapon [REDACTED]<br>-<br>-<br>- 100 Personnel on mission supporting beautification operations during the 30 AUG duty period [REDACTED] | - Continued planning efforts for [REDACTED]<br>- Continued presence at [REDACTED]<br>- Continued high visibility missions in [REDACTED]<br>-<br>- Conducted high visibility presence at [REDACTED]<br>- Conducted high visibility presence at [REDACTED]<br>- Conducted beautification missions at 4 locations within the JOA<br>- Conducted high visibility presence at [REDACTED] | - Continue planning efforts for [REDACTED]<br>- Units will rotate AOs effective [REDACTED]<br>- Continue presence at [REDACTED]<br>- Continue high visibility missions in [REDACTED]<br>- Conduct high visibility presence at [REDACTED]<br>- Conduct high visibility presence at [REDACTED]<br>- Conduct beautification mission at 3 locations within the JOA<br>- Conduct high visibility presence at [REDACTED] |

Current as of 301200AUG25

**BE ALL YOU CAN BE**

DCNG_DEF_00003734

JA895

 **U.S. ARMY** HQDA | DCS | G-3/5/7

# 30 August 2025 DCNG Storyboard





U.S. Army Maj. Gen. Ronald Burkett, center right, Director of Operations, National Guard Bureau, shakes hands with a Soldier assigned to the 113th Military Police Battalion, Mississippi National Guard at Joint Base Anacostia-Bolling, Washington, D.C., Aug. 28, 2025.



U.S. Soldiers assigned to the Tennessee Army National Guard, prepare to provide critical site security for civil authorities in Washington, D.C., Aug. 27, 2025.



U.S. Soldiers, assigned to the Tennessee Army National Guard, provide critical site security for civil authorities in Washington, D.C., Aug. 27, 2025.



U.S. Air Force Brig. Gen. Peter Zalewski, left, director, Office of the Joint Chaplain, and U.S. Army Col. Vincent Cummings, State Command Chaplain, District of Columbia National Guard, conduct a field circulation at Joint Base Anacostia-Bolling, Washington, D.C., Aug. 26, 2025.

BE ALL YOU CAN BE

DCNG_DEF_00003735

**JA896**



CUI

# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Current Projects:** Malcolm X Ave SE-295 Ramp, Pope Branch Stream, Fort Carroll Park, 100 Joliet Park, Belle Haven Park |

**KEY TASKS**

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification

**Cumulative Statistics:**
384 cubic yards of mulch spread; 500 bags of trash collected (366 Federal | 134 District); 3 truck loads of plant waste; 3.2 miles of roadway cleaned; over 1,700 service member hours

**Personnel:**
100 personnel on mission 31AUG25

JTF-DC: PERSTAT (2276)
CAO 31 1200 AUG 25

**+2 SD ADVON SMs have arrived, not JRSOI complete

Approximate Shift Schedule (31AUG25)

| STATE/UNIT | Mobilized ARNG/ANG | JRSOI Complete | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DC | 816 / 126 | 942 | 232 | 268 | 674 |
| WV | 360 / 64 | 424 | 361 | 348 | 76 |
| SC | 262 / 1 | 263 | 176 | 262 | 1 |
| OH | 150 / 0 | 150 | 144 | 150 | 0 |
| TN | 156 / 18 | 174 | 153 | 167 | 7 |
| MS | 176 / 6 | 182 | 163 | 182 | 0 |
| LA | 139 / 2 | 141 | 141 | 137 | 4 |
| SD | 2** / 0 | 0 | 0 | 0 | 0 |
| TOTAL | 2061 / 217 | 2276 | 1370 | 1514 | 762 |

TF Red Hand (DC and OH) Armed
TF Magnolia (MS and LA) Armed
TF Iron Horse (SC) Armed
TF Volunteer (TN) Armed
TF Mountaineers (WV) Armed
JTF-DC (DC)

T1: Maintain C2 of all JTF-DC personnel assigned.

| Special Considerations | Last 24 | Next 24 |
|---|---|---|
| • Unit coverage areas for security/presence patrols are on a ▮▮▮<br>• SMs will be armed with their unit issued weapon<br>• ▮▮▮<br>• 100 Personnel on mission supporting beautification operations during the 31 AUG duty period<br>• ▮▮▮ | • Continued planning efforts for ▮▮▮<br>• Units rotated AOs effective ▮▮▮<br>• Continued presence at ▮▮▮<br>• Continued high visibility missions in ▮▮▮<br>• Conducted high visibility presence at ▮▮▮<br>• Conducted high visibility presence at ▮▮▮<br>• Conducted beautification mission at 3 locations within the JOA<br>• Conducted high visibility presence ▮▮▮ | • Conduct beautification mission at 4 locations within the JOA<br>• Continue high visibility missions in ▮▮▮<br>• Continue support to LE at ▮▮▮<br>• Continue presence at ▮▮▮<br>• Conduct high visibility presence at ▮▮▮<br>• Conduct high visibility presence at ▮▮▮<br>• Conduct high visibility presence at ▮▮▮<br>• Conduct high visibility presence at ▮▮▮ |

Current as of 311200AUG25

CUI

Confidential - Subject to Protective Order

**BE ALL YOU CAN BE**

DCNG_DEF_00003736

# Plaintiff's Exhibit 31

## *Public Version of Document Filed Under Seal*



# MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

| INTENT | AREA BEAUTIFICATION |
|---|---|
| To provide a highly visible crime deterrent and increase safety across all eight wards of the District. | **Current Projects:** **Washington Monument & Constitution Ave NW** |
| **KEY TASKS** | **Cumulative Statistics:** **50** Projects completed: **44** Federal \| **6** District **934** bags of trash collected (**724** Federal \| **210** District); **744** cubic yards of mulch spread; **5** truckloads of plant waste; **5.2** miles of roadway cleaned; **270** feet of fence painted; over **3,180** service member hours |
| • Monument Security / Presence Patrols • Blocking Positions / Entry Control Management • Area Beautification | **Personnel:** **100 PAX** |

**JTF-DC: PERSTAT (2310)**
**CAO 08 1200 SEP 25**

| STATE/UNIT | Infill / Exfil | JRSOI Complete ARNG / ANG | Armed Deputation | JTF-DC Conducting Ops | JTF-DC Supporting Ops |
|---|---|---|---|---|---|
| DC | +4 / -4 | 832 / 123 | 296 | 259 | 696 |
| WV | 0 / 0 | 356 / 62 | 334 | 342 | 76 |
| SC | 0 / 0 | 262 / 1 | 222 | 257 | 6 |
| OH | 0 / 0 | 150 / 0 | 143 | 150 | 0 |
| TN | 0 / 0 | 155 / 18 | 149 | 171 | 2 |
| MS | 0 / 0 | 177 / 7 | 143 | 184 | 0 |
| LA | 0 / -2 | 139 / 2 | 134 | 134 | 7 |
| SD | 0 / 0 | 12 / 0 | 0 | 0 | 12 |
| GA | +1 / 0 | 14 / 0 | 2 | 13 | 1 |
| TOTAL | +5 / -6 | 2097 / 213 | 1423 | 1510 | 800 |

Approximate Shift Schedule (08SEP25)

| TF Red Hand (DC and OH) Armed | TF Magnolia (MS and LA) Armed | TF Mountaineers (WV) Armed | TF Iron Horse (SC) Armed | TF Volunteer (TN) Armed | JTF-DC (DC) |
|---|---|---|---|---|---|

T1: Maintain C2 of all JTF-DC personnel assigned.

## Special Considerations

- Unit coverage areas for security/presence patrols are on a ▮▮▮▮
- SMs will be armed with their unit issued weapon ▮▮▮
- **100** Personnel on mission supporting beautification operations during the 08 SEP duty period ▮▮▮

## Last 24

- Provided support to LE at ▮▮▮
- Conducted beautification mission at 2 locations with the JOA ▮▮▮
- Conducted presence patrol ▮▮▮
- Established outer cordon ISO USMS warrant retrieval
- Conducted presence patrol at ▮▮▮
- Provided support to LE at ▮▮▮
- Conducted presence patrol at ▮▮▮
- Conducted high visibility missions in ▮▮▮
- Conducted high visibility presence a ▮▮▮
- Conducted high visibility presence a ▮▮▮
- Conducted high visibility presence a ▮▮▮
- Conducted high visibility presence a ▮▮▮

## Next 24

- Provide support to LE at ▮▮▮
- Conduct beautification mission at 2 locations with the JOA ▮▮▮
- Conduct presence patrol ▮▮▮
- Provide support to LE at ▮▮▮
- Conduct high visibility missions in ▮▮▮
- Conduct presence patrol ▮▮▮
- Conduct presence patrol ▮▮▮
- Conduct presence patrol ▮▮▮
- Conduct presence patrol ▮▮▮
- Conduct presence patrol ▮▮▮
- Conduct presence patrol i ▮▮▮

Current as of 081200SEP25

Confidential - Subject to Protective Order

BE ALL YOU CAN BE

DCNG_DEF_00003752

**JA899**

# Plaintiff's Exhibit 32

**\*<u>Document Previously Filed Publicly With Additional Redactions Removed 11.20.2025</u>\***

**JA900**

## RULES OF CONDUCT (ROC)

1. Using cell phones or other personal media devices while on duty and in public view is prohibited, unless authorized by your command.
2. Always present a neat military appearance and be a credit to your unit, state, and the NG.
3. Do not violate operations security.
4. Do not damage civilian property unless reasonably necessary to perform your assignment.
5. Always be courteous and respectful to members of the public.

**You will be judged by how you ACTED!**

**Assess** your surroundings.

**Communicate** with law enforcement/CoC.

**Train** on the RUF/ROC and PAO guidance.

**Exercise** good judgment, and avoid unnecessary engagements with the public.

**Detect** and report any suspicious activity to law enforcement and your CoC.

Have question? Ask a JAG.

Scan the QR code here to connect with a JA.



### TRIAL DEFENSE SERVICES (TDS)

TDS provides conflict-free legal services to those facing adverse criminal or administrative actions at no cost to the Servicemember.

**To request assistance, scan the QR code or click the link below.**
A paralegal will reach out to you in 1-2 business days



**JA901**

Confidential - Subject to Protective Order

# DISTRICT OF COLUMBIA NATIONAL GUARD



## RULES FOR THE USE OF FORCE (RUF) & RULES OF CONDUCT (ROC)

NAME _____

DATE _____

DCNG-RUF supersedes all other RUF.

DCNG_DEF_00000179

## GENERAL CONSIDERATIONS

- This is a civilian support mission in our Nation's Capital. The civilian law enforcement agency (LEA) is the lead.
- You are authorized to use force for mission accomplishment, self-defense or to defend others. Use of force should, whenever possible, be coordinated with the supported LEA.
- If the use of force is necessary, you must consider the Force Continuum and use only the minimum (objectively reasonable, proportional) Level of Force.
- You are not required to exhaust each Level of Force before using a proportional Level of Force to the threat. You should immediately utilize the Level of Force (objectively reasonable, proportional) based on the totality of circumstances.
- At all times, Servicemembers must remember to represent Army/Air Force Values, always adhering to Rules of Conduct (ROC).

### RULES FOR THE USE OF FORCE (RUF)

You NEVER lose the right to self-defense or defense of others. If confronted with force, may use the minimum (**Objectively Reasonable, Proportional**) force necessary for mission accomplishment, self-defense, or defense of others.

- If time and circumstances permit, attempt to de-escalate the situation (request law enforcement assistance).
- NEVER respond solely to verbal threats.
- NEVER provoke.

**Deadly Force** - ONLY use in response to a REASONABLE belief of an IMMINENT threat of SERIOUS BODILY INJURY or DEATH to self or others and when lesser means are exhausted or unavailable.

- Three factors **MUST** accompany deadly force:
  - Aggressor must have **ABILITY** to do the harm
  - Aggressor must have **OPPORTUNITY** to harm
  - You must reasonably be in **JEOPARDY**

- NEVER use deadly force to:
  - Protect **PROPERTY**
  - Effect temporary **DETENTION**
  - Stop a **FLEEING** suspect

## FORCE CONTINUUM - ESCALATION OF FORCE

The Force Continuum is used to assess the appropriate level of force to apply in a given situation. You are not required to exhaust each Level of Force before using a proportional Level of Force to the threat. You may immediately utilize the minimum Level of Force (objectively reasonable, proportional) under the totality of circumstances.

**Level 1 - Presence of the Military:** the appearance of properly equipped and well-disciplined JTF personnel.
**Level 2 - Verbal Commands:** firmly order persons to comply with your direction.
**Level 3 - Soft Hands:** open-handed pushing back or grabbing and redirecting a physically aggressive civilian to a "prone position" on the ground (guide, hold, restrain).
**Level 4 - Non-lethal Weapons (when authorized):** OC spray, electronic restraint device (Taser).
**Level 5 - Hard Hands & Impact Weapons (when authorized):** non-deadly physical force (striking or restraining), baton/ASP.
**Level 6 - Deadly Force** Only in response to a reasonable belief of an imminent threat of serious bodily harm or death and lesser means are exhausted or inadequate to proportionally respond to the threat.

### STEPS TO TAKE IF FORCE IS USED

1. Secure area.
2. Administer first aid as necessary.
3. Contact civilian law enforcement.
4. Provide Status Report (personnel, supplies, situation, and location).
5. Record witness names and contact information.
6. Make Serious Incident Report (SIR) flash and detailed.
7. Do not make statements other than to chain of command, military investigators, or law enforcement.

### OTHER CONSIDERATIONS

- You MUST be U.S. Citizens and not subject to Lautenberg restrictions (domestic violence conviction).
- Federal Tort Claims Act (FTCA) may protect you from personal liability.
- Line of Duty (LOD) may allow medical coverage; must act within course and scope of duty.

### MISSION

Effective immediately, the D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia in order to enable the restoration of law and order across the District.

### UNAUTHORIZED MISSIONS

- No arrests. (May temporarily detain only if necessary to protect yourself and others from imminent threat of bodily harm. Transfer to the police or appropriate civilian law enforcement ASAP. )
- No Intelligence gathering, or taking of pictures of U.S. persons
- No, Hostage Negotiations
- No Barricaded Suspect

**JA902**

## ARMED MISSIONS

- Weapons should, as a rule, only be used in self-defense and defense of others.
- Fire only aimed shots.
- Aim for center of mass.
- Shoot to stop.
- Cease fire when deadly force is no longer reasonable.
- Do <u>not</u> fire warning shots.
- Must be trained and qualified on military weapon.
- No privately-owned weapons, ammo, expanding rounds, blanks.
- Use of a firearm is always deadly force.



### CHANGES TO RUF/ROC

The RUF/ROC shall not be changed without approval of the Secretary of Defense, with consultation from the U.S. Department of Justice.

Confidential - Subject to Protective Order

DCNG_DEF_00000180

# Defendants' Exhibit 2

## *<u>Public Version of Document Filed Under Seal</u>*





## MAKE DC SAFE AND BEAUTIFUL



**MISSION:** Effective immediately, D.C. National Guard (DCNG) supports law enforcement entities in the District of Columbia to restore law and order across the District.

### INTENT

To provide a highly visible crime deterrent and increase safety across all eight wards of the District

### KEY TASKS

- Monument Security / Presence Patrols
- Blocking Positions / Entry Control Management
- Area Beautification

### Special Considerations

- DCNG leadership is deconflicting service members (SMs) who are District/Federal law enforcement officers (LEOs) and national guardsmen.
- The SMs who are LEOs will meet with their chain of command and discuss their individual work situation. Based upon the needs of the agency and of the service a determination is made about whom they will serve.

**SM breakdown:**
- District/Federal 35 officers / 35 Encamped

**Note:**
- Waiting to confirm breakdown

| Total Personnel | 221 (Shift 2) | 0 |
|---|---|---|
| Total Vehicles | 20 | 0 |

### PERSONNEL (832)
### PERSTAT (832)
#### CAO 14 1600 AUG 25

| ARMY | | AVAILABLE | | | AVAILABLE |
|---|---|---|---|---|---|
| TOTAL | | 195 | | TOTAL | 107 |

#### VEHICLES
#### CAO 14 1600 AUG 25

| | ON HAND | OPERATIONAL | | REQUIRED | |
|---|---|---|---|---|---|
| HMMWV | 78 | 15 | GSA PASSENGER | 8 | 0 |
| MTV | 40 | 8 | BUS/BUS | 1 | 0 |
| GSA SUPPORT VEHICLES | 30 | 0 | | | |
| GSA BUS | 3 | 0 | | | |
| POLICE CRUISER | 2 | 0 | | | |

All missions started 0400, with shift changes at 1200, 2000, and 0400. These are enduring operations

### LAST 24
- Established Joint Task Force Headquarters
- Completed shift 1 of National Monuments security and high visibility mission
- Completed shift 1 of Union Station security and high visibility mission
- Continued Entry Control Point (ECP) security mission at USPP Headquarters
- Continued DCNG embedded liaison with law enforcement in DC Metro Area
- Continued planning and integration with interagency Management Team
- Expanded sustainment for JTF-DC forces
- Completed US Marshall Service deputations
- Expanded sustainment for JTF-DC forces
- Completed JRSOI
- Completed distinguished visitor engagement

### NEXT 24
- Surging on National Monument security and high visibility mission x 135 PAX
- Surging on Union Station security and high visibility mission x 71 PAX
- Continuing ECP security mission at USPP Headquarters x 15 PAX
- Expanding DCNG embedded liaison throughout the DC Metro Area
- Expanding DC Armory force protection posture
- Conducting mission analysis on Metro Transit high visibility mission
- Preparing JTF-DC Commander for media engagement
- Continuing distinguished visitor engagement
- Continuing sustainment of current and future missions
- Planning training for future missions
- Coordinating with Dept. of Interior for Area Beautification priorities

### COORDINATING INSTRUCTIONS
- Establish Command and Control Structure
- Review Legal Authorities
- Train on Rules for the Use of Force/Escalation of Force
- Publish Communications Plan (Tactical & Strategic)
- Complete JRSOI
- Refine Capabilities: Equipment, Training, Manning
- Develop Operational and Jurisdictional Mapping

BE ALL YOU CAN BE

**JA904**

Confidential - Subject to Protective Order

**JA905**

Confidential - Subject to Protective Order



**104th Surface Maint.**

T1: Maintain security with roaming presence patrols (20 pax) at National Monuments (Washington, Lincoln, Jefferson, WWI Memorial, National Mall) 24 x 7.
T2: Assume Sector Abe and surge 55 personnel IVO reflecting pool, FDR Memorial, Jefferson Memorial, Lincoln Memorial, Korean War Memorial, WWII Memorial, dismounted patrols IVO Washington Monument until 142000RAUG25 (6 pax).
T2: Conduct 24x7 TCP operations at USPP Operations Facility (3 vic, 12 pax).
T3: Conduct logistical support operations to sustain all manuever forces
T1: Surge personnel for dismounted roving patrols IVO Washington Monument until 142000RAUG25 (11 pax).



**372nd MP BN**

T1: Surge mounted and dismounted patrols IVO Union Station until 142000RAUG25 (52 pax, 6 vics).
T2: T2: Conduct 24x7 presence and patrol operations at Union Station (5 vic, 19 pax).
T1: Surge personnel for dismounted roving patrols IVO National until 142000RAUG25 (25 pax).

**257th Army Band**

T1: Surge personnel for dismounted roving patrols IVO National until 142000RAUG25 (18 pax).

**JTF-DC**

T1: Maintain command and control of all JTF-DC personal assigned and operating within District of Columbia (28 personnel).

**JA906**

Confidential - Subject to Protective Order

DCNG_DEF_00000866

**JA907**

Confidential - Subject to Protective Order    DCNG_DEF_00000867

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03005 (JMC) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 20, 2025 Memorandum Opinion (ECF No. 88) and Order (ECF No. 89) granting Plaintiff's motion for a preliminary injunction and a section 705 stay.

Dated: November 25, 2025

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Kian K. Azimpoor*
KIAN KEVIN AZIMPOOR
(D.C. Bar No. 90024613)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Phone: 202-598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*

**JA908**

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I electronically filed the foregoing Volume of the Joint Appendix with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE