**No. 25-5418**

## IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA,

*Plaintiffs-Appellee,*

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-03005-JMC
Hon. Tanya S. Chutkan

## NOTICE OF INTENT TO FILE AMICUS BRIEF

| | | |
|---|---|---|
| MARK PINKERT | ALAN WILSON | JOHN B. MCCUSKEY |
| DAVID JOHNSON | *ATTORNEY GENERAL* | *ATTORNEY GENERAL* |
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC | STATE OF SOUTH CAROLINA | STATE OF WEST VIRGINIA |
| 2333 Ponce de Leon Blvd. Suite 600 | THOMAS T. HYDRICK | MICHAEL R. WILLIAMS |
| Coral Gables, FL 33134 | *SOLICITOR GENERAL* | *SOLICITOR GENERAL* |
| (203) 415-6665 | P.O. Box 11549 | State Capitol, Bldg 1 |
| mpinkert@holtzmanvogel.com | Columbia, South Carolina 29201 | Room E-26 |
| | (803) 734-3765 | Charleston, WV 25305 |
| | thomashydrick@scag.gov | (681) 313-4550 |
| | | michael.r.williams@wvago.gov |

*Counsel for Amici Curiae*

## NOTICE OF INTENT

Pursuant to Circuit Rule 29(b), the State of West Virginia and the State of South Carolina (collectively, "Amici") hereby provides notice that they intend to file a brief *amici curiae* in support of the Appellants in the above-captioned appeal. Amici expect they will be joined by other States. Under Federal Rule of Appellate Procedure 29(a)(2), such a brief may be filed "without the consent of the parties or leave of court."

Dated:  April 3, 2026

Respectfully submitted,

*/s/ Mark Pinkert*

Mark Pinkert
David Johnson
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2333 Ponce de Leon Blvd.
Suite 600
Coral Gables, FL 33134
(203) 415-6665
mpinkert@holtzmanvogel.com

*Counsel for Amici Curiae*