ORAL ARGUMENT NOT YET SCHEDULED
**No. 25-5418**

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

————————————

DISTRICT OF COLUMBIA,

*Plaintiff-Appellee*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et. al.*,

*Defendants-Appellants*.

————————————

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-03005
Before the Honorable Jia M. Cobb

---

## NOTICE OF INTENT TO PARTICIPATE AS *AMICI-CURIAE* IN SUPPORT OF PLAINTIFF-APPELLEE BY LOCAL CIVIL RIGHTS AND LEGAL SERVICES ORGANIZATIONS

---

Ryan Downer (DC Bar No. 1013470)
Madeleine Gates (DC Bar No. 90024645)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
(202) 319-1000
ryan_downer@washlaw.org
madeleine_gates@washlaw.org

Scott Michelman (DC Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
(202) 457-0800
smichelman@acludc.org

*Counsel for Amici Curiae*

## STATEMENT REGARDING CONSENT TO FILE

Pursuant to D.C. Circuit Rule 29(b), counsel for *amici curiae* Washington Lawyers' Committee for Civil Rights and Urban Affairs, American Civil Liberties Union of the District of Columbia, Amica Center for Immigrant Rights, Bread for the City, Children's Law Center, DC Appleseed Center for Law & Justice, Disability Rights DC at University Legal Services, League of Women Voters of the District of Columbia, Legal Aid DC, School Justice Project, Tzedek DC, and Washington Legal Clinic for the Homeless respectfully inform this Court of their participation as *amici curiae* in support of Plaintiff-Appellee in this appeal. All parties to this proceeding have consented to their participation.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 26.1 of the United States Court of Appeals for the District of Columbia Circuit, counsel for *amici curiae* certify that *amici* are not publicly held corporations, do not have parent corporations, and no publicly held corporation owns 10 percent or more of their stock. *Amici curiae* are nonprofit, tax-exempt organizations.

Dated: May 8, 2026

*/s/ Madeleine Gates*
Madeleine Gates

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on May 8, 2026. Notice of this filing will be sent to all attorneys of record by operation of the Court's CM/ECF system.

Dated: May 8, 2026                                 */s/ Madeleine Gates*
                                                    Madeleine Gates