ORAL ARGUMENT NOT YET SCHEDULED

**No. 25-5418**

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

DISTRICT OF COLUMBIA,

*Plaintiff-Appellee*,

*v.*

DONALD J. TRUMP, *et al.*,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-03005
Before the Honorable Jia M. Cobb

---

**NOTICE OF INTENT OF MEMBERS OF CONGRESS TO FILE BRIEF AS
*AMICI CURIAE* IN SUPPORT OF PLAINTIFF-APPELLEE AND
AFFIRMANCE**

---

Bruce V. Spiva
R. Brent Ferguson
Sejal Jhaveri
Renata O'Donnell
Kate Hamilton
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200

*Counsel for Amici Curiae*

May 20, 2026

## STATEMENT REGARDING CONSENT TO FILE

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), counsel for *amici curiae* Members of Congress respectfully submits this notice to the Court of its intent to file a brief in support of Plaintiff-Appellee in the above-captioned case.  All parties in this matter have consented to their participation.

Pursuant to D.C. Circuit Rule 29(d), counsel for amicus CLC certifies that a separate brief is necessary because its brief presents a distinct perspective from those of the parties and other amici in these consolidated cases regarding the purpose and breadth of the Home Rule Act and its relationship to the current National Guard deployment in the District of Columbia.

Dated: May 20, 2026

Respectfully submitted,

/s/ Bruce V. Spiva
Bruce V. Spiva (DC Bar No. 443754)
R. Brent Ferguson (DC Bar No. 1782289)
Sejal Jhaveri (DC Bar No. 90043488)
Renata O'Donnell (DC Bar No. 1723929)
Kate Hamilton (DC Bar No. 90006168)
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
bspiva@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
khamilton@campaignlegalcenter.org

*Counsel for Amici Curiae*

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the District of Columbia by using the Court's CM/ECF system on May 20, 2026, thereby serving all persons required to be served.

*/s/ Bruce V. Spiva*
Bruce V. Spiva