No. 25-5418

ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

DISTRICT OF COLUMBIA,

*Plaintiff-Appellee,*

v.

DONALD J. TRUMP, in his official capacity as President of the
United States, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

BRIEF FOR NAACP LEGAL DEFENSE & EDUCATIONAL
FUND AS *AMICUS CURIAE* IN SUPPORT OF PLAINTTIFF-
APPELLEE

| | |
|---|---|
| Johanna Steinberg | Jin Hee Lee |
| NAACP Legal Defense & | Puneet Cheema |
| Educational Fund, Inc. | Alyssa K. Gordon |
| 40 Rector St., 5th Floor | NAACP Legal Defense & |
| New York, NY 10006 | Educational Fund, Inc. |
| (212) 965-2200 | 700 14th Street NW, 6th Floor |
| jsteinberg@naacpldf.org | Washington, DC 20005 |
| | (202) 682-1300 |
| | jlee@naacpldf.org |
| | agordon@naacpldf.org |
| | pcheema@naacpldf.org |

*Counsel for Amicus Curiae*

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 29, Amicus hereby submits this certificate.

A. Parties and Amici.

The parties and amici who have appeared before the Court as of the time of this filing of this brief are listed in Plaintiff-Appellee's D.C. Circuit Rule 28(a)(1) certificate.

B. Rulings Under Review.

The district court ruling under review is the November 20, 2025 Memorandum Opinion (ECF No. 88) and Order (ECF No. 89) entered by U.S. District Court Judge Jia M. Cobb granting appellee's motion for a preliminary injunction and a Section 705 stay, which is published at 810 F. Supp. 3d 19.

C. Related Cases.

There are no related cases.

*/s/ Jin Hee Lee*
Jin Hee Lee

*Counsel for Amicus Curiae*

ii

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29(a), and D.C. Circuit Rules 26.1 and 28(a)(1)(A), Amicus NAACP Legal Defense and Educational Fund, Inc., ("LDF") certifies that it is a non-profit corporation with no parent entity and no entity has a greater than 10 percent ownership interest in LDF.

Pursuant to Federal Rule of Appellate Procedure 29 (a)(4)(E) Amicus certifies that no party or their counsel participated in the drafting of this brief in whole or in part or funded this brief in whole or in part.

*/s/ Jin Hee Lee*
Jin Hee Lee

*Counsel for Amicus Curiae*

**STATEMENT REGARDING CONSENT TO FILE AND SEPARATE BRIEFING**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2), *Amicus Curiae* NAACP Legal Defense and Educational Fund, Inc. submits this brief with the consent of all parties to its filing. Pursuant to Circuit Rule 29(d), *Amicus Curiae* submits this brief separately because it presents a unique perspective on the irreparable harm the National Guard deployment has caused D.C. residents, and in particular Black D.C. residents. The arguments presented in this brief are distinct from the arguments presented in the briefs of other amici.

**TABLE OF CONTENTS**

CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES ....... ii

CORPORATE DISCLOSURE STATEMENT ................................................. iii

STATEMENT REGARDING CONSENT TO FILE AND SEPARATE
BRIEFING ........................................................................................... iv

TABLE OF CONTENTS ..................................................................................v

TABLE OF AUTHORITIES ......................................................................... vi

INTEREST OF AMICUS CURIAE...................................................................1

INTRODUCTION AND SUMMARY OF ARGUMENT ...................................3

ARGUMENT ..................................................................................................5

I.      The National Guard Deployment Does Not Serve the Public Interest. 5

II.     The National Guard Deployment Causes Irreparable Harm to D.C.
Residents, Especially in Black Communities. ....................................12

   A.     Militarized Policing Has a Long History of Racialized Violence
Against Black People. ........................................................... 13

   B.     This Military Escalation Disproportionately and Irreparably Harms
Black Communities. .............................................................. 18

CONCLUSION..............................................................................................27

CERTIFICATE OF COMPLIANCE..............................................................29

CERTIFICATE OF SERVICE .......................................................................30

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Ligon v. City of New York*,
    925 F. Supp. 2d 478 (S.D.N.Y. 2013) ................................................................12

*Mills v. District of Columbia*,
    571 F.3d 1304 (D.C. Cir. 2009) .........................................................................12

**Other Authorities**

Aaron Blake, *The GOP's Extraordinary Rhetoric About the 'No Kings'
    Rallies*, CNN (Oct. 18, 2025) ..............................................................................9

Aaron Gottlieb & Robert Wilson, *The Effect of Direct and Vicarious
    Police Contact on the Educational Achievement of Urban Teens*,
    103 CHILD. & YOUTH SERVS. REV. 190 (2019) ...................................................26

Aaron Stagoff-Belfort et al., *The Social Costs of Policing*, VERA INST.
    JUST. (2022) ........................................................................................................26

Abigail R. Hall and Christopher J. Coyne, *The Militarization of U.S.
    Domestic Policing*, 17 INDEP. REV. 485 (2013)...........................................13, 17

Alecia Taylor & Brandon Tensley, *Black D.C. Residents Say Trump's
    Tactics Bring More Fear, Not Safety*, CAP. B (Aug. 14, 2025).....................23, 24

Alice Goffman, *On the Run: Fugitive Life in an American City* (Univ.
    Chic. Press 2015) ................................................................................................25

Allie Preston et al., *How DC's Local Leaders Are Keeping Residents
    Safe*, CTR. FOR AM. PROGRESS (Apr. 2, 2025) .....................................................9

Amanda Geller & Nicholas Mark, *Student Absenteeism and the Role
    of Police Encounters*, 21 CRIMINOLOGY & PUB. POL'Y 893 (2022) ...................26

Amanda Taub, *What Was THAT? A Guide to the Military Gear Being
    Used Against Civilians in Ferguson*, VOX (Aug. 18, 2014)................................18

Andrew W. Lehren et al., *Floyd Protests Renew Debate About Police Use of Armored Vehicles, Other Military Gear*, NBC NEWS (June 20, 2020) ...............................................................................18

Anselma JohnAyala, *Blacks' Intergenerational Trauma Triggered by Police Misconduct* (Mar. 22, 2024) (Ph.D. dissertation, Liberty Univ.) .....................................................................................26

Anthony Gregory, *Policing Jim Crow America: Enforcers' Agency and Structural Transformations*, 40 L. & Hist. Rev. 91 (2022).........................14

AP Video, River Zhang, *DC Residents on Crime in the City and Concerns over National Guard Presence*, ASSOCIATED PRESS (Aug. 12, 2025) .................................................................................23

Ariel Edwards-Levy, *DC Residents Feel Less Safe After Trump Takeover: Poll*, CNN (Aug. 20, 2025) ...................................................11

*At least 5 States Are Deploying National Guard Troops to D.C.*, CBS NEWS (updated Aug. 19, 2025).................................................................4

Brad Reed, *Judges Alarmed at Spree of Spurious Charges amid Trump's DC Crackdown*, TRUTHOUT (Aug. 26, 2025) ..........................................11

Branco Ponomariov and John Rogers, *When the Big Guns Come out: Shootout or De-Escalation?*, SSRN, (Oct. 1, 2025)...............................................6

Carrie Johnson, *'The Most Illegal Search': Judges Push Back Against D.C. Criminal Charges*, NPR (Aug. 26, 2025) ...................................................24

Dylan B. Jackson, *The Case for Conceptualizing Youth-Police Contact as a Racialized Adverse Childhood Experience*, 111 AM. J. PUB. HEALTH 1189 (2021) ...............................................................26

Eliana Block, *VERIFY: Does DC Have More Police per Capita than Any Other US City?* WUSA (July 15, 2020).....................................................18

Elizabeth Hinton, *From the War on Poverty to the War on Crime: The Making of Mass Incarceration in America* (Harv.Univ. Press 2016) .................16

Elizabeth Sun, *The Dangerous Racialization of Crime in U.S. News Media*, CTR. AM. PROGRESS (Aug. 29, 2018) ...............................................21, 23

Ellen Mitchell, *DOJ Requests 1,500 More National Guard Troops for Planned DC 'Summer Surge*, THE HILL (May 15, 2026)......................................8

Emma Pierson et al., *A Large-Scale Analysis of Racial Disparities in Police Stops Across the United States*, 4 NATURE HUM. BEHAV. 736 (2020)............................................................................20, 21

Emma Uber, *Ten Car Chases, Six Crashes. Park Police Have New Rules in D.C.*, WASH POST. (Aug. 31, 2025) .......................................24

Erica Bryant and Sam Raim, *Sending In the National Guard Won't Make Our Cities Safer*, VERA INST. J. (Sept. 26, 2025)......................................11

Fanna Gamal, *The Racial Politics of Protection: A Critical Race Examination of Police Militarization*, 104 CAL. L. REV. 979 (2016).................15

Frank Edwards et al., *Risk of Being Killed by Police Use of Force in the United States by Age, Race-Ethnicity, and Sex*, 116 PNAS 16793 (Aug. 5, 2019)......................................................................21

Gerald Horne, *Fire This Time: The Watts Uprising and the 1960s* (Univ. Va. Press 1995)............................................................................15

*Gov. Jeff Landry Expects Crime-Deterring National Guard Deployment in New Orleans Within Two Weeks*, FOX 8 (updated Dec. 1, 2025)......................................................................3

Hubert G. Locke, *The Detroit Riot of 1967* (Wayne State Univ. Press 2017) ......................................................................15, 16

Ittai Sopher & John Doran, *DC Police Arrest Teens, Get Backup from National Guard After Chaotic Scene in Navy Yard Closes Streets*, WUSA 9 (Nov. 1, 2025) ......................................................................23

James W. Buehler, *Racial/Ethnic Disparities in the Use of Lethal Force by US Police, 2010-2014*, 107 AM. J. PUB. HEALTH 295 (2017)......................................................................20

Jamiles Lartey, *What Trump's D.C. Takeover Looks Like on the Ground, Two Weeks On*, MARSHALL PROJECT (Aug.23, 2025)..........................27

Jeff Levine et al., *Data Shows Enforcement Surge Blunts DC Crime, Though Many Face Minor Charges*, DC WITNESS (Sept. 4, 2025)....................10

Jennifer Eberhardt et al., *Seeing Black: Race, Crime and Visual Processing*, 87 J. PERSONALITY & SOC. PSYCH. 876 (2004)...............................21

Joe Heim et al., *We Asked 604 D.C. Residents About Trump's Takeover. Here's What They Said*, WASH. POST (Aug. 20, 2025).......................23

Jon Soucy, *Guard Members From Six States, D.C. on Duty in Washington in Support of Local, Fed Authorities*, Nat'l Guard (Aug. 29, 2025) ......................................................................................8

Jonathan Mummolo, *Militarization of Police Fails to Enhance Safety but May Harm Police Reputation*, 115 PNAS 9181 (2018)......................6, 13, 18

Joseph B. Doherty, *Us v. Them: The Militarization of American Law Enforcement and the Psychological Effect on Police Officers and Civilians*, 24 UNIV. S. CAL. INTERDISC. L.J. 415 (2016).........................16, 17, 18

Josh Campbell, *As ICE Escalates Its Tactics, Are Federal Agents Truly 'Untouchable' in the Eyes of the Law?*, CNN (Nov. 15, 2025)...................7

Kat Lonsdorf, *Trump Is Deploying the National Guard to Memphis. Experts Worry It's Becoming Normal*, OPB (Sept. 18, 2025) .............................3

*The Kerner Commission*, Nat'l Museum Afr. Am. Hist. & Culture ........................15

Kira Lerner, '*It's Not Safe in DC as an Immigrant': Racial Profiling Surged During Trump's Washington Takeover,* THE GUARDIAN (Sept. 10, 2025).................................................................................24

Larry H. Spruill, *Slave Patrols, "Packs of Negro Dogs" and Policing Black Communities*, 53 PHYLON 42 (2016) .........................................14

Melissa N. McLeod et al., *Police Interactions and the Mental Health of Black Americans: A Systematic Review*, 7 J. RACIAL & ETHNIC DISPARITIES 10 (2020) .................................................................25

Metro. Police Dep't of Wash. D.C., *Cooperative Agreements* (2025).................8, 19

Mosheh Gains & Nnamdi Egwuonwu, *National Guard Troops in D.C. Begin Carrying Firearms*, NBC NEWS (Aug. 25, 2025) .....................................14

Moshen Gains et al., *The Weapons that National Guard Troops Now Carry in Washington, D.C.*, NBC NEWS (Aug. 25, 2025).................................8

Nadine Yousif, *National Guard Member Dies After Shooting in Washington DC*, BBC (Nov. 28, 2025) ...............................................................10

Nat'l Guard, *Federalizations of the Guard for Domestic Missions through 2025* (June 9, 2025).................................................................................16

Nat'l Police Found., *Metropolitan Police Department Narcotics and Specialized Investigations Division: A Limited Assessment of Data and Compliance from August 1, 2019 - January 31, 2020* (2020) .....................19

Nick Schifrin & Dan Sagalyn, *Retired Major General Calls Trump's National Guard Plans 'Unneeded and Dangerous,'* PBS NEWSHOUR, (Aug. 26, 2025).................................................................................10

Nigel Roberts, *Report Shows California Black Teens at Higher Risk of Being Stopped by Police*, BET (Jan. 6, 2023) ......................................................21

Niraj Warikoo, *43 Fatal Victims of the Detroit Riot of 1967*, DETROIT FREE PRESS (July 22, 2017, updated July 27, 2017)..........................................16

NNPA, Stacy M. Brown, *Trump Targets Black-Led Cities Despite Record Crime Declines*, SAN DIEGO VOICE & VIEWPOINT (Aug. 25, 2025) ...............................................................................................................3

Noah Felt, *Gov. McMaster Deploys SC National Guard to Washington to Support Trump Order,* THE STATE, (Aug. 17, 2025) ...................4

Nora Leonard, *Racial and Ethnic Disparities in the Youth Justice System*, COAL. FOR JUV. JUST. (Mar. 2, 2023)....................................................22

NPR Wash. Desk, T*rump Defends Use of U.S. Military Against* the *'Enemy Within'*, NPR (updated Sept. 30, 2025)....................................................3

Olivia George et al., *Who Was Arrested in Trump's D.C. Crime Emergency? We Analyzed 1,273 Records*, WASH. POST (Sept. 14, 2025) ................................................................................................................20

x

Peter B. Levy, *The Dream Deferred: The Assassination of Martin Luther King Jr., and the Holy Week Uprisings of 1968, in Baltimore '68: Riots and Rebirth in an American City* (Jessica I. Elfenbein et al. eds., 2011) ...............................................................15

Phillip Atiba Solomon (formerly, Goff) et al., *The Essence of Innocence: Consequences of Dehumanizing Black Children*, 106 J. PERSONALITY & SOC. PSYCH. 526 (2014) ..........................................22

*Police, National Guard Clear Halloween Crowd Gathered in Washington's Navy Yard Neighborhood*, ASSOCIATED PRESS (Nov. 1, 2025) ...............................................................................23

Presidential Memoranda*, Restoring Law and Order in the District of Columbia*, White House (Aug. 11, 2025) ...........................................5

Press Release, U.S. Atty's Off., D.C., *Violent Crime in D.C. Hits 30 Year Low,* (Jan. 3, 2025) ..............................................4, 5

Rebecca Schneid, *Trump Railed Against Youth Crime in D.C. Experts Say His Crackdown Won't Work*, TIME (Aug. 28, 2025) ................6, 20, 27

Reginald Young-Drake et al., *A Growing Dilemma: How Police Brutality Affects Mental Health in Black Communities*, Movement Lawyering Clinic, Howard Univ. Sch. L. (2023) .............................25, 26

Robert Blair & Michael Weintraub, *Little Evidence That Military Policing Reduces Crime or Improves Human Security*, 7 NATURE HUM. BEHAV. 861 (2023)...............................................6

Sally E. Hadden, *Slave Patrols: Law and Violence in Virginia and the Carolinas*  (Harv. Univ. Press 2003) ......................................14

Salvador Rizzo, D.C. Judge Excoriates Trump Policing Surge, Demands Answers from Pirro, WASH. POST. (Sept. 4, 2025) .......................11

Sandhya Kajeepeta and Daniel K.N. Jonson, *Police and Protests: The Inequity of Police Responses to Racial Justice Demonstrations*, THE THURGOOD MARSHALL INST. AT LDF (last accessed May 24, 2026) ......................................................................22

Sarah Brayne, *Surveillance and System Avoidance: Criminal Justice Contact and Institutional Attachment*, 79 AM. SOC. REV. 367 (2014) ...........................................................................................25

*Slave Patrols: An Early Form of American Policing*, Nat'l L. Enf't Officers Mem'l Fund ..........................................................................14

Staff Rep., S. Comm. on Homeland Sec. & Governmental Affs., *At What Cost? Trump's Indefinite Deployment of the National Guard in D.C. on Track to Cost Taxpayers $600 Million a Year* (Feb. 2006) ...........................................................................................4, 5, 7

Stanford Report, *Stanford Big Data Study Finds Racial Disparities in Oakland, Calif., Police Behavior, Offers Solutions*, Stanford Univ. (June 15, 2016).............................................................................21

Stephen Collinson, *Trump's Response to 'No Kings' Marches Only Proved the Protesters' Point*, CNN (Oct. 20, 2025) ...............................9

*Stop and Frisk FAQ: What You Need to Know in D.C.*, ACLU D.C. (Feb. 4, 2025).................................................................................19

Svetlana Shkolnikova, *National Guard Deployment in DC Having No Measurable Impact on Crime, Report Says*, STARS AND STRIPES, (Feb. 5, 2026).................................................................................7

Travis L. Dixon & Daniel Linz, *Race and the Misrepresentation of Victimization on Local Television News*, 27 COMMC'N RSCH. 547 (2000) ...........................................................................................21

Wayne McElrath & Sarah Turberville, *Poisoning Our Police: How the Militarization Mindset Threatens Constitutional Rights and Public Safety*, PROJECT ON GOV'T OVERSIGHT (June 9, 2020)............................27

*Where National Guard Troops and Federal Agents Are Patrolling D.C.*, WASH. POST (Aug. 15, 2025) ...................................................8

## INTEREST OF AMICUS CURIAE

The NAACP Legal Defense & Educational Fund, Inc. ("LDF") is the nation's first and foremost civil rights legal organization. Through litigation, advocacy, public education, and outreach, LDF strives to secure equal justice under the law for all Americans, and to break down barriers that prevent Black people in the United States from realizing their basic civil and human rights.

LDF is especially concerned with policing policies and practices that target and disproportionately harm communities of color, especially Black people. LDF has served as counsel of record or *amicus curiae* in multiple cases challenging such issues. Since 2015, LDF's Justice in Public Safety Project has worked to address issues of unconstitutional police practices, to end police violence against people of color, and to eliminate racial bias and profiling by police in order to foster confidence and trust in our public institutions. *See, e.g.*, *Tennessee v. Garner*, 471 U.S. 1 (1985); *Davis v. City of New York*, No. 1:10-cv-00699 (S.D.N.Y. filed Jan. 28, 2010); *Md. Dep't of State Police v. Md. State Conf. of NAACP Branches*, 430 Md. 179 (2013); *Tolan v. Cotton*, 572 U.S. 650 (2014); *People v. Hill*, 33 N.Y.3d 990 (2019); *Commonwealth v. Evelyn*, 485 Mass. 691 (2020); *Smith v. City of Philadelphia*, No. 2:20-cv-03431 (E.D. Pa. filed July 14, 2020); *Scott v. Louisville/Jefferson Cnty. Metro Gov't*, No. 3:20-cv-00535 (W.D. Ky. filed July 30, 2020); *United States v. Weaver*, 9 F.4th 129 (2d Cir. 2021); *Uniformed Fire Officers Ass'n v. de Blasio*, 846

1

F. App'x 25 (2d Cir. 2021); *Leaders of a Beautiful Struggle v. Balt. Police Dep't*, 2 F.4th 330 (4th Cir. 2021); *Torres v. Madrid*, 592 U.S. 306 (2021); *Plaintiffs 1-3 v. City of New York*, No. 1:25- cv-02397 (E.D.N.Y. filed April 30, 2025); *Andre v. Clayton County*, No. 23-13253, 2025 WL 2371780 (11th Cir. Aug. 15, 2025); *People v. Armstrong*, No. 165233, 2025 WL 994370 (Mich. June 3, 2025); *Union v. City of Rochester*, 43 N.Y.3d 543 (2025); *Barnes v. Felix*, 605 U.S. 73 (2025).

Given its extensive experience and expertise litigating issues pertaining to racially discriminatory law enforcement policies and practices, LDF submits this *amicus curiae* brief to assist the Court in the adjudication of Defendant-Appellant's motion to stay the preliminary injunction.

## INTRODUCTION AND SUMMARY OF ARGUMENT

The Trump administration has deployed National Guard troops or attempted to do so largely in cities with significant Black populations and Black leadership—including Los Angeles, Chicago, Memphis, and Washington, D.C.[1] In a meeting of U.S. generals, the President discussed using the military against "the enemy from within."[2] By casting cities with large Black populations as enemy territory, the administration is resurrecting a narrative that has perpetuated false stereotypes of Black people for generations. Defendants-Appellants' motion to continue this irreparable harm is undoubtedly against the public interest.

Over half of the current troops deployed in D.C. are from out-of-state—including Mississippi, Louisiana, Ohio, Tennessee, South Carolina, and West

---

[1] NNPA, Stacy M. Brown, *Trump Targets Black-Led Cities Despite Record Crime Declines*, SAN DIEGO VOICE & VIEWPOINT (Aug. 25, 2025), https://sdvoice.info/trump-targets-black-led-cities-despite-record-crime-declines/; Kat Lonsdorf, *Trump Is Deploying the National Guard to Memphis. Experts Worry It's Becoming Normal*, OPB (Sept. 18, 2025), https://www.opb.org/article/2025/09/18/trump-is-deploying-the-national-guard-to-memphis-experts-worry-its-becoming-normal/; *Gov. Jeff Landry Expects Crime-Deterring National Guard Deployment in New Orleans Within Two Weeks*, FOX 8 (updated Dec. 1, 2025) https://www.fox8live.com/video/2025/12/02/gov-jeff-landry-expects-crime-deterring-national-guard-deployment-new-orleans-within-two-weeks/.

[2] NPR Wash. Desk, T*rump Defends Use of U.S. Military Against* the *'Enemy Within'*, NPR (updated Sept. 30, 2025) https://www.npr.org/2025/09/30/nx-s1-5557232/hegseth-generals-trump.

3

Virginia.[3] The purported reason for their deployment is to "restore law and order to our nation's capital and ensure safety for all who live, work, and visit there."[4] Yet, they have been deployed to the District without the Mayor's consent and without local knowledge of the District's criminal laws or the public safety needs of its residents.[5] In fact, current data establishes that the deployment has been ineffective in reducing crime and violence.[6] As such, President Trump's deployment of the National Guard to the District does not serve the public interest.

Instead, National Guard troops patrolling the District stoke fear in the community, particularly among Black residents. Black people have historically borne, and continue to bear, the physical and psychological costs of aggressive policing, especially when militarized tactics are used. Indeed, there is a long history of racialized militarized policing in the United States, including in the District. The

---

[3] *At least 5 States Are Deploying National Guard Troops to D.C.*, CBS NEWS (updated Aug. 19, 2025), https://www.cbsnews.com/news/west-virginia-to-deploy-hundreds-of-national-guard-troops-to-d-c/.

[4] Noah Felt, *Gov. McMaster Deploys SC National Guard to Washington to Support Trump Order,* THE STATE, (Aug. 17, 2025), https://www.thestate.com/news/politics-government/article311737564.html.

[5] *See, e.g.*, Press Release, U.S. Atty's Off., D.C., *Violent Crime in D.C. Hits 30 Year Low,* (Jan. 3, 2025), https://www.justice.gov/usao-dc/pr/violent-crime-dc-hits-30-year-low.

[6] Staff Rep., S. Comm. on Homeland Sec. & Governmental Affs., *At What Cost? Trump's Indefinite Deployment of the National Guard in D.C. on Track to Cost Taxpayers $600 Million a Year*, at 2 (Feb. 2006), https://www.hsgac.senate.gov/wp-content/uploads/NationalGuardReport.pdf.

current surge in National Guard troops is an extension of that history, further exacerbating preexisting racial disparities in law enforcement activities and deep mistrust of law enforcement officers. Continuing the presence of this armed military presence in the District would cause further irreparable harm to residents, particularly those in Black communities and especially Black youth, further weighing against the public interest. Accordingly, this Court should uphold the preliminary injunction.

## ARGUMENT

### I.      The National Guard Deployment Does Not Serve the Public Interest.

The Trump administration's purported reason for the National Guard deployment is to rescue the District from an alleged "siege [of] violent crime."[7] According to National Guard leadership, they are "driving toward zero" crime and overdoses in D.C.—a plainly unrealistic goal that could theoretically justify a permanent deployment.[8] Contrary to the administration's rhetoric, however, data indicates that violent crime in the District hit a 30-year low in 2024.[9] Data reports

---

[7] Presidential Memoranda, *Restoring Law and Order in the District of Columbia*, White House (Aug. 11, 2025), https://www.whitehouse.gov/presidential-actions/2025/08/restoring-law-andorder-in-the-district-of-columbia/.
[8] Senate Staff Rep., *supra* note 6 at 2.
[9] Violent Crime in D.C. Hits 30 Year Low*, supra* note 5.

about crime by juveniles show similar declines.[10] There simply is no "siege" in the District that warrants military deployment.

Even if there were a crisis of violent crime, there is little, if any, evidence that a show of military force would improve public safety. Such military interventions "have little impact on crime."[11] One study—which examined intensive military patrols targeting purportedly high-crime locations—determined that the intervention was *counterproductive*, with military policing increasing the occurrence of human rights abuses and "likely exacerbat[ing] crime" post-intervention.[12] Ultimately, "the often-cited trade-off between public safety and civil liberties is, in the case of militarized policing, a false choice."[13]

Notably, after nine months of deployment, the Court does not need to rely on conjecture to discern the impact or import of the National Guard deployment in the

---

[10] Rebecca Schneid, *Trump Railed Against Youth Crime in D.C. Experts Say His Crackdown Won't Work*, TIME (Aug. 28, 2025), https://time.com/7312528/trump-dc-takeover-youth-crackdown-crime/.

[11] Branco Ponomariov and John Rogers, *When the Big Guns Come out: Shootout or De-Escalation?*, SSRN, (Oct. 1, 2025), available at https://ssrn.com/abstract=5912042.

[12] *See* Robert Blair & Michael Weintraub, *Little Evidence That Military Policing Reduces Crime or Improves Human Security*, 7 NATURE HUM. BEHAV. 861 (2023), https://ssrn.com/abstract=3925245.

[13] *Id.*; *see also* Jonathan Mummolo, *Militarization of Police Fails to Enhance Safety but May Harm Police Reputation*, 115 PNAS 9181, 9181 (2018), https://doi.org/10.1073/pnas.1805161115 (SWAT teams "provide no detectable benefits in terms of officer safety or violent crime reduction, on average.").

District; it has "resulted in no directly attributable impact on crime."[14] While National Guard members have "broken up fights, administered opioid overdose medication, and helped deliver a baby," they "have not had a measurable impact on crime reduction."[15] As such, any continued—or even greater—surge of the National Guard is unlikely to advance the administration's alleged purpose of reducing crime and, thus, does not serve the public interest.

The real reason for the National Guard deployment is not about reducing crime. It is part of this administration's ongoing weaponization of federal law enforcement and military resources to wield the power and might of the federal government to advance its authoritarian goals, as evidenced by its actions across the country, in addition to D.C. When President Trump first announced the deployment of over 2,000 National Guard troops to D.C., he suggested that law enforcement officers do "whatever the hell they want."[16] And his administration continues to

---

[14] Senate Staff Rep. supra note 6 at 2.

[15] Svetlana Shkolnikova, *National Guard Deployment in DC Having No Measurable Impact on Crime, Report Says*, STARS AND STRIPES, (Feb. 5, 2026), https://www.stripes.com/theaters/us/2026-02-05/national-guard-dc-no-impact-crime-20638234.html.

[16] Josh Campbell, *As ICE Escalates Its Tactics, Are Federal Agents Truly 'Untouchable' in the Eyes of the Law?*, CNN (Nov. 15, 2025), https://edition.cnn.com/2025/11/15/us/ice-federal-agents-immigration-force ("You spit, and we hit, and [law enforcement] can hit real hard. . . .[T]hey are allowed to do whatever the hell they want.") (internal quotes omitted).

draw upon substantial military resources to do just that.

The number of armed personnel deployed to D.C. is staggering: more than 2,000 National Guard troops[17] have supported a patchwork of more than 6,000 local and federal officers.[18] Recently, the administration requested an additional 1,500 National Guard troops as part of a "summer surge."[19] This would bring the total number of National Guard troops alone up to 5,000. While National Guard forces were initially unarmed, Secretary of Defense Pete Hegseth later authorized troops to carry military assault rifles, such as the dangerous M4 carbine.[20] The potential lethal consequences of that decision should not be underestimated, especially given

---

[17] Jon Soucy, *Guard Members From Six States, D.C. on Duty in Washington in Support of Local, Fed Authorities*, Nat'l Guard (Aug. 29, 2025), https://www.nationalguard.mil/News/Article-View/Article/4290072/guard-members-from-six-states-dc-on-duty-in-washington-in-support-of-local-fed/.

[18] *Where National Guard Troops and Federal Agents Are Patrolling D.C.*, WASH. POST (Aug. 15, 2025), https://www.washingtonpost.com/dc-md-va/2025/08/15/dc-police-national-guard-map-trump/; Metro. Police Dep't of Wash. D.C., *Cooperative Agreements* (2025), https://mpdc.dc.gov/page/cooperative-agreements (last visited Dec. 1, 2025) (describing the large number of law enforcement agencies in cooperation with Metropolitan Police Department, including thirty-two federal agencies, seven university police departments, the Metro Transit Police and the Housing Authority Police).

[19] Ellen Mitchell, *DOJ Requests 1,500 More National Guard Troops for Planned DC 'Summer Surge*, THE HILL, (May 15, 2026), https://thehill.com/homenews/administration/5880579-nationa-guard-dc-america-250/.

[20] Moshen Gains et al., *The Weapons that National Guard Troops Now Carry in Washington, D.C.*, NBC NEWS (Aug. 25, 2025), https://www.nbcnews.com/politics/politics-news/weapons-national-guard-troops-now-carry-washington-dc-rcna227134.

reasonable concerns about the current administration's disdain for lawful, constitutionally-protected protests.[21]

The current National Guard deployment is seen largely as an occupying force and compromises a system of law enforcement that relies on relationships with community stakeholders and local knowledge. "It is critical that D.C. . . . maintains the power to enact changes that are responsive to local needs, that most effectively use resources to target local issues with knowledge of local context, and that reflect residents' vision of safety."[22] Yet, National Guard troops—most of whom are from distant states—are impervious to these local dynamics, rendering their presence in D.C. "unneeded and also very dangerous," as described by a former member of National Guard leadership, given how "the president is imposing the armed military

---

[21] For example, President Trump called the "No Kings" protests, which drew millions of people to approximately 2,700 events in all 50 states, a "joke" and described participating protesters as "whacked out." Stephen Collinson, *Trump's Response to 'No Kings' Marches Only Proved the Protesters' Point*, CNN (Oct. 20, 2025), https://www.cnn.com/2025/10/20/politics/trump-no-kings-protests-vance-cia-analysis. Transportation Secretary Sean Duffy claimed that the protests were "part of antifa," and White House Press Secretary Karoline Leavitt inaccurately characterized people engaged in lawful protests as violent, asserting that the "Democrat Party's main constituency are made up of Hamas terrorists, illegal aliens, and violent criminals." Aaron Blake, *The GOP's Extraordinary Rhetoric About the 'No Kings' Rallies*, CNN (Oct. 18, 2025). https://www.cnn.com/2025/10/18/politics/gop-rhetoric-no-kings-protests-analysis (discussing non-partisan "No Kings" protests in October 2025).
[22] Allie Preston et al., *How DC's Local Leaders Are Keeping Residents Safe*, CTR. FOR AM. PROGRESS (Apr. 2, 2025), https://www.americanprogress.org/article/how-dcs-local-leaders-are-keeping-residents-safe.

to go into American cities."[23] Army Major General and former Acting Vice Chief of the National Guard Bureau Randy Manner has made clear that "the idea of creating a unit whose primary mission is to deploy anywhere in the country to deal with potentially [sic] demonstrations or civil disorder, as the president sees fit out of the D.C. Guard . . . is not in keeping with the mission of the National Guard as a strategic reserve for our military and for our nation."[24] Thus, not only is National Guard deployment ineffective in improving public safety, but it is also an inappropriate and dangerous use of the country's military resources.

This dramatic show of force by armed troops in military gear is actually making D.C. residents feel less safe.[25] Indeed, federal and local law enforcement are routinely stopping people for minor infractions.[26] Arrests have increased

---

[23] Nick Schifrin & Dan Sagalyn, *Retired Major General Calls Trump's National Guard Plans 'Unneeded and Dangerous,'* PBS NEWSHOUR, (Aug. 26, 2025), https://www.pbs.org/newshour/show/retired-major-general-calls-trumps-national-guard-plans-unneeded-and-dangerous.

[24] *Id.*

[25] The presence of National Guard troops creates risks not only for D.C. residents, but for National Guard members themselves, as evidenced by the tragic shooting of two Guard members on November 28, 2025. Nadine Yousif, *National Guard Member Dies After Shooting in Washington DC*, BBC (Nov. 28, 2025), https://www.bbc.com/news/articles/cwyx4y6007lo.

[26] *See* Jeff Levine et al., *Data Shows Enforcement Surge Blunts DC Crime, Though Many Face Minor Charges*, DC WITNESS (Sept. 4, 2025), https://dcwitness.org/data-shows-enforcement-surge-blunts-dc-crime-though-many-face-minor-charges/.

significantly, many without legal basis.[27] As of September 2025, more than 80% of arrests were for low-level offenses.[28] United States Magistrate Judge Zia M. Faruqui noted a number of arrests involving "implausible, illegal, [and] immoral" charges.[29] "The rule of law is being flushed down the toilet," he said, suggesting that people are getting the message to "be very afraid."[30] Reflecting how counterproductive the National Guard deployment has been, roughly 80% of D.C. residents oppose it, and 61% of residents "feel less safe as a result of Trump's action."[31]

Contrary to the administration's assertions, there is no violent crime crisis in the District. The deployment of the National Guard is not, and is unlikely to, reduce the crime rate. There is simply no justifiable reason to subject D.C. residents to this extraordinary show of military force. The injunction precluding the deployment of

---

[27] *See* Brad Reed, *Judges Alarmed at Spree of Spurious Charges amid Trump's DC Crackdown*, TRUTHOUT (Aug. 26, 2025), https://truthout.org/articles/judges-alarmed-at-spree-of-spurious-charges-amid-trumps-dc-crackdown/.

[28] Erica Bryant and Sam Raim, *Sending In the National Guard Won't Make Our Cities Safer*, VERA INST. JUST. (Sept. 26, 2025), https://www.vera.org/news/sending-in-the-national-guard-wont-make-our-cities-safer.

[29] Salvador Rizzo, D.C. Judge Excoriates Trump Policing Surge, Demands Answers from Pirro, WASH. POST. (Sept. 4, 2025), https://www.washingtonpost.com/dc-md-va/2025/09/04/judge-criticizes-trump-surge-pirro/?itid=ap_salvador-rizzo_article-list_5_7; Reed, *supra* note 27.

[30] Bryant, *supra* note 28.

[31] Ariel Edwards-Levy, *DC Residents Feel Less Safe After Trump Takeover: Poll*, CNN (Aug. 20, 2025), https://www.cnn.com/2025/08/20/politics/washington-dc-police-national-guard-poll.

National Guard troops in D.C., therefore, is in the best interest of the public.

### II.　The National Guard Deployment Causes Irreparable Harm to D.C. Residents, Especially in Black Communities.

The real intent of deploying the National Guard is to advance this administration's agenda of militarizing domestic law enforcement. It follows a deep and entrenched history in this country of using such militarized law enforcement against marginalized communities, particularly Black communities, and against efforts to advance racial justice. The deployment has caused, and will continue to cause, irreparable harm to Black residents, including Black youth, in the District who are disproportionately targeted and affected by any expansion in law enforcement activity.

The injunction issued by the District Court is necessary to address this irreparable harm caused by these unlawful and discriminatory law enforcement activities. *See, e.g.*, *Mills v. District of Columbia*, 571 F.3d 1304 (D.C. Cir. 2009) (finding that individuals stopped by police at checkpoints in majority-Black neighborhoods demonstrated irreparable harm); *Ligon v. City of New York*, 925 F. Supp. 2d 478 (S.D.N.Y. 2013) (ruling that residents were likely to suffer irreparable harm in absence of preliminary injunctive relief against NYPD for unconstitutional and discriminatory trespass stops).

### A.    Militarized Policing Has a Long History of Racialized Violence Against Black People.

"Militarized policing," or police militarization, refers to local law enforcement's adoption of equipment, attire, tactics, and/or organizational structures developed for violent conflict.[32] In today's age, it can involve arming civilian police with weapons of war, "ranging from M-16 assault rifles, riot gear, and body armor to tanks, grenade launchers, and armored vehicles,"[33] which can escalate—rather than deescalate—moments of tension and unrest. Importantly, for this case, militarized policing carries with it a military mindset, where the aim is to fight foreign enemies in combat, not to protect and serve local community members.

Throughout the history of policing in the United States, law enforcement officers using militaristic tactics have abused and even killed the very people they are sworn to protect who, due to the racist origins of American policing and the racialization of crime, have disproportionately been Black people. Concerns with racially-biased policing, therefore, necessarily arise when the National Guard serves in a law enforcement capacity. Though charged with supporting local and federal law enforcement, the National Guard troops in the District are members of

---

[32] Mummolo, *supra* note 13.

[33] Abigail R. Hall and Christopher J. Coyne, *The Militarization of U.S. Domestic Policing*, 17 INDEP. REV. 485, 486 (2013), available at https://www.jstor.org/stable/24563131.

13

the military and retain their military markers.[34]

In fact, military-style law enforcement in the United States has long been associated with racial oppression, with roots tracing back to slave patrols, tasked with "chas[ing] down [and] apprehend[ing]" formerly enslaved people through physical and psychological violence.[35] The patrols were armed with guns, whips, and ropes that were used to injure, capture, and return enslaved individuals to their enslavers, assuming the patrollers did not kill them in the pursuit.[36] The violent tactics of these militia-based, slave patrols also were adopted by white supremacist groups like the Ku Klux Klan and some local police enforcing Jim Crow laws.[37]

---

[34] Mosheh Gains & Nnamdi Egwuonwu, *National Guard Troops in D.C. Begin Carrying Firearms*, NBC NEWS (Aug. 25, 2025), https://www.nbcnews.com/politics/politics-news/national-guard-troops-dc-begin-carrying-firearms-rcna226890.

[35] *Slave Patrols: An Early Form of American Policing*, Nat'l L. Enf't Officers Mem'l Fund, https://nleomf.org/slave-patrols-an-early-form-of-american-policing/ (last visited May 23, 2026).

[36] Sally E. Hadden, *Slave Patrols: Law and Violence in Virginia and the Carolinas* 122–24 (Harv. Univ. Press 2003).

[37] *Id.* at 219–220 (describing the transition of Black surveillance from slave patrols to the Ku Klux Klan and police departments); Larry H. Spruill, *Slave Patrols, "Packs of Negro Dogs" and Policing Black Communities*, 53 PHYLON 42, 58–60 (2016), available at https://www.jstor.org/stable/phylon1960.53.1.42 (same); *see generally* Anthony Gregory, *Policing Jim Crow America: Enforcers' Agency and Structural Transformations*, 40 L. & HIST. REV. 91 (2022), https://www.cambridge.org/core/journals/law-and-history-review/article/abs/policing-jim-crow-america-enforcers-agency-and-structural-transformations/5BAE243630A31A2031F90077C5DD8C2B (describing the role of law enforcement in post-civil war lynchings and the enforcement of Jim Crow

14

In response to civil rights uprisings in Black communities across the country during the 1960s—which largely were a response to systemic racial discrimination, including police violence,[38] and the assassination of Dr. Martin Luther King, Jr.[39]—federal, state, and local law enforcement turned to military tactics to suppress acts of protest against ongoing racial discrimination. For example, in 1967, the Federal Bureau of Investigation ("FBI") published a report that referred to Dr. Martin Luther King and other civil rights leaders as "demagogues" and encouraged a "prompt, efficient, and impressive display of force" to quell racial unrest.[40] The FBI further directed local police departments to "obtain assistance from the National Guard or Federalized troops" if their needs "exceed[ed] the capabilities of the department."[41] The National Guard was deployed and federalized and—using tanks and other military-grade weapons—threatened lethal force on Black protesters and ultimately

---

laws).

[38] *See generally*, *The Kerner Commission*, Nat'l Museum Afr. Am. Hist. & Culture, https://nmaahc.si.edu/explore/stories/kerner-commission (last visited Sept. 15, 2025).

[39] *See generally* Gerald Horne, *Fire This Time: The Watts Uprising and the 1960s* (Univ. Va. Press 1995); Hubert G. Locke, *The Detroit Riot of 1967* (Wayne State Univ. Press 2017); Peter B. Levy, *The Dream Deferred: The Assassination of Martin Luther King Jr., and the Holy Week Uprisings of 1968, in Baltimore '68: Riots and Rebirth in an American City* 3 (Jessica I. Elfenbein et al. eds., 2011).

[40] Fanna Gamal, *The Racial Politics of Protection: A Critical Race Examination of Police Militarization*, 104 CAL. L. REV. 979, 993–94 (2016) (quoting Fed. Bureau of Investigation, Report on Prevention and Control of Major Disturbances (May 29, 1967), reprinted in *Urban Race Riots* 23 (Michal R. Belknap ed., 1991)).

[41] *Id.*

caused multiple deaths.[42]

The militarization of state and local law enforcement expanded in 1971 when President Nixon officially declared a "War on Drugs," purportedly to combat the proliferation of illicit drugs and narcotics and its subsequent social harms.[43] In actuality, however, the so-called "War on Drugs" was used to justify increased policing of Black communities.[44] In fact, President Nixon is reported to have told his Chief of Staff, H.R. Haldeman, that "the whole problem [was] really the blacks. The key [was] to devise a system that recognized this while not appearing to."[45] This so-called War on Drugs continued under subsequent administrations. For example, Congress passed the 1981 Military Cooperation with Law Enforcement Act

---

[42] Elizabeth Hinton, *From the War on Poverty to the War on Crime: The Making of Mass Incarceration in America* 68–70 (Harv.Univ. Press 2016) (discussing the use of National Guard forces in response to the Watts Uprising, including riot zone signs threatening residents to "turn left or get shot"); Nat'l Guard, *Federalizations of the Guard for Domestic Missions through 2025*, (June 9, 2025), https://www.nationalguard.mil/Portals/31/Documents/FEDERALIZATION-OF-GUARD-UP-TO-2025.pdf; Locke, *supra* note 39, at 54 (discussing the forty-three deaths as a result of the Detroit Uprising); Niraj Warikoo, *43 Fatal Victims of the Detroit Riot of 1967*, DETROIT FREE PRESS (July 22, 2017, updated July 27, 2017), https://www.freep.com/story/news/detroitriot/2017/07/23/victims-detroit-riot-1967/499550001/ (discussing the causes behind the forty-three deaths during the Detroit Uprising, at least eight of which were due to National Guard gunfire).
[43] Joseph B. Doherty, *Us v. Them: The Militarization of American Law Enforcement and the Psychological Effect on Police Officers and Civilians*, 24 UNIV. S. CAL. INTERDISC. L.J. 415, 425 (2016).
[44] *Id.* at 428.
[45] *Id.*

("MCLEA"), which "allow[ed] and encourage[ed] the military to grant civilian law enforcement agencies access to military bases, research, and equipment."[46]

With the increased federal funds and authorization to transfer U.S. military equipment and resources to local law enforcement, the percentage of local law enforcement agencies with either police paramilitary units ("PPU") or SWAT units increased from 59% in 1982 to 89% in 1995.[47] Police militarization became nearly ubiquitous across American law enforcement agencies, as PPU and SWAT units were used for routine patrols because, lacking the time or resources to properly train these military units, local law enforcement "train[ed them] by practicing on the people."[48]

Police militarization again accelerated in the 21st Century with the "War on Terror" and the creation of the Department of Homeland Security ("DHS").[49] Upon its creation, DHS began "providing 'anti-terrorist' grants to civilian police departments in smaller towns for the purchase of military-grade armored vehicles, tanks, surveillance drones, machine guns, grenade launchers, armor, camouflage 'battle-dress' uniforms, ammunition, and aircraft."[50] This military equipment was

---

[46] *Id*. at 431–33.

[47] Hall & Coyne, *supra* note 33, at 486.

[48] Doherty, *supra* note 43, at 438–39 (quoting member of the LAPD patrol bureau, Stephen Downing).

[49] *Id.* at 439–40.

[50] *Id.* (quoting *Creation of the Department of Homeland Security*, Dep't Homeland Sec., https://www.dhs.gov/creation-department-homeland-security (last updated

used for "low-level drug raids, the execution of search warrants, or to repress civilian protests"—like Occupy Wall Street and Black Lives Matter demonstrations—and only rarely, if ever, utilized during terrorist attacks.[51] Today, images of tanks and police in riot gear being deployed against Black civil rights protestors are familiar—from some of the first Black Lives Matter protests in Ferguson, Missouri to the widespread racial justice demonstrations that erupted in the wake of George Floyd's murder in 2020.[52] But local law enforcement also employs militarized tactics as part of more common policing practices, though disproportionately against Black people and people of color. According to one study, militarized police units are more often deployed in majority Black communities, even after controlling for local crime rates.[53]

### B.    This Military Escalation Disproportionately and Irreparably Harms Black Communities.

D.C. is already one of the most heavily policed jurisdictions in America.[54]

---

May 8, 2023).

[51] *Id.* at 440.

[52] Amanda Taub, *What Was THAT? A Guide to the Military Gear Being Used Against Civilians in Ferguson*, VOX (Aug. 18, 2014), https://www.vox.com/2014/8/18/6003377/ferguson-military-gear; Andrew W. Lehren et al., *Floyd Protests Renew Debate About Police Use of Armored Vehicles, Other Military Gear*, NBC NEWS (June 20, 2020), https://www.nbcnews.com/news/us-news/floyd-protests-renew-debate-about-police-use-armored-vehicles-other-n1231288.

[53] Mummolo, *supra* note 13.

[54] Eliana Block, *VERIFY: Does DC Have More Police per Capita than Any Other*

The National Guard deployment supplements nearly thirty-two federal law enforcement entities in D.C.[55] Their collective presence has led to adverse effects for Black communities in the District who are already more aggressively policed and disproportionately targeted by law enforcement. For example, "[b]etween 2022 and 2023, Metropolitan Police Department officers stopped about one person every ten minutes in D.C. Seventy percent of those people were Black, even though Black people make up 44 percent of the D.C. population."[56] According to a review of the police department's own data from 2017-2019, the racial disparities in stops made by MPD's Narcotics and Specialized Investigations Division were even more severe—almost 90% of people stopped were Black.[57]

---

*US City?* WUSA (July 15, 2020), https://www.wusa9.com/article/news/verify/verify-does-dc-have-more-police-per-capita-than-any-other-us-city/65-9fae328a-5da3-4e0f-8e54-009f48b97b57.

[55] *Cooperative Agreements*, *supra* note 18 (describing the large number of law enforcement agencies in cooperation with Metropolitan Police Department, including thirty-two federal agencies, seven university police departments, the Metro Transit Police and the Housing Authority Police).

[56] *Stop and Frisk FAQ: What You Need to Know in D.C.*, ACLU D.C. (Feb. 4, 2025), https://www.acludc.org/news/stop-and-frisk-faq-what-you-need-know-dc/; *id.*, "[F]ocus group participants from majority-Black Wards 7 and 8 noted experiencing an aggressive and disrespectful style of over-policing that was not seen in other wards.", (citing *A Cultural Assessment of the MPD Workplace* 204, POLICE EXEC. RSCH.FORUM (2023), https://mpdc.dc.gov/sites/default/files/dc/sites/mpdc/publication/attach ments/PERF%20MPD%2 0Cultural%20Assessment_032923.pdf).

[57] Nat'l Police Found., *Metropolitan Police Department Narcotics and Specialized Investigations Division: A Limited Assessment of Data and Compliance from August 1, 2019 - January 31, 2020*, 20 (2020),

The administration's "decision to flood the streets with soldiers," who are now carrying firearms, has exacerbated, and will continue to exacerbate, the discriminatory policing that already exists in the District, causing lasting and irreparable harm for the Black community at large.[58] Black people are far more likely to suffer adverse consequences from increased policing, no matter the type of police encounter.[59] Indeed, recent reporting shows that most of the arrests made by the surge in law enforcement (and supported by the National Guard) have been concentrated in D.C.'s poorest areas with the lowest concentration of white residents.[60]

The disproportionate harms of policing, including militarized policing, in

---

https://policecomplaints.dc.gov/sites/default/files/dc/sites/office%20of%20police%20complaints/publication/attachments/National%20Police%20Foundation%20MPD%20NSID%20Report%20September%202020%20Final.pdf

[58] Schneid, *supra* note 10.

[59] Black people are disproportionately stopped and searched, and disproportionately killed, by police. *See* Emma Pierson et al., *A Large-Scale Analysis of Racial Disparities in Police Stops Across the United States*, 4 NATURE HUM. BEHAV. 736, 741 (2020), https://www.nature.com/articles/s41562-020-0858-1 (finding that "[Black people] are stopped at 1.4 times the rate at which [white people] are stopped"); James W. Buehler, *Racial/Ethnic Disparities in the Use of Lethal Force by US Police, 2010–2014*, 107 AM. J. PUB. HEALTH 295 (2017), https://pmc.ncbi.nlm.nih.gov/articles/PMC5227943/ (finding that Black males were 2.8 times more likely to be killed than white males).

[60] Olivia George et al., *Who Was Arrested in Trump's D.C. Crime Emergency? We Analyzed 1,273 Records*, WASH. POST (Sept. 14, 2025), https://www.washingtonpost.com/dc-md-va/2025/09/14/trump-dc-crime-arrests-data-federal-takeover/.

Black communities stem from the false but prevalent stereotypes associating Blackness with criminality. The pervasive stereotype of Black people as "violent" and "criminal" is well studied: psychologists have found that "[m]erely thinking about Black[] [people] can lead [others] to evaluate ambiguous behavior as aggressive, to miscategorize harmless objects as weapons, or to shoot quickly, and, at times, inappropriately."[61] These stereotypes are reinforced through media coverage that overrepresents Black people as perpetrators of crime and white people are victims of crime.[62]

As a result, Black men are more likely than any other demographic to be stopped[63] by police and receive sentences that are, on average, 19.1% longer than

---

[61] Jennifer Eberhardt et al., *Seeing Black: Race, Crime and Visual Processing*, 87 J. PERSONALITY & SOC. PSYCH. 876, 876 (2004), https://web.stanford.edu/~eberhard/downloads/2004-SeeingBlackRaceCrimeandVisualProcessing.pdf.

[62] *See* Travis L. Dixon & Daniel Linz, *Race and the Misrepresentation of Victimization on Local Television News*, 27 COMMC'N RSCH. 547, 561 (2000), available at https://journals.sagepub.com/doi/10.1177/009365000027005001.

[63] Pierson, *supra* note 59; Nigel Roberts, *Report Shows California Black Teens at Higher Risk of Being Stopped by Police*, BET (Jan. 6, 2023), https://www.bet.com/article/hrs0lp/report-california-police-stop-search-black-teens-disproportionately-high; Stanford Report, *Stanford Big Data Study Finds Racial Disparities in Oakland, Calif., Police Behavior, Offers Solutions*, Stanford Univ. (June 15, 2016), https://news.stanford.edu/stories/2016/06/stanford-big-data-study-finds-racial-disparities-oakland-calif-police-behavior-offers-solutions; Frank Edwards et al., *Risk of Being Killed by Police Use of Force in the United States by Age, Race-Ethnicity, and Sex*, 116 PNAS 16793 (Aug. 5, 2019) https://www.pnas.org/doi/abs/10.1073/pnas.1821204116.

those of their white counterparts.[64] Moreover, during protests focused on racial justice, "police showed up more often and with a more escalated presence (i.e., riot police, state police, or national guard) as compared to other protests."[65] Once police showed up, they engaged in more force, were "more likely to make arrests and use projectiles and chemical weapons (i.e., pepper spray, tear gas, rubber bullets, and flash bangs)" and these differences "in police presence and response persisted even after controlling for differences in protestor behaviors, crowd size, time of day, police use of force policies, and other factors."[66]

Black children, like Black adults, are disproportionately targeted by law enforcement. In D.C., Black youth are 2.4 times more likely to be arrested than their white counterparts.[67] Black boys are seen as older, and less innocent than their white, same-age counterparts,[68] and prosecutors are more likely to request that Black youth

---

[64] Elizabeth Sun, *The Dangerous Racialization of Crime in U.S. News Media*, CTR. AM. PROGRESS (Aug. 29, 2018), https://www.americanprogress.org/article/dangerous-racialization-crime-u-s-news-media/.

[65] Sandhya Kajeepeta and Daniel K.N. Jonson, *Police and Protests: The Inequity of Police Responses to Racial Justice Demonstrations*, THE THURGOOD MARSHALL INST. AT LDF (last accessed May 24, 2026), https://tminstituteldf.org/police-and-protests-the-inequity-of-police-responses-to-racial-justices-demonstrations/.

[66] Id.

[67] Nora Leonard, *Racial and Ethnic Disparities in the Youth Justice System*, COAL. FOR JUV. JUST. (Mar. 2, 2023), https://juvjustice.org/blog/racial-and-ethnic-disparities-in-the-youth-justice-system/.

[68] Phillip Atiba Solomon (née Goff) et al., *The Essence of Innocence: Consequences of Dehumanizing Black Children*, 106 J. PERSONALITY & SOC.

be tried as adults.[69] Since the administration's military takeover in the District, National Guard members have been documented chasing predominately Black youth (as indicated by online video recordings), dispersing crowds in Navy Yard, and providing back up for several arrests of youth on Halloween night.[70]

It is not surprising, therefore, that the National Guard deployment has caused an increased fear of police stops and violence without justification in D.C.'s Black communities.[71] For example, a Black Navy veteran, who has lived in D.C. since 1966, fears that his city is "becoming a police state" that might stop him and ask for his credentials.[72] Black residents rightly feared the deployment and surge in law

---

PSYCH. 526, 526 (2014), https://www.apa.org/pubs/journals/releases/psp-a0035663.pdf.

[69] Sun, *supra* note 64.

[70] *Police, National Guard Clear Halloween Crowd Gathered in Washington's Navy Yard Neighborhood*, ASSOCIATED PRESS (Nov. 1, 2025), https://apnews.com/article/washington-navy-yard-crowd-dispersed-national-guard-b145e57e2043aba5b4d5bcf895aaba49; Ittai Sopher & John Doran, *DC Police Arrest Teens, Get Backup from National Guard After Chaotic Scene in Navy Yard Closes Streets*, WUSA 9 (Nov. 1, 2025), https://www.wusa9.com/article/news/crime/dc-police-navy-yard-teen-takeover/65-29b2a362-469f-495c-971e-cc94d17c05df.

[71] AP Video, River Zhang, *DC Residents on Crime in the City and Concerns over National Guard Presence*, ASSOCIATED PRESS, at 00:11 (Aug. 12, 2025), https://apnews.com/video/d-c-residents-on-crime-in-the-city-and-concerns-over-national-guard-presence-3503de4476674d3bada3690ef7b59d3e ("I'm more fearful now with the National Guard—especially because I'm African American.").

[72] Joe Heim et al., *We Asked 604 D.C. Residents About Trump's Takeover. Here's What They Said*, WASH. POST (Aug. 20, 2025), https://www.washingtonpost.com/dc-md-va/2025/08/20/dc-poll-trump-crime-police/; *see also* Alecia Taylor & Brandon Tensley, *Black D.C. Residents Say*

23

enforcement would lead to abusive policing in their communities.[73] Those fears are well-founded. Judge Faruqui, for example, recently dismissed charges against a Black man whom federal agents and D.C. police subjected to what he described "without a doubt the most illegal search I've ever seen in my life."[74] "[O]ffenses that before [the National Guard deployment] would likely not have led to arrest have resulted in criminal charges, and federal law enforcement who have accompanied MPD have used policing tactics, such as car chases, check points, and stop and frisks, that MPD typically avoids and that experts say may violate the US constitution."[75]

This significant show of military force by the National Guard reinforces the disparate and unwarranted criminalization of Black residents and worsens not only physical harms, but also the psychological harms from policing. "Evidence shows that the constant stress of the looming threat of police violence, the actual experience of police violence, and the devastating aftermath of police brutality at a personal

---

*Trump's Tactics Bring More Fear, Not Safety*, CAP. B (Aug. 14, 2025), https://capitalbnews.org/dc-federal-takeover-trump-black-residents/.

[73] Taylor & Tensley, *supra* note 72.

[74] Carrie Johnson, *'The Most Illegal Search': Judges Push Back Against D.C. Criminal Charges*, NPR (Aug. 26, 2025), https://www.npr.org/2025/08/26/g-s1-85119/crime-washington-dc-judges-arrests.

[75] Kira Lerner, *'It's Not Safe in DC as an Immigrant': Racial Profiling Surged During Trump's Washington Takeover,* THE GUARDIAN (Sept. 10, 2025), https://www.theguardian.com/us-news/2025/sep/10/trump-washington-dc-takeover; *see also* Emma Uber, *Ten Car Chases, Six Crashes. Park Police Have New Rules in D.C.*, WASH POST. (Aug. 31, 2025), https://www.washingtonpost.com/dc-md-va/2025/08/31/park-police-car-chases/.

(first-or-secondhand) and societal level can have tremendous effects" on mental health.[76] This can include distress, depression, PTSD, and anxiety.[77] Black people's psychological harm from negative police interactions can be so severe that they may avoid socializing in public places and visiting friends and family to avoid police encounters.[78]

Even "the threat of racism and discrimination negatively impacts mental health" and "has caused Black people to live a life of 'heightened vigilance.'"[79] This "increases depressive symptoms and furthers the mental health disparity between

---

[76] Reginald Young-Drake et al., *A Growing Dilemma: How Police Brutality Affects Mental Health in Black Communities*, Movement Lawyering Clinic, Howard Univ. Sch. L., 4 (2023),
https://thurgoodmarshallcenter.howard.edu/sites/tmcrc.howard.edu/files/2021-05/A%20Growing%20Dilemma%20-%20How%20Police%20Brutality%20Affects%20Mental%20Health%20in%20the%20Black%20Communities.pdf.
[77] Melissa N. McLeod et al., *Police Interactions and the Mental Health of Black Americans: A Systematic Review*, 7 J. RACIAL & ETHNIC DISPARITIES 10, 25 (2020), available at
https://www.proquest.com/docview/2932386689?sourcetype=Scholarly%20Journals.
[78] Alice Goffman, *On the Run: Fugitive Life in an American City* (Univ. Chic. Press 2015) (discussing the ethnographic and sociological effects of over-policing on young Black men and Black communities more broadly); Sarah Brayne, *Surveillance and System Avoidance: Criminal Justice Contact and Institutional Attachment*, 79 AM. SOC. REV. 367 (2014),
https://journals.sagepub.com/doi/10.1177/0003122414530398 (discussing how negative interactions with the criminal legal system lead people to be less likely to engage with other societal institutions and systems).
[79] Young-Drake et al, *supra* note 76 at 9.

Black and white people."[80] This includes increased "stress, cardiovascular reactivity associated with stress, and blood pressure."[81] And this "emotional and psychological wounding of trauma" from police misconduct "has an intergenerational effect on the subsequent generations' educational, health, political, socioeconomic, and personal wellbeing."[82]

Black youth are especially vulnerable to adverse consequences from aggressive policing. Youth have not fully matured biologically and can thus experience police encounters as "extremely frightening, harmful, or threatening," creating negative emotions detrimental to their brain development.[83] Data shows that high levels of policing compromise students' academic achievement, with police encounters being associated with a decreased likelihood of completing high school and enrolling in college.[84] Students exposed to high levels of policing also perform

---

[80] Id. at 10.

[81] *Id*.

[82] Anselma JohnAyala, *Blacks' Intergenerational Trauma Triggered by Police Misconduct,* at 19 (Mar. 22, 2024) (Ph.D. dissertation, Liberty Univ.), https://digitalcommons.liberty.edu/cgi/viewcontent.cgi?article=6341&context=doctoral .

[83] Dylan B. Jackson, *The Case for Conceptualizing Youth–Police Contact as a Racialized Adverse Childhood Experience*, 111 AM. J. PUB. HEALTH 1189 (2021), https://pmc.ncbi.nlm.nih.gov/articles/PMC8493136/.

[84] Aaron Gottlieb & Robert Wilson, *The Effect of Direct and Vicarious Police Contact on the Educational Achievement of Urban Teens*, 103 CHILD. & YOUTH SERVS. REV. 190 (2019), https://doi.org/10.1016/j.childyouth.2019.06.009.

worse on standardized tests and are more likely to be absent from school.[85] Youth are also prone to experience psychological distress after police encounters, including disengagement in school and feelings of alienation from society.[86]

Contrary to the administration's suggestions, therefore, the National Guard troops have undermined, not improved, public safety and caused irreparable harm for Black communities, including Black youth.

## CONCLUSION

The National Guard plays an integral role in the Trump administration's militarization of our society, operating as a "parallel federal presence" with other federal law enforcement agencies.[87] "As police officers drape themselves in the trappings of a miliary force, they increasingly look like members of an army prepared to go to war against unarmed civilians."[88] While thousands of armed members of the

---

[85] Amanda Geller & Nicholas Mark, *Student Absenteeism and the Role of Police Encounters*, 21 CRIMINOLOGY & PUB. POL'Y 893 (2022), https://onlinelibrary.wiley.com/doi/abs/10.1111/1745-9133.12600; Aaron Stagoff-Belfort et al., *The Social Costs of Policing*, VERA INST. JUST. (2022), https://vera-institute.files.svdcdn.com/production/downloads/publications/the-social-costs-of-policing.pdf.

[86] Schneid, *supra* note 10.

[87] Jamiles Lartey, *What Trump's D.C. Takeover Looks Like on the Ground, Two Weeks On*, MARSHALL PROJECT (Aug. 23, 2025), https://www.themarshallproject.org/2025/08/23/washington-trump-ice-police-fbi.

[88] Wayne McElrath & Sarah Turberville, *Poisoning Our Police: How the Militarization Mindset Threatens Constitutional Rights and Public Safety*, PROJECT ON GOV'T OVERSIGHT (June 9, 2020), https://www.pogo.org/analysis/poisoning-

National Guard flood the streets of the District, with plans for increasing their scale this summer, the Trump administration creates an atmosphere of a military state. History and current data both show that a military presence will not reduce crime or violence. Instead, it will needlessly criminalize and harm Black residents, especially Black youth, while undermining D.C.'s public safety infrastructure. Accordingly, we urge the Court to uphold the preliminary injunction issued by the District Court.

May 26, 2026                                   Respectfully submitted,

Johanna Steinberg                              */s/ Jin Hee Lee*
NAACP Legal Defense &                          Jin Hee Lee
Educational Fund, Inc.                         Puneet Cheema
40 Rector St., 5th Floor                       Alyssa K. Gordon
New York, NY 10006                             NAACP Legal Defense &
(212) 965-2200                                 Educational Fund, Inc.
jsteinberg@naacpldf.org                        700 14th Street NW, 6th Floor
                                               Washington, DC 20005
                                               (202) 682-1300
                                               jlee@naacpldf.org
                                               agordon@naacpldf.org
                                               pcheema@naacpldf.org

---

our-police-how-the-militarization-mindset-threatens-constitutional-rights-and-public-safety.

# CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 32(a)(7) because, excluding the portions of the brief exempted by Fed. R. App. P. 32(f), this document contains 6189 words.

2. This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook typeface.

*/s/ Jin Hee Lee*
Jin Hee Lee

*Counsel for Amicus Curiae*

29

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on this 26th day of May 2026 I filed the foregoing motion using this Court's Appellate CM/ECF system, which effected service on all parties.


/s/ *Jin Hee Lee*
Jin Hee Lee

*Counsel for Amicus Curiae*