**No. 25-5418**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

DISTRICT OF COLUMBIA,
*Plaintiff-Appellee*,
v.

DONALD J. TRUMP, in his official capacity as President
of the United States, *et al.*,
*Defendants-Appellants*.

On Appeal From the United States
District Court for the District of Columbia

**APPELLANT'S CONSENT MOTION FOR EXTENSION
OF TIME TO FILE REPLY BRIEF**

The United States' reply brief is currently due June 8, 2026. The United States respectfully requests an extension of time within which to file its brief, to June 18, 2026. The District consents to this relief.

There is good cause for the requested extension. Undersigned counsel has been working diligently on this case, but has been engaged in the press of a number of other matters, including an oral argument in *United States v. Texas*, No. 25-10898 (5th Cir.), scheduled for June 4, 2026, and an answering brief in *United States v. Oklahoma*, No. 25-7089 (10th Cir.), filed May 27, 2026. Undersigned counsel's

immediate supervisor also has been and will be occupied by obligations in a number of other cases, including supplemental briefing in *Anthropic PBC v. Department of War*, No. 26-1049 (D.C. Cir.), currently due June 4, after presenting oral argument in that case on May 19; an emergency stay motion in *Cali v. Trump*, No. 26-5172 (D.C. Cir.), filed on May 21, 2026, and emergency stay reply due June 2, 2026; and the response brief in *Bordbar v. TSA*, No. 25-1258 (D.C. Cir.), due June 15, 2026. Given these numerous other matters and the many important issues raised by this appeal—in the party briefing and 11 amicus briefs—additional time is needed for the United States to prepare, finalize, and file its reply brief.

Accordingly, the United States respectfully requests that the Court grant the requested extension.

Respectfully submitted,

May 2026

    */s/ Andrew M. Bernie*
ANDREW M. BERNIE
  Appellate Staff
  Civil Division, Room 7539
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, D.C. 20530
  (202) 514-3511
  andrew.bernie@usdoj.gov

  *Counsel for Appellants*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 240 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Andrew M. Bernie
Andrew M. Bernie