# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5418**                                            **September Term, 2025**

**1:25-cv-03005-JMC**

**Filed On: May 29, 2026** [2175700]

District of Columbia,

      Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

### O R D E R

Upon consideration of appellant's consent motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted.  Appellant's reply brief is now due June 18, 2026.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

             BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk