| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>        *Plaintiff-Appellee*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>        *Defendants-Appellants*. | Appeal No. 25-5418 |

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that as of July 1, 2026, Martin Totaro will no longer be associated with the firm Hecker Fink LLP, and will no longer be representing Amici Curiae, Former Law-Enforcement Officials and Policing Organizations, in the above-captioned appeal. Amici Curiae will continue to be represented by remaining counsel of record from Hecker Fink LLP.

Dated: June 25, 2026

/s/ Martin Totaro
HECKER FINK LLP
1050 K Street NW, 10th Floor
Washington, DC 20001
(212) 763-0883
mtotaro@heckerfink.com

*Counsel for Amici Curiae Former Law-Enforcement Officials and Policing Organizations*