# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5418** **September Term, 2026**

**1:25-cv-03005-JMC**

**Filed On: October 7, 2026** **[2196947]**

District of Columbia,

Appellee

v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

Appellants

**<u>O R D E R</u>**

Upon consideration of the motion of amicus curiae the Oversight Project for oral argument, it is

**ORDERED** that the motion be denied. The following times are allotted for the oral argument of this case scheduled for October 14, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellee | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Pillard and Garcia, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 9, 2026.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)