# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5418** **September Term, 2026**

**1:25-cv-03005-JMC**

**Filed On: October 14, 2026** [2198015]

District of Columbia,

Appellee

v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

Appellants

**BEFORE:** Circuit Judges Pillard and Garcia, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, October 14, 2026 at 9:31 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

Eric D. McArthur (DOJ), counsel for Appellants.

Mitchell P. Reich (OAG), counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk